**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of __Delaware__
                              (State)

Case number (*If known*): _____ Chapter __7__

☐ Check if this is an
   amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

1.  **Debtor's name**

    Jack Cooper Transport Company, LLC
    _____

2.  **All other names debtor used in the last 8 years**

    Include any assumed names, trade names, and *doing business as* names

    _____
    _____
    _____
    _____
    _____

3.  **Debtor's federal Employer Identification Number** (EIN)

    8  4 – 3  1  1  6  8  4  6

4.  **Debtor's address**

    **Principal place of business**

    2345 Grand Blvd., Ste. 2400
    _____
    Number      Street

    _____

    Kansas City          MO    64108
    _____
    City            State    ZIP Code

    Jackson
    _____
    County

    **Mailing address, if different from principal place of business**

    _____
    Number      Street

    _____
    P.O. Box

    _____
    City            State    ZIP Code

    **Location of principal assets, if different from principal place of business**

    _____
    Number      Street

    _____

    _____
    City            State    ZIP Code

5.  **Debtor's website** (URL)

    www.jackcooper.com
    _____

Debtor    __Jack Cooper Transport Company, LLC_____        Case number *(if known)*_____
          <sub>Name</sub>

---

**6.  Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

❏ Partnership (excluding  LLP)

❏ Other. Specify: _____

---

**7.  Describe debtor's business**

A. *Check one:*

❏ Health Care Business (as defined in 11 U.S.C. § 101(27A))

❏ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

❏ Railroad (as defined in 11 U.S.C. § 101(44))

❏ Stockbroker (as defined in 11 U.S.C. § 101(53A))

❏ Commodity Broker (as defined in 11 U.S.C. § 101(6))

❏ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

❏ Tax-exempt entity (as described in 26 U.S.C. § 501)

❏ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

❏ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

4  8  4  1

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☒ Chapter 7

❏ Chapter 9

❏ Chapter 11. *Check all that apply*:

❏ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

❏ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

❏ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

❏ A plan is being filed with this petition.

❏ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

❏ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

❏ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

❏ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

❏ Yes.   District _____   When _____   Case number _____
                                                                MM / DD / YYYY

         District _____   When _____   Case number _____
                                                                MM / DD / YYYY

---

Debtor    Jack Cooper Transport Company, LLC                      Case number (if known)_____
_____Name_____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☒ Yes.  Debtor ___See attached Schedule 1___   Relationship _____

District _____   When _____
                                                                MM / DD / YYYY

Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**_____
                                  Number        Street

_____

_____   _____ _____
City                                 State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**
(on a consolidated basis with all affiliated debtors)

☐ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☒ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

Debtor    **Jack Cooper Transport Company, LLC**
          <sub>Name</sub>                                             Case number (*if known*)_____

| 15. | **Estimated assets** (on a consolidated basis with all affiliated debtors) | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☒ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

| 16. | **Estimated liabilities** (on a consolidated basis with all affiliated debtors) | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☒ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** --   Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03 / 08 / 2025
             <sub>MM   / DD / YYYY</sub>

✘   **/s/ Gregory Endecott**                                    **Gregory Endecott**
     <sub>Signature of authorized representative of debtor</sub>              <sub>Printed name</sub>

Title   **Authorized Representative**

18. **Signature of attorney**

✘  **/s/ Zachary I. Shapiro**                  Date   03 / 08/ 2025
    <sub>Signature of attorney for debtor</sub>                    <sub>MM    / DD / YYYY</sub>

**Zachary I. Shapiro**
<sub>Printed name</sub>
**Richards, Layton & Finger, P.A.**
<sub>Firm name</sub>
**920        North King Street**
<sub>Number        Street</sub>
**Wilmington**                                    **DE**       **19801**
<sub>City</sub>                                          <sub>State</sub>       <sub>ZIP Code</sub>

**(302) 651 - 7700**                          **shapiro@rlf.com**
<sub>Contact phone</sub>                                   <sub>Email address</sub>

**005103**                                        **DE**
<sub>Bar number</sub>                                     <sub>State</sub>

## **SCHEDULE 1**

## **Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor**

On the date hereof, each of the entities listed below (collectively, the "Debtors") filed a petition in this court for relief under chapter 7 of title 11 of the United States Code. Each Debtor is listed with the last four digits of its federal tax identification number, if applicable.

JC TopCo, Inc. (7681)
JC Parent Corporation (3078)
JC Intermediate Holdings, Inc. (5218)
Jack Cooper Investments, Inc. (1882)
Jack Cooper Equipment Leasing, LLC
Jack Cooper Holdings, LLC (7760)
Jack Cooper Rail & Intermodal, LLC (2021)
Jack Cooper Diversified II, LLC (3651)
Jack Cooper Transport Company, LLC (6846)
Auto Handling, LLC (7335)
North American Auto Transportation, LLC (7591)
Jack Cooper Retail and Shuttle, LLC (9017)
Auto & Boat Relocation Services Company, LLC (8563)
Jack Cooper CT Services, LLC (6698)
Jack Cooper Logistics II, LLC (9518)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Jack Cooper Transport Company, LLC<br><br>Debtor. | Chapter 7<br><br>Case No. 25-_____ (____) |

**CONSOLIDATED CORPORATE OWNERSHIP STATEMENT**
**AND LIST OF EQUITY INTEREST HOLDERS PURSUANT**
**TO FED. R. BANKR. P. 1007(a)(1), 1007(a)(3) AND 7007.1**

Pursuant to rule 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, Jack Cooper Transport Company, LLC states as follows:

| Debtor | Name and Address of Equity Interest Holder | Percentage of Interests Held |
|---|---|---|
| Jack Cooper Transport Company, LLC | Jack Cooper Holdings, LLC<br>2345 Grand Blvd., Ste. 2400<br>Kansas City, MO 64108 | 100% |

**Fill in this information to identify the case and this filing:**

Debtor Name  Jack Cooper Transport Company, LLC

United States Bankruptcy Court for the: _____ District of  Delaware
                                                                              (State)

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

❑   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

❑   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

❑   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

❑   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

❑   *Schedule H: Codebtors* (Official Form 206H)

❑   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

❑   Amended *Schedule _____*

❑   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒   Other document that requires a declaration___Statement of Corporate Ownership_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03 / 08 / 2025                    ✘  ___/s/ Gregory Endecott_____
               MM / DD / YYYY                        Signature of individual signing on behalf of debtor

                                              Gregory Endecott_____
                                              Printed name

                                              Authorized Representative_____
                                              Position or relationship to debtor

Official Form 202            **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**WRITTEN CONSENT**
**OF THE SOLE MEMBER**
**OF**
**JACK COOPER TRANSPORT COMPANY, LLC**
**March 6, 2025**

The undersigned, being the sole member (the "Member") of Jack Cooper Transport Company, LLC, a Delaware limited liability company (the "Company"), hereby adopts, consents, approves and ratifies the following resolutions by written consent:

Chapter 7 Filing

WHEREAS, the Member has regularly and carefully reviewed the materials and other information presented by the Company's management and advisors regarding the Company's business conditions, the Company's operations, its current and projected financial position, and other relevant information;

WHEREAS, the Member has thoroughly evaluated the Company's strategic alternatives, including a possible restructuring; and

WHEREAS, the Member has conferred extensively with the Company's management and advisors regarding these matters, and determined that the filing of a voluntary petition for relief under chapter 7 of title 11 of the United States Code (the "Bankruptcy Code") is in the best interests of the Company, its subsidiaries and affiliates, and its stakeholders.

NOW, THEREFORE, BE IT RESOLVED, that the Company shall be, and it hereby is, contemporaneously herewith, authorized to file a voluntary petition (the "Petition") for relief under chapter 7 of title 11 of the Bankruptcy Code, in the United States Bankruptcy Court for the District of Delaware or such other court as the Member shall determine to be appropriate (the "Bankruptcy Court") and perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect any of the foregoing;

FURTHER RESOLVED, that the Executive Chairperson, Chief Operating Officer, Chief Executive Officer, Chief Financial Officer and Assistant Secretaries (collectively, the "Designated Officers") shall be, and each of them, acting alone, hereby is, authorized and empowered on behalf of, and in the name of, the Company, to: (a) execute, acknowledge, deliver and verify the Petition and all other ancillary documents, and cause the Petition to be filed with the Bankruptcy Court and make or cause to be made prior to execution thereof any modifications to the Petition or ancillary documents as any such Designated Officer, in such officer's discretion, deems necessary or desirable to carry out the intent and accomplish the purposes of these resolutions; (b) execute, acknowledge, deliver, verify and file or cause to be filed all petitions, schedules, statements, lists, motions, applications and other papers or documents necessary or desirable in connection with the foregoing; (c) execute, acknowledge, deliver and verify any and all other documents necessary or appropriate in connection therewith or to administer the Company's chapter 7 case in such form or forms as any such Designated Officer may approve; and (d) cause any of the Company's majority-owned subsidiaries to take any action consistent with these

resolutions, including the filing of petitions for relief under chapter 7, the retention of professionals and the incurrence of debt by such subsidiaries; and

FURTHER RESOLVED, that the actions of any Designated Officer taken pursuant to the preceding resolution, including the execution, acknowledgment, delivery and verification of the Petition and all ancillary documents and all other agreements, certificates, instruments, guaranties, notices and other documents, shall be conclusive evidence of such Designated Officer's approval and the necessity or desirability thereof.

Additional Resolutions

RESOLVED, that, in addition to the specific authorizations heretofore conferred upon the Designated Officers, each of them or their designees shall be, and each of them, acting alone, hereby is, authorized and empowered, in the name of, and on behalf of, the Company to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificates, instruments, amendments and other documents and to pay all expenses, including filing fees, in each case as in such officer's or officers' judgment shall be necessary or desirable in order fully to carry out the intent and accomplish the purposes of the resolutions adopted herein;

FURTHER RESOLVED, that all acts lawfully done or actions lawfully taken or to be taken by the Designated Officers in connection with any of the foregoing matters in all respects are hereby ratified, confirmed and approved; and

FURTHER RESOLVED, that any Designated Officer shall be, and each of them, acting alone, hereby is, authorized to certify and deliver, to any person to whom such certification and delivery may be deemed necessary or appropriate in the opinion of such Designated Officer, a true copy of the foregoing resolutions.

*[Signature Page Follows]*

This Consent may be executed in separate counterparts, each of which will constitute an original and all of which together will form a single instrument. Delivery of an executed signature page to this Consent by facsimile or other electronic transmission (including documents in Adobe PDF format) is effective as delivery of a manually executed counterpart to this Consent. This Consent is effective as of the date first set forth above when executed by the Member in the place designated for its signature below.

**MEMBER:**

JACK COOPER HOLDINGS, LLC

Signed by:

92FF69EB13174E4...

Name:  T. Michael Riggs
Title:  Chief Operating Officer

[*Signature Page to Consent re:  Jack Cooper Transport Company, LLC*]

NAI-1543137211v2

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

```
-------------------------------------------------------------x
In re:                                           :        Chapter 7
                                                 :
JC TOPCO, INC., et al.,                          :        Case No. 25 –____ (      )
                                                 :
            Debtors.                             :
-------------------------------------------------------------x
```

**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR**

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that my firm, Richards, Layton & Finger, P.A. ("**RL&F**"), is counsel to JC TopCo, Inc. and its affiliated debtors (collectively, the "**Debtors**"), and that total compensation paid to RL&F within one year before the filing of the petitions in bankruptcy, or agreed to be paid to RL&F, for services rendered or to be rendered on behalf of the Debtors in the aggregate is as follows:

    For legal services, RL&F has agreed to accept ......................................................................... **$55,408.00**

    Prior to the filing of this statement RL&F has received ........................................................... **$55,408.00**

    Balance Due ............................................................................................................................ **$0.00**

2.  The source of the compensation paid to RL&F was:

    ☒ Debtors          ☐ Other

3.  The source of compensation to be paid to RL&F  is:

    ☐ Debtors          ☐ Other          ☒ N/A

4.  RL&F has not agreed to share the above-disclosed compensation with any other person unless they are members and associates of RL&F.

5.  In return for the above-disclosed fee, RL&F has agreed to render legal service for only the following aspects of these chapter 7 cases:

    a.  Analysis of the Debtors' financial situation and rendering related advice to the Debtors, including, among other things, determining whether to file for relief under the Bankruptcy Code;

    b.  Preparation and filing of the chapter 7 petitions, schedules of assets and liabilities, statements of financial affairs and related documents for the Debtors; and

    c.  Representation of the Debtors at the meeting of creditors and any adjourned meetings thereof.

6.  By agreement with the Debtors, the above-disclosed fee does not include the following services:

    As of the date hereof, RLF has agreed to represent the Debtors only in connection with the matters referenced above.

RLF1 32519361V.1

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to RL&F for representation of the Debtors in these chapter 7 cases.

March 8, 2025
*Date*

By: */s/ Zachary I. Shapiro*
Zachary I. Shapiro (No. 5103)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701