## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

------------------------------------------------------- x
                  :

In re:                 :

                  :     Chapter 7

JC TOPCO, INC., *et al.*,[1]    :

                  :     Case Nos. 25-10403 through

      Debtors.         :     25-10416

                  :

                  :

------------------------------------------------------- x

## SCHEDULES OF ASSETS AND LIABILITIES FOR
## JACK COOPER TRANSPORT COMPANY, LLC (CASE NO. 25-10416)

---

[1]      The Debtors and the last four digits of their respective federal tax identification numbers are: JC TopCo, Inc. (7681); JC Parent Corporation (3078); JC Intermediate Holdings, Inc. (5218); Jack Cooper Investments, Inc. (1882); Jack Cooper Equipment Leasing, LLC; Jack Cooper Holdings, LLC (7760); Jack Cooper Rail & Intermodal, LLC (2021); Jack Cooper Diversified II, LLC (3651); Jack Cooper Transport Company, LLC (6846); Auto Handling, LLC (7335); North American Auto Transportation, LLC (7591); Jack Cooper Retail and Shuttle, LLC (9017); Auto & Boat Relocation Services Company, LLC (8563); Jack Cooper CT Services, LLC (6698); and Jack Cooper Logistics II, LLC (9518).

```
-------------------------------------------------- x
                                                   :
In re:                                             :
                                                   :
JC TOPCO, INC., et al.,¹                           :    Chapter 7
                                                   :
        Debtors.                                   :    Case Nos. 25-10403 through
                                                   :    25-10416
                                                   :
                                                   :
                                                   :
-------------------------------------------------- x
```

## GLOBAL NOTES, AND STATEMENT OF LIMITATIONS, METHODOLOGIES AND SPECIFIC DISCLOSURES REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

The above captioned debtors (collectively, the "Debtors"), with the assistance of their advisors, have each filed their respective Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements" and, together with the Schedules, the "Schedules and Statements") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

On March 8, 2025 (the "Petition Date"), the Debtors each filed a voluntary petition (collectively, the "Petitions") in the Bankruptcy Court under chapter 7 of the Bankruptcy Code. On March 10, 2025, Alfred T. Giuliano was appointed as the interim chapter 7 trustee of the Debtors.

The Schedules and Statements were prepared by the Debtors' former management and are unaudited. Although the Debtors' former management has made reasonable efforts to accurately and completely disclose the assets, liabilities and other required information on the Schedules and Statements on an unconsolidated basis, the Schedules and Statements are based on information known to them at the time of the preparation and subsequent information or

---

¹ The Debtors and the last four digits of their respective federal tax identification numbers are: JC TopCo, Inc. (7681); JC Parent Corporation (3078); JC Intermediate Holdings, Inc. (5218); Jack Cooper Investments, Inc. (1882); Jack Cooper Equipment Leasing, LLC; Jack Cooper Holdings, LLC (7760); Jack Cooper Rail & Intermodal, LLC (2021); Jack Cooper Diversified II, LLC (3651); Jack Cooper Transport Company, LLC (6846); Auto Handling, LLC (7335); North American Auto Transportation, LLC (7591); Jack Cooper Retail and Shuttle, LLC (9017); Auto & Boat Relocation Services Company, LLC (8563); Jack Cooper CT Services, LLC (6698); and Jack Cooper Logistics II, LLC (9518).

discovery may result in material changes to the Schedules and Statements. Accordingly, inadvertent errors or omissions may exist in the Schedules and Statements. Moreover, because the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment, there can be no assurance that these Schedules and Statements are wholly accurate and complete. In no event shall the Debtors or their agents, attorneys and/or financial advisors be liable to any third party for any direct, indirect, incidental, consequential or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business or profits), whether foreseeable or not and however caused, even if the Debtors or their agents, attorneys and/or financial advisors are advised of the possibility of such damages. Further, nothing in the Schedules and Statements shall be binding against, or considered an admission by, any individual, including the Debtors' former management.

These Global Notes and Statement of Limitations, Methods and Disclaimer Regarding the Debtors' Schedules and Statements (the "Global Notes") pertain to, are incorporated by reference in, and constitute an integral part of, each of the Debtors' Schedules and Statements. Any party reviewing the Schedules and Statements should refer to, consider and consult with the Global Notes in connection with such review.

Mr. Gregory Endecott, who was the former Chief Financial Officer of Debtor Jack Cooper Investments, Inc., signed the Petitions and the Schedules and Statements in his capacity as a "Designated Officer." In connection with his review and execution of the Schedules and Statements, Mr. Endecott necessarily has relied upon the efforts, statements and representations of a variety of the Debtors' personnel and advisors. Mr. Endecott has not (and could not have) personally verified the accuracy of each statement and representation contained in the Schedules and Statements, including, without limitation, statements and representations concerning amounts owed to creditors, the classification of such amounts and creditor addresses.

## Global Notes

1. **Amendment and Reservation of Rights**

   a. While the Debtors' former management has exercised reasonable efforts to ensure that the Schedules and Statements are accurate and complete by legal entity based on information that was available at the time of preparation, inadvertent errors, omissions or inaccuracies may exist. The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time as may be necessary and appropriate, but they are under no obligation to do so.

   b. The Debtors and their advisors have made reasonable efforts to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions in the Schedules and Statements may exist. For example, the designation of a category is not meant to be wholly inclusive or descriptive of the rights or obligations represented by such item. Further, due to the complexity and size of the Debtors' businesses, the Debtors may have improperly characterized, classified, categorized or designated certain items. In addition, certain items reported in the

Schedules and Statements may be included in more than one category. Accordingly, the Debtors reserve the right to amend, supplement or otherwise modify the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate to recharacterize, reclassify, recategorize or redesignate any items reported in the Schedules and Statements

## 2. Basis of Presentation

a. For financial reporting purposes, the Debtors, along with their non-Debtor subsidiaries, prepare consolidated financial statements and are audited annually. Unlike the consolidated financial statements, these Schedules and Statements reflect the assets and liabilities of each separate Debtor. In addition, not all of the Debtors' direct and indirect subsidiaries are Debtors in these chapter 7 cases. Accordingly, combining the assets and claims set forth in the Schedules and Statements of the Debtors would result in amounts that would be substantially different from financial information for Jack Cooper Investments, Inc. and its respective consolidated subsidiaries that would be prepared under Generally Accepted Accounting Principles ("GAAP"). Therefore, these Schedules and Statements do not purport to represent financial statements prepared in accordance with GAAP.

## 3. General Assumptions

a. <u>Reporting Date.</u> All asset and liability information contained in the Schedules and Statements is as of the end of business on January 31, 2025, except where otherwise noted.

b. <u>Unaudited.</u> The books and records and the financial statements of the Debtors utilized to complete the information contained in the Schedules and Statements are unaudited and the Schedules and Statements do not purport to represent financial statements prepared in accordance with GAAP, federal or state securities laws or other applicable non-bankruptcy law.

c. <u>Book Value.</u> Unless otherwise noted, all amounts included in the Schedules reflect net book value as of the Petition Date. Various questions within the Schedules request "Current Value" or "Current Market Value." Given the number of Debtors and complexity of their business, the process of calculating, obtaining, or verifying "Current Market Value" would be prohibitively expensive, unduly burdensome and an inefficient use of estate resources.

Certain assets may not appear in the Schedules and Statements because the Debtors have depreciated the entire book value of such assets or otherwise expensed such assets in their entirety. Furthermore, certain of the Debtors have assets related to their ultimate equity interests in certain non-Debtor affiliates, the market value of which may differ significantly from the reported book value. The Schedules and Statements of such Debtors reflect only the undetermined book value of the Debtors' ownership of their direct subsidiaries.

Nothing in the Schedules and Statements shall be, or shall be deemed to be, an admission that any Debtor was solvent or insolvent as of the Petition Date.

d.  Currency. All amounts are reflected in U.S. dollars, unless otherwise indicated. Assets and liabilities denominated in foreign currencies were translated into U.S. dollars at reasonable market exchange rates.

e.  Estimates. The preparation of the Schedules and Statements required the Debtors to make certain estimates and assumptions that affected the reported amounts of assets and liabilities, the disclosures of contingent assets and liabilities and the reported amounts of revenues and expenses. Actual results could differ materially from these estimates.

f.  Totals. All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

g.  Undetermined Amounts. The description of an amount as "unknown," "TBD," or "undetermined" is not intended to reflect upon the materiality of such amount.

h.  Consolidated Cash Management System. The Debtors utilize a consolidated cash management system and, as such, the disbursements of various Debtors are paid by or through a limited number of Debtor bank accounts, notwithstanding that certain of those disbursements may relate to obligations of other Debtors. Accordingly, pre-petition disbursements reported in the Statements have been reported based on the Debtor that maintains the bank account from which payments or distributions were made. The main disbursement accounts are held in the name of Jack Cooper Investments, Inc. and thus, the vast majority of disbursements are reported on such Debtor's Statements.

i.  Causes of Action. Despite their reasonable efforts to identify all known assets, the Debtors may not have set forth all of their causes of action or potential causes of action against third parties as assets in their Schedules and Statements. Neither the Global Notes nor the Schedules and Statements constitute a waiver of such causes of action or, in any way, prejudice or impair the assertion of any of the same.

j.  Property and Equipment – Leased. In the ordinary course of their businesses, the Debtors lease equipment from certain third-party lessors for use in the Debtors' daily operation and otherwise hold property owned by third-parties pursuant to contracts with such parties. Any such leases or contracts are set forth in Schedule G based on the Debtors' reasonable efforts to identify such leases. The property subject to any of such leases or contracts is not reflected in either Schedule A or Schedule B as either owned property or assets of the Debtors. Nor is such property reflected in the Debtors' Statements as property or assets of third-parties within the control of the Debtors.

k.  Claims Description.  Any failure to designate a claim listed on the Debtors' Schedules as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent" or "unliquidated" or that such claim is not subject to objection.

l.  Excluded Assets and Liabilities.  The Debtors have excluded certain categories of assets, tax accruals and liabilities from the Schedules and Statements, including, without limitation, goodwill, accrued salaries, certain employee benefit accruals, accrued accounts payable, customer deposits and deferred gains.  The Debtors also have not attempted to anticipate rejection damage claims of counterparties to executory contracts and unexpired leases that may arise out of future contract or lease rejections.  In addition, certain immaterial assets and liabilities may have been excluded.

m.  Global Notes Control.  In the event that the Schedules and Statements differ from the Global Notes, the Global Notes shall control.

n.  Intellectual Property.  The Debtors' inadvertent exclusion of any intellectual property from the Schedules and Statements is not an admission that the Debtors have abandoned, terminated or assigned such intellectual property or that such intellectual property has expired by its own terms or was transferred pursuant to a sale, acquisition or other transaction.  Conversely, the Debtors' inclusion of any intellectual property in the Schedules and Statements is not an admission that the Debtors have not abandoned, terminated or assigned such intellectual property or that such intellectual property has not expired by its own terms or was not transferred pursuant to a sale, acquisition or other transaction.

o.  Definition of Insiders.  Persons listed as "insiders" have been included for informational purposes only and shall not be binding on any party.

## 4.  Specific Schedules of Assets and Liabilities Disclosures

a.  Non-publicly traded stock (AB15).  Ownership interests in subsidiaries, partnerships and joint ventures have been identified in AB15 in an undetermined amount because the fair market value of any such ownership interest is dependent on numerous variables and factors that may cause its fair market value to differ materially from its net book value.

b.  Office Furniture, Fixtures, and Equipment (AB38 thru AB45).  In the Debtors' books and records, office equipment is included in one trial balance account.  As such, the Debtors have not broken out office equipment by office furniture, office fixtures, and office equipment.  All amounts are included under AB41: Office Equipment.

c.  Collectibles (AB42).  The Debtors are not in the business of buying or selling collectibles including, but not limited to, art and artifacts.  The Debtors do however own various pieces of artwork located in their offices.  To the extent this artwork was capitalized when purchased, it is included in AB41:  Office Equipment.

d.  Domain Names and Websites (AB61).  The Debtors own rights to various website domain names.  These assets were expensed at the time of purchase and are therefore not included in the Debtors' books and records in accordance with GAAP.  Due to the number of domain names, each has not been listed individually in the Schedules and the value has been included as "Undetermined."

e.  Intercompany Accounts.  Prior to the filing, the Debtors routinely engaged in intercompany transactions with other Debtors and non-Debtor subsidiaries and affiliates.  Intercompany balances are listed on both AB77 (Other Property) as well as Schedule F (Unsecured Nonpriority Creditors).  Intercompany balances were not offset prior to inclusion in the Schedules, and it is possible that a Debtor may have both a debit and credit balance included in the Schedules.

f.  Contingent Assets.  The Debtors exercised reasonable efforts to identify contingent assets although certain errors or omissions may exist.  The Debtors reserve their rights to supplement the Schedules and Statements for such items at a later date.

g.  Schedule D.  Creditors' claims on Schedule D arose or were incurred on various dates.  In certain instances, the date on which such claim arose is an open issue of fact.

The descriptions provided on Schedule D are intended only as a summary.  Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens.

h.  Schedule E/F.  The Debtors have made reasonable efforts to report all priority and general unsecured claims against the Debtors on Schedule E/F based upon the Debtors' books and records as of the Petition Date.

Claims owed or potentially owed to various taxing authorities are listed on the Debtors' Schedule E/F.  Certain of the tax claims may be subject to on-going audits, and the Debtors are otherwise unable to determine with certainty the amount of many, if not all, of the tax claims listed on Schedule E/F.  Therefore, the Debtors have listed all such claims as "Undetermined" in amount, pending final resolution of on-going audits or outstanding issues.  In addition, there may be other numerous contingent, unliquidated claims from state taxing authorities, not all of which are listed.

Schedule E/F contains information related to employee claims.  Most, but not all, of these claims have been categorized as "contingent" or "unliquidated".

The claims of individual creditors for among other things, products, goods or services

are listed as either the lower of the amounts invoiced by the creditor or the amounts entered on the Debtors' books and records and may not reflect credits or allowances due from such creditors to the Debtors. The claims listed on Schedule E/F arose or were incurred on various dates, and in certain instances, the date on which a claim arose may be an open issue of fact. While commercially reasonable efforts have been made, determining the date upon which each claim in Schedule E/F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors have listed "various" each claim listed on Schedule E/F.  The claims listed on the Schedules do not reflect any analysis of claims under section 503(b)(9) of the Bankruptcy Code.

Schedule E/F contains information regarding pending litigation involving the Debtors.  To the extent multiple Debtors were named as defendants in a pending litigation, the Debtors made reasonable efforts to list the pending litigation as a claim on Schedule E/F of each respective Debtor.  However, certain omissions may have occurred.  The inclusion of any litigation action in the Schedules and Statements does not constitute an admission by the Debtors of any liability, the validity of any litigation, or the amount of any potential claim that may result from any claims with respect to any litigation action and the amount and treatment of any potential claim resulting from any litigation action currently pending or that may arise in the future.

Schedule E/F includes intercompany payables between Debtors and various non-Debtors.

Schedule E/F does not include certain deferred charges, deferred liabilities, accruals or general reserves. Such amounts are general estimates of liabilities and do not represent specific claims as of the Petition Date; however, they are reflected on the Debtors' books and records as required in accordance with GAAP.

i.   Schedule G.  The Debtors' businesses are complex. Although the Debtors' books, records, financial systems and contracts management systems have been relied upon to identify and schedule executory contracts for each of the Debtors and reasonable efforts have been made to ensure the accuracy of the Schedule G, inadvertent errors, omissions, or overinclusion may have occurred. The contracts, agreements and leases listed on Schedule G may have expired or may have been modified, amended or supplemented from time to time by various amendments, restatements, waivers, estoppels, certificates, letters, memoranda and other documents, instruments and agreements that may not be listed on Schedule G, despite the Debtors' use of reasonable efforts to identify such documents.  In some cases, the same supplier or provider may appear multiple times on Schedule G.  This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider.

Certain of the contracts, agreements and leases listed on Schedule G may contain renewal options, guarantees of payments, options to purchase, rights of first refusal, rights to lease additional space and other miscellaneous rights.  Such rights, powers,

duties and obligations are not separately set forth on Schedule G. Unless otherwise identified on Schedule G, each contract, agreement and lease identified therein shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements or other agreements made directly or indirectly by any such agreement, instrument or other document that in any manner affects such contract, agreement and lease, without respect to whether such contract, agreement and lease is listed therein.

Certain of the agreements listed on Schedule G may be in the nature of conditional sales agreements or secured financings. The presence of a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease.

The Debtors have included certain interests in real property such as easements, rights of way and other similar interests on Schedule G.

In addition, the Debtors may have entered into various other types of agreements in the ordinary course of business, such as subordination, nondisturbance and attornment agreements, supplemental agreements, amendments/letter agreements, title agreements and confidentiality agreements. Such documents may not be set forth on Schedule G. Certain of the contracts, agreements and leases listed on Schedule G may have been entered into by more than one of the Debtors. Further, the specific Debtor obligor to certain of the executory contracts could not be specifically ascertained in every circumstance. In such cases, the Debtors made their best efforts to determine the correct Debtors' Schedule G on which to list such executory contract or unexpired lease. Certain of the executory contracts may not have been memorialized and could be subject to dispute. Each unexpired lease listed in Schedule G may include one or more ancillary documents, including but not limited to any underlying assignment and assumption agreements, amendments, supplements, full and partial assignments, renewals and partial releases. Executory contracts that are oral in nature, if any, have not been included on Schedule G. Schedule G does not constitute an admission that any such contract or agreement is an executory contract or unexpired lease.

Finally, before the Petition Date, certain lessors may have repossessed equipment subject to leases. However, as the Debtors may not have an accurate accounting of such repossessions, Schedule G is based on the best information available as of the Petition Date.

j.   Schedule H. The Debtors have made reasonable efforts to locate and identify guarantees and other secondary liability claims (collectively, the "Guarantees") in each of the executory contracts, unexpired leases, secured financings, debt instruments and other such agreements to which any Debtor is a party. However, the Debtors may not have identified all Guarantees that are embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments and other such agreements. In addition, certain of the Guarantees reflected on Schedule H, if

any, may have expired or no longer be enforceable. In the ordinary course of their business, the Debtors may be involved in pending or threatened litigation and claims arising out of certain ordinary business transactions. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross claims or counter-claims against other parties. Due to the volume of such claims, and because all such claims are contingent, unliquidated and disputed, and listed elsewhere in the Schedules and Statements, such claims have not been set forth individually on Schedule H.

5. **Additional Notes**

   a. Claims of Third-Party Related Entities. Although the Debtors have made every effort to properly classify each claim listed in the Schedules as being either disputed or undisputed, liquidated or unliquidated and contingent or noncontingent, the Debtors have not been able to fully reconcile all payments made to certain third parties and their related entities on account of the Debtors' obligations to both such entity and its affiliates. Therefore, to the extent that the Debtors have classified their estimate of claims of a creditor as disputed, all claims of such creditor's affiliates listed in the Schedules and Statements shall similarly be considered as disputed, whether or not they are designated as such.

   b. Umbrella Agreements. A number of contracts listed in the Schedules and Statements are umbrella agreements that cover some or all of the Debtors. Such agreements have been listed in the Schedules and Statements of the Debtor that was the main signatory to the agreement, although more than one of the Debtors may be obligated under the agreement.

☐  Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1:  Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**

        Copy line 88 from *Schedule A/B* ......................................................................................

$        0.00

    1b. **Total personal property:**

        Copy line 91A from *Schedule A/B* ...................................................................................

$    524,415,926.52

    1c. **Total of all property:**

        Copy line 92 from *Schedule A/B* ....................................................................................

$    524,415,926.52

## Part 2:  Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ....................

$    216,247,219.78

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**

        Copy the total claims from Part 1 from line 5a of *Schedule E/F* ............................................

$    55,222.14

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**

        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ...................................

+ $    266,962,609.39

4. **Total liabilities**

    Lines 2 + 3a + 3b ...............................................................................................................

$    483,265,051.31

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property    12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☑ No. Go to Part 2.

   ☐ Yes. Fill in the information below.

   | All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
   |---|---|

2. **Cash on hand**

   _____    $ _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   Name of institution (bank or brokerage firm)    Type of account    Last 4 digits of account number

   _____    _____    _____    $ _____

4. **Other cash equivalents** *(Identify all)*

   _____    $ _____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $ _____ 0.00

**Part 2:**    **Deposits and prepayments**

6.  **Does the debtor have any deposits or prepayments?**

☐  No. Go to Part 3.

☑  Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

7.  **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1  See Schedule A/B 7 Attachment                                          $            10,558,370.26

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1  See Schedule A/B 8 Attachment                                          $             8,561,497.08

9.  **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.                      $            19,119,867.34

| Part 3: | Accounts receivable |

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

**Current value of debtor's interest**

11. **Accounts receivable**

|  | Description | face amount | doubtful or uncollectible accounts |  |  |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | Trade AR less than 90 days aged | $ 897,403.95 | - $ 0.00 | =..... ➜ | $ 897,403.95 |
| 11b. Over 90 days old: | Trade AR over 90 days aged | $ 564,902.25 | - $ 564,902.25 | =..... ➜ | $ 0.00 |

12. **Total of Part 3.**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$ 897,403.95

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

_____ _____ $ _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                          % of ownership:

_____ _____ _____ $ _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

_____ _____ $ _____

17. **Total of Part 4.**

Add lines 14 through 16. Copy the total to line 83.

$ _____ 0.00

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**
☐ No. Go to Part 6.
☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 19.1 None | | $ | | $ |
| 20. **Work in progress** | | | | |
| 20.1 None | | $ | | $ |
| 21. **Finished goods, including goods held for resale** | | | | |
| 21.1 None | | $ | | $ |
| 22. **Other inventory or supplies** | | | | |
| 22.1 See Schedule A/B 22 Attachment | | $ 2,741,427.29 | | $ 2,741,427.29 |

23. **Total of Part 5.**
Add lines 19 through 22. Copy the total to line 84.

$ 2,741,427.29

24. **Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes. Description_____ Book value $_____ Valuation method_____ Current value $_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
- ☑ No. Go to Part 7.
- ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $ | | $ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | $ | | $ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | $ | | $ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $ | | $ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $ | | $ |

33. **Total of Part 6.**
    Add lines 28 through 32. Copy the total to line 85.

    $ _____ 0.00

34. **Is the debtor a member of an agricultural cooperative?**
- ☐ No
- ☐ Yes. Is any of the debtor's property stored at the cooperative?
  - ☐ No
  - ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
- ☐ No
- ☐ Yes.  Description_____  Book value $ _____  Valuation method _____  Current value $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
- ☐ No
- ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

## Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 39.1 Office Furniture and Equipment | $ 13,318.93 | SLMM | $ 13,318.93 |
| **40. Office fixtures** | | | |
| 40.1 See Question A/B 39 | $ | | $ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1 Computers | $ 995,293.27 | SLMM | $ 995,293.27 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings,prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 None | $ | | $ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 1,008,612.20

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---------|-----------------------------------|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 See Schedule A/B 47 Attachment | $ 8,154,375.24 | | $ Undetermined |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 None | $ | | $ |
| **49. Aircraft and accessories** | | | |
| 49.1 None | $ | | $ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1 Miscellaneous Machinery, Fixtures and Equipment | $ 28,196.49 | SLMM | $ 28,196.49 |

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ 28,196.49

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br><br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 See Schedule A/B 55 Attachment | | $ 3,066,478.89 | | $ Undetermined |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?`**

☐ No

☑ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1 None | $ | | $ |
| **61. Internet domain names and websites** | | | |
| 61.1 See Schedule A/B 61 Attachment | $ 0.00 | | $ Undetermined |
| **62. Licenses, franchises, and royalties** | | | |
| 62.1 None | $ | | $ |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| 63.1 None | $ | | $ |
| **64. Other intangibles, or intellectual property** | | | |
| 64.1 None | $ | | $ |
| **65. Goodwill** | | | |
| 65.1 None | $ | | $ |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 0.00

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 11:** **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

Current value of debtor's interest

71. **Notes receivable**

Description (include name of obligor)  Total face amount  doubtful or uncollectible accounts

71.1 None   $ _____ - $ _____ =.... ➔ $ _____

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

72.1 See Schedule A/B 72 Attachment  Tax year _____  $ 2,493,812.44

*Note: Current Value does not include interest due*

73. **Interests in insurance policies or annuities**

73.1 See Schedule A/B 73 Attachment   $ Undetermined

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1 Jack Cooper Tranport Company, LLC v. Dominique Jackson, District Court, Ingham County, Michigan, Case No. 23-03168GCF   $ Undetermined

Nature of claim   Breach of Contract

Amount requested   $ Not specified

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

75.1 None   $ _____

Nature of claim   _____

Amount requested   $ _____

76. **Trusts, equitable or future interests in property**

76.1 None   $ _____

77. **Other property of any kind not already listed** *Examples*: Season tickets, country club membership

77.1 See Schedule A/B 77 Attachment   $ 498,126,606.81

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.   $ 500,620,419.25

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2*. | $ 19,119,867.34 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 897,403.95 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 2,741,427.29 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 1,008,612.20 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 28,196.49 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............ ➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | $ 500,620,419.25 | |
| 91. **Total.** Add lines 80 through 90 for each column.....................91a. | $ 524,415,926.52 | + 91b. $ 0.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ............................ | | $ 524,415,926.52 |

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☒ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1 Creditor's name**

Cerberus Business Finance Agency, LLC
<br>Creditor's Name

**Creditor's mailing address**

Notice Name
<br>875 Third Avenue
<br>Street

| New York | NY | 10022 |
|---|---|---|
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

**Date debt was incurred**  6/28/2018

**Last 4 digits of account number**  _____

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Have you already specified the relative priority?

    ☒ No. Specify each creditor, including this creditor, and its relative priority.

       Undetermined

    ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

Substantially all assets     $ 215,915,623.24     $ Undetermined

**Describe the lien**
<br>First lien

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
<br>Check all that apply.

☒ Contingent

☒ Unliquidated

☐ Disputed

**Part 1:**    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|

2.2 **Creditor's name**

Pony Express Bank

Creditor's Name

**Creditor's mailing address**

Notice Name
215 N 291 Hwy
Street

| Liberty | MO | 64068 |
|---|---|---|
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**    1363

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Have you already specified the relative priority?

   ☒ No. Specify each creditor, including this creditor, and its relative priority.

   Undetermined

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

Land      $   331,596.54   $   Undetermined

**Describe the lien**

Mortgage

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**      $   216,247,219.78

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line _____ | _____ |

_____
Name

_____
Notice Name

_____
Street

_____

_____

_____
City                        State              ZIP Code

_____
Country

**Fill in this information to identify the case:**

Debtor Name: In re : Jack Cooper Transport Company, LLC

United States Bankruptcy Court for the: District of Delaware

Case number (if known): 25-10416 (BLS)

☐ Check if this is an amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:** List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).**

☐ No. Go to Part 2.

☑ Yes. Go to Line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Total claim | Priority amount |
|---|---|---|

2.1 **Priority creditor's name and mailing address**

City of Murfreesboro
Creditor Name

Creditor's Notice name

PO Box 1139
Address

Murfreesboro | TN | 37133
City | State | ZIP Code

Country

**Date or dates debt was incurred**

2/28/2025

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ 556.00    $ 556.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Property Tax

**Is the claim subject to offset?**

☐ No

☐ Yes

**2.2 Priority creditor's name and mailing address**

Davidson County Metropolitan Trustee
Creditor Name

Creditor's Notice name

PO Box 196358
Address

| Nashville | TN | 37219 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/28/2025

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ 1,602.53   $ 1,602.53
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Utility Tax

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.3 Priority creditor's name and mailing address**

Davidson County Metropolitan Trustee
Creditor Name

Creditor's Notice name

PO Box 196358
Address

| Nashville | TN | 37219 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/28/2025

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ 1,439.03   $ 1,439.03
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Utility Tax

**Is the claim subject to offset?**
☐ No
☐ Yes

Name

**2.4 Priority creditor's name and mailing address**

Justin Biggs Knox County Trustee

Creditor Name

Creditor's Notice name

PO Box 70

Address

| Knoxville | TN | 37901 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/28/2025

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $                768.00  $                768.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Property Tax

**Is the claim subject to offset?**

☐ No

☐ Yes

**2.5 Priority creditor's name and mailing address**

Maury County Trustee

Creditor Name

Creditor's Notice name

One Public Square

Address

| Columbia | TN | 38401 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/28/2025

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $              1,085.00  $              1,085.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Motor Carrier Tax

**Is the claim subject to offset?**

☐ No

☐ Yes

| | | |
|---|---|---|
| **2.6** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 1,095.00   $ 1,095.00 |

**2.6** **Priority creditor's name and mailing address**

Rutherford Co Trustee
_____
Creditor Name

_____
Creditor's Notice name

P.O. Box 1316
_____
Address

_____

| Murfreesboro | TN | 37133 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

2/28/2025
_____

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ 1,095.00   $ 1,095.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Property Tax
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.7** **Priority creditor's name and mailing address**

Town of West Seneca County of Erier
_____
Creditor Name

_____
Creditor's Notice name

1250 Union Road
_____
Address

_____

| West Seneca | NY | 14224 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

2/18/2025
_____

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ 47,419.58   $ 47,419.58
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Real Property Tax
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.8 Priority creditor's name and mailing address**

Williamson County Trustee
Creditor Name

Williamson County
Creditor's Notice name

1320 West Main Street
Address

Suite 203

| Franklin | TN | 37064 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/28/2025

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $    1,112.00   $    1,112.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Property Tax

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**2.9 Priority creditor's name and mailing address**

Williamson County Trustee
Creditor Name

Franklin In 9th SST, Williamson County
Creditor's Notice name

1320 West Main Street
Address

Suite 203

| Franklin | TN | 37064 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/28/2025

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $    145.00   $    145.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Property Tax

**Is the claim subject to offset?**

☐ No

☐ Yes

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | Amount of claim |
|---|---|

3.1 **Nonpriority creditor's name and mailing address**

001Dispatch Corp
Creditor Name

Creditor's Notice name

1233 Matilda St
Address

| Saint Paul | MN | 55117 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

3.2 **Nonpriority creditor's name and mailing address**

1845 Logistics LLC
Creditor Name

Creditor's Notice name

2512 Mosley Ct
Address

| Cedar Hill | TX | 75104 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 194.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.3** **Nonpriority creditor's name and mailing address**

1851 LCP LLC

Creditor Name

Creditor's Notice name

1718 RALSTON AVENUE

Address

| CINCINNATI | OH | 45223 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**   $      6,885.14

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.4** **Nonpriority creditor's name and mailing address**

1MD EXPRESS INC

Creditor Name

Creditor's Notice name

1759 SEATON CT

Address

| Aurora | IL | 60503 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**   $      1,600.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

3.5 **Nonpriority creditor's name and mailing address**

24 and some more
Creditor Name

Creditor's Notice name

1805 Enchanted Cv
Address

| Wylie | TX | 75098 |
|-------|-----|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $          6,284.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

3.6 **Nonpriority creditor's name and mailing address**

601 Towing LLC
Creditor Name

Creditor's Notice name

682 Valley Rd
Address

| Mocksville | NC | 27028 |
|-----------|-----|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $            150.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.7** **Nonpriority creditor's name and mailing address**

A PARENT COMPANY LLC

Creditor Name

Creditor's Notice name

1012 BRYSON STREET

Address

| Youngstown | OH | 44505 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $                    64,523.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.8** **Nonpriority creditor's name and mailing address**

A&I Transportation LLC

Creditor Name

Creditor's Notice name

18934 Maple Valley Cir

Address

| Hagerstown | MD | 21742 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $                    1,425.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

3.9 **Nonpriority creditor's name and mailing address**

A&R Services LLC dba A&R Towin

Creditor Name

Creditor's Notice name

62179 Old CR 17

Address

| Goshen | IN | 46526 |
|--------|-----|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $      425.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

3.10 **Nonpriority creditor's name and mailing address**

Aba Ula Inc

Creditor Name

Creditor's Notice name

1909 Quentin Rd

Address

4G

| Brooklyn | NY | 11229 |
|----------|-----|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $      240.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Name

**3.11** **Nonpriority creditor's name and mailing address**

Aba ULA LLC

Creditor Name

Creditor's Notice name

6824 Wild Rose Ct

Address

| SPRINGFIELD | VA | 22142 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    550.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.12** **Nonpriority creditor's name and mailing address**

ABC PEST CONTROL OF DFW INC

Creditor Name

Creditor's Notice name

997 GRANDY'S LANE

Address

| LEWISVILLE | TX | 75077 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    1,277.38
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Name

**3.13 Nonpriority creditor's name and mailing address**

ABSOPURE WATER COMPANY

Creditor Name

Creditor's Notice name

DEPT # 914604 - PO BOX 701760

Address

| PLYMOUTH | MI | 48170 |
|----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $      48.19

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.14 Nonpriority creditor's name and mailing address**

ACC BUSINESS

Creditor Name

Creditor's Notice name

PO BOX 105306

Address

| ATLANTA | GA | 30348-5306 |
|---------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $      610.66

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.15** **Nonpriority creditor's name and mailing address**

Adam Mario Echeverria
Creditor Name

Creditor's Notice name

3216 Todd Ave
Address

| Ft Worth | TX | 76110 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**     $     4,750.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.16** **Nonpriority creditor's name and mailing address**

ADANA TRANSPORTATION INC
Creditor Name

Creditor's Notice name

300 EAST BUSINESS WAY
Address

SUITE 200 SUMMIT WOODS CORPORATE CENTER

| CINCINNATI | OH | 45241 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**     $     5,470.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.17** **Nonpriority creditor's name and mailing address**

Adcock Transport

Creditor Name

Creditor's Notice name

14 Anthony Dr

Address

| Manheim | PA | 17545 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 3,800.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.18** **Nonpriority creditor's name and mailing address**

ADP SCREENING AND SELECTION SE

Creditor Name

Creditor's Notice name

301 REMINGTON STREET

Address

| FORT COLLINS | CO | 80524 |
|--------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 8,851.82
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.19 Nonpriority creditor's name and mailing address**

AG Logistics LLC
*Creditor Name*

*Creditor's Notice name*

7750 Vida Ave
*Address*

| Village Of Lakewood | IL | 60014 |
|---|---|---|
| City | State | ZIP Code |

*Country*

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**   $      6,238.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.20 Nonpriority creditor's name and mailing address**

Ahmed Hamza
*Creditor Name*

*Creditor's Notice name*

3802 Brownstone Dr
*Address*

| Jeffersonville | IN | 47130 |
|---|---|---|
| City | State | ZIP Code |

*Country*

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**   $      510.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.21 Nonpriority creditor's name and mailing address**

AIBA Inc
Creditor Name

Creditor's Notice name

7315 Winthrop Way Suite 18
Address

| Downers Grove | IL | 60516 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    340.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.22 Nonpriority creditor's name and mailing address**

AIR COMPRESSOR ENGINEERING LLC
Creditor Name

Creditor's Notice name

PO BOX 4264
Address

| WICHITA | KS | 67204-0264 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    2,545.52
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.23 Nonpriority creditor's name and mailing address**

Alcon Trans Corporation
Creditor Name

Creditor's Notice name

1215 Avenue
Address

Apt 1E

| Brooklyn | NY | 11230 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 600.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.24 Nonpriority creditor's name and mailing address**

Aleh Lesiuk
Creditor Name

Creditor's Notice name

5110 N Pittsburgh Ave
Address

| Norridge | IL | 60706 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 194.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.25** **Nonpriority creditor's name and mailing address**

Alexandru Trifaila

Creditor Name

Creditor's Notice name

11343 Cypress Reserve Dr

Address

| Tampa | FL | 33626 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    5,076.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.26** **Nonpriority creditor's name and mailing address**

Alexco LLC

Creditor Name

Creditor's Notice name

139 Caggiano Dr

Address

Unit C

| Gaffney | SC | 29341 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    1,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.27 **Nonpriority creditor's name and mailing address**

ALFONSI RAILROAD CONSTRUCTION
Creditor Name

_____
Creditor's Notice name

23501 PENNSYLVANIA ROAD
Address

| BROWNSTOWN | MI | 48193 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 3,601.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

3.28 **Nonpriority creditor's name and mailing address**

Alga Freight Company
Creditor Name

_____
Creditor's Notice name

3527 STACKINGHAY DRIVE
Address

| NAPERVILLE | IL | 60564 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 8,339.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.29** **Nonpriority creditor's name and mailing address**

Alice Walton, David Walton, and Ashley Walton, as heirs of the estate of Robert Walton

Creditor Name

The Zimmerman Law Firm

Creditor's Notice name

Jason Carr

Address

3501 W Waco Dr

| Waco | TX | 76710 |
|------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ Undetermined

*Check all that apply.*

☐ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

Litigation Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.30** **Nonpriority creditor's name and mailing address**

Alien Corporation

Creditor Name

Creditor's Notice name

175 S. Lincoln Ave Unit # 128

Address

| ADDISON | IL | 60101 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 8,857.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.31  Nonpriority creditor's name and mailing address**

Alien Express LLC
Creditor Name

Creditor's Notice name

205 N Michigan Ave
Address

STE 810

Chicago          IL          60601
City          State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                200.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.32  Nonpriority creditor's name and mailing address**

All Day Auto Hualing LLC
Creditor Name

Creditor's Notice name

107 Briarwood Dr
Address

Apt D15

Horsham          PA          19044
City          State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $              2,100.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.33 Nonpriority creditor's name and mailing address**

All Points Haulage LLC
Creditor Name

Creditor's Notice name

344 Wentworth Lane
Address

| | | |
|---|---|---|
| Bartlett | IL | 60103 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $      1,166.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.34 Nonpriority creditor's name and mailing address**

All Transportation LLC
Creditor Name

Creditor's Notice name

1866 E Market St
Address

#301

| | | |
|---|---|---|
| Harrisonburg | VA | 22801 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $      1,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.35 Nonpriority creditor's name and mailing address**

Allegiance Trucking LLC

Creditor Name

Creditor's Notice name

2005 SW 60th Ave

Address

| Amarillo | TX | 79118 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 648.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.36 Nonpriority creditor's name and mailing address**

ALLIED UNIVERSAL

Creditor Name

Creditor's Notice name

161 WASHINGTON STREET

Address

SUITE 600

| COSHOHOCKEN | PA | 19428 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 128,643.04

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

3.37   **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:   $                          460.00

Allstar Auto Salvage LLC                                            *Check all that apply.*
Creditor Name
                                                                   ☐   Contingent

                                                                   ☐   Unliquidated
Creditor's Notice name
                                                                   ☐   Disputed

21 Van Deusenville Rd                                              **Basis for the claim:**
Address
                                                                   Accounts Payable


Great Barrington       MA              01230
City                   State           ZIP Code


Country
**Date or dates debt was incurred**                               **Is the claim subject to offset?**
                                                                   ☒   No
**Last 4 digits of account**                                      ☐   Yes
**number**

3.38   **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:   $                          400.00

Allstate Transport Inc                                             *Check all that apply.*
Creditor Name
                                                                   ☐   Contingent

                                                                   ☐   Unliquidated
Creditor's Notice name
                                                                   ☐   Disputed

422 Old Orchard Rd                                                **Basis for the claim:**
Address
                                                                   Accounts Payable


Cherry Hill            NJ              08003
City                   State           ZIP Code


Country
**Date or dates debt was incurred**                               **Is the claim subject to offset?**
                                                                   ☒   No
**Last 4 digits of account**                                      ☐   Yes
**number**

Name

**3.39** **Nonpriority creditor's name and mailing address**

ALRO STEEL CORPORATION

Creditor Name

Creditor's Notice name

3100 EAST HIGH STREET

Address

PO BOX 927

| JACKSON | MI | 49204-0927 |
|---------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $       4,734.91
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.40** **Nonpriority creditor's name and mailing address**

AL'S CLEANING SERVICE

Creditor Name

Creditor's Notice name

PO BOX 87846

Address

| Canton | MI | 48187 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $       2,350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.41   Nonpriority creditor's name and mailing address**

ALTERNATOR SERVICE, INC
Creditor Name

Creditor's Notice name

2350 WEST COMMERCE
Address

| DALLAS | TX | 75212 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                1,899.79
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒   No

☐   Yes

---

**3.42   Nonpriority creditor's name and mailing address**

ALTERRA IOS VENTURE MASTER, LP
Creditor Name

Creditor's Notice name

414 SOUTH 16TH ST
Address

Suite 100

| PHILADELPHIA | PA | 19146 |
|--------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $               614,067.96
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒   No

☐   Yes

**3.43 Nonpriority creditor's name and mailing address**

Alvin Bruce Hardy
Creditor Name

Creditor's Notice name

5705 Park Side Pass
Address

| Hoover | AL | 35244 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $      315.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.44 Nonpriority creditor's name and mailing address**

Amazulu Transport Inc
Creditor Name

Creditor's Notice name

1073 Willa Springs Drive
Address

Suite 1041

| Winter Springs | FL | 32708 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $      13,109.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

3.45 **Nonpriority creditor's name and mailing address**

AMERICAN EXPRESS 650448

Creditor Name

Creditor's Notice name

PO BOX 650448

Address

| DALLAS | TX | 75265-0448 |
|--------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $                108,422.49
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.46 **Nonpriority creditor's name and mailing address**

AMERICAN INDUSTRIAL LIFTING PR

Creditor Name

Creditor's Notice name

23891 VREELAND ROAD

Address

| FLAT ROCK | MI | 48134 |
|-----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $                5,506.90
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.47 **Nonpriority creditor's name and mailing address**

American Storks Inc
Creditor Name

Creditor's Notice name

125 Brighton 11th St
Address

Apt 5C

| Brooklyn | NY | 11235 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**  $                15,400.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

3.48 **Nonpriority creditor's name and mailing address**

AMHERST ALARM INC
Creditor Name

Creditor's Notice name

2361 WEHRLE DRIVE
Address

| AMHERST | NY | 14221 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**  $                  224.30
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Name

**3.49** **Nonpriority creditor's name and mailing address**

Anchor Logistics Xpress Inc

Creditor Name

Creditor's Notice name

170 River Birch Grove

Address

Unit #103

| Ashville | NC | 28806 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                    2,012.64
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.50** **Nonpriority creditor's name and mailing address**

Andrei Kokarev

Creditor Name

Creditor's Notice name

2E 22nd Street

Address

Suite #315

| Lombard | IL | 60149 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                    6,911.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.51** **Nonpriority creditor's name and mailing address**

Andrei Ratash
Creditor Name

Creditor's Notice name

7706 BOMBAY LANE
Address

| INDIANAPOLIS | IN | 46239 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,210.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.52** **Nonpriority creditor's name and mailing address**

Andrew Munro
Creditor Name

Creditor's Notice name

101 E 2nd St
Address

| Benson | AZ | 85602 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 240.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.53** **Nonpriority creditor's name and mailing address**

Andrii Bilous
Creditor Name

Creditor's Notice name

3528 Chancery LN
Address

| Carpentersville | IL | 60110 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                    2,574.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.54** **Nonpriority creditor's name and mailing address**

ANGEL EXPRESS LLC
Creditor Name

Creditor's Notice name

2785 BENJAMIN DR
Address

| Brunswick | OH | 44212 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                    2,356.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.55** **Nonpriority creditor's name and mailing address**

ANM AUTO TRANSPORT
Creditor Name

Creditor's Notice name

13376 TORREY MEADOWS DR
Address

24

| SAN DEIGO | CA | 92129 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                                    450.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.56** **Nonpriority creditor's name and mailing address**

Anthony Francis
Creditor Name

Creditor's Notice name

155 Quinn Road
Address

| Amdore | OK | 73401 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                                 6,928.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.57** **Nonpriority creditor's name and mailing address**

Aon Risk Services Southwest, I

Creditor Name

Creditor's Notice name

PO Box 3870

Address

| Little Rock | AR | 72203-0000 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 807,421.37

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.58** **Nonpriority creditor's name and mailing address**

APEX SYSTEMS LLC

Creditor Name

Creditor's Notice name

4400 COX ROAD

Address

SUITE 200

| GLEN ALLEN | VA | 23060 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 44,981.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.59** **Nonpriority creditor's name and mailing address**

ARAMARK REFRESHMENT SERV
Creditor Name

Creditor's Notice name

13772 SHORELINE DR
Address

| EARTH CITY | MO | 63045 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,685.07
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.60** **Nonpriority creditor's name and mailing address**

Ashli Ellis
Creditor Name

Creditor's Notice name

1006 Ontario Dr
Address

| Garland | TX | 75040 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 92.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

3.61 **Nonpriority creditor's name and mailing address**

ASSURED WRECKER & TRUCK SERVIC
Creditor Name

Creditor's Notice name

4305 LESSING
Address

| WATERFORD | MI | 48329 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $      47,903.84
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.62 **Nonpriority creditor's name and mailing address**

ASURINT
Creditor Name

Creditor's Notice name

1111 SUPERIOR AVENUE E
Address

SUITE 2100

| CLEVELAND | OH | 44114 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $      43.62
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.63 Nonpriority creditor's name and mailing address**

AT&T MOBILITY

Creditor Name

Creditor's Notice name

PO BOX 6463

Address

| CAROL STREET | IL | 60197-6463 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $     65,817.49
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.64 Nonpriority creditor's name and mailing address**

AT&T U-VERSE

Creditor Name

Creditor's Notice name

PO BOX 5014

Address

| CAROL STREET | IL | 60197-5017 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $     92.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.65** **Nonpriority creditor's name and mailing address**

AUDATEX NORTH AMERICA, INC.
Creditor Name

Creditor's Notice name

1301 SOLONA BLVD
Address

BLDG 2, STE 2100

| WESTLAKE | TX | 76262 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $      323.86
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.66** **Nonpriority creditor's name and mailing address**

AUGUSTINE EXTERMINATORS INC
Creditor Name

Creditor's Notice name

9280 FLINT STREET
Address

| OVERLAND PARK | KS | 66214 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $      1,407.15
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.67 Nonpriority creditor's name and mailing address**

Auto Handling, LLC

Creditor Name

Creditor's Notice name

2345 Grand Blvd

Address

Ste. 2400

| Kansas City | MO | 64108 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 207,966,532.88
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Intercompany Accounts

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.68 Nonpriority creditor's name and mailing address**

AUTO STAR LOGISTICS LLC

Creditor Name

Creditor's Notice name

6338 JEFFERSON DRIVE

Address

| TIPP CITY | OH | 45371 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 7,025.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

3.69 **Nonpriority creditor's name and mailing address**

AUTOMATIC DATA PROCESSING, INC
Creditor Name

Creditor's Notice name

PO BOX 842875
Address

| BOSTON | MA | 02284-2875 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                    228,222.34
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒   No

☐   Yes

3.70 **Nonpriority creditor's name and mailing address**

AUTOVA AUTO TRANSPORT LLC
Creditor Name

Creditor's Notice name

3713 S AMHERST HWY
Address

| MADISON HTS | VA | 24572 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                    2,300.00
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒   No

☐   Yes

**3.71 Nonpriority creditor's name and mailing address**

AUTOZONE
Creditor Name

Creditor's Notice name

PO BOX 116067
Address

| ATLANTA | GA | 30368 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**   $      2,444.62
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.72 Nonpriority creditor's name and mailing address**

AVIS BUDGET GROUP
Creditor Name

Creditor's Notice name

300 CENTRE POINT DRIVE
Address

| VIRGINIA BEACH | VA | 23462 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**   $      38,934.30
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

| | |
|---|---|
| 3.73 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 6,563.15 |
| AVIS RENT A CAR SYSTEM, INC | *Check all that apply.* |
| Creditor Name | ☐ Contingent |
| | ☐ Unliquidated |
| Creditor's Notice name | ☐ Disputed |
| | **Basis for the claim:** |
| 7876 COLLECTIONS CENTER DR | Accounts Payable |
| Address | |

| City | State | ZIP Code |
|---|---|---|
| Chicago | IL | 60693-0078 |

Country

**Date or dates debt was incurred**          **Is the claim subject to offset?**
☒ No
**Last 4 digits of account**          ☐ Yes
**number**

| | |
|---|---|
| 3.74 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 250.00 |
| Avtandil Zviadauri | *Check all that apply.* |
| Creditor Name | ☐ Contingent |
| | ☐ Unliquidated |
| Creditor's Notice name | ☐ Disputed |
| | **Basis for the claim:** |
| 4530 Avalon Forest LN | Accounts Payable |
| Address | |

| City | State | ZIP Code |
|---|---|---|
| Charlotte | NC | 28269 |

Country

**Date or dates debt was incurred**          **Is the claim subject to offset?**
☒ No
**Last 4 digits of account**          ☐ Yes
**number**

3.75 **Nonpriority creditor's name and mailing address**

AXLE SURGEONS OF K.C.
Creditor Name

Creditor's Notice name

24425 W. 55TH ST.
Address

| SHAWNEE | KS | 66226 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    7,475.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

3.76 **Nonpriority creditor's name and mailing address**

Aztec Steel Corp
Creditor Name

Creditor's Notice name

800 TAYLOR STREET
Address

| ELYRIA | OH | 44035 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    3,877.15
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.77** **Nonpriority creditor's name and mailing address**

B & P PROPERTIES, LLC

Creditor Name

Creditor's Notice name

8010 RICE ROAD

Address

| AMHERST | OH | 44001 |
|---------|-----|---------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $     19,652.97
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.78** **Nonpriority creditor's name and mailing address**

B/A PRODUCTS

Creditor Name

Creditor's Notice name

8925 McGAW COURT

Address

| Columbia | MD | 21045-4725 |
|----------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $     23,315.05
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

### 3.79 Nonpriority creditor's name and mailing address

Bams Towing LLC
Creditor Name

_____
Creditor's Notice name

4613 N University Drive
Address

_____

| Coral Springs | FL | 33067 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $ 1,135.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

### 3.80 Nonpriority creditor's name and mailing address

Barnes Reliable Transportation
Creditor Name

_____
Creditor's Notice name

129 Red Maple Lane
Address

_____

| Guyton | GA | 31312 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $ 150.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

3.81 **Nonpriority creditor's name and mailing address**

BARNESCARE
Creditor Name

Creditor's Notice name

P. O. BOX 956404
Address

| ST. LOUIS | MO | 63195-6404 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $          95.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

3.82 **Nonpriority creditor's name and mailing address**

BARRICK PROPERTIES #40, LLC
Creditor Name

Creditor's Notice name

4338 DELEMERE BOULEVARD
Address

| ROYAL OAK | MI | 48073-0000 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $          18,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

3.83 **Nonpriority creditor's name and mailing address**

BARRINGTON CAPITAL GROUP LLC

Creditor Name

Creditor's Notice name

952 N FAIRFIELD AVE

Address

APT 1S

| Chicago | IL | 60622 |
|---------|-----|---------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $      1,923.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

3.84 **Nonpriority creditor's name and mailing address**

BENESCH

Creditor Name

Creditor's Notice name

200 PUBLIC SQUARE, SUITE 2300

Address

| CLEVELAND | OH | 44114-2378 |
|-----------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $      150,103.30

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

3.85 **Nonpriority creditor's name and mailing address**

Bengal Shipping

Creditor Name

Creditor's Notice name

801 LOUISANA STREET

Address

SUITE 375

| Houston | TX | 77002 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                    828.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

3.86 **Nonpriority creditor's name and mailing address**

BESCO WATER TREATMENT, INC.

Creditor Name

Creditor's Notice name

P.O. BOX 1310

Address

| BATTLE CREEK | MI | 49016 |
|--------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                    481.25

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.87 Nonpriority creditor's name and mailing address**

Besiki Broladze
Creditor Name

Creditor's Notice name

2665 E 26th St
Address

| Brooklyn | NY | 11235 |
|----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,045.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.88 Nonpriority creditor's name and mailing address**

Bessie Jenkins
Creditor Name

Creditor's Notice name

Address

| | | |
|----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ Undetermined
*Check all that apply.*

☐ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

General Liability Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.89 Nonpriority creditor's name and mailing address**

BFS Trucking Inc
Creditor Name

Creditor's Notice name

7329 Atkinson Cir
Address

| Plainfield | IL | 60586 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $      2,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.90 Nonpriority creditor's name and mailing address**

BIFFS, INC
Creditor Name

Creditor's Notice name

6430 COUNTY ROAD 101 E
Address

| SHAKOPEE | MN | 55379 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $      563.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.91   Nonpriority creditor's name and mailing address**

Big Laz Towing LLC
Creditor Name


Creditor's Notice name

1105 Frost St
Address




Flint                    MI                  48504
City                     State               ZIP Code


Country

**Date or dates debt was incurred**


**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                740.00
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑   No

☐   Yes

**3.92   Nonpriority creditor's name and mailing address**

Bishop Transexpress LLC
Creditor Name


Creditor's Notice name

2931 Ridge Road
Address

Suite 101-1029


Rockwall                 TX                  75032
City                     State               ZIP Code


Country

**Date or dates debt was incurred**


**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                833.00
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑   No

☐   Yes

**3.93** **Nonpriority creditor's name and mailing address**

Bitchiko Guliashvili

Creditor Name

Creditor's Notice name

5 REGALIA CT

Address

APT F

| OWINGS MILLS | MD | 21117 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,460.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.94** **Nonpriority creditor's name and mailing address**

BLACK TRUCKING LLC

Creditor Name

Creditor's Notice name

2671 MAIDEN HWYR

Address

SUITE 8

| LINCOLTON | NC | 28092 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 650.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.95**  **Nonpriority creditor's name and mailing address**

Blackknight Transport Inc

Creditor Name

Creditor's Notice name

11942 FM 3226

Address

| Arp | TX | 75750 |
|-----|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $               3,317.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.96**  **Nonpriority creditor's name and mailing address**

BLUE MOON PORT A POT LLC

Creditor Name

Creditor's Notice name

7700 VETERANS MEMORIAL HWY

Address

| SCOTTSVILLE | KY | 42164 |
|-------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $               1,050.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.97** **Nonpriority creditor's name and mailing address**

Blue Sky Logistics LLC
Creditor Name

Creditor's Notice name

25923 Butternut Ridge Rd
Address

| North Olmstead | OH | 44070 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                1,200.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.98** **Nonpriority creditor's name and mailing address**

BLUEGRASS WATER UOC,LLC
Creditor Name

Creditor's Notice name

PO BOX 676395
Address

| DALLAS | TX | 75267-6395 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                229.02
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Name

**3.99** **Nonpriority creditor's name and mailing address**

Boar Transportation LLC

Creditor Name

Creditor's Notice name

6254 Wilmington Pike

Address

Unit 1093

| Centerville | OH | 45459 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    2,135.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.100** **Nonpriority creditor's name and mailing address**

Boomstick Transport

Creditor Name

Creditor's Notice name

220 N Vance St

Address

| Red Springs | NC | 28377 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    1,840.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.101** **Nonpriority creditor's name and mailing address**

Borsuk Transport Inc
Creditor Name

Creditor's Notice name

1100 SADDLEBACK WAY
Address

| Bel Air | MD | 21014 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 7,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.102** **Nonpriority creditor's name and mailing address**

BPA Hotshot Corp
Creditor Name

Creditor's Notice name

7061 W North Ave
Address

#505

| Oak Park | IL | 60302 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 440.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.103** **Nonpriority creditor's name and mailing address**

Braz Services LLC

Creditor Name

Creditor's Notice name

2125 Lake Roberts Landing Dr

Address

| Winter Garden | FL | 34787 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                600.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.104** **Nonpriority creditor's name and mailing address**

BRENDEL'S SEPTIC TANK SERVICE

Creditor Name

Creditor's Notice name

4941 WHITE LAKE ROAD

Address

| CLARKSTON | MI | 48346 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                680.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.105** **Nonpriority creditor's name and mailing address**

Brett Lee Vanous
Creditor Name

Creditor's Notice name

915 East Walnut Street
Address

| Quasqueton | IA | 52336 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 300.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.106** **Nonpriority creditor's name and mailing address**

BRIDGESTONE HOSEPOWR, LLC
Creditor Name

Creditor's Notice name

50 INDUSTRIAL LOOP N
Address

| Orange Park | FL | 32073 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 746.78
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Name

**3.107** **Nonpriority creditor's name and mailing address**

BRIDGESTONE/FIRESTONE

Creditor Name

Creditor's Notice name

535 MARRIOTT DRIVE

Address

P.O. BOX 140990

| NASHVILLE | TN | 37214-0990 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    242,327.73
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒   No

☐   Yes

**3.108** **Nonpriority creditor's name and mailing address**

Brinks Auto Transport

Creditor Name

Creditor's Notice name

2483 Portland St

Address

| St. Johnsbury | VT | 05819 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                        1,075.00
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒   No

☐   Yes

**3.109** **Nonpriority creditor's name and mailing address**

BROADSPIRE

Creditor Name

Creditor's Notice name

P O BOX 404579

Address

| ATLANTA | GA | 30384-4579 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 3,352.62
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.110** **Nonpriority creditor's name and mailing address**

Brokers Choice Auto Transport

Creditor Name

Creditor's Notice name

2504 Chatham Rd

Address

#5189

| SPRINGFIELD | IL | 62704 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 695.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.111**   **Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is:   $      60,714.00

BROOKS 1ST CONSTRUCTION CO

Creditor Name                                 *Check all that apply.*

                                         ☐   Contingent

Creditor's Notice name                           ☐   Unliquidated

6525 ARDMORE AVENUE                    ☐   Disputed

Address                                          **Basis for the claim:**

                                         Accounts Payable

| | | |
|---|---|---|
| FORT WAYNE | IN | 46809 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**               **Is the claim subject to offset?**

                                         ☑   No

**Last 4 digits of account**                              ☐   Yes

**number**

---

**3.112**   **Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is:   $      28,344.00

BROTHERS TRANSPORT LLC

Creditor Name                                 *Check all that apply.*

                                         ☐   Contingent

Creditor's Notice name                           ☐   Unliquidated

110 OLYMPIC DRIVE                       ☐   Disputed

Address                                          **Basis for the claim:**

                                         Accounts Payable

| | | |
|---|---|---|
| NICHOLASVILLE | KY | 40356 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**               **Is the claim subject to offset?**

                                         ☑   No

**Last 4 digits of account**                              ☐   Yes

**number**

| 3.113 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: | $ | 945.00 |

**Nonpriority creditor's name and mailing address**

BSL 2022
Creditor Name

Creditor's Notice name

80 Carter Place
Address

| Parlin | NJ | 08859 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $   945.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

3.114   **Nonpriority creditor's name and mailing address**

BUDGET TOWING
Creditor Name

Creditor's Notice name

PO BOX 364
Address

| WENTZVILLE, | MO | 63385 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $   2,975.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.115 Nonpriority creditor's name and mailing address**

Bulla Transportation Inc
Creditor Name

Creditor's Notice name

8116 S Tryon St
Address

STE B3 #269

| Charlotte | NC | 28273 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 3,992.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.116 Nonpriority creditor's name and mailing address**

BULLSEYE TELECOM
Creditor Name

Creditor's Notice name

PO BOX 6558
Address

| CAROL STREAM | IL | 60197-6558 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 286.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.117 Nonpriority creditor's name and mailing address**

By Grace Towing, LLC
Creditor Name

Creditor's Notice name

2137 Randall Road
Address

| Lithonia | GA | 30058 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 210.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.118 Nonpriority creditor's name and mailing address**

C&M TRANSPORTERS LLC
Creditor Name

Creditor's Notice name

10246 NICHOLS ROAD
Address

| GAINES | MI | 48436 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,021.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

3.119 **Nonpriority creditor's name and mailing address**

C&S HEATING AND COOLING

Creditor Name

Creditor's Notice name

206 WEST PEARCE BOULEVARD

Address

| WENTZVILLE | MO | 63385 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,521.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.120 **Nonpriority creditor's name and mailing address**

C.F. BENDER COMPANY, INC

Creditor Name

Creditor's Notice name

501 South 14th Street

Address

| KANSAS CITY | KS | 66105-1101 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 8,738.90
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.121** **Nonpriority creditor's name and mailing address**

Caesars LLC

Creditor Name

Creditor's Notice name

2198 Nottoway Dr

Address

| Hanover | MD | 21076 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    2,495.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.122** **Nonpriority creditor's name and mailing address**

CALIBER AUTO GLASS

Creditor Name

Creditor's Notice name

2941 LAKE VISTA DRIVE

Address

| LEWISVILLE | TX | 75067 |
|------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    3,203.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Name

**3.123 Nonpriority creditor's name and mailing address**

CAM-DEX CORPORATION
Creditor Name

Creditor's Notice name

10 CENTRAL AVENUE
Address

| KANSAS CITY | KS | 66118 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 458.18
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.124 Nonpriority creditor's name and mailing address**

CANDIDO'S TOW & REPAIR
Creditor Name

Creditor's Notice name

722 EAST MOUNT VERNON ST
Address

| SOMERSET | KY | 42501 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 52,754.83
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

### 3.125 Nonpriority creditor's name and mailing address

CAPITAL ELECTRIC CONSTRUCTION
Creditor Name

Creditor's Notice name

PO BOX 410079
Address

| KANSAS CITY | MO | 64141 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 2,671.74
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**
☒ No
☐ Yes

### 3.126 Nonpriority creditor's name and mailing address

Capital Transport
Creditor Name

Creditor's Notice name

19412 Polden Hills Way
Address

| Pflugerville | TX | 78660 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 970.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.127** **Nonpriority creditor's name and mailing address**

Capps Transport LLC

Creditor Name

Creditor's Notice name

301 Monument Pl

Address

| Azle | TX | 76020 |
|------|-----|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,240.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.128** **Nonpriority creditor's name and mailing address**

Car Relocation Express LLC

Creditor Name

Creditor's Notice name

3902 BROOK GARDEN LANE

Address

| Katy | TX | 77449 |
|------|-----|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 575.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.129** **Nonpriority creditor's name and mailing address**

Cargo Management Group Inc.
Creditor Name

Creditor's Notice name

1511 Main St Unit C409
Address

| Worcester | MA | 01603 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:     $                1,000.00
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑   No

☐   Yes

**3.130** **Nonpriority creditor's name and mailing address**

Carla Branham
Creditor Name

Dunigan & Gorski, P.S.C.
Creditor's Notice name

Joseph Gaines
Address

161 St Matthews Ave

STE 7

| Louisville | KY | 40207 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:     $              Undetermined
*Check all that apply.*

☐   Contingent

☑   Unliquidated

☑   Disputed

**Basis for the claim:**

Litigation Claim

**Is the claim subject to offset?**

☑   No

☐   Yes

Name

**3.131** **Nonpriority creditor's name and mailing address**

CATALYST COMPUTING SOLUTIONS L

Creditor Name

Creditor's Notice name

4719 QUAIL LAKES DRIVE

Address

SUITE G 3089

| STOCKTON | CA | 95207 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 23,850.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.132** **Nonpriority creditor's name and mailing address**

CAUDILL'S DIESEL SERVICE

Creditor Name

Creditor's Notice name

2060 SOUTH GREEN STREET

Address

| HENDERSON | KY | 42420 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,017.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.133 Nonpriority creditor's name and mailing address**

CDA TRUCKING INC
Creditor Name

_____
Creditor's Notice name

497 SILVER CHARM DRIVE
Address

| Oswego | IL | 60543 |
|--------|-----|----------|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 15,640.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.134 Nonpriority creditor's name and mailing address**

Cecilia Donaldson
Creditor Name

_____
Creditor's Notice name

_____
Address

| | | |
|--------|-----|----------|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ Undetermined
*Check all that apply.*

☐ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

General Liability Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.135** | **Nonpriority creditor's name and mailing address**

Central States
Creditor Name

Creditor's Notice name

9377 W HIGGINS RD
Address

ROSEMONT     IL     60018-4938
City     State     ZIP Code

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $     4,367,223.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Union HWP

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.136** | **Nonpriority creditor's name and mailing address**

Central States, Southeast and Southwest Areas Health and Welfare Fund
Creditor Name

Creditor's Notice name

8647 West Higgins Road
Address

Chicago     IL     60631
City     State     ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $     4,996,761.87
*Check all that apply.*

☒ Contingent

☒ Unliquidated

☐ Disputed

**Basis for the claim:**

Guarantee

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.137** **Nonpriority creditor's name and mailing address**

Certified Auto Relocation Serv
Creditor Name

Creditor's Notice name

478 Hinton Sadieville Rd
Address

| Sadieville | KY | 40370 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                    650.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.138** **Nonpriority creditor's name and mailing address**

Certified Transports LLC
Creditor Name

Creditor's Notice name

424 W Jarvis AVe
Address

| Hazel Park | MI | 48030 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                  1,530.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.139** **Nonpriority creditor's name and mailing address**

Chantez Hopgood

Creditor Name

Wendler & Zinzilieta, P.C.

Creditor's Notice name

Angie Zinzilieta

Address

5 Oak Dr

| Maryville | IL | 62062 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $       Undetermined
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

General Liability Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.140** **Nonpriority creditor's name and mailing address**

Chicago Auto Transportation LL

Creditor Name

Creditor's Notice name

258 Foster Dr

Address

| Oswego | IL | 60543 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $       3,060.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.141** **Nonpriority creditor's name and mailing address**

Chicago Us Express Inc

Creditor Name

Creditor's Notice name

11215 Reed Rd

Address

| Huntley | IL | 60142 |
|---------|-----|---------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 690.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.142** **Nonpriority creditor's name and mailing address**

Choice Carrier Corp

Creditor Name

Creditor's Notice name

PO Box 481

Address

| Goshen | IN | 46527-0481 |
|--------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 1,032.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

3.143  **Nonpriority creditor's name and mailing address**

CHRISTIAN BROTHERS AUTOMOTIVE
Creditor Name

Creditor's Notice name

820 NORTH STATE HIGHWAY
Address

| MANSFIELD | TX | 76063 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                4,280.93
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

3.144  **Nonpriority creditor's name and mailing address**

CHRISTIAN BROTHERS AUTOMOTIVE
Creditor Name

Creditor's Notice name

8160 NORTH CHURCH ROAD
Address

| KANSAS CITY | MO | 64158 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                9,207.33
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.145 Nonpriority creditor's name and mailing address**

Christopher Welch

Creditor Name

Creditor's Notice name

Address

| City | State | ZIP Code |
|------|-------|----------|

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:  $      Undetermined
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Litigation Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.146 Nonpriority creditor's name and mailing address**

CHRYSLER

Creditor Name

Creditor's Notice name

800 CHRYSLER DR-CIMS483-00-20

Address

| City | State | ZIP Code |
|------|-------|----------|
| AUBURN HILLS | MI | 48326 |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:  $      124,106.56
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.147**   **Nonpriority creditor's name and mailing address**

CINTAS CORPORATION

Creditor Name

Creditor's Notice name

PO BOX 639990

Address

| CINCINNATI | OH | 45263-990 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $   111,673.23
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.148**   **Nonpriority creditor's name and mailing address**

CINTAS CORPORATION - CONSOLIDA

Creditor Name

Creditor's Notice name

4310 METRO PARKWAY

Address

SUITE 300

| FORT MEYERS | FL | 33913 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $   3,684.67
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.149** **Nonpriority creditor's name and mailing address**

CINTAS CORPORATION #430

Creditor Name

Creditor's Notice name

PO BOX 88005

Address

| | | |
|---|---|---|
| Chicago | IL | 60680-1005 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $      136.96

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.150** **Nonpriority creditor's name and mailing address**

CINTAS FAS LOCKBOX 636525

Creditor Name

Creditor's Notice name

P. O. BOX 631025

Address

| | | |
|---|---|---|
| CINCINNATI | OH | 45263-1025 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $      13,383.38

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.151**   **Nonpriority creditor's name and mailing address**

CIP18 LC GRAND BOULEVARD HOLDI

Creditor Name

Creditor's Notice name

4198 COX ROAD

Address

SUITE 200

| GLEN ALLEN | VA | 23060 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $        62,789.98

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.152**   **Nonpriority creditor's name and mailing address**

CITY OF WAYNE

Creditor Name

Creditor's Notice name

3355 SOUTH WAYNE ROAD

Address

| WAYNE | MI | 48184 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $        250.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.153** **Nonpriority creditor's name and mailing address**

CITY OF WENTZVILLE

Creditor Name

Creditor's Notice name

1001 SCHROEDER CREEK BOULEVARD

Address

WENTZVILLE          MO          63385

City          State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $          184.94

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.154** **Nonpriority creditor's name and mailing address**

CITY UTILITIES

Creditor Name

Creditor's Notice name

ROOM 270 - CITY COUNTY BLG

Address

ONE MAIN STREET

FORT WAYNE          IN          46802

City          State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $          1,102.95

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

## 3.155 Nonpriority creditor's name and mailing address

CITY WIDE CONSTRUCTION INC
Creditor Name

Creditor's Notice name

24730 VAN BORN ROAD
Address

| DEARBORN HEIGHTS | MI | 48125 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 14,440.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**
☒ No
☐ Yes

## 3.156 Nonpriority creditor's name and mailing address

CITY WIDE MAINTENANCE CO., INC
Creditor Name

Creditor's Notice name

15230 WEST 105TH TERRACE
Address

| LENEXA | KS | 66219 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 9,177.06
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.157 Nonpriority creditor's name and mailing address**

CLEANNET USA
Creditor Name

Creditor's Notice name

3577-A CHAMBLEE TUCKER ROAD
Address

BOX 257

ATLANTA | GA | 30341-0000
City | State | ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                12,540.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.158 Nonpriority creditor's name and mailing address**

Cletis Carey Jr
Creditor Name

Creditor's Notice name

11760 Pierson
Address

DETROIT | MI | 48228
City | State | ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                   210.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

3.159 **Nonpriority creditor's name and mailing address**

COBB COUNTY WATER SYSTEM
Creditor Name

Creditor's Notice name

P. O. BOX 580440
Address

| Charlotte | NC | 28258-0440 |
|-----------|----|-----------| 
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 133.82
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

3.160 **Nonpriority creditor's name and mailing address**

COBB EMC
Creditor Name

Creditor's Notice name

1000 EMC PARKWAY
Address

| MARIETTA | GA | 30060 |
|----------|----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 741.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.161** **Nonpriority creditor's name and mailing address**

COCA-COLA REFRESHMENTS
Creditor Name

Creditor's Notice name

NORTH METRO SALES CENTER
Address

P. O. BOX 403390

| ATLANTA | GA | 30384-3390 |
|---------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                87.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.162** **Nonpriority creditor's name and mailing address**

Cody Bird and Alyssa Bird
Creditor Name

Blackburn Romey
Creditor's Notice name

Tom Blackburn
Address

4203 W Jefferson Blvd

| Fort Wayne, | IN | 46804 |
|-------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $             Undetermined
*Check all that apply.*

☐ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

Litigation Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

| | |
|---|---|
| **3.163** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $     5,793.00 |

Cody Perham
Creditor Name

Creditor's Notice name

2800 Millersville Rd
Address

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

| Taylorsville | NC | 28681 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

| | |
|---|---|
| **3.164** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $     445.00 |

Coja Auto Hauling LLC
Creditor Name

Creditor's Notice name

1 South End Bridge
Address

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

| Agawam | MA | 01001 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.165 Nonpriority creditor's name and mailing address**

COLE SCHOTZ PC
Creditor Name

Creditor's Notice name

25 MAIN STREET
Address

| HACKENSACK | NJ | 07601 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $       11,413.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.166 Nonpriority creditor's name and mailing address**

COLUMBIA FLEET SERVICES, INC
Creditor Name

Creditor's Notice name

7661 ASSATEAGUE DRIVE
Address

| JESSUP | MD | 20794 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $       6,540.52
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.167** **Nonpriority creditor's name and mailing address**

COMDATA CORPORATION

Creditor Name

Creditor's Notice name

PO BOX 548

Address

| BRENTWOOD | TN | 37024 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 8,295.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.168** **Nonpriority creditor's name and mailing address**

COMFORT SYSTEMS HEATING & COOL

Creditor Name

Creditor's Notice name

7421 DOUGLAS BOULEVARD

Address

SUITE N BOX 144

| DOUGLASVILLE | GA | 30135 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 2,859.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.169** **Nonpriority creditor's name and mailing address**

COMPLETE SOLUTIONS
Creditor Name


Creditor's Notice name

PO BOX 461
Address




| MONTROSE | NY | 10548 |
| City | State | ZIP Code |


Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                          53,051.68
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.170** **Nonpriority creditor's name and mailing address**

Concur Technologies, Inc.
Creditor Name


Creditor's Notice name

601 108TH AVENUE NE
Address

SUITE 1000


| BELLEVUE | WA | 98004 |
| City | State | ZIP Code |


Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                          10,578.12
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.171** **Nonpriority creditor's name and mailing address**

CONFEZIONI ANDREA NORTH AMERIC
Creditor Name

Creditor's Notice name

29620 PARKWAY
Address

| ROSEVILLE | MI | 48066 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                16,920.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.172** **Nonpriority creditor's name and mailing address**

Congressman Construction LLC
Creditor Name

Creditor's Notice name

800 W Airport Fwy
Address

1100-23a

| Irving | TX | 75062 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                0.12
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.173** **Nonpriority creditor's name and mailing address**

CONTINENTAL TIRE NORTH AMERICA
Creditor Name

Creditor's Notice name

PO BOX 60049
Address

| Charlotte | NC | 28260-0049 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 287,952.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.174** **Nonpriority creditor's name and mailing address**

CONTINENTAL TRANSPORT EXPRESS
Creditor Name

Creditor's Notice name

26285 BROADWAY AVENUE
Address

Unit B

| OAKWOOD VILLAGE | OH | 44146 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,251.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.175** **Nonpriority creditor's name and mailing address**

CORCENTRIC, LLC
Creditor Name

Creditor's Notice name

62861 COLLECTIONS CENTER DRIVE
Address

| Chicago | IL | 60693 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $             1,303,694.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.176** **Nonpriority creditor's name and mailing address**

Corey Walters
Creditor Name

Creditor's Notice name

6018 W Sky Hawk Trail
Address

| Royse City | TX | 75189 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                  2,175.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

| 3.177 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: | $ 8,198.00 |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

Corja Auto Hauling Inc
Creditor Name

Creditor's Notice name

1 South End Bridge
Address

| Agawam | MA | 01001 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: $ 8,198.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.178 **Nonpriority creditor's name and mailing address**

Cornelie Drambulica
Creditor Name

Creditor's Notice name

7930 Whitcomb St
Address

Ste 17

| Merrillville | IN | 46410 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: $ 17,373.33
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.179** **Nonpriority creditor's name and mailing address**

CORPORATE LODGING CNSLT
Creditor Name

Creditor's Notice name

P.O. BOX 534722
Address

| ATLANTA | GA | 30353-4722 |
|---------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $                705,898.77
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.180** **Nonpriority creditor's name and mailing address**

CORPORATION SERVICE COMPANY
Creditor Name

Creditor's Notice name

251 LITTLE FALLS DRIVE
Address

| WILMINGTON | DE | 19808-1674 |
|------------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $                10,800.23
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.181** **Nonpriority creditor's name and mailing address**

CORRIGAN RECORD STORAGE LLC
Creditor Name

Creditor's Notice name

45200 GRAND RIVER AVENUE
Address

| NOVI | MI | 48375 |
|------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 363.02
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.182** **Nonpriority creditor's name and mailing address**

CORVUS JANITORIAL SYSTEMS OF L
Creditor Name

Creditor's Notice name

1795 ALYSHEBA WAY
Address

SUITE 1004

| LEXINGTON | KY | 40509 |
|-----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 3,489.17
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.183**   **Nonpriority creditor's name and mailing address**

COTTRELL, INC
Creditor Name

Creditor's Notice name

2125 CANDLER ROAD
Address

| GAINESVILLE | GA | 30507 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $     61,663.69
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.184**   **Nonpriority creditor's name and mailing address**

COX AUTOMOTIVE, INC.
Creditor Name

Creditor's Notice name

6205 A PEACHTREE DUNWOODY ROAD
Address

| ATLANTA | GA | 30328 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $     185,279.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.185 Nonpriority creditor's name and mailing address**

CRC Freight LLC
Creditor Name

_____
Creditor's Notice name

602 Scarboro Dr
Address

_____

| SYRACUSE | NY | 13209 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,501.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.186 Nonpriority creditor's name and mailing address**

CRC Transport
Creditor Name

_____
Creditor's Notice name

PO Box 3771
Address

_____

| Pensacola | FL | 32516 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 54,812.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.187 **Nonpriority creditor's name and mailing address**

CRESCENT OFFICE CENTER

Creditor Name

Creditor's Notice name

PO BOX 679150

Address

| DALLAS | TX | 75267-9150 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                6,190.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

3.188 **Nonpriority creditor's name and mailing address**

CUMMINS CENTRAL POWER

Creditor Name

Creditor's Notice name

10088 S 136th STREET

Address

| OMAHA | NE | 00006-8138 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                2,178.30
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.189 Nonpriority creditor's name and mailing address**

CUMMINS SOUTHERN PLAINS LTD
Creditor Name

Creditor's Notice name

P.O. BOX 910509
Address

| DALLAS | TX | 75391-0509 |
|--------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 64,899.18
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.190 Nonpriority creditor's name and mailing address**

Curcc Auto Transport LLC
Creditor Name

Creditor's Notice name

4511 W Spring Park Cir
Address

| Riverton | UT | 84906 |
|----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 200.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

3.191 **Nonpriority creditor's name and mailing address**

CUSTOM CUT METALS, INC.

Creditor Name

Creditor's Notice name

2214 FRONT ST

Address

| KANSAS CITY | KS | 66101 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,572.95

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

3.192 **Nonpriority creditor's name and mailing address**

CUTTING EDGE LAWN & LANDSCAPE

Creditor Name

Creditor's Notice name

869 MOUNT OLIVET ROAD

Address

| Columbia | TN | 38401 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 830.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.193** **Nonpriority creditor's name and mailing address**

D&D TOWING & RECOVERY LLC

Creditor Name

Creditor's Notice name

2643 LEAH DRIVE

Address

| Columbia | TN | 38401 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    10,975.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.194** **Nonpriority creditor's name and mailing address**

D&R TOOLS LLC

Creditor Name

Creditor's Notice name

567 W. Vienna

Address

| Temperance | MI | 48182 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                      185.50
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

| 3.195 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: | $ | 1,375.00 |

Dagi CH Group Corp
Creditor Name

Creditor's Notice name

605 Legend Hills
Address

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

| CINCINNATI | OH | 45255 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No

☐ Yes

| 3.196 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: | $ | Undetermined |

Damien Brooks
Creditor Name

Creditor's Notice name

Address

*Check all that apply.*

☐ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

Litigation Claim

| | | |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.197** **Nonpriority creditor's name and mailing address**

DAN KENNEDY

Creditor Name

Creditor's Notice name

46200 BEN FRANKLIN

Address

| SHELBY TOWNSHIP | MI | 48315 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: $ 4,123.23

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.198** **Nonpriority creditor's name and mailing address**

Dana Brown

Creditor Name

Thornberry Brown, LLC

Creditor's Notice name

Stephen Thornberry

Address

4550 Main St

Suite 205

| Kansas City | MO | 64111 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: $ Undetermined

*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Litigation Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.199** **Nonpriority creditor's name and mailing address**

Dana Trucking and Freight LLC
Creditor Name

Creditor's Notice name

3617 Big Woods Rd
Address

| Cedar Falls | IA | 50613 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.200** **Nonpriority creditor's name and mailing address**

Daniel Bertschmann
Creditor Name

Ryan R. Cox Associates, LLC
Creditor's Notice name

Ryan Cox
Address

1520 S. 5th Street

Suite 215

| St. Charles, | MO | 63303 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ Undetermined
*Check all that apply.*

☐ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

Litigation Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.201** **Nonpriority creditor's name and mailing address**

Darin Haberkorn
Creditor Name

Creditor's Notice name

Address

| City | State | ZIP Code |
|------|-------|----------|

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**   $                    Undetermined
*Check all that apply.*

☐ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

General Liability Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.202** **Nonpriority creditor's name and mailing address**

DARIN M HABERKORN
Creditor Name

Creditor's Notice name

2431 CLARA AVENUE
Address

| FORT WAYNE | IN | 46805 |
|------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**   $                    3,750.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.203** **Nonpriority creditor's name and mailing address**

Darr LLC
Creditor Name

Creditor's Notice name

4272 MARY RIDGE DRIVE B
Address

| RANDALLSTOWN | MD | 21133 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $     690.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.204** **Nonpriority creditor's name and mailing address**

David Hole
Creditor Name

Jermone Vinkler
Creditor's Notice name

Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $     Undetermined
*Check all that apply.*

☐ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

Litigation Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.205** **Nonpriority creditor's name and mailing address**

David Thomas

Creditor Name

Creditor's Notice name

Address

City     State     ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                    Undetermined

*Check all that apply.*

☐  Contingent

☑  Unliquidated

☑  Disputed

**Basis for the claim:**

Litigation Claim

**Is the claim subject to offset?**

☑  No

☐  Yes

**3.206** **Nonpriority creditor's name and mailing address**

David's Express Transit Inc

Creditor Name

Creditor's Notice name

1955 E 7th St

Address

Apt 5D

Brooklyn     NY     11223

City     State     ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                    5,635.00

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑  No

☐  Yes

**3.207** **Nonpriority creditor's name and mailing address**

DAVIDSON PARKING LLC

Creditor Name

Creditor's Notice name

13930 MISSOURI BOTTOM ROAD

Address

| BRIDGETON | MO | 63044 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $              778,416.76
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

---

**3.208** **Nonpriority creditor's name and mailing address**

DB Auto Sales LLC

Creditor Name

Creditor's Notice name

19108 Hawkhill Ave

Address

| Perris | CA | 92570 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                900.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.209 Nonpriority creditor's name and mailing address**

DB- Cooper LLC

Creditor Name

Creditor's Notice name

2815 Macintosh LN

Address

Unit B

| Maineville | OH | 45039 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $            325.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.210 Nonpriority creditor's name and mailing address**

DDC Towing and Recovery

Creditor Name

Creditor's Notice name

3436 Alpha St

Address

| Lynwood | IL | 60411 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $          2,521.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.211** **Nonpriority creditor's name and mailing address**

DELIVERY BY WHEELS INC

Creditor Name

Creditor's Notice name

6435 WEST JEFFERSON BLVD

Address

PMB 1502

| FORT WAYNE | IN | 46804 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                320.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.212** **Nonpriority creditor's name and mailing address**

Denis Andrienko

Creditor Name

Creditor's Notice name

738 E Dundee Rd

Address

Apt 129

| Palatine | IL | 60074 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                950.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.213 Nonpriority creditor's name and mailing address**

DETROIT SUBURB PORTFOLIO MICHI
Creditor Name

Creditor's Notice name

1050 WILSHIRE DRIVE
Address

SUITE 165

| TROY | MI | 48084 |
|------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $                14,356.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.214 Nonpriority creditor's name and mailing address**

DHARMA EXPRESS, LLC
Creditor Name

Creditor's Notice name

8300 BROADWAY ST
Address

Suite 1

| Merrillville | TN | 46410 |
|--------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $                2,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

| Debtor: | Jack Cooper Transport Company, LLC | Case number (if known): | 25-10416 |
|---|---|---|---|

**3.215 Nonpriority creditor's name and mailing address**

Diamond Towing & Transportatio
Creditor Name

Creditor's Notice name

19438 134th Ave SE
Address

| Renton | WA | 98058 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 130.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.216 Nonpriority creditor's name and mailing address**

DIRECT CHASSISLINK INC
Creditor Name

Creditor's Notice name

3525 WHITEHALL PARK DIRVE
Address

SUITE 400

| Charlotte | NC | 28273 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 590.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.217** **Nonpriority creditor's name and mailing address**

DNB Logistics LLC

Creditor Name

Creditor's Notice name

911 Morningside Lane

Address

| Allen | TX | 75002 |
|-------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: $ 3,684.79
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.218** **Nonpriority creditor's name and mailing address**

DOCUPHASE LLC

Creditor Name

Creditor's Notice name

13577 FEATHER SOUND DRIVE

Address

SUITE 200

| CLEARWATER | FL | 33762 |
|------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: $ 19,795.45
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.219** **Nonpriority creditor's name and mailing address**

DORAN

Creditor Name

Creditor's Notice name

4362 GLENDALE MILFORD ROAD

Address

| CINCINNATI | OH | 45242 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $      27,164.05

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.220** **Nonpriority creditor's name and mailing address**

DOUBLE D LEASING INC

Creditor Name

Creditor's Notice name

403 ROBIN HOOD

Address

| ROSCOMMON | MI | 48653 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $      4,880.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.221** **Nonpriority creditor's name and mailing address**

Doug Automotive LLC

Creditor Name

Creditor's Notice name

18506 Oxfordshire Terr.

Address

| Olney | MD | 20832 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 345.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.222** **Nonpriority creditor's name and mailing address**

Douglas Romine

Creditor Name

Creditor's Notice name

Robin Clay

Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ Undetermined

*Check all that apply.*

☐ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

Litigation Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Name

**3.223 Nonpriority creditor's name and mailing address**

DOVER & COMPANY, LLC

Creditor Name

Creditor's Notice name

2435 SOUTH GRAND TRAVERSE

Address

| Flint | MI | 48503 |
|-------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                    726.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.224 Nonpriority creditor's name and mailing address**

DRM TRANSPORTATION INC

Creditor Name

Creditor's Notice name

440 INDIGO COURT

Address

| Morganville | NJ | 07751 |
|-------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                 19,200.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

| 3.225 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: | $ | 1,096.02 |
|---|---|---|---|---|---|

**3.225 Nonpriority creditor's name and mailing address**

DTE ENERGY
Creditor Name

Creditor's Notice name

PO BOX 740786
Address

CINCINNATI    OH    45274-0786
City    State    ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:   $    1,096.02
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.226 Nonpriority creditor's name and mailing address**

Dujuan Lavae Gray Jr
Creditor Name

Creditor's Notice name

2045 W Grand Ave
Address

Ste B

Chicago    IL    60612
City    State    ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:   $    836.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.227 Nonpriority creditor's name and mailing address**

Dustin Inman

Creditor Name

Creditor's Notice name

Address

| City | State | ZIP Code |
|------|-------|----------|

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $      Undetermined
*Check all that apply.*

☐ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

General Liability Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.228 Nonpriority creditor's name and mailing address**

DV Panamerica LLC

Creditor Name

Creditor's Notice name

7355 High Cross Blvd

Address

#303

| COLUMBUS | OH | 43235 |
|----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $      1,286.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.229** **Nonpriority creditor's name and mailing address**

DVA Logistics LLC

Creditor Name

Creditor's Notice name

2244 Pileggi Rd

Address

Apt A

| WARRINGTON | PA | 18976 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 20,585.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.230** **Nonpriority creditor's name and mailing address**

DWIGHT EMBRY'S GARAGE, INC.

Creditor Name

Creditor's Notice name

252 NEW PORTER PIKE

Address

| BOWLING GREEN | KY | 42103 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 7,950.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.231 Nonpriority creditor's name and mailing address**

EAN SERVICES LLC
Creditor Name

Creditor's Notice name

P O BOX 840173
Address

| KANSAS CITY | MO | 84184-0173 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                54,315.72
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.232 Nonpriority creditor's name and mailing address**

EAST STAR EXPRESS LLC
Creditor Name

Creditor's Notice name

11711 STEVENS RD
Address

| PHILADELPHIA | PA | 19116 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                1,100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.233 **Nonpriority creditor's name and mailing address**

EASY ICE LLC
Creditor Name

Creditor's Notice name

PO BOX 650769
Address

| DALLAS | TX | 75265-0769 |
|--------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 1,682.53
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

3.234 **Nonpriority creditor's name and mailing address**

Ebash Towing LLC
Creditor Name

Creditor's Notice name

1849 Beyer Avenue
Address

| PHILADELPHIA | PA | 19115 |
|--------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 915.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

3.235 **Nonpriority creditor's name and mailing address**

EBC HR& PAYROLL SOLUTIONS INC
Creditor Name

Creditor's Notice name

301 OHIO ST
Address

STE 250

| BUFFALO | NY | 14204 |
|---------|-----|--------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,745.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.236 **Nonpriority creditor's name and mailing address**

ECOVADIS
Creditor Name

Creditor's Notice name

43 AVENUE DE LA GRANDE
Address

| ARMEE, FRANCE | | 75116 |
|---------------|-----|--------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,459.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.237**  **Nonpriority creditor's name and mailing address**

Edward Skripchenko

Creditor Name

Creditor's Notice name

800 Blue Ridge St

Address

| Inman | SC | 29349 |
|-------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    10,934.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.238**  **Nonpriority creditor's name and mailing address**

Effice Mitchell (deceased)

Creditor Name

Mike Morse Law Firm

Creditor's Notice name

Matthew Bates

Address

24901 Northwestern Hwy #700,

| Southfield, | MI | 48075 |
|-------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    Undetermined
*Check all that apply.*

☐  Contingent

☒  Unliquidated

☒  Disputed

**Basis for the claim:**

Litigation Claim

**Is the claim subject to offset?**

☒  No

☐  Yes

| 3.239 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: | $ | 3,730.50 |

**3.239 Nonpriority creditor's name and mailing address**

EFI GLOBAL, INC.
Creditor Name

Creditor's Notice name

2877 MOMENTUM PLACE
Address

| Chicago | IL | 60689-5328 |
|---------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $     3,730.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.240 Nonpriority creditor's name and mailing address**

Elcity LLC
Creditor Name

Creditor's Notice name

2301 W Glenlake
Address

Apt 1E

| Chicago | IL | 60659 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $     555.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.241 Nonpriority creditor's name and mailing address**

ELITE FLEET REPAIR
Creditor Name

Creditor's Notice name

8029 WEST 174 TH AVENUE
Address

| LOWELL | IN | 46356 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,281.15
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.242 Nonpriority creditor's name and mailing address**

Elzy Transportation Inc
Creditor Name

Creditor's Notice name

600 Three Island Boulevard
Address

Apr 1811

| Hallandale Beach | FL | 33009 |
|------------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 3,539.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.243** **Nonpriority creditor's name and mailing address**

Emerson Calhoun

Creditor Name

Creditor's Notice name

Address

| City | State | ZIP Code |
|------|-------|----------|

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $        Undetermined

*Check all that apply.*

☐ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

Litigation Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.244** **Nonpriority creditor's name and mailing address**

ENAVATE SMB LLC

Creditor Name

Creditor's Notice name

PO BOX 5152

Address

| DENVER | CO | 80217-5152 |
|--------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $        14,125.55

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.245 Nonpriority creditor's name and mailing address**

ENGLEWOOD TRUCK STOP INC
Creditor Name

Creditor's Notice name

7510 JACKS LANE
Address

CLAYTON | OH | 45315
City | State | ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                14,125.67
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.246 Nonpriority creditor's name and mailing address**

ENTERPRISE HOLDINGS, INC.
Creditor Name

Creditor's Notice name

14002 EAST 21ST STREET
Address

SUITE 1500

TULSA | OK | 74134
City | State | ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                14.30
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.247 Nonpriority creditor's name and mailing address**

ENVIRONMENTAL WORKS INC
Creditor Name

Creditor's Notice name

1455 EAST CHESTNUT EXPRESSWAY
Address

| SPRINGFIELD | MO | 65802 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**
**number**

**As of the petition filing date, the claim is:** $ 1,770.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.248 Nonpriority creditor's name and mailing address**

Eric Cordell Craig Jr
Creditor Name

Creditor's Notice name

7304 Paleon Dr
Address

| Arlington | TX | 76002 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**
**number**

**As of the petition filing date, the claim is:** $ 12,158.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.249 Nonpriority creditor's name and mailing address**

ERNST & YOUNG LLP

Creditor Name

Creditor's Notice name

3712 SOLUTIONS CENTER

Address

| Chicago | IL | 60677-3007 |
|---------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 74,420.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.250 Nonpriority creditor's name and mailing address**

ERS WIRELESS COMMUNICATIONS

Creditor Name

Creditor's Notice name

P BOX 110

Address

| LIGONIER | IN | 46767 |
|----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 17,916.36

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.251** | **Nonpriority creditor's name and mailing address**

ESIT CANADA ENTERPRISE SERVICE
Creditor Name

Creditor's Notice name

C/O T10082U
Address

PO BOX 1000 STN A

| TORONTO | ON | M5W 2B1 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 109.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.252** | **Nonpriority creditor's name and mailing address**

ESN Express
Creditor Name

Creditor's Notice name

56 Elm Street
Address

| North Arlington | NJ | 07031 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,975.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.253** **Nonpriority creditor's name and mailing address**

EVA2024 Inc

Creditor Name

Creditor's Notice name

9522 Evans St

Address

Apt 3

| PHILADELPHIA | PA | 19115 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 370.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.254** **Nonpriority creditor's name and mailing address**

EVERGREEN & ASSOCIATES, LLC.

Creditor Name

Creditor's Notice name

365 BARNES BRIDGE ROAD

Address

| SUNNYVALE | TX | 75182 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 40,052.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.255 Nonpriority creditor's name and mailing address**

Evergreen Chain LLC
Creditor Name

Creditor's Notice name

1296 Quadrant Ln
Address

| Schaumburg | IL | 60173 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: $            17,560.18
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.256 Nonpriority creditor's name and mailing address**

EVERON LLC
Creditor Name

Creditor's Notice name

PO BOX 872987
Address

| KANSAS CITY | MO | 64187-2987 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: $              555.36
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.257 Nonpriority creditor's name and mailing address**

Evolution Transports LLC
Creditor Name

Creditor's Notice name

7034 Hames Ct
Address

| Frederick | MD | 21703 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 1,400.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.258 Nonpriority creditor's name and mailing address**

EXCEL TEMPORARY SERVICES
Creditor Name

Creditor's Notice name

PO BOX 13188
Address

| MILWAUKEE | WI | 53213-0188 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 30,830.36
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

3.259 **Nonpriority creditor's name and mailing address**

EXXON MOBIL OIL COPORATION

Creditor Name

Creditor's Notice name

22777 SPRINGWOODS VILLAGE PARKWAY

Address

| Spring | TX | 77389 |
|--------|----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                        69,627.92

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

3.260 **Nonpriority creditor's name and mailing address**

E-Z ELECTRIC, LLC

Creditor Name

Creditor's Notice name

16665 RACHO BOULEVARD

Address

| Taylor | MI | 48180 |
|--------|----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                         2,190.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.261 Nonpriority creditor's name and mailing address**

EZGO Transport LLC
Creditor Name

Creditor's Notice name

12716 Ninth Ave
Address

| Victorville | CA | 92392 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 400.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.262 Nonpriority creditor's name and mailing address**

F & S Sheffield Logistics LLC
Creditor Name

Creditor's Notice name

4201 Cypress Creek Parkway
Address

Suite 174

| Houston | TX | 77068 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 7,506.46
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

| 3.263 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 1,150.00 |

**Nonpriority creditor's name and mailing address**

F1 Express LLC
Creditor Name

Creditor's Notice name

4536 Millbrook Way
Address

| Copley | OH | 44321 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                1,150.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.264 **Nonpriority creditor's name and mailing address**

Farie International LLC
Creditor Name

Creditor's Notice name

238 Taylors Landing Ave
Address

| McLeansville | NC | 27301 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                  650.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.265 Nonpriority creditor's name and mailing address**

Fast as M Corp
Creditor Name

Creditor's Notice name

65 Quincy St
Address

| Buffalo Grove | NY | 14212 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 250.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.266 Nonpriority creditor's name and mailing address**

FAST WAY SOLUTIONS LLC
Creditor Name

Creditor's Notice name

2345 ASHLAND AVE
Address

#579

| CINCINNATI | OH | 45206 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 165.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.267** **Nonpriority creditor's name and mailing address**

FEDEX
Creditor Name

Creditor's Notice name

P O BOX 371461
Address

| PITTSBURGH | PA | 15250-7461 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 22.36
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.268** **Nonpriority creditor's name and mailing address**

FELICE'S FOUR SEASONS
Creditor Name

Creditor's Notice name

242 FAWN CREEK DRIVE
Address

| HOLT | MI | 48842 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 26,937.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

3.269 **Nonpriority creditor's name and mailing address**

Fenis Transportation Inc.
Creditor Name

Creditor's Notice name

1770 Oxford Dr
Address

| Mundelein | IL | 60060 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**   $      425.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

3.270 **Nonpriority creditor's name and mailing address**

FIBER PLATFORM LLC
Creditor Name

Creditor's Notice name

120 WEST 12TH STREET
Address

FLOOR 11

| KANSAS CITY | MO | 64105 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**   $      1,769.96
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

3.271 **Nonpriority creditor's name and mailing address**

FIFTH THIRD EQUIPMENT FINANCE
Creditor Name

Creditor's Notice name

PO BOX 630756
Address

| CINCINNATI | OH | 45263 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                    115,273.99
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒   No

☐   Yes

3.272 **Nonpriority creditor's name and mailing address**

FIFTH WHEEL
Creditor Name

Creditor's Notice name

PO BOX 30361
Address

| SPOKANE | WA | 99223 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                        3,500.00
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒   No

☐   Yes

3.273 **Nonpriority creditor's name and mailing address**

Fine Line

Creditor Name

Creditor's Notice name

177 Green Acre Rd

Address

| Lititz | PA | 17543 |
|--------|-----|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 11,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

3.274 **Nonpriority creditor's name and mailing address**

FIRST AMERICAN FINANCE

Creditor Name

Creditor's Notice name

211 HIGH POINTE DRIVE

Address

| VICTOR | NY | 14564 |
|--------|-----|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 19,105.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

3.275 **Nonpriority creditor's name and mailing address**

FIX N GO LLC

Creditor Name

Creditor's Notice name

16815 NOTLEY ROAD

Address

| Hagerstown | MD | 21740 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 3,100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

3.276 **Nonpriority creditor's name and mailing address**

Flamingio Trucking LLC

Creditor Name

Creditor's Notice name

376 Thornhill Cr

Address

| Gulf Shores | AL | 36542 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,200.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.277 Nonpriority creditor's name and mailing address**

FLEET CHARGE
Creditor Name

Creditor's Notice name

62861 COLLECTIONS CENTER DRIVE
Address

| Chicago | IL | 60693-0000 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $    3,176.39
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.278 Nonpriority creditor's name and mailing address**

FLEET MASTERS TRUCK & TRAILER
Creditor Name

Creditor's Notice name

7205 CORPORATE CENTER DRIVE
Address

SUITE 502

| MIAMI | FL | 33126 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $    643.85
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.279** **Nonpriority creditor's name and mailing address**

FLEET PRIDE
Creditor Name

Creditor's Notice name

P.O. BOX 847118
Address

| DALLAS | TX | 75284-7118 |
|--------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 337,606.76
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.280** **Nonpriority creditor's name and mailing address**

Flor D Ponce
Creditor Name

Creditor's Notice name

608 N Taylor Ave
Address

Apt 302

| Montebello | CA | 90640 |
|------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 180.00
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.281** **Nonpriority creditor's name and mailing address**

FOLEY INDUSTRIES

Creditor Name

Creditor's Notice name

1601 E 77TH STREET NORTH

Address

PARK CITY          KS          67147-8685

City          State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    275,486.47

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.282** **Nonpriority creditor's name and mailing address**

FOLEY INDUSTRIES

Creditor Name

Foulston Siefkin LLP

Creditor's Notice name

Cameron S Bernard

Address

7500 College Boulevard

Suite 1400

Overland Park          KS          66210-4041

City          State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    Undetermined

*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Litigation Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.283 Nonpriority creditor's name and mailing address**

FONTAINE MODIFICATION
Creditor Name

Creditor's Notice name

2718 SALISBURY HIGHWAY
Address

| STATESVILLE | NC | 28677 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $     27,887.56
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.284 Nonpriority creditor's name and mailing address**

FORD MOTOR CO BODY & ASSEMBLY
Creditor Name

Creditor's Notice name

PO BOX 773323
Address

| DETROIT | MI | 48277-3323 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $     6,256.48
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.285 Nonpriority creditor's name and mailing address**

Ford Motor Company
Creditor Name

Creditor's Notice name

PO BOX 773323
Address

| DETROIT | MI | 48277-3323 |
|---------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $              800,609.83
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.286 Nonpriority creditor's name and mailing address**

Forza Towing LLC
Creditor Name

Creditor's Notice name

6428 Dawson Blvd
Address

STE 1468

| Norcross | GA | 30093 |
|----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                 250.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.287** **Nonpriority creditor's name and mailing address**

Francisco Gradiz
Creditor Name

Creditor's Notice name

51 Aster Ln
Address

| Levittown | PA | 19055 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 850.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.288** **Nonpriority creditor's name and mailing address**

Fraza Forklifts
Creditor Name

Creditor's Notice name

39550 SCHOOLCRAFT ROAD
Address

| PLYMOUTH | MI | 48170 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 439.78
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

3.289 **Nonpriority creditor's name and mailing address**

Freedom Auto Carrier Inc
Creditor Name

Creditor's Notice name

13 Oxford Street
Address

| Chicopee | MA | 01020 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 950.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

3.290 **Nonpriority creditor's name and mailing address**

FSR Services Inc
Creditor Name

Creditor's Notice name

270 N Wood Dale Rd
Address

Box 280

| Wooddale | IL | 60191 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,795.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.291** **Nonpriority creditor's name and mailing address**

FWL SURFACE SOLUTIONS LLC
Creditor Name

Creditor's Notice name

559 LIBERTY HILL
Address

| CINCINNATI | OH | 45202 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                700.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.292** **Nonpriority creditor's name and mailing address**

G & K Transport Inc
Creditor Name

Creditor's Notice name

55 S State Ave
Address

Suite 358

| INDIANAPOLIS | IN | 46201 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $              3,171.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.293** **Nonpriority creditor's name and mailing address**

G & T SERVICES, INC.

Creditor Name

Creditor's Notice name

1630 SUMMIT ST

Address

| | | |
|---|---|---|
| NEW HAVEN | IN | 46774 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $    10,951.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.294** **Nonpriority creditor's name and mailing address**

G FORCE GLOBAL TECHNOLOGIES, I

Creditor Name

Creditor's Notice name

2775 NW 49TH AVENUE

Address

SUITE 205-331

| | | |
|---|---|---|
| OCALA | FL | 34482 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $    69,657.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.295** **Nonpriority creditor's name and mailing address**

G&J Texas Transport LLC

Creditor Name

Creditor's Notice name

1022 E Filmore Ave

Address

| Harlingen | TX | 78550 |
|-----------|-----|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                    850.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.296** **Nonpriority creditor's name and mailing address**

G&R Transport LLC

Creditor Name

Creditor's Notice name

8391 Winston LN

Address

| Dearborn Hills | MI | 48127 |
|----------------|-----|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                    1,486.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.297**   **Nonpriority creditor's name and mailing address**

G.T. TOW, INC
Creditor Name

Creditor's Notice name

111 JAMES STREET
Address

| SMITHVILLE | MO | 64089 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**   $     42,755.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.298**   **Nonpriority creditor's name and mailing address**

Gagi Jishkariani
Creditor Name

Creditor's Notice name

1864 West 4th St
Address

Apt 1F

| Brooklyn | NY | 11223 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**   $     275.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.299 Nonpriority creditor's name and mailing address**

Garam Kim

Creditor Name

Briggle & Polan. PLLC

Creditor's Notice name

Address

1609 Shoal Creek Blvd

Suite 304

| Austin | TX | 78701 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ Undetermined
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Litigation Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.300 Nonpriority creditor's name and mailing address**

GARDAWORLD SECURITY SERVICES

Creditor Name

Creditor's Notice name

1699 SOUTH HANLEY ROAD

Address

SUITE 350

| ST LOUIS | MO | 63144 |
|----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 406,426.78
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.301** **Nonpriority creditor's name and mailing address**

GARY KOWALSKI

Creditor Name

Creditor's Notice name

4525 KINGSWOOD DRIVE

Address

| DANVILLE | CA | 94506 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $      12,500.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.302** **Nonpriority creditor's name and mailing address**

GB Cargo Inc

Creditor Name

Creditor's Notice name

17040 Swallow Ln

Address

| Orland Park | IL | 60467 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $      1,050.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.303** **Nonpriority creditor's name and mailing address**

GB Cargo Inc

Creditor Name

Creditor's Notice name

17040 Swallow Ln

Address

| Orland Park | IL | 60478 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    9,711.00
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒   No

☐   Yes

**3.304** **Nonpriority creditor's name and mailing address**

GEMINI BUSINESS SYSTEMS

Creditor Name

Creditor's Notice name

PO BOX 3188

Address

| CARMEL | IN | 46082 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    20,790.00
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒   No

☐   Yes

| Debtor: | Jack Cooper Transport Company, LLC | Case number *(if known):* | 25-10416 |
|---|---|---|---|
| | Name | | |

**3.305** **Nonpriority creditor's name and mailing address**

GENERAL MOTORS

Creditor Name

Creditor's Notice name

1908 COLONEL SAM DR

Address

| OSHAWA ONTARIO, | CA | L1H 8P7 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 594,767.55

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.306** **Nonpriority creditor's name and mailing address**

GENESIS EXPRESS LLC

Creditor Name

Creditor's Notice name

2979 Brookford Dr

Address

| Hilliard | OH | 43026 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 1,673.50

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.307** **Nonpriority creditor's name and mailing address**

GEO BEST LOGISTICS

Creditor Name

Creditor's Notice name

3 VANDERBILT PL

Address

APT 11

| North Arlington | NJ | 07031 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $     450.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.308** **Nonpriority creditor's name and mailing address**

George Pascaru

Creditor Name

Creditor's Notice name

24 Highland Ave

Address

| Agawam | MA | 01001 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $     995.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.309 Nonpriority creditor's name and mailing address**

Gergana Franco, Administrator of The Estate of Metodi Panev

Creditor Name

The Moore Law Firm

Creditor's Notice name

Derek Phipps

Address

1060 Nimitzview Dr

Suite 200

| Cincinnati | OH | 45230 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $      Undetermined
*Check all that apply.*

☐ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

Litigation Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.310 Nonpriority creditor's name and mailing address**

GERGLEY'S MAINTENANCE KING

Creditor Name

Creditor's Notice name

947 BROADWAY AVENUE

Address

| LORAIN | OH | 44052 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $      833.13
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

3.311 **Nonpriority creditor's name and mailing address**

GFL ENVIROMENTAL SERVICES USA
Creditor Name

_____
Creditor's Notice name

18927 HICKORY CREEK DRIVE
Address

SUITE 200

_____

| MCKENA | IL | 60448 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $        262.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

3.312 **Nonpriority creditor's name and mailing address**

GG Hunters Inc
Creditor Name

_____
Creditor's Notice name

4910 Lincoln Ave
Address

_____

| Parma | OH | 44134 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $        1,220.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.313** **Nonpriority creditor's name and mailing address**

GGR INVESTMENTS

Creditor Name

Creditor's Notice name

1310 CANTON ST

Address

| PRESCOTT | WI | 54021 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                    20,821.19
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.314** **Nonpriority creditor's name and mailing address**

Gila River Telecommunications,

Creditor Name

Creditor's Notice name

7065 W Allison Rd Box 5015

Address

| Chandler | AZ | 85226-5209 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                    341.11
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.315** **Nonpriority creditor's name and mailing address**

GK Auto Transportation

Creditor Name

Creditor's Notice name

352 N Saint Paul St

Address

Suite 3100 PMB# 3038

| DALLAS | TX | 75201 |
|--------|-----|--------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $              3,499.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.316** **Nonpriority creditor's name and mailing address**

GLOBAL ONSITE CORPORATION

Creditor Name

Creditor's Notice name

621 WEST COLLEGE STREET

Address

| GRAPEVINE | TX | 76051 |
|-----------|-----|--------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $             12,485.28
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.317** **Nonpriority creditor's name and mailing address**

Global Towing Corp
Creditor Name

Creditor's Notice name

20 Monarage Road
Address

| Manorville | NY | 11949 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $     170.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.318** **Nonpriority creditor's name and mailing address**

GM OHIO REAL ESTATE LLC
Creditor Name

Creditor's Notice name

1884 BAYTOWNE LOOP
Address

| MIRAMAR BEACH | FL | 32550 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $     11,800.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.319** **Nonpriority creditor's name and mailing address**

GMLM Transporter Inc
Creditor Name

Creditor's Notice name

61 Franklin Ave
Address

| MONROE | NY | 10950 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:    $                  850.00
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒   No

☐   Yes

**3.320** **Nonpriority creditor's name and mailing address**

GMT TRANSPORTATION GROUP LLC
Creditor Name

Creditor's Notice name

1860 EAST 12 STREET
Address

APT B7

| Brooklyn | NY | 11229 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:    $                  600.00
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒   No

☐   Yes

**3.321** **Nonpriority creditor's name and mailing address**

GMT Transportation LLC

Creditor Name

Creditor's Notice name

1680 N New Florissant Rd

Address

| Florissant | MO | 63033 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 16.03

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.322** **Nonpriority creditor's name and mailing address**

GNE Transport LLC

Creditor Name

Creditor's Notice name

1828 W Henry St

Address

| Pasco | WA | 99301 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 300.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.323** **Nonpriority creditor's name and mailing address**

GNT LLC
Creditor Name

Creditor's Notice name

5 REGALIA CT
Address

APT F

| OWINGS MILLS | MD | 21117 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 480.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.324** **Nonpriority creditor's name and mailing address**

Go2 Advertising, Inc.
Creditor Name

Creditor's Notice name

701 LEE STREET, SUITE 1050
Address

| DES PLAINES | IL | 60016 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 101,649.54
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

| | |
|---|---|
| **3.325** **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $ 200.00 |

Gold Eagle Towing LLC

Creditor Name

Creditor's Notice name

813 Julio Cir

Address

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

| Lehigh Acres | FL | 33972 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Last 4 digits of account**

**number**

---

| | |
|---|---|
| **3.326** **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $ 1,920.00 |

Goldy Corporation

Creditor Name

Creditor's Notice name

13220 Ione St

Address

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

| Plainfield | IL | 60585 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Last 4 digits of account**

**number**

**3.327** **Nonpriority creditor's name and mailing address**

Goodfella's Lease

Creditor Name

Creditor's Notice name

1423 Brazos Drive

Address

U5

Huntsville | TX | 77320

City | State | ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                6,085.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.328** **Nonpriority creditor's name and mailing address**

GORDON & REES LLP

Creditor Name

Creditor's Notice name

1111 BROADWAY

Address

SUITE 1700

OAKLAND | CA | 94607

City | State | ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                4,481.86

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.329 Nonpriority creditor's name and mailing address**

Gorilla Transport Inc
Creditor Name

Creditor's Notice name

24 Larivee Lane
Address

| West Springfield | MA | 01089 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 2,900.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.330 Nonpriority creditor's name and mailing address**

GPS LOCKBOX
Creditor Name

Creditor's Notice name

3225 MCLEOD DRIVE
Address

Suite 100

| LAS VEGAS | NV | 89121 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 13,737.62
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.331** **Nonpriority creditor's name and mailing address**

GQ Line LLC

Creditor Name

Creditor's Notice name

6702 Blackwood Ln

Address

| Waxhaw | NC | 28173 |
|--------|-----|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                575.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.332** **Nonpriority creditor's name and mailing address**

GRAND TRUNK WESTERN RAILROAD C

Creditor Name

Creditor's Notice name

PO BOX 95361

Address

| Chicago | IL | 60694-5361 |
|---------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $              10,000.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.333 Nonpriority creditor's name and mailing address**

GRANITE TELECOMMUNICATIONS

Creditor Name

Creditor's Notice name

CLIENT ID #311

Address

P O BOX 983119

| BOSTON | MA | 02298-3119 |
|--------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 21,156.45

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.334 Nonpriority creditor's name and mailing address**

GRANT LINE NURSERY & GARDEN CN

Creditor Name

Creditor's Notice name

2223 GRANT LINE ROAD

Address

| NEW ALBANY | IN | 47150 |
|------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,920.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.335 Nonpriority creditor's name and mailing address**

GRASSER ELECTRIC CORPORATION

Creditor Name

Creditor's Notice name

60 BOONE HILLS DRIVE

Address

| ST PETERS | MO | 63376 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 145.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.336 Nonpriority creditor's name and mailing address**

GRAY MANUFACTURING CO., INC.

Creditor Name

Creditor's Notice name

3501 SOUTH LEONARD ROAD

Address

| ST. JOSEPH | MO | 64503 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 177.92
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.337** **Nonpriority creditor's name and mailing address**

Greenway 5 LLC

Creditor Name

Creditor's Notice name

10031 4th Ave

Address

Apt 4m

| Brooklyn | NY | 11209 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $        680.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.338** **Nonpriority creditor's name and mailing address**

GTR EXPRESS, LLC

Creditor Name

Creditor's Notice name

10947 Sasha Blvd

Address

| Hagerstown | MD | 21742 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $        8,805.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.339** **Nonpriority creditor's name and mailing address**

H&H WELDING & REPAIR LLC

Creditor Name

Creditor's Notice name

PO BOX 371

Address

700 ACME DRIVE

| Mason | MI | 48854 |
|-------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 9,934.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.340** **Nonpriority creditor's name and mailing address**

H.R. DIRECT

Creditor Name

Creditor's Notice name

PO BOX 452019

Address

| SUNRISE | FL | 33345-2019 |
|---------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,988.32
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.341 Nonpriority creditor's name and mailing address**

Handling Logistics
Creditor Name

Creditor's Notice name

3901 Harvestmaeade st
Address

APT 1512

| FORT WORTH | TX | 76155 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 6,014.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.342 Nonpriority creditor's name and mailing address**

Haulover Corp
Creditor Name

Creditor's Notice name

100 S Bedford Rd
Address

Ste 340

| Mount Kisco | NY | 10549 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,105.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Name

**3.343 Nonpriority creditor's name and mailing address**

HAVEL

Creditor Name

Creditor's Notice name

P O BOX 1287

Address

| FORT WAYNE | IN | 46801 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,466.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.344 Nonpriority creditor's name and mailing address**

HAWCO HEATING & AIR CONDITIONI

Creditor Name

Creditor's Notice name

P O BOX 128

Address

| EAST AURORA | NY | 14052 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 369.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.345 Nonpriority creditor's name and mailing address**

HD GROUP LOGISTICS INC
Creditor Name

Creditor's Notice name

939 NORTH PLUM GROVE ROAD
Address

SUITE E

| Schaumburg | IL | 60173 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 900.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.346 Nonpriority creditor's name and mailing address**

Heat Auto Transport Inc
Creditor Name

Creditor's Notice name

15831 SW 98th St
Address

| MIAMI | FL | 33196 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 995.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.347 Nonpriority creditor's name and mailing address**

Henry Bostick
Creditor Name

Creditor's Notice name

Address

City    State    ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $                Undetermined
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

General Liability Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.348 Nonpriority creditor's name and mailing address**

Henry Frank
Creditor Name

Creditor's Notice name

15770 65th Ave NE
Address

Rice    MN    56367
City    State    ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $                700.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

| 3.349 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $ 19,509.68 |
|---|---|---|

**3.349 Nonpriority creditor's name and mailing address**

HERITAGE - CRYSTAL CLEAN
Creditor Name

Creditor's Notice name

13621 COLLECTIONS CENTER DRIVE
Address

| Chicago | IL | 60693-0136 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 19,509.68
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.350 Nonpriority creditor's name and mailing address**

HESTER'S WRECKER SERVICE, INC.
Creditor Name

Creditor's Notice name

1341 TRIPP ROAD
Address

| MESQUITE | TX | 75150 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 18,332.59
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

| 3.351 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 375.00 |
|---|---|---|---|---|

Hey Logistics
Creditor Name

Creditor's Notice name

6711 Wimbeldon Trail Rd
Address

| Spring | TX | 77379 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 375.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

| 3.352 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 4,750.00 |
|---|---|---|---|---|

HGS TRANSPORT LLC
Creditor Name

Creditor's Notice name

43562 HERITAGE GAP TERRACE
Address

| CHANTILLY | VA | 20152 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 4,750.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.353 Nonpriority creditor's name and mailing address**

High Country Transport LLC

Creditor Name

Creditor's Notice name

15147 Wagner Rd

Address

| Caldwell | ID | 83607 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 525.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.354 Nonpriority creditor's name and mailing address**

Highway Express LLC

Creditor Name

Creditor's Notice name

112 REFLECTION POINTE CIRCLE

Address

APT 305

| ASHEVILLE | NC | 28806 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 510.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.355** **Nonpriority creditor's name and mailing address**

HILLER LLC

Creditor Name

Creditor's Notice name

915 MURFREESBORO PIKE

Address

| NASHVILLE | TN | 37217 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,300.08
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.356** **Nonpriority creditor's name and mailing address**

HOLMAN

Creditor Name

Creditor's Notice name

4001 LEADENHALL ROAD

Address

| MOUNT LAUREL | NJ | 08054 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 92,668.45
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.357** **Nonpriority creditor's name and mailing address**

HOME CITY ICE
Creditor Name

Creditor's Notice name

3413 BASHFORD AVE CT
Address

| LOUISVILLE | KY | 40218 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:    $    400.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.358** **Nonpriority creditor's name and mailing address**

HOMRICH'S GARAGE INC
Creditor Name

Creditor's Notice name

1043 KING HWY
Address

| KALAMAZOO | MI | 49001 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:    $    565.13
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

3.359 **Nonpriority creditor's name and mailing address**

HORIZON TRANSPORT INC
Creditor Name


Creditor's Notice name

PO BOX 826
Address




| WAKARUSA | IN | 46573 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $  200.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.360 **Nonpriority creditor's name and mailing address**

HOTSY EQUIPMENT-DALLAS
Creditor Name


Creditor's Notice name

10205 NORTH WALTON WALKER BOULEVARD
Address




| DALLAS | TX | 75220-0000 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $  925.54
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.361** **Nonpriority creditor's name and mailing address**

HOTSY UNLIMITED
Creditor Name

Creditor's Notice name

770 HOFF ROAD
Address

| O'FALLEN | MO | 63366 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 364.69
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.362** **Nonpriority creditor's name and mailing address**

Hudo Dod LLC
Creditor Name

Creditor's Notice name

19219 E Caspian Place
Address

| Aurora | CO | 80013 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 850.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.363**   **Nonpriority creditor's name and mailing address**

I.A.M NATIONAL 401(K) FUND
Creditor Name

Creditor's Notice name

PO BOX 791158
Address

| Baltimore | MD | 21279-1158 |
|-----------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $     2,100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.364**   **Nonpriority creditor's name and mailing address**

I-5 TRANSPORT LLC
Creditor Name

Creditor's Notice name

19871 137TH ST SE
Address

| MONROE | WA | 98272 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $     650.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.365** **Nonpriority creditor's name and mailing address**

Ibrahim Abdelmegid

Creditor Name

Creditor's Notice name

6136 Deering St

Address

| Garden City | MI | 48135 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                913.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.366** **Nonpriority creditor's name and mailing address**

IDEAL BUILDING MAINTENANCE

Creditor Name

Creditor's Notice name

PO BOX 1144

Address

| WOODSTOCK | GA | 30188 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                175.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.367** **Nonpriority creditor's name and mailing address**

IH CARGO INC
Creditor Name

Creditor's Notice name

1202 N 75th St
Address

Suite 240

| Downers Grove | IL | 60516 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**
**number**

**As of the petition filing date, the claim is:**   $      8,195.33
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.368** **Nonpriority creditor's name and mailing address**

IH CARGO INC
Creditor Name

Creditor's Notice name

175 SOUTH LINCOLN AVENUE
Address

SUITE 159

| ADDISON | IL | 60101 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**
**number**

**As of the petition filing date, the claim is:**   $      91,938.43
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.369** **Nonpriority creditor's name and mailing address**

ILK Haulers Inc

Creditor Name

Creditor's Notice name

836 SOUTH ARLINGTON HEIGHTS ROAD

Address

SUITE 346

| ELK GROVE VILLAGE | IL | 60007 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 880.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.370** **Nonpriority creditor's name and mailing address**

IMPERIAL SUPPLIES LLC

Creditor Name

Creditor's Notice name

300 NORTH MADISON STREET

Address

PO BOX 11008

| GREEN BAY | WI | 54307-1008 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 18,769.67
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.371** **Nonpriority creditor's name and mailing address**

Indeed, Inc.
Creditor Name

Creditor's Notice name

177 BROAD STREET
Address

6TH FLOOR

| STAMFORD | CT | 06901 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $     471.26
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.372** **Nonpriority creditor's name and mailing address**

INDUSTRIAL PLANT SERVICES NATI
Creditor Name

Creditor's Notice name

5460 GATEWOOD DRIVE
Address

| Sterling Heights | MI | 48310 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $     118,546.68
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.373 Nonpriority creditor's name and mailing address**

Infinity Loaders LLC
Creditor Name

Creditor's Notice name

5802 N Peoria Ave
Address

| TULSA | OK | 74126 |
|-------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 470.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.374 Nonpriority creditor's name and mailing address**

INLAND TRUCK PARTS & SERVICE
Creditor Name

Creditor's Notice name

P. O. BOX 170767
Address

2339 E. GRAUWYLER ROAD

| Irving | TX | 75017 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 3,806.35
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.375** **Nonpriority creditor's name and mailing address**

Innstar Way LLC

Creditor Name

Creditor's Notice name

952 N FAIRFIELD AVE

Address

APT 1S

| Chicago | IL | 60622 |
|---------|-------|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                8,165.73
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.376** **Nonpriority creditor's name and mailing address**

INSIGHT DIRECT USA BOX 731069

Creditor Name

Creditor's Notice name

14800 FRYE RD 2ND FLOOR

Address

| FORT WORTH | TX | 76155 |
|------------|-------|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $              148,737.18
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.377 Nonpriority creditor's name and mailing address**

INTL BROTHERHOOD OF TEAMSTERS

Creditor Name

Creditor's Notice name

ATTN: DRIVE FUND

Address

25 LOUISANA AVENUE NW

| WASHINGTON | DC | 20001-2198 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $      202.50

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.378 Nonpriority creditor's name and mailing address**

IRON MOUNTAIN RECORDS MANAGEME

Creditor Name

Creditor's Notice name

PO BOX 915004

Address

| DALLAS | TX | 75391-5004 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $      52,847.34

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.379** **Nonpriority creditor's name and mailing address**

Iryna Maistrenko

Creditor Name

Creditor's Notice name

2 Plaza Dr

Address

Unit 5628

| Woodridge | IL | 60517 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                    624.22

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.380** **Nonpriority creditor's name and mailing address**

Islom Ismoilov

Creditor Name

Creditor's Notice name

2768 Blueflag St

Address

| TIPP CITY | OH | 45371 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                  2,500.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

### 3.381 Nonpriority creditor's name and mailing address

J.D.s PEST & WILDLIFE CONTROL
Creditor Name

Creditor's Notice name

P. O. BOX 185
Address

| WENTZVILLE | MO | 63385-0185 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 25,705.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

### 3.382 Nonpriority creditor's name and mailing address

Jack Cooper CT Services, LLC
Creditor Name

Creditor's Notice name

2345 Grand Blvd
Address

Ste. 2400

| Kansas City | MO | 64108 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 14,581,637.26
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Intercompany Accounts

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.383** **Nonpriority creditor's name and mailing address**

Jack Cooper Rail & Shuttle, LLC
Creditor Name

Creditor's Notice name

2345 Grand Blvd
Address

Ste. 2400

| Kansas City | MO | 64108 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,137,347.53
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Intercompany Accounts

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.384** **Nonpriority creditor's name and mailing address**

JACK'S FLOODLIGHT SERVICE INC
Creditor Name

Creditor's Notice name

29800 LITTLE MACK AVE
Address

| ROSEVILLE | MI | 48066 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,232.16
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.385 Nonpriority creditor's name and mailing address**

Jacob Brown LLC
Creditor Name

Creditor's Notice name

5528 E Hiddenbrook Dr
Address

| McLdeansville | NC | 27301 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,480.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.386 Nonpriority creditor's name and mailing address**

Jake Ross LLC
Creditor Name

Creditor's Notice name

10179 Silvercreek Rd
Address

| Doylestown | OH | 44230 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.387** **Nonpriority creditor's name and mailing address**

James Naquin
Creditor Name

Creditor's Notice name

Ryan Furness
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $            Undetermined
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

General Liability Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.388** **Nonpriority creditor's name and mailing address**

Jana Transportation Inc.
Creditor Name

Creditor's Notice name

10016 SANDMEYER LANE
Address

| | | |
|---|---|---|
| PHILADELPHIA | PA | 19116 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $            1,100.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.389** **Nonpriority creditor's name and mailing address**

Jarren Austin
Creditor Name

Creditor's Notice name

Address

City               State           ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:   $                Undetermined
*Check all that apply.*

☐   Contingent

☒   Unliquidated

☒   Disputed

**Basis for the claim:**

General Liability Claim

**Is the claim subject to offset?**

☒   No

☐   Yes

**3.390** **Nonpriority creditor's name and mailing address**

Jarrett Massey
Creditor Name

Creditor's Notice name

4757 W Park Blvd
Address

Ste 113

Plano              TX              75070
City               State           ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:   $                908.00
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒   No

☐   Yes

3.391 **Nonpriority creditor's name and mailing address**

Jaseem Logistics LLC
Creditor Name

Creditor's Notice name

1859 Forest Oak Ln
Address

| COLUMBUS | OH | 43229 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 450.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

3.392 **Nonpriority creditor's name and mailing address**

Jason Jackson Patterson
Creditor Name

Creditor's Notice name

PO BOX 221
Address

| WAXAHACHIE | TX | 75168 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 388.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.393 Nonpriority creditor's name and mailing address**

JBRK, LLC
Creditor Name

Creditor's Notice name

PO BOX 57
Address

| DAYTON | MD | 21036 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $      4,784.00
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑   No

☐   Yes

**3.394 Nonpriority creditor's name and mailing address**

JENNIFER HOLDSWORTH
Creditor Name

Creditor's Notice name

187 OAKMONT DRIVE
Address

| GORDON | VA | 22942 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $      64,500.00
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑   No

☐   Yes

**3.395 Nonpriority creditor's name and mailing address**

Jerome Smith
Creditor Name

Creditor's Notice name

1702 Stone Trail Drive
Address

| Cedar Hill | TX | 75104 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 682.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.396 Nonpriority creditor's name and mailing address**

JERRY'S LAWN SERVICES, LLC
Creditor Name

Creditor's Notice name

1424 WALBRIDGE RD
Address

| MILLBURY | OH | 43447 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 5,827.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.397** **Nonpriority creditor's name and mailing address**

Jesus Rocha (Minor), Jaden Rocha (Minor)
Creditor Name

Law Offices of Juan C Rodrigues PLLC
Creditor's Notice name

Juan C. Rodriguez
Address

2400 Catherine

St #100

| Dallas | TX | 75211 |
|--------|----|----|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ Undetermined
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Litigation Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.398** **Nonpriority creditor's name and mailing address**

JFS INVESTMENTS LLC
Creditor Name

Creditor's Notice name

7212 LANSING ROAD
Address

| DIMONDALE | MI | 48821 |
|-----------|----|----|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 60,555.55
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.399 Nonpriority creditor's name and mailing address**

JHOOK TOWING INC
Creditor Name

Creditor's Notice name

7303 US 70
Address

| NORTH LITTLE ROCK | AR | 72117-0000 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**     $                3,533.72
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.400 Nonpriority creditor's name and mailing address**

Jim C Ladd
Creditor Name

Creditor's Notice name

2812 SW 130th St
Address

| OKLAHOMA CITY | OK | 73170 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**     $                300.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

| 3.401 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | $ 550.00 |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

JKENT Transportation Solutions
Creditor Name

Creditor's Notice name

1321 Boones Moutain Rd
Address

| Frankford | WV | 24938 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**   $ 550.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.402 | **Nonpriority creditor's name and mailing address** |
|---|---|

JMA Transportation LLC
Creditor Name

Creditor's Notice name

112 Hayestown Rd
Address

| Danbury | CT | 06811 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**   $ 350.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**

☒ No
☐ Yes

**3.403** | **Nonpriority creditor's name and mailing address**

JMN LOGISTICS, LLC

Creditor Name

Creditor's Notice name

2050 CREVE COEUR MILL ROAD

Address

| MARYLAND HEIGHTS | MO | 63043 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 1,090.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.404** | **Nonpriority creditor's name and mailing address**

JOEY'S TOWING & RECOVERY INC

Creditor Name

Creditor's Notice name

10290 GARTIOT AVENUE

Address

| DETROIT | MI | 48213 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 15,514.05

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.405 **Nonpriority creditor's name and mailing address**

John O'Hare
Creditor Name

Stranch, Jennings & Garvey, PLLC
Creditor's Notice name

John F. Garvey
Address

701 Market St., Ste 1510

| St. Louis | MO | 63101 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                   Undetermined
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Litigation Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

3.406 **Nonpriority creditor's name and mailing address**

JOHN'S HEATING AND AIR CONDITI
Creditor Name

Creditor's Notice name

790 NEWT PATTERSEN RD
Address

| MANSFIELD | TX | 76063 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                   146.41
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.407** **Nonpriority creditor's name and mailing address**

JOHNSON CONTROLS SECURITY SOLU
Creditor Name

Creditor's Notice name

10405 CROSSPOINT BOULEVARD
Address

| INDIANAPOLIS | IN | 46256 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $      6,420.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.408** **Nonpriority creditor's name and mailing address**

JON HOMRICH DIESEL LLC
Creditor Name

Creditor's Notice name

2367 HICKORY RIDGE
Address

| GALESBURG | MI | 49053 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $      3,706.49
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.409** **Nonpriority creditor's name and mailing address**

JP OFFICE SOLUTIONS LLC
Creditor Name

Creditor's Notice name

7734 C HAMPTON PLACE
Address

| LOGANVILLE | GA | 30052 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: $ 12,300.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.410** **Nonpriority creditor's name and mailing address**

JRR Motor Sales LLC
Creditor Name

Creditor's Notice name

112 Roberts Rd
Address

| Campbellsville | KY | 42718 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: $ 8,613.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.411 Nonpriority creditor's name and mailing address**

Judkins Transport LLC
Creditor Name

Creditor's Notice name

5370 Queen Ester Ct
Address

| Ellenwood | GA | 30294 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 650.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.412 Nonpriority creditor's name and mailing address**

Julliet Elrington
Creditor Name

Creditor's Notice name

1900 Pleasnt Street
Address

Unit 1953

| Noblesville | IN | 46060 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 365.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.413** **Nonpriority creditor's name and mailing address**

Justin Guy
Creditor Name

Creditor's Notice name

Address

City          State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $          Undetermined
*Check all that apply.*

☐  Contingent

☒  Unliquidated

☒  Disputed

**Basis for the claim:**

General Liability Claim

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.414** **Nonpriority creditor's name and mailing address**

K & K LANDSCAPING & SNOWPLOWIN
Creditor Name

Creditor's Notice name

25121 DOXATOR ST
Address

DEARBORN      MI          48128
City          State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $          5,750.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.415** **Nonpriority creditor's name and mailing address**

K&K LAWNCARE & LANDSCAPE
Creditor Name

Creditor's Notice name

PO Box 427
Address

| TROY | MO | 63379 |
|------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $            15,375.00
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒   No

☐   Yes

**3.416** **Nonpriority creditor's name and mailing address**

Kamla Auto LLC
Creditor Name

Creditor's Notice name

1142 Surrey Rd
Address

| PHILADELPHIA | PA | 19115 |
|--------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $              350.00
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒   No

☐   Yes

### 3.417 Nonpriority creditor's name and mailing address

Kardae Berrian
Creditor Name

Creditor's Notice name

175 Heard Ln
Address

| Covington | GA | 30014 |
|-----------|-----|------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:    $ 270.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**
☒ No
☐ Yes

### 3.418 Nonpriority creditor's name and mailing address

Karona Hauling Inc
Creditor Name

Creditor's Notice name

9445 Indianaplois Blvd
Address

Ste 2011

| Highland | IN | 46322 |
|----------|-----|------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:    $ 45,043.31
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.419** **Nonpriority creditor's name and mailing address**

KC WATER SERVICES

Creditor Name

Creditor's Notice name

P O BOX 807045

Address

| KANSAS CITY | MO | 64180-7045 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    132.03
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.420** **Nonpriority creditor's name and mailing address**

KD Transport LLC

Creditor Name

Creditor's Notice name

6010 ARLYNE LANE

Address

| Medina | OH | 44256 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    498.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.421** **Nonpriority creditor's name and mailing address**

KECK'S REPAIR INC

Creditor Name

Creditor's Notice name

7123 SOUTHWEST 82 AVENUE

Address

| OWATANNA | MN | 55060 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,036.94

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.422** **Nonpriority creditor's name and mailing address**

Kenneth Apt

Creditor Name

Creditor's Notice name

Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ Undetermined

*Check all that apply.*

☐ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

Litigation Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.423** **Nonpriority creditor's name and mailing address**

Kevin Vohlken

Creditor Name

Creditor's Notice name

Address

| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $      Undetermined
*Check all that apply.*

☐ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

General Liability Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.424** **Nonpriority creditor's name and mailing address**

KEYHOLE SOFTWARE LLC

Creditor Name

Creditor's Notice name

8900 STATE LINE ROAD

Address

SUITE 455

| LEAWOOD | KS | 66206 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $      8,416.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.425** **Nonpriority creditor's name and mailing address**

KF Auto Transport LLC
Creditor Name

Creditor's Notice name

2406 Parker Ave
Address

| Silver Spring | MD | 20902 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $ 440.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.426** **Nonpriority creditor's name and mailing address**

Khrystyna Matyushko
Creditor Name

Creditor's Notice name

2206 S Crambourne Way
Address

| Arlington Heights | IL | 60005 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $ 590.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.427** **Nonpriority creditor's name and mailing address**

KIM HOANG
Creditor Name

Creditor's Notice name

3212 SW ARBOR SOUND DRIVE
Address

| LEE'S SUMMIT | MO | 64082 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $    750.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.428** **Nonpriority creditor's name and mailing address**

KING & SPALDING LLP
Creditor Name

Creditor's Notice name

1180 PEACHTREE STREET NE
Address

PO BOX 116133

| ATLANTA | GA | 30309 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $    1,562,960.52
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.429 Nonpriority creditor's name and mailing address**

KingNorth Transportation Inc

Creditor Name

Creditor's Notice name

488 Broadway

Address

Apt 10

Long Branc                NJ              07740

City                      State           ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                4,399.61
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.430 Nonpriority creditor's name and mailing address**

KING'S JOHN SERVICES INC.

Creditor Name

Creditor's Notice name

PO BOX 620

Address

NEW HAVEN                 IN              46774

City                      State           ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                575.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.431** **Nonpriority creditor's name and mailing address**

KINGSROCK ADVISORS LLC

Creditor Name

Creditor's Notice name

900 THIRD AVENUE

Address

10TH FLOOR

| NEW YORK | NY | 10022 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 25,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.432** **Nonpriority creditor's name and mailing address**

KIRK'S MOBILE REPAIR LLC

Creditor Name

Creditor's Notice name

33605 EAST US HWY 50

Address

| LEE'S SUMMIT | MO | 64086 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,174.33
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.433** **Nonpriority creditor's name and mailing address**

KIT BOND STRATEGIES LLP

Creditor Name

Creditor's Notice name

C/O LINDA BOND

Address

555 BARNES ROAD

| ST LOUIS | MO | 63124 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $      10,000.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.434** **Nonpriority creditor's name and mailing address**

Kolos Inc

Creditor Name

Creditor's Notice name

8660 Narragansett Ave

Address

| Morton Grove | IL | 60053 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $      23,560.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.435** **Nonpriority creditor's name and mailing address**

KONE INC
Creditor Name

Creditor's Notice name

ONE KONE COURT
Address

| MOLINE | IL | 61265 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                    1,283.68
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.436** **Nonpriority creditor's name and mailing address**

KOONTZ-WAGNER SERVICES
Creditor Name

Creditor's Notice name

5330 DISTRIBUTION DRIVE
Address

| FORT WAYNE | IN | 46825 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                    464.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.437 Nonpriority creditor's name and mailing address**

Kosmos Transportation LLP
Creditor Name

Creditor's Notice name

70 Birch Alley
Address

STE 240 Beavercreek

| DAYTON | OH | 45440 |
|--------|-----|---------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 230.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.438 Nonpriority creditor's name and mailing address**

KPMG LLP
Creditor Name

Creditor's Notice name

P.O. BOX 120001
Address

| DALLAS | TX | 75312-0935 |
|--------|-----|-------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 50,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.439 Nonpriority creditor's name and mailing address**

KRISSTAL INC
Creditor Name

Creditor's Notice name

140 E BROADWAY AVE
Address

#222

| TIPP CITY | OH | 45371 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,200.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.440 Nonpriority creditor's name and mailing address**

KS Trucking LLC
Creditor Name

Creditor's Notice name

1058 Old Coventry Ct
Address

| Oviedo | FL | 32765 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,800.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.441** **Nonpriority creditor's name and mailing address**

KTBS LAW LLP
Creditor Name

Creditor's Notice name

1801 CENTURY PARK EAST
Address

26TH FLOOR

| LOS ANGELES | CA | 90067 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $     8,836.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.442** **Nonpriority creditor's name and mailing address**

L&D Company Corp
Creditor Name

Creditor's Notice name

8210 Macedonia Commons Blvd
Address

Suite 3B

| Macedonia | OH | 44056 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $     450.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.443  Nonpriority creditor's name and mailing address**

LAWRENCE GLASS CO, INC
Creditor Name

Creditor's Notice name

294 HERMITAGE AVE
Address

| NASHVILLE | TN | 37210 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                    1,335.65
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.444  Nonpriority creditor's name and mailing address**

Leilo Bento Auto Sales LLC
Creditor Name

Creditor's Notice name

410 Main Street
Address

| Allenhurst | NJ | 07711 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                    6,027.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.445** **Nonpriority creditor's name and mailing address**

Levan Lashkarashvili

Creditor Name

Creditor's Notice name

7 Denman Pl

Address

| Summit | NJ | 07901 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                300.00
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑   No

☐   Yes

---

**3.446** **Nonpriority creditor's name and mailing address**

LIGHT TOWING LLC

Creditor Name

Creditor's Notice name

22600 WOODFIELD ROAD

Address

| GAITHERSBURG | MD | 20882 |
|--------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                130.00
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑   No

☐   Yes

**3.447** **Nonpriority creditor's name and mailing address**

Lil Auto Transport Inc
Creditor Name

Creditor's Notice name

3788 7h Ave N
Address

| LAKE WORTH | FL | 33461 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 1,530.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.448** **Nonpriority creditor's name and mailing address**

Lima Lease
Creditor Name

Creditor's Notice name

2781 Shagbark Dr
Address

| Lima | OH | 45806 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Name

### 3.449 Nonpriority creditor's name and mailing address

LINA

Creditor Name

Creditor's Notice name

PO BOX 782447

Address

| PHILADELPHIA | PA | 19178-2447 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $      34,629.30

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

### 3.450 Nonpriority creditor's name and mailing address

LINDE GAS & EQUIPMENT INC.

Creditor Name

Creditor's Notice name

P O BOX 382000

Address

| PITTSBURGH | PA | 15250-8000 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $      70,946.67

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

3.451 **Nonpriority creditor's name and mailing address**

LINGLE PROTECTIVE SERVICES, LL
Creditor Name

Creditor's Notice name

226 COMPASS POINT DRIVE
Address

| ST CHARLES | MO | 63301 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**  $              223,728.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

3.452 **Nonpriority creditor's name and mailing address**

LION KING EXPRESS
Creditor Name

Creditor's Notice name

PO BOX 30377
Address

| MIDDLEBURG HEIGHTS | OH | 44130 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**  $                1,100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.453** | **Nonpriority creditor's name and mailing address**

LION KING EXPRESS
Creditor Name

Creditor's Notice name

PO Box 30337
Address

| MIDDLEBURG HEIGHTS | OH | 44130 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 1,470.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.454** | **Nonpriority creditor's name and mailing address**

Lion King Express LLC
Creditor Name

Creditor's Notice name

PO BOX 30377
Address

| MIDDLEBURG HEIGHTS | OH | 44130 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 1,249.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Case number *(if known)*   25-10416

**3.455  Nonpriority creditor's name and mailing address**

LIQUID MOTORS INC

Creditor Name

Creditor's Notice name

15301 NORTH DALLAS PARKWAY

Address

SUITE 800

| ADDISON | TX | 75001 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                    58,373.70
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.456  Nonpriority creditor's name and mailing address**

Lobo Express (Lacie Pryor)

Creditor Name

Creditor's Notice name

853 Spruce Ave

Address

| Page | AZ | 86040 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                    750.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

3.457 **Nonpriority creditor's name and mailing address**

LOCKTON COMPANIES

Creditor Name

Creditor's Notice name

444 WEST 47TH STREET

Address

SUITE 900

| KANSAS CITY | MO | 64112 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 28,750.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

3.458 **Nonpriority creditor's name and mailing address**

LOHR NORTH AMERICA, LLC

Creditor Name

Creditor's Notice name

1445 MCCAIG ROAD

Address

| LINCOLN | AL | 35096 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 33,293.37
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.459** **Nonpriority creditor's name and mailing address**

Longmile Auto Transport
Creditor Name

Creditor's Notice name

2391 Carrboro Ct
Address

| Napierville | IL | 60565 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: $ 123,732.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.460** **Nonpriority creditor's name and mailing address**

LOOP UP
Creditor Name

Creditor's Notice name

282 2ND STREET
Address

SUITE 200

| SAN FRANCISCO | CA | 94105 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: $ 776.30
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.461** **Nonpriority creditor's name and mailing address**

LOVE'S TIRE CARE

Creditor Name

Creditor's Notice name

10601 NORTH PENNSYVANIA

Address

| OKLAHOMA CITY | OK | 73120 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 73,617.66
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.462** **Nonpriority creditor's name and mailing address**

Love's Travel Stops & Country

Creditor Name

Creditor's Notice name

PO BOX 842568

Address

| KANSAS CITY | MO | 64184-2568 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 1,694,693.02
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.463** **Nonpriority creditor's name and mailing address**

LT Logistic Services LLC

Creditor Name

Creditor's Notice name

450 Byberry Rd

Address

Apt J95

| PHILADELPHIA | PA | 19116 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $            575.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.464** **Nonpriority creditor's name and mailing address**

Luciana Santana Da Silva

Creditor Name

Creditor's Notice name

4123 Postgate Terrace

Address

Apt 202

| Silver Spring | MD | 20906 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $            420.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

| Debtor: | Jack Cooper Transport Company, LLC | Case number (if known): | 25-10416 |
|---|---|---|---|
| | Name | | |

**3.465 Nonpriority creditor's name and mailing address**

Lucky Hauling LLC
Creditor Name

Creditor's Notice name

1310 Valley Lake Dr
Address

Apt 523

| Schaumburg | IL | 60195 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 1,562.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.466 Nonpriority creditor's name and mailing address**

Lulian Billaiv
Creditor Name

Creditor's Notice name

5999 Twin Lakes Dr
Address

| Parma | OH | 44129 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 680.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.467**   **Nonpriority creditor's name and mailing address**

Lux Auto LLC
Creditor Name

Creditor's Notice name

47096 321st
Address

| Burbank | SD | 57010 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $ 275.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.468**   **Nonpriority creditor's name and mailing address**

LYON'S TOWING
Creditor Name

Creditor's Notice name

16130 WEST ROAD
Address

| WOODHAVEN | MI | 48183 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $ 9,106.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

3.469 **Nonpriority creditor's name and mailing address**

M&S Logistics LLC
Creditor Name

Creditor's Notice name

2710 Old Lexington Hwy
Address

| Chapin | SC | 29036 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                310.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

3.470 **Nonpriority creditor's name and mailing address**

Mabrai Inc
Creditor Name

Creditor's Notice name

1387 Abbey Way
Address

| Bensalem | PA | 19020 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                520.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.471** **Nonpriority creditor's name and mailing address**

MACALLISTER RENTAL LLC
Creditor Name

Creditor's Notice name

7515 EAST 30TH STREET
Address

| INDIANAPOLIS | IN | 46219 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 2,806.36
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.472** **Nonpriority creditor's name and mailing address**

MAGGIO TRUCK CENTER, INC.
Creditor Name

Creditor's Notice name

4752 BAXTER ROAD
Address

| ROCKFORD | IL | 61109 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 551.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.473 Nonpriority creditor's name and mailing address**

Majestic Eagle Transport LLC
Creditor Name

Creditor's Notice name

6920 S 300 W
Address

| COLUMBUS | IN | 47201 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 670.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.474 Nonpriority creditor's name and mailing address**

Mariand Inc
Creditor Name

Creditor's Notice name

4 Darren Drive
Address

| Campbell Hall | NY | 10916 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 230.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.475 **Nonpriority creditor's name and mailing address**

Mark Bradley Maderic
Creditor Name

Creditor's Notice name

PO Box 2201
Address

| Salem | VA | 24153 |
|-------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $              2,100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

3.476 **Nonpriority creditor's name and mailing address**

Marsi Auto LLC
Creditor Name

Creditor's Notice name

2727 Rhawn St
Address

Apt 36A

| PHILADELPHIA | PA | 19152 |
|-------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                440.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

3.477 **Nonpriority creditor's name and mailing address**

Marvin Page and Sarah page
Creditor Name

HeplerBroom LLC
Creditor's Notice name

Benjamin Powell
Address

130 North Main Street

PO Box 510

Edwardsville     IL     62025
City     State     ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $     Undetermined
*Check all that apply.*

☐ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

Litigation Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

3.478 **Nonpriority creditor's name and mailing address**

Mauricio Javier Alas Ibanez
Creditor Name

Creditor's Notice name

13279 11th St
Address

Chino     CA     91710
City     State     ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $     165.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

3.479 **Nonpriority creditor's name and mailing address**

Mazi Brothers LLC
Creditor Name

Creditor's Notice name

PO Box 770
Address

| | | |
|---|---|---|
| Scothch Plains | NJ | 07076 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 420.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

3.480 **Nonpriority creditor's name and mailing address**

MBD LANDS LLC
Creditor Name

Creditor's Notice name

505 NORTH CENTER STREET
Address

| | | |
|---|---|---|
| NORTHVILLE | MI | 48167 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 31,045.09
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

| 3.481 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: | $ | 510.00 |

**Nonpriority creditor's name and mailing address**

MC Trans LLC
Creditor Name

Creditor's Notice name

PO Box 2461
Address

| Canyon Country | CA | 91386 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 510.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

3.482 **Nonpriority creditor's name and mailing address**

MC TRANSPORTATION
Creditor Name

Creditor's Notice name

4022 BARDSTOWN ROAD
Address

| LOUISVILLE | KY | 40218 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 2,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Name

**3.483** **Nonpriority creditor's name and mailing address**

MCCORMICK MOTORS, INC.

Creditor Name

Creditor's Notice name

1255 WEST MARKET STREET

Address

| NAPPANEE | IN | 46550 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                  273.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.484** **Nonpriority creditor's name and mailing address**

McKinley Archie

Creditor Name

Herzfeld, Suetholz, Gastel, Leniski and Wall, PLLC

Creditor's Notice name

Benjamin A. Gastel

Address

223 Rosa L. Parks Avenue

Suite 300

| Nashville | TN | 37203 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $              Undetermined

*Check all that apply.*

☐ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

General Liability Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.485** **Nonpriority creditor's name and mailing address**

MCMAHON TIRE & CAR CARE
Creditor Name

Creditor's Notice name

2828 W. COLISEUM BLVD.
Address

| FORT WAYNE | IN | 46808 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                6,177.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.486** **Nonpriority creditor's name and mailing address**

Melcher Trucking LLC
Creditor Name

Creditor's Notice name

18503 Pemberville Rd
Address

PO Box 418

| Pemberville | OH | 43450 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $               11,276.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.487** | **Nonpriority creditor's name and mailing address**

MERITAS HEALTH OCCUPATIONAL
Creditor Name

Creditor's Notice name

2800 CLAY EDWARDS DRIVE
Address

NORTH KANSAS CITY    MO    64116-0000
City    State    ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $   315.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.488** | **Nonpriority creditor's name and mailing address**

MERRITT/BAVAR=GRAYS ROAD, LLC
Creditor Name

Creditor's Notice name

2066 LORD BALTIMORE DRIVE
Address

WINDSOR MILL    MD    21244
City    State    ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $   2,470.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

3.489 **Nonpriority creditor's name and mailing address**

Meya Transport Inc
Creditor Name

Creditor's Notice name

81 Off Hamilton St
Address

| Southbridge | MA | 01550 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 1,545.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

3.490 **Nonpriority creditor's name and mailing address**

MGBUZZ EXPRESS INC
Creditor Name

Creditor's Notice name

341 S 3RD ST
Address

#100-F

| COLUMBUS | OH | 43215 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 775.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.491** **Nonpriority creditor's name and mailing address**

MGL AUTO TRANSPORT INC
Creditor Name

Creditor's Notice name

819 PHEASANT WALK DRIVE
Address

| Schaumburg | IL | 60193 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    4,350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.492** **Nonpriority creditor's name and mailing address**

Michael Domecillo
Creditor Name

Creditor's Notice name

Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    Undetermined
*Check all that apply.*

☐ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

General Liability Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.493 Nonpriority creditor's name and mailing address**

Michael Kopple
Creditor Name

The Skees Law Office
Creditor's Notice name

W. Edward Skees
Address

415 W 1st St,

| New Albany, | IN | 47150 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $ Undetermined
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Litigation Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.494 Nonpriority creditor's name and mailing address**

MICROSOFT CORPORATION
Creditor Name

Creditor's Notice name

ONE MICROSOFT WAY
Address

| RICHMOND | WA | 98052 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $ 114,479.94
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.495** **Nonpriority creditor's name and mailing address**

MIDTEXAS INDUSTRIAL PROPERTIES

Creditor Name

Creditor's Notice name

PO BOX 80

Address

| MIDLOTHIAN | TX | 76065 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 500.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.496** **Nonpriority creditor's name and mailing address**

MIGHTY'S TOWING AND RECOVERY I

Creditor Name

Creditor's Notice name

24059 SOUTH MUNICIPAL DRIVE

Address

| CHANNAHON | IL | 60410 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 17,322.26

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.497 Nonpriority creditor's name and mailing address**

MILES & STOCKBRIDGE PC
Creditor Name

Creditor's Notice name

100 LIGHT STREET
Address

| Baltimore | MD | 21202 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,355.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.498 Nonpriority creditor's name and mailing address**

Miliva Inc
Creditor Name

Creditor's Notice name

8217 Concord In
Address

Unit B

| Justice | IL | 60458 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 7,776.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

3.499 **Nonpriority creditor's name and mailing address**

MLK START INC
Creditor Name

Creditor's Notice name

1281 SARAH BLVD
Address

| VERNON HILLS | IL | 60061 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 1,886.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

3.500 **Nonpriority creditor's name and mailing address**

MNM Transport LLC
Creditor Name

Creditor's Notice name

4170 Silver Oak Way
Address

| Huber Heights | OH | 45371 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 4,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.501** **Nonpriority creditor's name and mailing address**

Mobility Transport LLC
Creditor Name

Creditor's Notice name

29W703 Everton Drive Unit 107
Address

| Warrenville | IL | 60555 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $      4,458.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.502** **Nonpriority creditor's name and mailing address**

MONTEITH'S BEST-ONE
Creditor Name

Creditor's Notice name

2503 CASSOPOLIS STREET
Address

| ELKHART | IN | 46514 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $      36,800.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.503** **Nonpriority creditor's name and mailing address**

MOONSHOT SOLUTIONS LLC

Creditor Name

Creditor's Notice name

9800 METCALF AVENUE

Address

3RD FLOOR

| OVERLAND PARK | KS | 66212 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 3,812.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.504** **Nonpriority creditor's name and mailing address**

Moose Freight Inc

Creditor Name

Creditor's Notice name

1755 Park St

Address

SUITE 200

| Napierville | IL | 60563 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 2,892.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.505 Nonpriority creditor's name and mailing address**

Moro Transportation Corp
Creditor Name

Creditor's Notice name

1324 Michael Rd
Address

| Meadowbrook | PA | 19046 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $     2,875.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.506 Nonpriority creditor's name and mailing address**

MORRISON INDUSTRIAL
Creditor Name

Creditor's Notice name

PO Box 1803
Address

| GRAND RAPIDS | MI | 49501 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $     210.48
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.507 Nonpriority creditor's name and mailing address**

MOSELEY MARCINAK LAW GROUP LLP
Creditor Name

Creditor's Notice name

4324 WADE HAMPTON BOULEVARD
Address

SUITE B

| TAYLORS | SC | 29687 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,845.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.508 Nonpriority creditor's name and mailing address**

Mountain Transport LLC
Creditor Name

Creditor's Notice name

262 Souther Rd
Address

| Fletcher | NC | 28732 |
|----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 210.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.509 **Nonpriority creditor's name and mailing address**

MP Team Inc.
Creditor Name

Creditor's Notice name

PO Box 8564
Address

160 Bartlett Plz

| Bartlett | IL | 60103 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,035.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.510 **Nonpriority creditor's name and mailing address**

Mustang Towing
Creditor Name

Creditor's Notice name

1711 Robin Hood Dr
Address

| Montgomery | TX | 77316 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 250.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.511** **Nonpriority creditor's name and mailing address**

Myroslava Kozyak

Creditor Name

Creditor's Notice name

925 Huntingdon Pike

Address

Apt 311

| HUNTINGDON VALLEY | PA | 19006 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 7,615.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.512** **Nonpriority creditor's name and mailing address**

Narimani LLC

Creditor Name

Creditor's Notice name

2215 Ave V

Address

| Brooklyn | NY | 11229 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 1,115.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.513** **Nonpriority creditor's name and mailing address**

Nathan Cynova
Creditor Name

Creditor's Notice name

2086 Highway 92
Address

| SPRINGFIELD | AR | 72157 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 265.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.514** **Nonpriority creditor's name and mailing address**

NATIONAL CONSTRUCTION RENTALS
Creditor Name

Creditor's Notice name

15319 CHATSWORTH ST
Address

| MISSION HILLS | CA | 91345 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 853.27
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.515**   **Nonpriority creditor's name and mailing address**

NATIONS EQUIPMENT FINANCE, LLC

Creditor Name

Creditor's Notice name

101 MERRITT SEVEN

Address

5TH FLOOR

| NORWALK | CT | 06851 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $     70,359.34

*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑   No

☐   Yes

---

**3.516**   **Nonpriority creditor's name and mailing address**

NATIONWIDE AUTO SERVICES

Creditor Name

Creditor's Notice name

PO BOX 86

Address

| CONCORD | CA | 94522-0000 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $     9,261.00

*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑   No

☐   Yes

**3.517 Nonpriority creditor's name and mailing address**

NATLD
Creditor Name

Creditor's Notice name

801 W BIG BEAVER RD 5TH FLOOR
Address

| TROY | MI | 48084 |
|------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 48,161.68
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.518 Nonpriority creditor's name and mailing address**

NBI Trucking LLC
Creditor Name

Creditor's Notice name

4749 Edenwood Dr
Address

| FORT WORTH | TX | 76123 |
|------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 344.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.519** **Nonpriority creditor's name and mailing address**

New Vision Logistics LLC
Creditor Name

Creditor's Notice name

4990 E Sabal Palm Blvd
Address

Apt 106

Country

FORT LAUDERDALE | FL | 33319
City | State | ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: $                 645.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.520** **Nonpriority creditor's name and mailing address**

New Way Transportation LLC
Creditor Name

Creditor's Notice name

6207 N Palafox St
Address

Pensacola | FL | 32503
City | State | ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: $               1,950.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.521  Nonpriority creditor's name and mailing address**

NEW YORK STATE ELECTRIC & GAS
Creditor Name

Creditor's Notice name

PO BOX 11745
Address

| Newark | NY | 07101-4745 |
|--------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $ 10,473.30
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.522  Nonpriority creditor's name and mailing address**

NEW YORK STATE TEAMSTERS
Creditor Name

Creditor's Notice name

PO BOX 4928
Address

| SYRACUSE | NY | 01322-4928 |
|----------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $ 13,482.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.523 Nonpriority creditor's name and mailing address**

Nicolai Cantir
Creditor Name

Creditor's Notice name

215 Dewey St
Address

| West Springfield | MA | 01089 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 300.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.524 Nonpriority creditor's name and mailing address**

Niia LLC
Creditor Name

Creditor's Notice name

9739 Cowden St
Address

| PHILADELPHIA | PA | 19115 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.525** **Nonpriority creditor's name and mailing address**

Nikki Stewart, Jesse Stewart (minor)

Creditor Name

Tate Law Offices PC

Creditor's Notice name

Claire Tate Rehmet

Address

13355 Noel Rd #1167

Ste 1090

| Dallas | TX | 75240 |
|--------|-----|-----|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $      Undetermined
*Check all that apply.*

☐ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

Litigation Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.526** **Nonpriority creditor's name and mailing address**

Nikolay Chvanov

Creditor Name

Creditor's Notice name

306 Enterprise Rd

Address

| Churchville | VA | 24421 |
|-------------|-----|-----|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $      15,691.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.527** **Nonpriority creditor's name and mailing address**

NLS Hauling Corp
Creditor Name

Creditor's Notice name

6 Henry Ter
Address

Apt 1

| Worcester | MA | 01604 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 320.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.528** **Nonpriority creditor's name and mailing address**

NO LIMIT TRANSPORTATION INC
Creditor Name

Creditor's Notice name

29 MORNING GLORY WAY
Address

| HUNTINGDON VALLEY | PA | 19006 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 650.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.529** **Nonpriority creditor's name and mailing address**

Noah Lightner

Creditor Name

Creditor's Notice name

800 County Rd 1590

Address

| Alba | TX | 75410 |
|------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 270.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.530** **Nonpriority creditor's name and mailing address**

NOAH SWAIN

Creditor Name

Creditor's Notice name

3987 JIM OWENS ROAD NW

Address

| KENNESAW | GA | 30152 |
|----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 350.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.531** **Nonpriority creditor's name and mailing address**

North American Auto Transportation, LLC

Creditor Name

Creditor's Notice name

2345 Grand Blvd

Address

Ste. 2400

Kansas City | MO | 64108

City | State | ZIP Code

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 13,722,488.80

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Intercompany Accounts

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.532** **Nonpriority creditor's name and mailing address**

NOVA GROUP GBC

Creditor Name

Creditor's Notice name

5320 WEST 23RD STREET

Address

SUITE 270

ST LOUIS PARK | MN | 55416

City | State | ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 36,995.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

_____
Name

3.533 **Nonpriority creditor's name and mailing address**

NR Transport LLC
_____
Creditor Name

_____
Creditor's Notice name

16519 Ground Breaker Ave
_____
Address

_____

_____

| Chino | CA | 91708 |
|-------|-----|-------|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $            900.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

3.534 **Nonpriority creditor's name and mailing address**

NTT TRANSPORT
_____
Creditor Name

_____
Creditor's Notice name

11920 REGENTVIEW AVE
_____
Address

_____

_____

| DOWNEY | CA | 90241 |
|--------|-----|-------|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $            394.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

### 3.535 Nonpriority creditor's name and mailing address

O & Zee Transport LLC
Creditor Name

Creditor's Notice name

788 N Rose Ave
Address

| | | |
|---|---|---|
| COLUMBUS | OH | 43219 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                260.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

### 3.536 Nonpriority creditor's name and mailing address

OCCUPATIONAL HEALTH CENTERS
Creditor Name

Creditor's Notice name

PO BOX 5106
Address

| | | |
|---|---|---|
| Southfield | MI | 48086-5106 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                142.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.537 Nonpriority creditor's name and mailing address**

O'FALLON SEWER SERVICE
Creditor Name

Creditor's Notice name

P.O. BOX 144
Address

| O'FALLON | MO | 63366 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 790.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.538 Nonpriority creditor's name and mailing address**

OFFICE PRIDE
Creditor Name

Creditor's Notice name

3450 EAST LAKE ROAD
Address

SUITE 202

| PALM HARBOR | FL | 34685 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 5,989.24
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.539 Nonpriority creditor's name and mailing address**

OGLETREE, DEAKINS, NASH, SMOAK
Creditor Name

Creditor's Notice name

918 SOUTH PLEASANTBURG DRIVE
Address

| | | |
|---|---|---|
| GREENVILEE | SC | 29607 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $       1,410.85
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.540 Nonpriority creditor's name and mailing address**

OK Transportation Enterprise L
Creditor Name

Creditor's Notice name

5816 Stone Gate Hts
Address

Apt #4

| | | |
|---|---|---|
| Jamesville | NY | 13078 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $       325.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.541 Nonpriority creditor's name and mailing address**

O'NEAL STEEL
Creditor Name

Creditor's Notice name

2311 HIGHLAND AVENUE S
Address

SUITE 200

| BIRMIGHAM | AL | 35205 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 555.84
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.542 Nonpriority creditor's name and mailing address**

Ono Group LLC
Creditor Name

Creditor's Notice name

383 king arthur rd
Address

| Blakeslee | PA | 18610 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,175.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.543** **Nonpriority creditor's name and mailing address**

O'REILLY AUTO PARTS
Creditor Name

Creditor's Notice name

PO BOX 9464
Address

| SPRINGFIELD | MO | 65801-9464 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 4,419.15
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.544** **Nonpriority creditor's name and mailing address**

Orgil Auto Transport
Creditor Name

Creditor's Notice name

2565 Independence Ave
Address

| Glenview | IL | 60026 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 55,460.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.545 Nonpriority creditor's name and mailing address**

Oscar Mata
Creditor Name

Mukerji Law Firm
Creditor's Notice name

Address

2405 Smith St

| Houston | TX | 77006 |
|---------|-----|---------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $      Undetermined
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

Litigation Claim

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.546 Nonpriority creditor's name and mailing address**

Osvaldo Rojas
Creditor Name

Creditor's Notice name

4063 Pot o Gold St
Address

| West Palm Beach | FL | 33406 |
|-----------------|-----|---------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $      175.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.547** **Nonpriority creditor's name and mailing address**

Outlander LLC
Creditor Name

Creditor's Notice name

1954 Quaker Hollow Ln
Address

| Streamwood | IL | 60107 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                6,570.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.548** **Nonpriority creditor's name and mailing address**

OVERHEAD DOOR CO OF D/FW
Creditor Name

Creditor's Notice name

P.O. BOX 266
Address

| GRAPEVINE | TX | 76099-0266 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                4,841.05
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.549** **Nonpriority creditor's name and mailing address**

OVERHEAD DOOR COMPANY FT WAYNE

Creditor Name

Creditor's Notice name

5331 KEYSTONE DRIVE

Address

| Ft. Wayne | IN | 46825 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 595.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.550** **Nonpriority creditor's name and mailing address**

OVERHEAD DOOR COMPANY OF NASHV

Creditor Name

Creditor's Notice name

20208 87TH AVENUE SOUTH

Address

| KENT | WA | 98031 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,554.43
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.551 **Nonpriority creditor's name and mailing address**

OVERHEAD INC

Creditor Name

_____

Creditor's Notice name

340 NEW TOWNE SQUARE DRIVE

Address

| Toledo | OH | 43612 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    2,000.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

_____

**Is the claim subject to offset?**

☒ No

☐ Yes

3.552 **Nonpriority creditor's name and mailing address**

Ox Movers LLC

Creditor Name

_____

Creditor's Notice name

2224 East 66 Street

Address

| Brooklyn | NY | 11234 |
|----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    1,000.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

_____

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.553**   **Nonpriority creditor's name and mailing address**

P&S Logistics LLC
Creditor Name

Creditor's Notice name

3805 Chadbourne Dr
Address

| Fayetteville | NC | 28312 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $      450.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.554**   **Nonpriority creditor's name and mailing address**

PA&K Transporter LLC
Creditor Name

Creditor's Notice name

3508 Shoreland DR
Address

| Buford | GA | 30518 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $      425.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.555** **Nonpriority creditor's name and mailing address**

PANDADOC INC

Creditor Name

Creditor's Notice name

101 CALIFORNIA STREET

Address

SUITE 3975

| SAN FRANCISCO | CA | 94111 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                588.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.556** **Nonpriority creditor's name and mailing address**

PAPUNA LLC

Creditor Name

Creditor's Notice name

1070 STONEBROOK RD

Address

APT B

| SYKESVILLE | MD | 21784 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                310.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.557** **Nonpriority creditor's name and mailing address**

PARETO HEALTH INTERMEDIATE HOL

Creditor Name

Creditor's Notice name

PO BOX 23196

Address

| NEW YORK | NY | 10087-3196 |
|----------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $        778.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.558** **Nonpriority creditor's name and mailing address**

PARKER SERVICE, INC.

Creditor Name

Creditor's Notice name

7534 ST. JOE ROAD

Address

| Ft. Wayne | IN | 46835 |
|-----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $        37,104.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.559** **Nonpriority creditor's name and mailing address**

PARKVIEW OCCUPATIONAL HEALTH
Creditor Name

Creditor's Notice name

3103 EAST STATE BLVD
Address

| FORT WAYNE | IN | 46805 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                 967.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.560** **Nonpriority creditor's name and mailing address**

Parsons Transport LLC
Creditor Name

Creditor's Notice name

10924 Private Road 3750
Address

| Willis Point | TX | 75169 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $               1,115.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.561** **Nonpriority creditor's name and mailing address**

Partin Auto Transport Inc
Creditor Name

Creditor's Notice name

1639 Newport Ave
Address

| Deland | FL | 32724 |
|--------|-----|---------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 4,575.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.562** **Nonpriority creditor's name and mailing address**

Patrick Blevins, Holly Blevins, and Patrick Blevins and Holly Blevins as
natural parents and/or guardians of minor child
Creditor Name

The Law Firm of Donald L. Nageleisen, PLLC
Creditor's Notice name

Donald Nageleisen
Address

2216 Dixie Hwy #203,

| Fort Mitchell | KY | 41017 |
|--------|-----|---------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ Undetermined
*Check all that apply.*

☐ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

Litigation Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.563  Nonpriority creditor's name and mailing address**

Pedro UA

Creditor Name

Creditor's Notice name

2106 W Adobe Dr

Address

| ADDISON | IL | 60101 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $ 2,263.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.564  Nonpriority creditor's name and mailing address**

PETROFF TOWING INC

Creditor Name

Creditor's Notice name

3801 NORTH SHORE 89TH STREET

Address

| CASEYVILLE | IL | 62232 |
|------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $ 26,275.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

| | | |
|---|---|---|
| 3.565 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $ 240.00 |

**Nonpriority creditor's name and mailing address**

PHYSICIANS URGENT CARE
Creditor Name

Creditor's Notice name

62983 COLLECTION CENTER DR
Address

| Chicago | IL | 60693-0629 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 240.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.566 **Nonpriority creditor's name and mailing address**

PILOT TRAVEL CNTR 11407
Creditor Name

Creditor's Notice name

5500 LONAS DR STE 260
Address

| KNOXVILLE | TN | 37909 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 442,758.87
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.567** **Nonpriority creditor's name and mailing address**

PITNEY BOWES
Creditor Name

Creditor's Notice name

P.O. BOX 981022
Address

| BOSTON | MA | 02298-1022 |
|--------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                413.67
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.568** **Nonpriority creditor's name and mailing address**

PorterX Logistics LLC
Creditor Name

Creditor's Notice name

4163 Wellington Hills Dr
Address

| Snellville | GA | 30039 |
|-----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                120.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.569  Nonpriority creditor's name and mailing address**

POST ROAD EQUIPMENT FINANCE LL
Creditor Name

Creditor's Notice name

1221 POST ROAD EAST
Address

SUITE 303

| WESTPORT | CT | 06880 |
|----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    666,667.85
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.570  Nonpriority creditor's name and mailing address**

Precision Hauling and Junk Rem
Creditor Name

Creditor's Notice name

16687 Collingham
Address

| DETROIT | MI | 48205 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    2,508.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.571**   **Nonpriority creditor's name and mailing address**

Premier Security Solutions Company, Inc.
Creditor Name

Bodman PLC
Creditor's Notice name

Stephen P Dunn
Address

201 W Big Beaver Road

Suite 500

| Troy | MI | 48084 |
|------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $      Undetermined
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Litigation Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.572**   **Nonpriority creditor's name and mailing address**

PREMIER SECURITY SOLUTIONS INC
Creditor Name

Creditor's Notice name

615 SOUTH SAGINAW STREET
Address

SUITE 700

| Flint | MI | 48502 |
|-------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $      175,120.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.573 **Nonpriority creditor's name and mailing address**

Prestige Auto Carriers LLC

Creditor Name

Creditor's Notice name

PO Box 452354

Address

| Kissimmee | FL | 34745 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                800.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

3.574 **Nonpriority creditor's name and mailing address**

Prestige Auto LLC

Creditor Name

Creditor's Notice name

831 Cottontail Trail

Address

| Mt Crawford | VA | 22841 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $              2,587.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Name

**3.575** **Nonpriority creditor's name and mailing address**

PRIDE TRUCK WASH LLC

Creditor Name

Creditor's Notice name

PO BOX 284

Address

| Franklin | KY | 42135 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,039.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.576** **Nonpriority creditor's name and mailing address**

PRL TRANSPORT LLC

Creditor Name

Creditor's Notice name

320 W little Creek Rd

Address

| Cedar Hill | TX | 75104 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 12,110.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.577** **Nonpriority creditor's name and mailing address**

PROCESSCRAFT LLC

Creditor Name

Creditor's Notice name

118 ALGONQUIN DRIVE

Address

| GREENWOOD | MO | 64034 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 6,150.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.578** **Nonpriority creditor's name and mailing address**

Professional Auto Transport Inc

Creditor Name

Creditor's Notice name

4513 Parkhurst St

Address

| Jurupa Valley | CA | 91752 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 3,609.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.579** **Nonpriority creditor's name and mailing address**

PROFESSIONAL CLEANING SERVICES
Creditor Name

Creditor's Notice name

552 LONG TRAIN DRIVE
Address

| TROY | MO | 63379 |
|------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 3,360.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.580** **Nonpriority creditor's name and mailing address**

Prominence Auto Transport LLC
Creditor Name

Creditor's Notice name

6000 Trophy Ct
Address

| Brock | TX | 76087 |
|-------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 5,168.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Name

**3.581 Nonpriority creditor's name and mailing address**

PURCHASE POWER

Creditor Name

Creditor's Notice name

PO BOX 371874

Address

| PITTSBURGH | PA | 15250-7874 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 12,866.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.582 Nonpriority creditor's name and mailing address**

Qristina Inc

Creditor Name

Creditor's Notice name

234 Kennedy Dr

Address

| Spring Valley | NY | 10977 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 760.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.583** **Nonpriority creditor's name and mailing address**

QUALITY PARTS EXPRESS INC

Creditor Name

Creditor's Notice name

2503 KEITH DRIVE

Address

| Columbia | TN | 38401 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 12,604.67

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.584** **Nonpriority creditor's name and mailing address**

QUALITY PLUMBING, INC

Creditor Name

Creditor's Notice name

1731 HOWELL

Address

| NORTH KANSAS CITY | MO | 64116 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,190.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

| 3.585 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 717.62 |

QUENCH
Creditor Name

*Check all that apply.*

Creditor's Notice name

☐ Contingent

☐ Unliquidated

PO BOX 735777
Address

☐ Disputed

**Basis for the claim:**

Accounts Payable

| DALLAS | TX | 75373-5777 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☒ No

**Last 4 digits of account**

☐ Yes

**number**

| 3.586 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 340.00 |

Quentin Mabetto Barr
Creditor Name

*Check all that apply.*

Creditor's Notice name

☐ Contingent

☐ Unliquidated

1310 Caldwell St
Address

☐ Disputed

**Basis for the claim:**

Accounts Payable

| Greensboro | NC | 27406 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☒ No

**Last 4 digits of account**

☐ Yes

**number**

**3.587** **Nonpriority creditor's name and mailing address**

R L Johnson Trucking LLC

Creditor Name

Creditor's Notice name

203 Pactolous Dr

Address

| Jacksonville | NC | 28546 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                    250.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.588** **Nonpriority creditor's name and mailing address**

R2M Transport LLC

Creditor Name

Creditor's Notice name

4959 Old Winter Garden Rd

Address

| Orlando | FL | 32811 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                    275.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.589  Nonpriority creditor's name and mailing address**

Racha Logistics LLC
Creditor Name

Creditor's Notice name

2256 E 2nd St
Address

| Brooklyn | NY | 11223 |
|----------|-------|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                    250.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.590  Nonpriority creditor's name and mailing address**

Randy Jeminez
Creditor Name

Creditor's Notice name

541 W Sixth St
Address

| Lancaster | TX | 75146 |
|-----------|-------|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                   5,002.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.591** **Nonpriority creditor's name and mailing address**

Ratatati Inc
Creditor Name

Creditor's Notice name

4559 COLEMAN ESTATES CIRCLE
Address

| Jacksonville | FL | 32257 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    1,375.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.592** **Nonpriority creditor's name and mailing address**

Raulswyl Washington
Creditor Name

Creditor's Notice name

7947 163rd Pl
Address

| Tinley Park | IL | 60477 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    325.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.593** **Nonpriority creditor's name and mailing address**

RAYNOR OVERHEAD DOOR CORP

Creditor Name

Creditor's Notice name

11615 INKSTER RD

Address

| LIVONIA | MI | 48150 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 330.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.594** **Nonpriority creditor's name and mailing address**

REALIABLE COMMERCIAL CLEANING,

Creditor Name

Creditor's Notice name

615 SAGINAW STREET

Address

SUITE 5003

| Flint | MI | 48502 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,192.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

3.595 **Nonpriority creditor's name and mailing address**

RED WING BRANDS OF AMERICA

Creditor Name

Creditor's Notice name

PO BOX 844329

Address

| DALLAS | TX | 75284-4329 |
|--------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,318.51
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.596 **Nonpriority creditor's name and mailing address**

REFURB 1, INC

Creditor Name

Creditor's Notice name

106 RESTORATION PARK DRIVE

Address

| MEDWAY | OH | 45341 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 164,985.94
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

                             Name

**3.597 Nonpriority creditor's name and mailing address**

Regina Express iNC
Creditor Name

Creditor's Notice name

1919 Brookdale Rd
Address

Apt 112

| NAPERVILLE | IL | 60563 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $        410.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.598 Nonpriority creditor's name and mailing address**

REMINGER CO., L.P.A.
Creditor Name

Creditor's Notice name

200 PUBLIC SQUAREEST PROSPECT AVENUE
Address

SUITE 1200

| CLEVELAND | OH | 44114 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $        5,232.37
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.599** **Nonpriority creditor's name and mailing address**

RFID SOLUTIONS INC
Creditor Name



Creditor's Notice name

6440 GREBE COURT
Address




| LAKE WORTH | FL | 33463 |
|---|---|---|
| City | State | ZIP Code |


Country

**Date or dates debt was incurred**


**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 5,451.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.600** **Nonpriority creditor's name and mailing address**

RG Motors Transport LLC
Creditor Name



Creditor's Notice name

6207 N Palaox St
Address




| Pensacola | FL | 32503 |
|---|---|---|
| City | State | ZIP Code |


Country

**Date or dates debt was incurred**


**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

| 3.601 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: | $ | 35,000.00 |
|---|---|---|---|---|---|

RICHARD S PARISI

Creditor Name

Creditor's Notice name

1953 NORTH CLYBOURN AVENUE

Address

SUITE R-371

| Chicago | IL | 60614 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

| 3.602 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: | $ | 6,921.20 |
|---|---|---|---|---|---|

RIG DOCTOR, LLC

Creditor Name

Creditor's Notice name

823 LISLE ROAD

Address

| GEORGETOWN | KY | 40324 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.603**   **Nonpriority creditor's name and mailing address**

Riverfront Towing LLC
Creditor Name

Creditor's Notice name

5035 Staas Rd
Address

| Cleves | OH | 45002 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:   $                     825.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.604**   **Nonpriority creditor's name and mailing address**

Rivers Towing LLC
Creditor Name

Creditor's Notice name

9120 Gallitin Dr SW
Address

| Covington | GA | 30014 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:   $                     175.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.605** **Nonpriority creditor's name and mailing address**

RIVERSIDE FORD

Creditor Name

Creditor's Notice name

2625 LUDINGTON STREET

Address

| ESCANABA | MI | 49829 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    2,584.37
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.606** **Nonpriority creditor's name and mailing address**

RIVERSIDE ICE

Creditor Name

Creditor's Notice name

2079 FLATWOODS ROAD

Address

| O'FALLON | MO | 63366 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    1,483.61
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.607** **Nonpriority creditor's name and mailing address**

RIVERSIDE TECHNOLOGIES, INC.
Creditor Name

Creditor's Notice name

748 NORTH 109TH COURT
Address

| OMAHA | NE | 68154 |
|-------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    87,156.08
*Check all that apply.*

☐    Contingent

☐    Unliquidated

☐    Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒    No

☐    Yes

**3.608** **Nonpriority creditor's name and mailing address**

Road Rex Transportation LLC
Creditor Name

Creditor's Notice name

225 Pine St
Address

Apt 3

| Jersey City | NJ | 07304 |
|-------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    325.00
*Check all that apply.*

☐    Contingent

☐    Unliquidated

☐    Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒    No

☐    Yes

**3.609 Nonpriority creditor's name and mailing address**

Road Rider LLC

Creditor Name

Creditor's Notice name

1740 Harmon Ave

Address

Ste C

| COLUMBUS | OH | 43223 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    610.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.610 Nonpriority creditor's name and mailing address**

Roadboss Transport LLC

Creditor Name

Creditor's Notice name

1102 N 3rd Street

Address

#1505

| Abilene | TX | 79601 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    324.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.611** **Nonpriority creditor's name and mailing address**

ROBERTS GARAGE & TOWING, INC
Creditor Name

Creditor's Notice name

24120 STE HIGHWAY 6
Address

| Durham | MO | 63438 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 2,968.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.612** **Nonpriority creditor's name and mailing address**

Roca Transport
Creditor Name

Creditor's Notice name

12413 Diploma Dr
Address

| Reiserstown | MD | 21136 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.613** **Nonpriority creditor's name and mailing address**

Rolling Cookie Transportaton L
Creditor Name

Creditor's Notice name

95 Heights Ln
Address

Apt 75

Feasterville Trevose | PA | 19053
City | State | ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 300.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.614** **Nonpriority creditor's name and mailing address**

Rolloe LLC
Creditor Name

Creditor's Notice name

7589 Haverhill Ln
Address

Maineville | OH | 45039
City | State | ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 291.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.615** **Nonpriority creditor's name and mailing address**

Ronnie Patterson

Creditor Name

Creditor's Notice name

3111 Maryland Ave

Address

| DALLAS | TX | 75216 |
|--------|-----|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 95.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.616** **Nonpriority creditor's name and mailing address**

ROPPEL IND - FT WAYNE

Creditor Name

Creditor's Notice name

5455 KEYSTONE DRIVE

Address

| Ft. Wayne | IN | 46825 |
|-----------|-----|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 5,122.29

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.617 Nonpriority creditor's name and mailing address**

ROSE PEST SOLUTIONS
Creditor Name

Creditor's Notice name

7706 RICKLE STREET
Address

| LANSING | MI | 48917 |
|---------|-----|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 308.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.618 Nonpriority creditor's name and mailing address**

Route Masters Auto Transportat
Creditor Name

Creditor's Notice name

873 Prospect St
Address

| Glen Rock | NJ | 07452 |
|-----------|-----|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,669.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

3.619 **Nonpriority creditor's name and mailing address**

ROY'S AUTO GLASS SERVICE, INC.
Creditor Name

Creditor's Notice name

PO BOX 581764
Address

| LOUISVILLE | KY | 40268 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $     347.26
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.620 **Nonpriority creditor's name and mailing address**

RPM FREIGHT SYSTEMS
Creditor Name

Creditor's Notice name

8689 SOLUTION CENTER
Address

| Chicago | IL | 60677-8006 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $     1,449.67
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Name

**3.621** **Nonpriority creditor's name and mailing address**

RR Transport Express LLC

Creditor Name

Creditor's Notice name

245 Atlantic Ave

Address

APT 180

Long Beach | NJ | 07740

City | State | ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 14,968.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.622** **Nonpriority creditor's name and mailing address**

RSF TRUCKING INC

Creditor Name

Creditor's Notice name

10900 BUSTLETON AVE

Address

APT B57

PHILADELPHIA | PA | 19116

City | State | ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,400.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.623 Nonpriority creditor's name and mailing address**

Rush Lines Inc

Creditor Name

Creditor's Notice name

229 Grasmere Drive

Address

| Staten Island | NY | 10305 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,125.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.624 Nonpriority creditor's name and mailing address**

RUSHAUTO SERVICE INC

Creditor Name

Creditor's Notice name

64 HERON DRIVE

Address

| MARLBORO | NJ | 07746 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 150.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.625**  **Nonpriority creditor's name and mailing address**

Ruth Transport LLC

Creditor Name

Creditor's Notice name

6012 N 102nd St

Address

#34812

OMAHA                     NE                       68134

City                      State                    ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                240.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

---

**3.626**  **Nonpriority creditor's name and mailing address**

RW Haulers LLC

Creditor Name

Creditor's Notice name

300 West Ave

Address

Tallmadge                 OH                       44278

City                      State                    ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $              17,595.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.627** **Nonpriority creditor's name and mailing address**

S & I STEAM CLEANING, INC.

Creditor Name

Creditor's Notice name

6762 RED CEDAR WEST

Address

| WEST BLOOMFIELD | MI | 48324-3768 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:    $                    30,370.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.628** **Nonpriority creditor's name and mailing address**

S&K GROUP SOLUTIONS CORP

Creditor Name

Creditor's Notice name

204 Christina Dr

Address

| EAST DUNDEE | IL | 60118 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:    $                    2,325.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.629 Nonpriority creditor's name and mailing address**

S&K SHEET METAL LLC
Creditor Name

Creditor's Notice name

107 WEBSTER STREET
Address

| MONROEVILLE | IN | 46773 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 1,950.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.630 Nonpriority creditor's name and mailing address**

S&M Towing and Recovery LLC
Creditor Name

Creditor's Notice name

3842 WEST HURAON STREET
Address

| Chicago | IL | 60624 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 200.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

3.631 **Nonpriority creditor's name and mailing address**

Sac D Truck LLC
Creditor Name

Creditor's Notice name

9524 W Camelback Rd
Address

St C130-391

| Glendale | AZ | 85305 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                   925.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

3.632 **Nonpriority creditor's name and mailing address**

Sachino Transportation Inc
Creditor Name

Creditor's Notice name

1965 West 12 Street
Address

2FL

| Brooklyn | NY | 11223 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                   450.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

3.633  **Nonpriority creditor's name and mailing address**

SAFE N SECURE

Creditor Name

Creditor's Notice name

2673 FREEWOOD DRIVE

Address

| DALLAS | TX | 75220 |
|--------|-----|---------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                1,331.37
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒   No

☐   Yes

3.634  **Nonpriority creditor's name and mailing address**

SAKAEM LOGISTICS LLC

Creditor Name

Creditor's Notice name

1990 LAKESIDE PARKWAY

Address

SUITE 185

| TUCKER | GA | 30084 |
|--------|-----|---------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $              113,481.97
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒   No

☐   Yes

**3.635** **Nonpriority creditor's name and mailing address**

SAMBA HOLDINGS INC

Creditor Name

Creditor's Notice name

DEPT LA 24536

Address

| PASADENA | CA | 91185-4536 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $     30,814.29

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.636** **Nonpriority creditor's name and mailing address**

Samuel J Gemple

Creditor Name

Creditor's Notice name

2407 North Clinton St

Address

Apt 2

| Ft. Wayne | IN | 46805 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $     67.23

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

### 3.637 Nonpriority creditor's name and mailing address

Samuel Melton
Creditor Name

Creditor's Notice name

350 Railroad Ave
Address

| Worthville | KY | 41098 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: $ 250.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No
☐ Yes

### 3.638 Nonpriority creditor's name and mailing address

Samuel Towing Services LLC
Creditor Name

Creditor's Notice name

11516 66 St N
Address

| West Palm Beach | FL | 33412 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: $ 2,735.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.639  Nonpriority creditor's name and mailing address**

SANDY'S AUTO & TRUCK SERVICE I

Creditor Name

Creditor's Notice name

3053 SPRINGBORO WEST ROAD

Address

| MORAINE | OH | 45439 |
|---------|-----|---------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    11,161.96

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

---

**3.640  Nonpriority creditor's name and mailing address**

SECURITAS SECURITY SERVICES

Creditor Name

Creditor's Notice name

PO BOX 403412

Address

| ATLANTA | GA | 30384-3412 |
|---------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    22,413.01

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.641** **Nonpriority creditor's name and mailing address**

Sergey Kot
Creditor Name

Creditor's Notice name

111 Oak Mountain Drive
Address

| Leicester | NC | 28748 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 400.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.642** **Nonpriority creditor's name and mailing address**

Seyun Kim
Creditor Name

Briggle & Polan. PLLC
Creditor's Notice name

Address

1610 Shoal Creek Blvd

Suite 305

| Austin | TX | 78702 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ Undetermined
*Check all that apply.*

☐ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

Litigation Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.643 Nonpriority creditor's name and mailing address**

SHAFFER'S AUTO AND DIESEL REPA
Creditor Name

Creditor's Notice name

7292 GREENWOOD ROAD
Address

| SHREVEPORT | LA | 71119 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,472.63
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.644 Nonpriority creditor's name and mailing address**

SHAMBAUGH & SON, LP
Creditor Name

Creditor's Notice name

PO BOX 1287
Address

| FORT WAYNE | IN | 46801 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 149.32
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

3.645 **Nonpriority creditor's name and mailing address**

Shamsher LLC
Creditor Name

Creditor's Notice name

2000 WEST STREET
Address

| Annapolis | MD | 21401 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $     550.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.646 **Nonpriority creditor's name and mailing address**

Shaven Barnes
Creditor Name

Creditor's Notice name

463 Cedar St
Address

| Schecectady | NY | 12306 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $     300.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.647** **Nonpriority creditor's name and mailing address**

SHRADER TIRE AND OIL INC

Creditor Name

Creditor's Notice name

2045 WEST SYLVANIA AVENUE

Address

| Toledo | OH | 43613 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $    2,558.11
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.648** **Nonpriority creditor's name and mailing address**

SHROYER'S TOWING , INC

Creditor Name

Creditor's Notice name

2740 EATON RAPIDS RD

Address

| LANSING | MI | 48911 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $    10,530.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.649 Nonpriority creditor's name and mailing address**

SI Express LLC

Creditor Name

Creditor's Notice name

6459 STONE CREEK DRIVE

Address

| DAYTON | OH | 45424 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 9,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.650 Nonpriority creditor's name and mailing address**

Silver Flash LLC

Creditor Name

Creditor's Notice name

429 E Dupont Rd

Address

| FORT WAYNE | IN | 46825 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 5,562.27
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.651**  **Nonpriority creditor's name and mailing address**

Sinkfields Tow & Go LLC
Creditor Name

Creditor's Notice name

3012 Kenville Ln
Address

| Decatur | GA | 30034 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                    175.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.652**  **Nonpriority creditor's name and mailing address**

SIXT RENT A CAR, LLC
Creditor Name

Creditor's Notice name

1501 NW 49TH STREET
Address

Suite 100

| FORT LAUDERDALE | FL | 33309 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                    197.22
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.653 Nonpriority creditor's name and mailing address**

SK SECURITY
Creditor Name

Creditor's Notice name

3200 MERRIAM LANE
Address

| KANSAS CITY | KS | 66106 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 96,900.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.654 Nonpriority creditor's name and mailing address**

SKEETER'S WRECKER SERVICE INC
Creditor Name

Creditor's Notice name

1930 FM 156
Address

| KRUM | TX | 76249 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 12,514.23
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.655 Nonpriority creditor's name and mailing address**

Sky Auto Transport

Creditor Name

Creditor's Notice name

1592 Ivy Ave East

Address

| Saint Paul | MN | 55106 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                340.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.656 Nonpriority creditor's name and mailing address**

Skyfall Transport LLC

Creditor Name

Creditor's Notice name

3706 Sanford Dr

Address

| CLEVELAND | OH | 44134 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                400.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.657**  **Nonpriority creditor's name and mailing address**

SKYLINE DIESEL REPAIR & TOWING
Creditor Name

Creditor's Notice name

PO BOX 46
Address

| FORISTELL | MO | 63348 |
|-----------|-----|--------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                13,717.50
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

---

**3.658**  **Nonpriority creditor's name and mailing address**

SL&FM LSX
Creditor Name

Creditor's Notice name

5534 Saint Joe Road
Address

| FORT WAYNE | IN | 46835 |
|------------|-----|--------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                 7,625.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

| 3.659 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: | $ | 1,195.00 |

SLK International
Creditor Name

Creditor's Notice name

133 Brome Dr
Address

| NICHOLASVILLE | KY | 40356 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 1,195.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

| 3.660 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: | $ | 10,000.00 |

SMB CONSTRUCTION CO INC
Creditor Name

Creditor's Notice name

5120 JACKMAN ROAD
Address

| Toledo | OH | 43613 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 10,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.661** **Nonpriority creditor's name and mailing address**

SMS Transport LLC

Creditor Name

Creditor's Notice name

12175 Folsom Blvd

Address

Suite D

| Rancho Cordova | CA | 95742 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 525.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.662** **Nonpriority creditor's name and mailing address**

SOKOLIS GROUP

Creditor Name

Creditor's Notice name

1432 EASTON RD - BLDG 2F

Address

| WARRINGTON | PA | 18976 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 38,040.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.663  Nonpriority creditor's name and mailing address**

Solid Logistics TX LLC
Creditor Name

Creditor's Notice name

3513 Calle Del Sol
Address

| Irving | TX | 75062 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $              500.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.664  Nonpriority creditor's name and mailing address**

Sonianiza To Go LLC
Creditor Name

Creditor's Notice name

13 Alyea Street
Address

| Newark | NJ | 70105 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $            1,003.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.665** **Nonpriority creditor's name and mailing address**

SOPROMA LOGISTIC INC

Creditor Name

Creditor's Notice name

166 KIMBERLY DRIVE

Address

| Blakeslee | PA | 18610 |
|-----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                410.00

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑  No

☐  Yes

**3.666** **Nonpriority creditor's name and mailing address**

South Palmyra Inc

Creditor Name

Creditor's Notice name

336 NC 16 Business Hwy

Address

| DENVER | NC | 28037-8931 |
|--------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                500.00

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑  No

☐  Yes

3.667 **Nonpriority creditor's name and mailing address**

SOUTHERN STATES SAVINGS &

Creditor Name

Creditor's Notice name

1910 82ND AVENUE

Address

SUITE 103

| VERO BEACH | FL | 32966 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $     16,843.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

3.668 **Nonpriority creditor's name and mailing address**

Spark Prime Logistics Inc

Creditor Name

Creditor's Notice name

13400 S Route 59

Address

Ste 116 #247

| Plainfield | IL | 60585 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $     900.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

3.669 **Nonpriority creditor's name and mailing address**

SPLENDID TRANSPORTATION INC
Creditor Name

Creditor's Notice name

126 NEW BRITAIN AVENUE J3
Address

| NEW BRITIAN | CT | 06062 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,250.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

3.670 **Nonpriority creditor's name and mailing address**

ST LUKES WORKPLACE HEALTH
Creditor Name

Creditor's Notice name

PO BOX 505252
Address

| ST LOUIS | MO | 63150-5252 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,075.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.671 Nonpriority creditor's name and mailing address**

STAFFMARK

Creditor Name

Creditor's Notice name

201 EAST 4TH STREET

Address

SUITE 800

| CINCINNATI | OH | 45202 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 3,709.13
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.672 Nonpriority creditor's name and mailing address**

StageCoach Transportation, LTD

Creditor Name

Creditor's Notice name

1310 CANTON STREET

Address

| PRESCOTT | WI | 54021-0000 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 1,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.673**   **Nonpriority creditor's name and mailing address**

STANDARD PARKING
Creditor Name

Creditor's Notice name

8037 COLLECTION CENTER DRIVE
Address

| Chicago | IL | 60693 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $     428.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.674**   **Nonpriority creditor's name and mailing address**

STAPLES, INC.
Creditor Name

Creditor's Notice name

PO BOX 660409
Address

| DALLAS | TX | 75266-0409 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $     3,245.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.675** **Nonpriority creditor's name and mailing address**

STAR FENCE COMPANY

Creditor Name

Creditor's Notice name

6484 NORTH TELEGRAPH ROAD

Address

| DEARBORN HEIGHTS | MI | 48127 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:  $                 6,675.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.676** **Nonpriority creditor's name and mailing address**

STAR HOLDING LLC

Creditor Name

Creditor's Notice name

1507 VALLEY ROAD

Address

| COATESVILLE | PA | 19320 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:  $                  500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.677** **Nonpriority creditor's name and mailing address**

Stars Carrier Service Inc
Creditor Name

Creditor's Notice name

39 Tanager Rd
Address

APT 3904

| MONROE | NY | 10950 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                   370.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.678** **Nonpriority creditor's name and mailing address**

STATEWIDE TOWING INC.
Creditor Name

Creditor's Notice name

1001 1ST STREET N.W.
Address

| NEW BRIGHTON | MN | 55112 |
|--------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                 10,102.22
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

3.679  **Nonpriority creditor's name and mailing address**

STEALTH MONITORING INC

Creditor Name

Creditor's Notice name

15182 MARSH LANE

Address

| ADDISON | TX | 75001 |
|---------|-----|--------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    46,517.30
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.680  **Nonpriority creditor's name and mailing address**

Step One LLC

Creditor Name

Creditor's Notice name

204 CHRISTINA DRIVE

Address

| EAST DUNDEE | IL | 60118 |
|-------------|-----|--------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    12,081.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.681 **Nonpriority creditor's name and mailing address**

STORM DENT REPAIR INC
Creditor Name

Creditor's Notice name

6428 ST JOE CENTER ROAD
Address

| FORT WAYNE | IN | 46835 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,288.96
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

3.682 **Nonpriority creditor's name and mailing address**

Sully's Speed Shop LLC
Creditor Name

Creditor's Notice name

21823 Middlebelt Rd
Address

| New Boston | MI | 48164 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 334.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.683** **Nonpriority creditor's name and mailing address**

Sunrise Express LLC
Creditor Name

Creditor's Notice name

P.O. BOX 953086
Address

| ST. LOUIS | MO | 63195-3086 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,300.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.684** **Nonpriority creditor's name and mailing address**

SUPER DISPATCH INC
Creditor Name

Creditor's Notice name

1617 MAIN STREET
Address

| KANSAS CITY | MO | 64108 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 23,114.41
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.685** **Nonpriority creditor's name and mailing address**

SVT Trucking LLC

Creditor Name

Creditor's Notice name

201 Meeting House Path

Address

| Ashland | MA | 01721 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                    400.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.686** **Nonpriority creditor's name and mailing address**

Swish Transportation

Creditor Name

Creditor's Notice name

1442 Hopkins Ave

Address

| Lakewood | OH | 44107 |
|----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                 1,356.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.687** **Nonpriority creditor's name and mailing address**

Systolic Solutions LLC

Creditor Name

Creditor's Notice name

1352 Halibut St

Address

| Foster City | CA | 94404 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $        315.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.688** **Nonpriority creditor's name and mailing address**

Tabitha Garcia

Creditor Name

Myers & Wallace, LLP

Creditor's Notice name

Christopher Myers

Address

809 Calhoun St #400

| Fort Wayne, | IN | 46802 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $        Undetermined

*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Litigation Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

| 3.689 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: | $ | 500.00 |

TAK Logistics LLC
Creditor Name

Creditor's Notice name

PO Box 691
Address

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

| Byhalia | MS | 38611 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**Is the claim subject to offset?**

☒ No

☐ Yes

| 3.690 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: | $ | 212.50 |

Talafuse Logistics LLC
Creditor Name

Creditor's Notice name

1608 N Hoover Ave
Address

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

| Cameron | TX | 76520 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.691**   **Nonpriority creditor's name and mailing address**

TALT PLUMBING LLC

Creditor Name

Creditor's Notice name

520 EAST VINE STREET

Address

# 212

| KELLER | TX | 76248 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $      5,791.81

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.692**   **Nonpriority creditor's name and mailing address**

TARIAN GROUP LLC

Creditor Name

Creditor's Notice name

9530 MARKETPLACE ROAD

Address

SUITE 103

| FT MYERS | FL | 33912 |
|----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $      10,989.37

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Name

**3.693 Nonpriority creditor's name and mailing address**

Taurus Auto Group Inc

Creditor Name

Creditor's Notice name

16W455 S Frontage Rd

Address

Ste 300

| Burr Ridge | IL | 60527 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 1,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.694 Nonpriority creditor's name and mailing address**

TayRock Corporation

Creditor Name

Creditor's Notice name

902 Kings Crest Dr

Address

| Stafford | VA | 22554 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 520.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Name

**3.695** **Nonpriority creditor's name and mailing address**

TEC EQUIPMENT, INC.

Creditor Name

Creditor's Notice name

9414 NE VANCOUVER WAY

Address

| PORTLAND | OR | 97211 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                    1,642.79
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.696** **Nonpriority creditor's name and mailing address**

TECHNOLOGY SOLUTIONS PARTNERS

Creditor Name

Creditor's Notice name

110 NORTH CHESTNUT STREET

Address

# 756

| OLATHE | KS | 66061 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                    50,070.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.697** **Nonpriority creditor's name and mailing address**

Teles Transport LLC
Creditor Name

Creditor's Notice name

411 Sairs Ave
Address

Apt 1

| Long Branch | NJ | 07740 |
| --- | --- | --- |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                5,460.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.698** **Nonpriority creditor's name and mailing address**

Temur Tsertsvadze
Creditor Name

Creditor's Notice name

9323 CLOVERLY ROAD
Address

| PHILADELPHIA | PA | 19114 |
| --- | --- | --- |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                2,926.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.699** **Nonpriority creditor's name and mailing address**

TENNANT SALES & SERVICE CO
Creditor Name

Creditor's Notice name

P.O. BOX 71414
Address

| Chicago | IL | 60694-1414 |
|---------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $      541.79
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.700** **Nonpriority creditor's name and mailing address**

TENSTREET, LLC
Creditor Name

Creditor's Notice name

120 W 3RD STREET
Address

SUITE 200

| TULSA | OK | 74105 |
|-------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $      6,662.68
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.701** **Nonpriority creditor's name and mailing address**

Texas Autohaul LLC

Creditor Name

Creditor's Notice name

1070 Evergreen Cir Ste 200

Address

| The Woodlands | TX | 77380 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                1,140.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.702** **Nonpriority creditor's name and mailing address**

TGS Carriers LLC

Creditor Name

Creditor's Notice name

3 Golf Center 360

Address

| Hoffman Estates | IL | 60169 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $               11,447.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.703** **Nonpriority creditor's name and mailing address**

THE BOLDT COMPANY

Creditor Name

Creditor's Notice name

2121 EAST CAPITOL DRIVE

Address

| APPLETON | WI | 54911 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 13,303.51
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.704** **Nonpriority creditor's name and mailing address**

THE BROWN FAMILY TRUST

Creditor Name

Creditor's Notice name

PO BOX 1326

Address

| UPLAND | CA | 91785 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 18,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.705** **Nonpriority creditor's name and mailing address**

The Exotics LLC
Creditor Name

Creditor's Notice name

7725 Gateway
Address

Unit 4351

| Irvine | CA | 92618 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,207.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.706** **Nonpriority creditor's name and mailing address**

The Transporter Firm, LLC
Creditor Name

Creditor's Notice name

3686 SE 137 St
Address

| Summerfield | FL | 34491 |
|-------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 450.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Name

**3.707 Nonpriority creditor's name and mailing address**

Thomas Clark
Creditor Name

Creditor's Notice name

5908 West Greenway St
Address

| Sioux Falls | SD | 57107 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                  1,805.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.708 Nonpriority creditor's name and mailing address**

TIERPOINT LLC (CEQUEL DATA CEN
Creditor Name

Creditor's Notice name

12444 POWERSCOURT DRIVE
Address

SUITE 450

| ST. LOUIS | MO | 63131 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                  82,639.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.709 Nonpriority creditor's name and mailing address**

TIRE DISCOUNTERS, INC
Creditor Name

Creditor's Notice name

200 WEST 4TH STREET
Address


| CINCINNATI | OH | 45202 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                2,519.92
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.710 Nonpriority creditor's name and mailing address**

TLG OPERATIONS LLC
Creditor Name

Creditor's Notice name

4350 SOUTH NATIONAL AVENUE
Address

SUITE B110

| SPRINGFIELD | MO | 65810 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                10,400.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.711** **Nonpriority creditor's name and mailing address**

TM CLAIMS SERVICE, INC.
Creditor Name

Creditor's Notice name

PO BOX 7216
Address

| PASADENA | CA | 91109-7316 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 9,004.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.712** **Nonpriority creditor's name and mailing address**

TMF Towing LLC
Creditor Name

Creditor's Notice name

5800 Reuter
Address

| DEARBORN | MI | 48126 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 125.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.713** **Nonpriority creditor's name and mailing address**

Todd Scott

Creditor Name

Creditor's Notice name

12600 N Hecht Rd

Address

| Hailsville | MO | 65255 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $    524.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.714** **Nonpriority creditor's name and mailing address**

Toma 1 LLC

Creditor Name

Creditor's Notice name

2727 Rhawn St

Address

Apt 56B

| PHILADELPHIA | PA | 19152 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $    545.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.715** **Nonpriority creditor's name and mailing address**

TONY'S TIRE SERVICE INC

Creditor Name

Creditor's Notice name

2406 15TH AVENUE NORTH

Address

| CLEAR LAKE | IA | 50428 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                5,744.42
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑  No

☐  Yes

**3.716** **Nonpriority creditor's name and mailing address**

TONY'S WRECKER SERVICE, INC

Creditor Name

Creditor's Notice name

P.O. BOX 7513

Address

| St Matthews | KY | 40207 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                34,138.48
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑  No

☐  Yes

**3.717** **Nonpriority creditor's name and mailing address**

Top Transport Inc

Creditor Name

Creditor's Notice name

10404 Applecross Ln

Address

| Tampa | FL | 33626 |
|-------|-------|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 18,560.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.718** **Nonpriority creditor's name and mailing address**

TOPPAN MERRILL LLC

Creditor Name

Creditor's Notice name

1501 ENERGY PARK DRIVE

Address

| ST PAUL | MN | 55108 |
|---------|-------|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 3,860.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.719** **Nonpriority creditor's name and mailing address**

TOSHIBA BUSINESS SOLUTIONS,
Creditor Name

Creditor's Notice name

P. O. BOX 927
Address

| BUFFALO | NY | 14240-0927 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 21,375.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.720** **Nonpriority creditor's name and mailing address**

Total Auto Movers Inc
Creditor Name

Creditor's Notice name

790 Weestland Dr
Address

| LEXINGTON | KY | 40504 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 570.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.721 Nonpriority creditor's name and mailing address**

TOWER TRAILER LEASING LLC
Creditor Name

Creditor's Notice name

2500 WEST STATE BLVD STE A
Address

FORT WAYNE    IN     46808
City     State     ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $      321.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.722 Nonpriority creditor's name and mailing address**

TRANSWEST
Creditor Name

Creditor's Notice name

4945 SHELL ST
Address

NORTH HIGHLANDS    CA     95660
City     State     ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $      350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

| Debtor: | Jack Cooper Transport Company, LLC | Case number *(if known)* | 25-10416 |
| --- | --- | --- | --- |
| | Name | | |

**3.723** **Nonpriority creditor's name and mailing address**

TRAVELCENTERS OF AMERICA
Creditor Name

Creditor's Notice name

24601 CENTER RIDGE RD
Address

SUITE 200

| WESTLAKE | OH | 44145-5639 |
| --- | --- | --- |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 22,889.69
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.724** **Nonpriority creditor's name and mailing address**

TRIMBLE TRANSPORTATION ENTERPR
Creditor Name

Creditor's Notice name

6085 PARKLAND BOULEVARD
Address

| MARYFIELD HEIGHTS | OH | 44124 |
| --- | --- | --- |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 54,196.06
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.725** **Nonpriority creditor's name and mailing address**

TRINITY ROSE TRANSPORT LLC

Creditor Name

Creditor's Notice name

501 Howard St E

Address

| Live Oak | FL | 32064 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $   250.00
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒   No

☐   Yes

---

**3.726** **Nonpriority creditor's name and mailing address**

TRIP JV INVESTORS LLC

Creditor Name

Creditor's Notice name

222 SOUTH 9TH STREET

Address

#2870

| MINNEAPOLIS | MN | 55402 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $   26,827.43
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒   No

☐   Yes

**3.727** **Nonpriority creditor's name and mailing address**

Tristen Stec
Creditor Name

Marko Law, PLLC
Creditor's Notice name

Address

220 W Congress

4th Floor

| Detroit | MI | 48226 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $      Undetermined
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Litigation Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.728** **Nonpriority creditor's name and mailing address**

Troy Watson
Creditor Name

Potter & Marks, PLLC
Creditor's Notice name

Eric Marks
Address

17 E Broad St

| Texarkana, | AR | 71854 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $      Undetermined
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Litigation Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.729** **Nonpriority creditor's name and mailing address**

TRUCK COUNTRY OF INDIANA

Creditor Name

Creditor's Notice name

2099 SOUTHPARK COURT

Address

SUITE 2

| DUBUQUE | IA | 52003 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $                74,833.37
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.730** **Nonpriority creditor's name and mailing address**

TRUCK PRO, LLC

Creditor Name

Creditor's Notice name

1610 CENTURY CENTER PARKWAY

Address

SUITE 107

| MEMPHIS | TN | 38134 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $                95,734.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.731** **Nonpriority creditor's name and mailing address**

TRUCK UP LLC

Creditor Name

Creditor's Notice name

648 NE LAKE PAINTE DRIVE

Address

| LEES SUMMIT | MO | 64064 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $            139,942.52
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.732** **Nonpriority creditor's name and mailing address**

TRUE NORTH SERVICES LLC

Creditor Name

Creditor's Notice name

Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $            138,496.11
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.733** **Nonpriority creditor's name and mailing address**

TSD Transporter LLC
Creditor Name

Creditor's Notice name

12515 Barker Cypress Road
Address

#4411

| Cypress | TX | 77429 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $              640.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.734** **Nonpriority creditor's name and mailing address**

Tsedevdorj Boldbaatar
Creditor Name

Creditor's Notice name

400 S Burnside Ave
Address

# 8H

| Los Angelas | CA | 90036 |
|-------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $              248.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.735** **Nonpriority creditor's name and mailing address**

Tulum Logistics LLC

Creditor Name

Creditor's Notice name

351 Marine Ave

Address

A1

Brooklyn          NY          11209

City          State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                    1,023.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.736** **Nonpriority creditor's name and mailing address**

Turner and Sons Trucking, LLC

Creditor Name

Creditor's Notice name

PO BOX 433

Address

Lathrop          CA          95330

City          State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                    7,152.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.737** **Nonpriority creditor's name and mailing address**

Tushig Logistics Inc
Creditor Name

Creditor's Notice name

5582 Sprague Ave
Address

APT B

| Cypress | CA | 90630 |
|---------|-----|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $          9,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.738** **Nonpriority creditor's name and mailing address**

UA Point LLC
Creditor Name

Creditor's Notice name

5485 Ridge Rd
Address

| Parma | OH | 44129 |
|-------|-----|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $          260.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.739** **Nonpriority creditor's name and mailing address**

UBER HAUL LOGISTICS
Creditor Name

Creditor's Notice name

235 KEITH BOULEVARD
Address

| KERRVILLE | TX | 78028 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 700.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.740** **Nonpriority creditor's name and mailing address**

ULTIMA MEDIA LTD
Creditor Name

Creditor's Notice name

401 KING STREET
Address

HAMMERSMITH

| LONDON | LON | W6 9NJ |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 65.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Name

**3.741** **Nonpriority creditor's name and mailing address**

Ulyana Vysochanska Artur Wojan

Creditor Name

Creditor's Notice name

1411 Commerce Drive

Address

Suite #D

| ALGONQUIN | IL | 60102 |
|-----------|-----|--------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    766.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.742** **Nonpriority creditor's name and mailing address**

Unimark Truck Transport LLC

Creditor Name

Creditor's Notice name

PO Box 7411156

Address

| Chicago | IL | 60674-1156 |
|---------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    24,771.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.743** **Nonpriority creditor's name and mailing address**

UPPER VALLEY TRANSPORT LLC

Creditor Name

Creditor's Notice name

57 EAST MAIN STREET

Address

PO BOX 170

| TREMONT CITY | OH | 45372 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                109,172.10

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.744** **Nonpriority creditor's name and mailing address**

US AUTOLOGISTICS, LLC

Creditor Name

Creditor's Notice name

21021 ESSMAN LANE

Address

| Houston | TX | 77073 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                   8,279.02

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.745** **Nonpriority creditor's name and mailing address**

US PRIME LLC

Creditor Name

Creditor's Notice name

1863 CONEY ISLAND AVE

Address

2R

| Brooklyn | NY | 11230 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $                          900.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.746** **Nonpriority creditor's name and mailing address**

USTA LLC

Creditor Name

Creditor's Notice name

6499 Stoney Creek Dr

Address

| DAYTON | OH | 45424 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $                        2,800.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.747** | **Nonpriority creditor's name and mailing address**

UT - Service LLC
Creditor Name

Creditor's Notice name

8231 Greenwood View Dr
Address

APT 705

| Parma | OH | 44129 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 1,738.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No
☐ Yes

**3.748** | **Nonpriority creditor's name and mailing address**

UZ Auto Trans Inc
Creditor Name

Creditor's Notice name

6960 SMITH ROAD
Address

| DENVER | CO | 80207 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 2,200.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No
☐ Yes

**3.749** **Nonpriority creditor's name and mailing address**

Uzhaul Transportation
Creditor Name

Creditor's Notice name

126 Nandina St
Address

Unit B

| PHILADELPHIA | PA | 19116 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 7,300.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.750** **Nonpriority creditor's name and mailing address**

Valeri Tchunashvili
Creditor Name

Creditor's Notice name

66 Spencer Ave
Address

| Cliffton | NJ | 07013 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 1,020.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.751 Nonpriority creditor's name and mailing address**

VALVOLINE FLEET
Creditor Name

Creditor's Notice name

PO BOX 74008513
Address

| Chicago | IL | 60674-8513 |
|---------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 1,217.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.752 Nonpriority creditor's name and mailing address**

Van Transport LLC
Creditor Name

Creditor's Notice name

13326 Spruce Run Dr
Address

Apt 207

| North Royalton | OH | 44133 |
|----------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 325.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

3.753 **Nonpriority creditor's name and mailing address**

Var Hauling LLC
Creditor Name

Creditor's Notice name

1415 Wagar Ave
Address

| Lakewood | OH | 44107 |
|----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                770.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.754 **Nonpriority creditor's name and mailing address**

VASCOR, LTD
Creditor Name

Creditor's Notice name

100 FARMERS BANK DR
Address

SUITE 310

| GEORGETOWN | KY | 40324 |
|------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $             116,019.02
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.755  Nonpriority creditor's name and mailing address**

VB Auto Group Inc

Creditor Name

Creditor's Notice name

8545 W 191st St

Address

Ste 1

| Mokena | IL | 60448 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                3,598.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.756  Nonpriority creditor's name and mailing address**

Vegas Hotshot LLC

Creditor Name

Creditor's Notice name

400 S 4th St

Address

Unit 500

| LAS VEGAS | NV | 89101 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                2,218.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.757 Nonpriority creditor's name and mailing address**

VELOCITI INC
Creditor Name

Creditor's Notice name

4780 NW 41ST STREET
Address

SUITE 500

| RIVERSIDE | MO | 64150 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 24,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.758 Nonpriority creditor's name and mailing address**

VELOSIO LLC
Creditor Name

Creditor's Notice name

5747 PERIMETER DRIVE
Address

SUITE 200

| Dublin | OH | 43017 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 490.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

3.759 **Nonpriority creditor's name and mailing address**

Ventura Hotshot Transportation
Creditor Name

Creditor's Notice name

6359 County Rd 164
Address

| Terrel | TX | 75161 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,058.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

3.760 **Nonpriority creditor's name and mailing address**

VERIZON
Creditor Name

Creditor's Notice name

P O BOX 15124
Address

| ALBANY | NY | 12212-5124 |
|--------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 149.59
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.761** **Nonpriority creditor's name and mailing address**

VG Auto Inc.
Creditor Name

Creditor's Notice name

109 Symond St #237
Address

| Hinsdale | IL | 60522 |
|----------|-----|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 3,200.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.762** **Nonpriority creditor's name and mailing address**

VH Transportation Group Inc
Creditor Name

Creditor's Notice name

60 Lion Head Blvd
Address

| WAYNE | NJ | 07470 |
|-------|-----|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 220.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.763** **Nonpriority creditor's name and mailing address**

Viacheslav Shibirin
Creditor Name

Creditor's Notice name

122 Gretta Trl
Address

| Pendelton | SC | 29670 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: $ 1,745.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.764** **Nonpriority creditor's name and mailing address**

Vickie Morrison
Creditor Name

McGovern Law Firm
Creditor's Notice name

Terry McGovern
Address

711 Louisiana Street

Suite 102

| Houston | TX | 77002 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: $ Undetermined
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Litigation Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.765** **Nonpriority creditor's name and mailing address**

Victor H Semler
Creditor Name

Creditor's Notice name

8217 Springwood Meadow Ln
Address

#102

| Lorton | VA | 22079 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    700.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.766** **Nonpriority creditor's name and mailing address**

Victor's Transport LLC
Creditor Name

Creditor's Notice name

1959 NW Crown St
Address

| Grants Pass | OR | 97526 |
|-------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    375.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.767** **Nonpriority creditor's name and mailing address**

VINVISO LLC

Creditor Name

Creditor's Notice name

1934 HEIDE DRIVE

Address

| TROY | MI | 48084 |
|------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                    39,615.00
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒   No

☐   Yes

**3.768** **Nonpriority creditor's name and mailing address**

VIRTUAL MASTERCARD

Creditor Name

Creditor's Notice name

2345 GRAND BLVD

Address

| KC | MO | 64108 |
|------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                    46,238.59
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒   No

☐   Yes

**3.769 Nonpriority creditor's name and mailing address**

VISIONABLE LLC
Creditor Name

Creditor's Notice name

18161 EDISON AVENUE
Address

SUITE C

| CHESTERFIELD | MO | 63005 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 650.73
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.770 Nonpriority creditor's name and mailing address**

Vivinicole LLC
Creditor Name

Creditor's Notice name

125 Ranch Rd
Address

| Newtown | PA | 18940 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.771  Nonpriority creditor's name and mailing address**

VK Tempo Auto
Creditor Name

Creditor's Notice name

24686 W Middle Fork Rd
Address

| Barrington | IL | 60010 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                200.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.772  Nonpriority creditor's name and mailing address**

Voki Trans Inc
Creditor Name

Creditor's Notice name

9215 Mentor Ave
Address

#1008

| Mentor | OH | 44060 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                992.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.773**   **Nonpriority creditor's name and mailing address**

VRC COMPANIES LLC

Creditor Name

Creditor's Notice name

PO BOX 11407

Address

| BIRMINGHAM | AL | 35246 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    3,075.00

*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒   No

☐   Yes

---

**3.774**   **Nonpriority creditor's name and mailing address**

Vrjane Inc

Creditor Name

Creditor's Notice name

9B E Dundee Quarter Dr

Address

Unit 201

| Palatine | IL | 60074 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    4,632.00

*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒   No

☐   Yes

**3.775** **Nonpriority creditor's name and mailing address**

W. WRIGHT COMPANY

Creditor Name

Creditor's Notice name

PO BOX 701242

Address

| PLYMOUTH | MI | 48170 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    3,851.34

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.776** **Nonpriority creditor's name and mailing address**

WAYNE CITY PROPERTIES LLC

Creditor Name

Creditor's Notice name

2669 GRATIOT AVENUE

Address

| DETROIT | MI | 48207 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    17,100.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.777 Nonpriority creditor's name and mailing address**

WAYNE-VAUGHN EQUIPMENT COMPANY

Creditor Name

Creditor's Notice name

716 EAST WAYNE STREET

Address

| FT WAYNE | IN | 46802 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,648.46
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.778 Nonpriority creditor's name and mailing address**

Weber Transports Corp

Creditor Name

Creditor's Notice name

644 Grinnell St Apt 1

Address

| Fall River | MA | 02721 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 3,999.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

3.779 **Nonpriority creditor's name and mailing address**

WELLER TRUCK PARTS

Creditor Name

Creditor's Notice name

1500 GEZON PARKWAY SW

Address

| GRAND RAPIDS | MI | 49509 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $          5,354.06
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

3.780 **Nonpriority creditor's name and mailing address**

West Hill Express LLC

Creditor Name

Creditor's Notice name

417 Charles Ave

Address

Apt 2

| SYRACUSE | NY | 13209 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $          2,800.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.781 Nonpriority creditor's name and mailing address**

West Nashville Wrecker Service
Creditor Name


Creditor's Notice name

6400 LOUISIANA AVENUE
Address



| NASHVILLE | TN | 37209 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $      6,421.64
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.782 Nonpriority creditor's name and mailing address**

West Transport Inc.
Creditor Name


Creditor's Notice name

5269 Deergate Dr
Address



| TIPP CITY | OH | 45371 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $      2,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.783** **Nonpriority creditor's name and mailing address**

WEX HEALTH INC

Creditor Name

Creditor's Notice name

1 HANCOCK STREET

Address

| PORTLAND | ME | 04101 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                396.90

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.784** **Nonpriority creditor's name and mailing address**

Wheeling Wheels

Creditor Name

Creditor's Notice name

747 23 1/2 ROAD

Address

| Grand Junction | CO | 81505 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                350.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.785 Nonpriority creditor's name and mailing address**

White Duck Delivery LLC
Creditor Name

Creditor's Notice name

2080 Fairport Nine Mile Point Rd
Address

STE 54

| Penfield | NY | 14526 |
|----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $    500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.786 Nonpriority creditor's name and mailing address**

White Shark Corporation
Creditor Name

Creditor's Notice name

684 Barrington Rd
Address

#288

| Streamwood | IL | 60107 |
|------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $    344.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.787** **Nonpriority creditor's name and mailing address**

Wiggy Transport Inc

Creditor Name

Creditor's Notice name

1986 W Algonquin Rd

Address

| Mount Prospect | IL | 60056 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    2,603.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.788** **Nonpriority creditor's name and mailing address**

WILINE NETWORKS INC

Creditor Name

Creditor's Notice name

PO BOX 102150

Address

| PASADENA | CA | 91189-2150 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    1,585.68
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

3.789 **Nonpriority creditor's name and mailing address**

WILLIAMS SCOTSMAN

Creditor Name

Creditor's Notice name

PO BOX 91975

Address

| | | |
|---|---|---|
| Chicago | IL | 60693-1975 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 24,337.85
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

3.790 **Nonpriority creditor's name and mailing address**

WILSHIRE HOLDINGS LLC

Creditor Name

Creditor's Notice name

124 GENERAL JOHN PAYNE BOULEVARD

Address

| | | |
|---|---|---|
| GEORGETOWN | KY | 40324 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 8,250.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Name

**3.791** **Nonpriority creditor's name and mailing address**

Windy Trans Logistics Inc

Creditor Name

Creditor's Notice name

821 N Indiana St

Address

Unit 2

Elmhurst | IL | 60126
---|---|---
City | State | ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 17,289.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.792** **Nonpriority creditor's name and mailing address**

WJC, LLC

Creditor Name

Creditor's Notice name

37300 MICHIGAN AVENUE

Address

WAYNE | MI | 48184
---|---|---
City | State | ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 7,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.793** **Nonpriority creditor's name and mailing address**

WOOLPERT INC
Creditor Name

Creditor's Notice name

4454 IDEA CENTER BOULEVARD
Address

Suite 100

| DAYTON | OH | 45430 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                87,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.794** **Nonpriority creditor's name and mailing address**

WORKHEALTH
Creditor Name

Creditor's Notice name

BOX 21234
Address

| LANSING | MI | 48909 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                    500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.795** **Nonpriority creditor's name and mailing address**

WORLDWIDE EXPRESS

Creditor Name

Creditor's Notice name

130 S BEMISTON AVE #700

Address

SUITE 400

| ST LOUIS | MO | 63105 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 5,631.95
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.796** **Nonpriority creditor's name and mailing address**

X ccelarator Transporting LLC

Creditor Name

Creditor's Notice name

265 Highway 50

Address

| Rosebud | MO | 63091 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 8,700.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.797 Nonpriority creditor's name and mailing address**

Yauheni Matsukovich
Creditor Name

Creditor's Notice name

5110 N Pittsburgh Ave
Address

| Norridge | IL | 60705 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $     966.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.798 Nonpriority creditor's name and mailing address**

Yuriy Leromin
Creditor Name

Creditor's Notice name

10 E Ontario
Address

| Chicago | IL | 60611 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $     546.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.799 Nonpriority creditor's name and mailing address**

Yves Maurice Milrod
Creditor Name

Creditor's Notice name

1216 Holt Avenue
Address

| Desoto | TX | 75115 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: $ 693.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.800 Nonpriority creditor's name and mailing address**

Z BROTHERS EXPEDITED LLC
Creditor Name

Creditor's Notice name

709 PLAZA DRIVE
Address

SUITE 2-198

| CHESTERTON | IN | 46304 |
|------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: $ 24,025.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.801** **Nonpriority creditor's name and mailing address**

Zaza Apkhazava

Creditor Name

Creditor's Notice name

218 Goodmans Crossing

Address

| Clark | NJ | 07066 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,340.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.802** **Nonpriority creditor's name and mailing address**

Zaza Mushkudiani

Creditor Name

Creditor's Notice name

1108 Bromley Ct

Address

| Bensalem | PA | 19020 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 250.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.803** **Nonpriority creditor's name and mailing address**

ZOOM VIDEO COMMUNICATIONS INC

Creditor Name

Creditor's Notice name

55 ALMADEN BOULEVARD

Address

6TH FLOOR

| SAN JOSE | CA | 95113 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $     50,123.08

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.**
   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | Line | |
| Name | ☐ Not Listed.Explain | |
| Notice Name | | |
| Street | | |
| | | |
| | | |
| City          State          ZIP Code | | |
| Country | | |

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 55,222.14 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 266,962,609.39 |
| 5c. **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ 267,017,831.53 |

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

**2.1** **State what the contract or lease is for and the nature of the debtor's interest** — Lease (Real Property)

12502 Fogwell Partners, LLC
Name

Attn Jeffrey Pustizzi
Notice Name

c/o Alterra Property Group, LLC
Address

414 S. 16th Street, Suite 100

**State the term remaining** — Evergreen

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Philadelphia | PA | 19146 |

Country

**2.2** **State what the contract or lease is for and the nature of the debtor's interest** — Lease (Real Property)

1851 LCP LLC
Name

Attn Shane Qualls
Notice Name

1718 Ralston Avenue
Address

**State the term remaining** — 4/14/2028

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Cincinnati | OH | 45223 |

Country

**2.3** **State what the contract or lease is for and the nature of the debtor's interest**

Lease (Real Property)

2909 Abram, LP  
Name

Attn Jeffrey Pustizzi  
Notice Name

c/o Alterra Property Group, LLC  
Address

414 S. 16th Street, Suite 100

**State the term remaining**

**List the contract number of any government contract**

| Philadelphia | PA | 19146 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.4** **State what the contract or lease is for and the nature of the debtor's interest**

Lease (Real Property)

8060 NE Partners, LLC  
Name

Attn Jeffrey Pustizzi  
Notice Name

c/o Alterra Property Group, LLC  
Address

414 S. 16th Street, Suite 100

**State the term remaining**

**List the contract number of any government contract**

| Philadelphia | PA | 19146 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.5** **State what the contract or lease is for and the nature of the debtor's interest**

Agreement / Contract

ADP, LLC  
Name

Notice Name

One ADP Boulevard  
Address

**State the term remaining**

**List the contract number of any government contract**

| Roseland | NJ | 07068 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.6** **State what the contract or lease is for and the nature of the debtor's interest**   Agreement / Contract

ADP, LLC
Name

Notice Name

One ADP Boulevard

**State the term remaining**   12/31/2021

Address

**List the contract number of any government contract**

| Roseland | NJ | 07068 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.7** **State what the contract or lease is for and the nature of the debtor's interest**   Agreement / Contract

ADP, LLC
Name

Notice Name

One ADP Boulevard

**State the term remaining**

Address

**List the contract number of any government contract**

| Roseland | NJ | 07068 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.8** **State what the contract or lease is for and the nature of the debtor's interest**   Agreement / Contract

ADP, LLC
Name

Notice Name

One ADP Boulevard

**State the term remaining**   Evergreen

Address

**List the contract number of any government contract**

| Roseland | NJ | 07068 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.9** **State what the contract or lease is for and the nature of the debtor's interest**   Lease

AFG Investments 1B, LLC
Name

Notice Name

60 S 6th Street, Suite 3720
Address

**State the term remaining**   7/31/2026

**List the contract number of any government contract**

| Minneapolis | MN | 55402 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.10** **State what the contract or lease is for and the nature of the debtor's interest**   Lease

AFG Investments 1B, LLC
Name

Notice Name

60 S 6th Street, Suite 3720
Address

**State the term remaining**   8/31/2026

**List the contract number of any government contract**

| Minneapolis | MN | 55402 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.11** **State what the contract or lease is for and the nature of the debtor's interest**   Lease (Real Property)

B & P Properties LLC
Name

Notice Name

8010 Rice Rd
Address

**State the term remaining**   2/28/2029

**List the contract number of any government contract**

| Amherst | OH | 44001 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.12 | **State what the contract or lease is for and the nature of the debtor's interest** | Debt Restructuring Agreement | Central States |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 8647 W HIGGINS RD |
| | **State the term remaining** | | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Chicago | IL | 60631 |
| | | | City | State | ZIP Code |
| | | | |
| | | | Country |

| 2.13 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement / Contract | Cerberus Business Finance Agency, LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 875 Third Ave |
| | **State the term remaining** | | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | New York | NY | 10022 |
| | | | City | State | ZIP Code |
| | | | |
| | | | Country |

| 2.14 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter Agreement | Cottrell, Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2125 Candler Road |
| | **State the term remaining** | | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Gainesville | GA | 30507 |
| | | | City | State | ZIP Code |
| | | | |
| | | | Country |

Name

**2.15**   **State what the contract or lease is for and the nature of the debtor's interest**    Agreement / Contract

Daimler

Name

Notice Name

36455 Corporate Drive

**State the term remaining**

Address

**List the contract number of any government contract**

| Farmington Hills | MI | 48331 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.16**   **State what the contract or lease is for and the nature of the debtor's interest**    Agreement / Contract

Daimler Title Co

Name

Notice Name

PO Box 279274

**State the term remaining**

Address

**List the contract number of any government contract**

| Sacramento | CA | 95827 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.17**   **State what the contract or lease is for and the nature of the debtor's interest**    Agreement / Contract

Daimler Title Co

Name

Notice Name

PO Box 279274

**State the term remaining**

Address

**List the contract number of any government contract**

| Sacramento | CA | 95827 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | | | |
|---|---|---|---|---|
| 2.18 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement / Contract | Daimler Truck Financial Services USA, LLC | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | 14372 Heritage Parkway, Suite 400 | |
| | **State the term remaining** | | Address | |
| | | | | |
| | **List the contract number of any government contract** | | | |
| | | | | |
| | | | Fort Worth | TX | 76177 |
| | | | City | State | ZIP Code |
| | | | | |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| 2.19 | **State what the contract or lease is for and the nature of the debtor's interest** | Guaranty | Daimler Trust | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | 36455 Corporate Drive | |
| | **State the term remaining** | | Address | |
| | | | | |
| | **List the contract number of any government contract** | | | |
| | | | | |
| | | | Farmington Hills | MI | 48331 |
| | | | City | State | ZIP Code |
| | | | | |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| 2.20 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement / Contract | Daimler Trust | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | 36455 Corporate Drive | |
| | **State the term remaining** | | Address | |
| | | | | |
| | **List the contract number of any government contract** | | | |
| | | | | |
| | | | Farmington Hills | MI | 48331 |
| | | | City | State | ZIP Code |
| | | | | |
| | | | Country | |

**2.21** **State what the contract or lease is for and the nature of the debtor's interest**

Letter Agreement

Daimler Trust
Name

Notice Name

36455 Corporate Drive
Address

**State the term remaining**

**List the contract number of any government contract**

| Farmington Hills | MI | 48331 |
| City | State | ZIP Code |

Country

**2.22** **State what the contract or lease is for and the nature of the debtor's interest**

Letter Agreement

Daimler Trust
Name

Notice Name

36455 Corporate Drive
Address

**State the term remaining**

**List the contract number of any government contract**

| Farmington Hills | MI | 48331 |
| City | State | ZIP Code |

Country

**2.23** **State what the contract or lease is for and the nature of the debtor's interest**

Letter Agreement

Daimler Trust
Name

Notice Name

36455 Corporate Drive
Address

**State the term remaining**

**List the contract number of any government contract**

| Farmington Hills | MI | 48331 |
| City | State | ZIP Code |

Country

Name

**2.24** **State what the contract or lease is for and the nature of the debtor's interest**   Agreement / Contract

Docufree Corporation

Name

Notice Name

1175 Northmeadow Parkway, Suite 140

Address

**State the term remaining**   Evergreen

**List the contract number of any government contract**

| Roswell | GA | 30076 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.25** **State what the contract or lease is for and the nature of the debtor's interest**   Lease (Real Property)

Dwight Embrys Garage, Inc.

Name

Notice Name

252 New Porter Pike

Address

**State the term remaining**   12/31/2025

**List the contract number of any government contract**

| Bowling Green | KY | 42103 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.26** **State what the contract or lease is for and the nature of the debtor's interest**   Lease

Encina Equipment Finance SPV, LLC

Name

Notice Name

83 Wooster Heights Road, Suite 125

Address

**State the term remaining**   9/30/2025

**List the contract number of any government contract**

| Danbury | CT | 06810 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.27** **State what the contract or lease is for and the nature of the debtor's interest**   Lease

Encina Equipment Finance SPV, LLC
Name

Notice Name

83 Wooster Heights Road, Suite 125
Address

**State the term remaining**   11/30/2025

**List the contract number of any government contract**

| Danbury | CT | 06810 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.28** **State what the contract or lease is for and the nature of the debtor's interest**   Lease

Encina Equipment Finance SPV, LLC
Name

Notice Name

83 Wooster Heights Road, Suite 125
Address

**State the term remaining**   12/31/2025

**List the contract number of any government contract**

| Danbury | CT | 06810 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.29** **State what the contract or lease is for and the nature of the debtor's interest**   Lease

Encina Equipment Finance SPV, LLC
Name

Notice Name

83 Wooster Heights Road, Suite 125
Address

**State the term remaining**

**List the contract number of any government contract**

| Danbury | CT | 06810 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | | | |
|---|---|---|---|---|
| 2.30 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease | Encina Equipment Finance SPV, LLC | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | 83 Wooster Heights Road, Suite 125 | |
| | **State the term remaining** | 12/31/2025 | Address | |
| | | | | |
| | **List the contract number of any government contract** | | | |
| | | | | |
| | | | Danbury | CT | 06810 |
| | | | City | State | ZIP Code |
| | | | | |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| 2.31 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease | Encina Equipment Finance SPV, LLC | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | 1221 Post Road East, Suite 303 | |
| | **State the term remaining** | | Address | |
| | | | | |
| | **List the contract number of any government contract** | | | |
| | | | | |
| | | | Westport | CT | 06880 |
| | | | City | State | ZIP Code |
| | | | | |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| 2.32 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease | Encina Equipment Finance SPV, LLC | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | 1221 Post Road East, Suite 201 | |
| | **State the term remaining** | 12/31/2025 | Address | |
| | | | | |
| | **List the contract number of any government contract** | | | |
| | | | | |
| | | | Westport | CT | 06880 |
| | | | City | State | ZIP Code |
| | | | | |
| | | | Country | |

**2.33** **State what the contract or lease is for and the nature of the debtor's interest**    Agreement / Contract

General Motors Holdings LLC
Name

Notice Name

300 Renaissance Ctr L1
Address

**State the term remaining**

**List the contract number of any government contract**

| Detroit | MI | 48265-0001 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.34** **State what the contract or lease is for and the nature of the debtor's interest**    Letter Agreement

General Motors Holdings LLC
Name

Notice Name

300 Renaissance Ctr L1
Address

**State the term remaining**

**List the contract number of any government contract**

| Detroit | MI | 48265-0001 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.35** **State what the contract or lease is for and the nature of the debtor's interest**    Lease (Real Property)

GGR Investments, LLC
Name

Notice Name

1310 Canton Street
Address

**State the term remaining**    Evergreen

**List the contract number of any government contract**

| Prescott | WI | 54021 |
|---|---|---|
| City | State | ZIP Code |

Country

Name

**2.36** **State what the contract or lease is for and the nature of the debtor's interest** | Lease (Real Property)

GGR Investments, LLC
Name

Mary Paul
Notice Name

1310 Canton Street
Address

**State the term remaining** | 12/31/2025

**List the contract number of any government contract**

| Prescott | WI | 54021 |
| City | State | ZIP Code |

Country

**2.37** **State what the contract or lease is for and the nature of the debtor's interest** | Lease (Real Property)

Grand Trunk Western Railroad Company
Name

Notice Name

17641 S. Ashland Avenue
Address

**State the term remaining** | Evergreen

**List the contract number of any government contract**

| Homewood | IL | 60430 |
| City | State | ZIP Code |

Country

**2.38** **State what the contract or lease is for and the nature of the debtor's interest** | Lease (Real Property)

IBACH Enterprises, LLC
Name

Notice Name

12900 Haggerty Road
Address

**State the term remaining**

**List the contract number of any government contract**

| Belleville | MI | 48111 |
| City | State | ZIP Code |

Country

Name

**2.39** **State what the contract or lease is for and the nature of the debtor's interest**

Lease (Real Property)

IBACH Enterprises, LLC
Name

Mr. Butch Ibach
Notice Name

12900 Haggerty Road
Address

**State the term remaining** 4/28/2026

**List the contract number of any government contract**

| Belleville | MI | 48111 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.40** **State what the contract or lease is for and the nature of the debtor's interest**

Lease

Infinity Transportation 2018-1, LLC
Name

Notice Name

150 Greenwich ST
Address

**State the term remaining** 4/1/2025

51st Floor

**List the contract number of any government contract**

| New York | NY | 10007-2445 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.41** **State what the contract or lease is for and the nature of the debtor's interest**

Eastern Area Truckaway, Driveway Yard and Shop Supplemental Agreement

International Brotherhood of Teamsters
Name

Notice Name

25 Louisiana Avenue, N.W.
Address

**State the term remaining** 8/31/2025

**List the contract number of any government contract**

| Washington | DC | 20001 |
|---|---|---|
| City | State | ZIP Code |

Country

Name

**2.42 State what the contract or lease is for and the nature of the debtor's interest**

Central and Southern Areas Supplemental Agreement

International Brotherhood of Teamsters

Name

Notice Name

25 Louisiana Avenue, N.W.

Address

**State the term remaining**    8/31/2025

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Washington | DC | 20001 |

Country

**2.43 State what the contract or lease is for and the nature of the debtor's interest**

Teamsters National Automobile Transporters Industry Negotiating Committee Agreement

International Brotherhood of Teamsters

Name

Notice Name

25 Louisiana Avenue, N.W.

Address

**State the term remaining**    8/31/2025

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Washington | DC | 20001 |

Country

**2.44 State what the contract or lease is for and the nature of the debtor's interest**

Lease (Real Property)

JFS Investments, LLC

Name

Notice Name

7262 Lansing Road

Address

**State the term remaining**

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Dimondale | MI | 48821 |

Country

**2.45** **State what the contract or lease is for and the nature of the debtor's interest**

Lease (Real Property)

LK Property Investments, LLC

Name

Attn Daniel M. Rifkin

Notice Name

295 S. Commerce Drive

Address

**State the term remaining**

**List the contract number of any government contract**

| Waterloo | IN | 46793 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.46** **State what the contract or lease is for and the nature of the debtor's interest**

Lease (Real Property)

LK Property Investments, LLC

Name

Notice Name

5642 Coventry Ln

Address

**State the term remaining**

**List the contract number of any government contract**

| Fort Wayne | IN | 46804 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.47** **State what the contract or lease is for and the nature of the debtor's interest**

Lease

Mercedes-Benz Financial Services USA LLC

Name

Notice Name

14372 Heritage Parkway

Address

**State the term remaining**

**List the contract number of any government contract**

| Fort Worth | TX | 76177 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.48**  **State what the contract or lease is for and the nature of the debtor's interest**    Guaranty

Mercedes-Benz Financial Services USA LLC
Name

Notice Name

14372 Heritage Parkway
Address

**State the term remaining**

**List the contract number of any government contract**

| Fort Worth | TX | 76177 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.49**  **State what the contract or lease is for and the nature of the debtor's interest**    Agreement / Contract

Mercedes-Benz Financial Services USA LLC
Name

Notice Name

14372 Heritage Parkway
Address

**State the term remaining**

**List the contract number of any government contract**

| Fort Worth | TX | 76177 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.50**  **State what the contract or lease is for and the nature of the debtor's interest**    Letter Agreement

Mercedes-Benz Financial Services USA LLC
Name

Notice Name

14372 Heritage Parkway
Address

**State the term remaining**

**List the contract number of any government contract**

| Fort Worth | TX | 76177 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.51 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease | Mercedes-Benz Financial Services USA LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 14372 Heritage Parkway |
| | **State the term remaining** | | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Fort Worth / TX / 76177 |
| | | | City / State / ZIP Code |
| | | | Country |

| 2.52 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease (Real Property) | MidTexas Industrial Properties, Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 100 Center Drive |
| | **State the term remaining** | 12/31/2025 | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Midlothian / TX / 76065 |
| | | | City / State / ZIP Code |
| | | | Country |

| 2.53 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease | Nations Fund I, LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 501 Merritt Seven |
| | **State the term remaining** | | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Norwalk / CT / 06851 |
| | | | City / State / ZIP Code |
| | | | Country |

| 2.54 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease | Nations Fund I, LLC |
|---|---|---|---|

Name

Notice Name

501 Merritt Seven

**State the term remaining**

Address

**List the contract number of any government contract**

| Norwalk | CT | 06851 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.55 | **State what the contract or lease is for and the nature of the debtor's interest** | Invoice | Post Road Equipment Fiance SPV, LLC |
|---|---|---|---|

Name

Notice Name

1221 Post Road, Suite 201

**State the term remaining**

Address

**List the contract number of any government contract**

| Westport | CT | 06880 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.56 | **State what the contract or lease is for and the nature of the debtor's interest** | Invoice | Post Road Equipment Fiance SPV, LLC |
|---|---|---|---|

Name

Notice Name

1221 Post Road, Suite 201

**State the term remaining**

Address

**List the contract number of any government contract**

| Westport | CT | 06880 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.57** | **State what the contract or lease is for and the nature of the debtor's interest** | Lease | Post Road Equipment Finance SPV, LLC
Name

Notice Name

1221 Post Road East, Suite 201
Address

**State the term remaining**

**List the contract number of any government contract**

| | | | |
|---|---|---|---|
| Westport | CT | 06880 |
| City | State | ZIP Code |

Country

**2.58** | **State what the contract or lease is for and the nature of the debtor's interest** | Invoice | Post Road Equipment Finance SPV, LLC
Name

Notice Name

1221 Post Road East, Suite 201
Address

**State the term remaining**

**List the contract number of any government contract**

| | | | |
|---|---|---|---|
| Westport | CT | 06880 |
| City | State | ZIP Code |

Country

**2.59** | **State what the contract or lease is for and the nature of the debtor's interest** | Lease | PREF Titling Company LTD.
Name

c/o Post Road Equipment Fiance SPV, LLC
Notice Name

1221 Post Road, Suite 201
Address

**State the term remaining**

**List the contract number of any government contract**

| | | | |
|---|---|---|---|
| Westport | CT | 06880 |
| City | State | ZIP Code |

Country

Name

**2.60** **State what the contract or lease is for and the nature of the debtor's interest**

Agreement / Contract

PREF Titling Company LTD.

Name

Notice Name

1011 Centre Rd

**State the term remaining**

Address

Suite 203

**List the contract number of any government contract**

| Wilmington | DE | 19805 |
|------------|------|--------|
| City | State | ZIP Code |

Country

**2.61** **State what the contract or lease is for and the nature of the debtor's interest**

Agreement / Contract

PREF Titling Company LTD.

Name

Notice Name

1011 Centre Rd

**State the term remaining**

Address

Suite 203

**List the contract number of any government contract**

| Wilmington | DE | 19805 |
|------------|------|--------|
| City | State | ZIP Code |

Country

**2.62** **State what the contract or lease is for and the nature of the debtor's interest**

Agreement / Contract

PREF Titling Company LTD.

Name

Notice Name

1011 Centre Rd

**State the term remaining**

Address

Suite 203

**List the contract number of any government contract**

| Wilmington | DE | 19805 |
|------------|------|--------|
| City | State | ZIP Code |

Country

Name

Case number *(if known)*  25-10416

**2.63** State what the contract or lease is for and the nature of the debtor's interest

Agreement / Contract

PREF Titling Company LTD.

Name

Notice Name

1011 Centre Rd

Address

State the term remaining

Suite 203

List the contract number of any government contract

| Wilmington | DE | 19805 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.64** State what the contract or lease is for and the nature of the debtor's interest

Lease

PREF Titling Company LTD.

Name

c/o Post Road Equipment Fiance SPV, LLC

Notice Name

1221 Post Road, Suite 201

Address

State the term remaining

List the contract number of any government contract

| Westport | CT | 06880 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.65** State what the contract or lease is for and the nature of the debtor's interest

Lease

PREF Titling Company LTD.

Name

c/o Post Road Equipment Fiance SPV, LLC

Notice Name

1221 Post Road, Suite 201

Address

State the term remaining

List the contract number of any government contract

| Westport | CT | 06880 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.66** State what the contract or lease is for and the nature of the debtor's interest

Agreement / Contract

PREF Titling Company LTD.
Name

Notice Name

1011 Centre Rd
Address

State the term remaining

Suite 203

List the contract number of any government contract

| Wilmington | DE | 19805 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.67** State what the contract or lease is for and the nature of the debtor's interest

Agreement / Contract

PREF Titling Company LTD.
Name

Notice Name

1011 Centre Rd
Address

State the term remaining

Suite 203

List the contract number of any government contract

| Wilmington | DE | 19805 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.68** State what the contract or lease is for and the nature of the debtor's interest

Software License

Salesforce, Inc.
Name

Notice Name

Salesforce Tower
Address

State the term remaining

11/21/2025

415 Mission Street, 3rd Floor

List the contract number of any government contract

| San Francisco | CA | 94105 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.69 | State what the contract or lease is for and the nature of the debtor's interest | Lease | SCF MV Titling Trust |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 5601 Granite Parkway |
| | State the term remaining | 12/31/2026 | Address |
| | | | Suite 1350 |
| | List the contract number of any government contract | | |

| | | | Plano | TX | 75024 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.70 | State what the contract or lease is for and the nature of the debtor's interest | Lease | SCF MV Titling Trust |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 5601 Granite Parkway |
| | State the term remaining | 4/30/2027 | Address |
| | | | Suite 1350 |
| | List the contract number of any government contract | | |

| | | | Plano | TX | 75024 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.71 | State what the contract or lease is for and the nature of the debtor's interest | Lease | SCF MV Titling Trust |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 5601 Granite Parkway |
| | State the term remaining | 5/31/2027 | Address |
| | | | Suite 1350 |
| | List the contract number of any government contract | | |

| | | | Plano | TX | 75024 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| | | |
|---|---|---|
| 2.72 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease |

SCF MV Titling Trust
Name

Notice Name

5601 Granite Parkway
Address

Suite 1350

**State the term remaining** 6/30/2027

**List the contract number of any government contract**

| Plano | TX | 75024 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.73 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease |

SCF MV Titling Trust
Name

Notice Name

5601 Granite Parkway
Address

Suite 1350

**State the term remaining** 4/30/2026

**List the contract number of any government contract**

| Plano | TX | 75024 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.74 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease |

SCF MV Titling Trust
Name

Notice Name

5601 Granite Parkway
Address

Suite 1350

**State the term remaining** 4/30/2026

**List the contract number of any government contract**

| Plano | TX | 75024 |
|---|---|---|
| City | State | ZIP Code |

Country

2.75 **State what the contract or lease is for and the nature of the debtor's interest**    Lease

SCF MV Titling Trust
Name

Notice Name

5601 Granite Parkway
Address

**State the term remaining**    5/30/2026

Suite 1350

**List the contract number of any government contract**

| Plano | TX | 75024 |
|---|---|---|
| City | State | ZIP Code |

Country

2.76 **State what the contract or lease is for and the nature of the debtor's interest**    Lease

SCF MV Titling Trust
Name

Notice Name

5601 Granite Parkway
Address

**State the term remaining**    5/30/2026

Suite 1350

**List the contract number of any government contract**

| Plano | TX | 75024 |
|---|---|---|
| City | State | ZIP Code |

Country

2.77 **State what the contract or lease is for and the nature of the debtor's interest**    Lease

SCF MV Titling Trust
Name

Notice Name

5601 Granite Parkway
Address

**State the term remaining**    5/30/2026

Suite 1350

**List the contract number of any government contract**

| Plano | TX | 75024 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.78 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease |

SCF MV Titling Trust
Name

Notice Name

5601 Granite Parkway
Address

| **State the term remaining** | 6/30/2026 |

Suite 1350

**List the contract number of any government contract**

| Plano | TX | 75024 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.79 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease |

SCF MV Titling Trust
Name

Notice Name

5601 Granite Parkway
Address

| **State the term remaining** | 6/30/2026 |

Suite 1350

**List the contract number of any government contract**

| Plano | TX | 75024 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.80 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease |

SCF MV Titling Trust
Name

Notice Name

5601 Granite Parkway
Address

| **State the term remaining** | 7/31/2026 |

Suite 1350

**List the contract number of any government contract**

| Plano | TX | 75024 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.81 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease |

SCF MV Titling Trust
Name

Notice Name

5601 Granite Parkway
Address

**State the term remaining** 9/30/2026

Suite 1350

**List the contract number of any government contract**

| Plano | TX | 75024 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.82 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease |

SCF MV Titling Trust
Name

Notice Name

5601 Granite Parkway
Address

**State the term remaining** 10/31/2026

Suite 1350

**List the contract number of any government contract**

| Plano | TX | 75024 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.83 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease |

SCF MV Titling Trust
Name

Notice Name

5601 Granite Parkway
Address

**State the term remaining** 10/31/2026

Suite 1350

**List the contract number of any government contract**

| Plano | TX | 75024 |
|---|---|---|
| City | State | ZIP Code |

Country

2.84 **State what the contract or lease is for and the nature of the debtor's interest**   Lease

**State the term remaining**   11/30/2026

**List the contract number of any government contract**

SCF MV Titling Trust
Name

Notice Name

5601 Granite Parkway
Address

Suite 1350

| Plano | TX | 75024 |
|-------|-----|-------|
| City | State | ZIP Code |

Country

---

2.85 **State what the contract or lease is for and the nature of the debtor's interest**   Lease

**State the term remaining**   1/31/2027

**List the contract number of any government contract**

SCF MV Titling Trust
Name

Notice Name

5601 Granite Parkway
Address

Suite 1350

| Plano | TX | 75024 |
|-------|-----|-------|
| City | State | ZIP Code |

Country

---

2.86 **State what the contract or lease is for and the nature of the debtor's interest**   Lease

**State the term remaining**   10/31/2027

**List the contract number of any government contract**

SCF MV Titling Trust
Name

Notice Name

5601 Granite Parkway
Address

Suite 1350

| Plano | TX | 75024 |
|-------|-----|-------|
| City | State | ZIP Code |

Country

**2.87** **State what the contract or lease is for and the nature of the debtor's interest**   Lease

SCF MV Titling Trust
Name

Notice Name

5601 Granite Parkway
Address

**State the term remaining**   12/31/2027

Suite 1350

**List the contract number of any government contract**

| Plano | TX | 75024 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.88** **State what the contract or lease is for and the nature of the debtor's interest**   Lease

SCF MV Titling Trust
Name

Notice Name

5601 Granite Parkway
Address

**State the term remaining**   6/30/2028

Suite 1350

**List the contract number of any government contract**

| Plano | TX | 75024 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.89** **State what the contract or lease is for and the nature of the debtor's interest**   Lease

SCF MV Titling Trust
Name

Notice Name

5601 Granite Parkway
Address

**State the term remaining**   3/31/2028

Suite 1350

**List the contract number of any government contract**

| Plano | TX | 75024 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.90 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease | SCF MV Titling Trust |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 5601 Granite Parkway |
| | **State the term remaining** | 4/30/2028 | Address |
| | | | Suite 1350 |
| | **List the contract number of any government contract** | | |
| | | | Plano / TX / 75024 |
| | | | City / State / ZIP Code |
| | | | Country |

| 2.91 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease | SCF MV Titling Trust |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 5601 Granite Parkway |
| | **State the term remaining** | 5/30/2028 | Address |
| | | | Suite 1350 |
| | **List the contract number of any government contract** | | |
| | | | Plano / TX / 75024 |
| | | | City / State / ZIP Code |
| | | | Country |

| 2.92 | **State what the contract or lease is for and the nature of the debtor's interest** | Hosting Agreement | SOTI Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1950 Meadowvale Blvd |
| | **State the term remaining** | 6/30/2024 | Address |
| | **List the contract number of any government contract** | | |
| | | | Mississauga / ON / L5N 8L9 |
| | | | City / State / ZIP Code |
| | | | Canada |
| | | | Country |

**2.93** **State what the contract or lease is for and the nature of the debtor's interest**

Letter Agreement

Truck Country
Name

Notice Name

1851 W. Thompson Rd
Address

**State the term remaining**

**List the contract number of any government contract**

| Indianapolis | IN | 46217 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.94** **State what the contract or lease is for and the nature of the debtor's interest**

Agreement / Contract

Truck Country of Indiana
Name

Notice Name

1851 W. Thompson Rd
Address

**State the term remaining**

**List the contract number of any government contract**

| Indianapolis | IN | 46217 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.95** **State what the contract or lease is for and the nature of the debtor's interest**

Agreement / Contract

Truck Country of Indiana
Name

Notice Name

1851 W. Thompson Rd
Address

**State the term remaining**

**List the contract number of any government contract**

| Indianapolis | IN | 46217 |
|---|---|---|
| City | State | ZIP Code |

Country

2.96 **State what the contract or lease is for and the nature of the debtor's interest**

Letter Agreement

Truck Country of Indiana Inc

Name

Notice Name

2099 Southpark Court

Address

**State the term remaining**

Suite 2

**List the contract number of any government contract**

| Dubuque | IA | 52003 |
|---|---|---|
| City | State | ZIP Code |

Country

2.97 **State what the contract or lease is for and the nature of the debtor's interest**

Lease

Truck Country of Indiana, Inc.

Name

Notice Name

1851 W. Thompson Rd

Address

**State the term remaining**

**List the contract number of any government contract**

| Indianapolis | IN | 46217-9353 |
|---|---|---|
| City | State | ZIP Code |

Country

2.98 **State what the contract or lease is for and the nature of the debtor's interest**

Lease

Truck Country of Indiana, Inc.

Name

Notice Name

1851 W. Thompson Rd

Address

**State the term remaining**

**List the contract number of any government contract**

| Indianapolis | IN | 46217-9353 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.99 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease |

Truck Country of Indiana, Inc.
Name

Notice Name

2099 Southpark Court
Address

Suite 2

**State the term remaining**

**List the contract number of any government contract**

| Dubuque | IA | 52003 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.100 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease |

Truck Country of Indiana, Inc.
Name

Notice Name

1851 W. Thompson Rd
Address

**State the term remaining**

**List the contract number of any government contract**

| Indianapolis | IN | 46217-9353 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.101 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease |

Truck Country of Indiana, Inc.
Name

Notice Name

2099 Southpark Court
Address

Suite 2

**State the term remaining**

**List the contract number of any government contract**

| Dubuque | IA | 52003 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.102** **State what the contract or lease is for and the nature of the debtor's interest**     Lease

Truck Country of Indiana, Inc.

Name

Notice Name

12247 Declaration Drive

**State the term remaining**     Address

**List the contract number of any government contract**

| New Haven | IN | 46774 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.103** **State what the contract or lease is for and the nature of the debtor's interest**     Lease

Truck Country of Indiana, Inc.

Name

Notice Name

12247 Declaration Drive

**State the term remaining**     Address

**List the contract number of any government contract**

| New Haven | IN | 46774 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.104** **State what the contract or lease is for and the nature of the debtor's interest**     Lease (Real Property)

Wayne City Property, LLC

Name

Notice Name

2669 Gratiot Avenue

**State the term remaining**     10/30/2024     Address

**List the contract number of any government contract**

| Detroit | MI | 48207 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.105 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease (Real Property) | Wayne City Property, LLC |
|---|---|---|---|

Name

| | State the term remaining | 10/31/2029 | Notice Name |
|---|---|---|---|

2669 Gratiot Avenue

Address

List the contract number of any government contract

| | | | Detroit | MI | 48207 |
|---|---|---|---|---|---|

City · State · ZIP Code

Country

| 2.106 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement / Contract | Wells Fargo Bank, N.A |
|---|---|---|---|

Name

State the term remaining

Notice Name

420 Montgomery St

Address

List the contract number of any government contract

| | | | San Francisco | CA | 94104 |
|---|---|---|---|---|---|

City · State · ZIP Code

Country

| 2.107 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease | Willow Truck Holdings, LLC |
|---|---|---|---|

Name

Notice Name

16 West 46th St.

Address

State the term remaining

List the contract number of any government contract

| | | | New York | NY | 10036 |
|---|---|---|---|---|---|

City · State · ZIP Code

Country

Debtor: Jack Cooper Transport Company, LLC

Case number *(if known):* 25-10416

| 2.108 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease (Real Property) | WJC, LLC |
|---|---|---|---|

Name

Name

Notice Name

**State the term remaining** 8/31/2026

37300 Michigan Avenue

Address

**List the contract number of any government contract**

| Wayne | MI | 48184 |
|---|---|---|
| City | State | ZIP Code |

Country

☐ Check if this is an
amended filing

Official Form 206H
_____

**Schedule H: Codebtors**                                                      12/15
_____

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

1.  **Does the debtor have any codebtors?**

    ☐   No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

    ☒  Yes

2.  **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,**
    *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is
    listed. If the codebtor is liable to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 Auto & Boat Relocation Services Company, LLC | 2345 Grand Blvd<br><br>Street<br>Ste. 2400 | Cerberus Business Finance Agency, LLC | ☒ D<br><br>☐ E/F<br><br>☐ G |
| | Kansas City _____ MO _____ 64108 _____<br>City ___ State ___ ZIP Code<br><br>Country ____ | | |
| 2.2 Auto & Boat Relocation Services Company, LLC | 2345 Grand Blvd<br><br>Street<br>Ste. 2400 | Daimler Truck Financial Services USA, LLC | ☐ D<br><br>☐ E/F<br><br>☒ G |
| | Kansas City _____ MO _____ 64108 _____<br>City ___ State ___ ZIP Code<br><br>Country ____ | | |

| 2.3 | Auto Handling, LLC | 2345 Grand Blvd | | | Central States, Southeast and Southwest Areas Health and Welfare Fund | ☑ D |
| | | Street | | | | |
| | | Ste. 2400 | | | | ☐ E/F |
| | | | | | | ☐ G |
| | | Kansas City | MO | 64108 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

| 2.4 | Auto Handling, LLC | 2345 Grand Blvd | | | Cerberus Business Finance Agency, LLC | ☑ D |
| | | Street | | | | |
| | | Ste. 2400 | | | | ☐ E/F |
| | | | | | | ☐ G |
| | | Kansas City | MO | 64108 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

| 2.5 | Auto Handling, LLC | 2345 Grand Blvd | | | Daimler Truck Financial Services USA, LLC | ☐ D |
| | | Street | | | | |
| | | Ste. 2400 | | | | ☐ E/F |
| | | | | | | ☑ G |
| | | Kansas City | MO | 64108 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

| 2.6 | Jack Cooper CT Services, LLC | 2345 Grand Blvd | | | Cerberus Business Finance Agency, LLC | ☑ D |
| | | Street | | | | |
| | | Ste. 2400 | | | | ☐ E/F |
| | | | | | | ☐ G |
| | | Kansas City | MO | 64108 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

| 2.7 | Jack Cooper CT Services, LLC | 2345 Grand Blvd | | | Daimler Truck Financial Services USA, LLC | ☐ D |
| | | Street | | | | |
| | | Ste. 2400 | | | | ☐ E/F |
| | | | | | | ☑ G |
| | | Kansas City | MO | 64108 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

| 2.8 | Jack Cooper Diversified II, LLC | 2345 Grand Blvd | Cerberus Business Finance Agency, LLC | ☑ D |

Street
Ste. 2400

☐ E/F

☐ G

| Kansas City | MO | 64108 |
| City | State | ZIP Code |

Country

| 2.9 | Jack Cooper Diversified II, LLC | 2345 Grand Blvd | Daimler Truck Financial Services USA, LLC | ☐ D |

Street
Ste. 2400

☐ E/F

☑ G

| Kansas City | MO | 64108 |
| City | State | ZIP Code |

Country

| 2.10 | Jack Cooper Equipment Leasing, LLC | 2345 Grand Blvd | Cerberus Business Finance Agency, LLC | ☑ D |

Street
Ste. 2400

☐ E/F

☐ G

| Kansas City | MO | 64108 |
| City | State | ZIP Code |

Country

| 2.11 | Jack Cooper Holdings, LLC | 2345 Grand Blvd | Cerberus Business Finance Agency, LLC | ☑ D |

Street
Ste. 2400

☐ E/F

☐ G

| Kansas City | MO | 64108 |
| City | State | ZIP Code |

Country

| 2.12 | Jack Cooper Holdings, LLC | 2345 Grand Blvd | Daimler Truck Financial Services USA, LLC | ☐ D |

Street
Ste. 2400

☐ E/F

☑ G

| Kansas City | MO | 64108 |
| City | State | ZIP Code |

Country

| 2.13 | Jack Cooper Holdings, LLC | 2345 Grand Blvd | | | Daimler Trust | ☐ D |
| | | Street | | | | |
| | | Ste. 2400 | | | | ☐ E/F |
| | | | | | | ☒ G |
| | | Kansas City | MO | 64108 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

| 2.14 | Jack Cooper Intermediate Holdings, Inc. | 2345 Grand Blvd | | | Cerberus Business Finance Agency, LLC | ☒ D |
| | | Street | | | | |
| | | Ste. 2400 | | | | ☐ E/F |
| | | | | | | ☐ G |
| | | Kansas City | MO | 64108 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

| 2.15 | Jack Cooper Investments, Inc. | 2345 Grand Blvd | | | Central States, Southeast and Southwest Areas Health and Welfare Fund | ☒ D |
| | | Street | | | | |
| | | Ste. 2400 | | | | ☐ E/F |
| | | | | | | ☐ G |
| | | Kansas City | MO | 64108 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

| 2.16 | Jack Cooper Investments, Inc. | 2345 Grand Blvd | | | Cerberus Business Finance Agency, LLC | ☒ D |
| | | Street | | | | |
| | | Ste. 2400 | | | | ☐ E/F |
| | | | | | | ☐ G |
| | | Kansas City | MO | 64108 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

| 2.17 | Jack Cooper Investments, Inc. | 2345 Grand Blvd | | | Daimler Truck Financial Services USA, LLC | ☐ D |
| | | Street | | | | |
| | | Ste. 2400 | | | | ☐ E/F |
| | | | | | | ☒ G |
| | | Kansas City | MO | 64108 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

| 2.18 | Jack Cooper Investments, Inc. | 2345 Grand Blvd | | | Daimler Trust | ☐ D |
|---|---|---|---|---|---|---|
| | | Street | | | | ☐ E/F |
| | | Ste. 2400 | | | | |
| | | | | | | ☑ G |
| | | Kansas City | MO | 64108 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

| 2.19 | Jack Cooper Investments, Inc. | 2345 Grand Blvd | | | Mercedes-Benz Financial Services USA LLC | ☐ D |
|---|---|---|---|---|---|---|
| | | Street | | | | ☐ E/F |
| | | Ste. 2400 | | | | |
| | | | | | | ☑ G |
| | | Kansas City | MO | 64108 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

| 2.20 | Jack Cooper Logistics II, LLC | 2345 Grand Blvd | | | Cerberus Business Finance Agency, LLC | ☑ D |
|---|---|---|---|---|---|---|
| | | Street | | | | ☐ E/F |
| | | Ste. 2400 | | | | |
| | | | | | | ☐ G |
| | | Kansas City | MO | 64108 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

| 2.21 | Jack Cooper Logistics II, LLC | 2345 Grand Blvd | | | Daimler Truck Financial Services USA, LLC | ☐ D |
|---|---|---|---|---|---|---|
| | | Street | | | | ☐ E/F |
| | | Ste. 2400 | | | | |
| | | | | | | ☑ G |
| | | Kansas City | MO | 64108 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

| 2.22 | Jack Cooper Logistics II, LLC | 2345 Grand Blvd | | | Mercedes-Benz Financial Services USA LLC | ☐ D |
|---|---|---|---|---|---|---|
| | | Street | | | | ☐ E/F |
| | | Ste. 2400 | | | | |
| | | | | | | ☑ G |
| | | Kansas City | MO | 64108 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

| 2.23 | Jack Cooper Rail & Intermodal, LLC | 2345 Grand Blvd | | | Cerberus Business Finance Agency, LLC | ☑ D |
|---|---|---|---|---|---|---|
| | | Street | | | | ☐ E/F |
| | | Ste. 2400 | | | | |
| | | | | | | ☐ G |
| | | Kansas City | MO | 64108 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

| 2.24 | Jack Cooper Rail and Shuttle, LLC | 2345 Grand Blvd | | | Cerberus Business Finance Agency, LLC | ☑ D |
|---|---|---|---|---|---|---|
| | | Street | | | | ☐ E/F |
| | | Ste. 2400 | | | | |
| | | | | | | ☐ G |
| | | Kansas City | MO | 64108 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

| 2.25 | Jack Cooper Rail and Shuttle, LLC | 2345 Grand Blvd | | | Daimler Truck Financial Services USA, LLC | ☐ D |
|---|---|---|---|---|---|---|
| | | Street | | | | ☐ E/F |
| | | Ste. 2400 | | | | |
| | | | | | | ☑ G |
| | | Kansas City | MO | 64108 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

| 2.26 | JC Parent Corporation | 2345 Grand Blvd | | | Daimler Truck Financial Services USA, LLC | ☐ D |
|---|---|---|---|---|---|---|
| | | Street | | | | ☐ E/F |
| | | Ste. 2400 | | | | |
| | | | | | | ☑ G |
| | | Kansas City | MO | 64108 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

| 2.27 | JC TopCo, Inc. | 2345 Grand Blvd | | | Daimler Truck Financial Services USA, LLC | ☐ D |
|---|---|---|---|---|---|---|
| | | Street | | | | ☐ E/F |
| | | Ste. 2400 | | | | |
| | | | | | | ☑ G |
| | | Kansas City | MO | 64108 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

2.28 North American Auto Transportation, LLC

2345 Grand Blvd
Street

Ste. 2400

Central States, Southeast and Southwest Areas Health and Welfare Fund

☑ D

☐ E/F

☐ G

Kansas City
City

MO
State

64108
ZIP Code

Country

2.29 North American Auto Transportation, LLC

2345 Grand Blvd
Street

Ste. 2400

Cerberus Business Finance Agency, LLC

☑ D

☐ E/F

☐ G

Kansas City
City

MO
State

64108
ZIP Code

Country

2.30 North American Auto Transportation, LLC

2345 Grand Blvd
Street

Ste. 2400

Daimler Truck Financial Services USA, LLC

☐ D

☐ E/F

☑ G

Kansas City
City

MO
State

64108
ZIP Code

Country

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors       12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/21/2025
        MM / DD / YYYY

✖ / s / Gregory D. Endecott
Signature of individual signing on behalf of debtor

Gregory D. Endecott
Printed name

Designated Officer
Position or relationship to debtor

| Description | Name of holder of deposit | Current value of debtor's interest |
|---|---|---|
| 2025 Collateral | National Interstate | $3,069,601.00 |
| 3 Property security deposits - CLY, FTW, WTZ | Alterra IOS Acquisitions II | $1,500,000.00 |
| 5114 Crittenden Dr., Louisville, KY | CSX Transportation | $1,200.00 |
| Allied OBS | ATMOS Energy Deposit - Shelbyville | $350.00 |
| Allied OBS | National Fuel - Buffalo | $1,140.00 |
| Allied OBS - T30 | Deposits - Opening Balance Sheet - Nipsco (Fort Wayne) | $6,839.00 |
| Auto Liab. 2020 | National Interstate | $91,291.00 |
| Auto Liab. 2021 | National Interstate | $600,000.00 |
| Canadian Tax Security Deposit for Non-Resident Filer | Canadian Revenue Agency | $5,000.00 |
| Canadian Transit Co. - Ambassador Bridge | Canadian Transit Co | $926.63 |
| Canadian Transit Co. - Ambassador Bridge | Canadian Transit Co | $2,487.50 |
| Canadian Transit Co. - Ambassador Bridge | Canadian Transit Co | $400.00 |
| Canadian Transit Co. - Ambassador Bridge | Canadian Transit Co | $2,185.87 |
| Corporate File Storage deposit | Group Real Estate (corp file storage) | $850.00 |
| Cottage Grove terminal security deposit | GGR Investments-Cottage Grove | $18,500.00 |
| Deposit | Cottrell, Inc. | $60,000.00 |
| Detroit International Bridge - Ambassador Bridge | Detroit International Bridge | $1,000.00 |
| Detroit International Bridge - Ambassador Bridge | Detroit International Bridge | $6,000.00 |
| Detroit International Bridge - Ambassador Bridge | Detroit International Bridge | $15,000.00 |
| EFS/TCH Deposit for Canadian Terminals | EFS | $20,627.60 |
| Environmental deposit - ARL | Alterra IOS Acquisitions II | $1,000,000.00 |
| First Energy | Ohio Edison Deposit - Avon Lake | $295.00 |
| Ft. Wayne Prototype | Cottrell, Inc. | $10,000.00 |
| Good Faith deposit | Encina Equipment Finance | $706.15 |
| Good Faith deposit | Stonebriar Commercial Finance | $200,000.00 |
| Lake Orion terminal security deposit | Blue Strategy Properties | $11,000.00 |
| Lansing terminal lease security deposit | Shirley Millisor Properties-Lansing | $7,800.00 |
| LAP security deposit | Lyle Wagers - LAP rent dep | $900.00 |
| Security deposit for Wayne Shop | Barrick Properties | $15,000.00 |
| Security deposit on Avon Lake terminal | Avon Lake facility lease dep | $14,000.00 |
| Shelbyville Municipal Water and Fuel Co | Shelbyville Municipal - Shelbyville | $100.00 |
| Stoops Freightliner purchase down payment | Stoops Deposit | $100,000.00 |
| Stoops Freightliner purchase down payment | Truck Country of Indiana, dba Stoops | $50,000.00 |
| Stoops Freightliner purchase down payment | Truck Country of Indiana, dba Stoops | $50,000.00 |

**In re: Jack Cooper Transport Company, LLC**
**Case No. 25-10416**
Schedule A/B 7
Deposits, including security deposits and utility deposits

| Description | Name of holder of deposit | Current value of debtor's interest |
|---|---|---|
| Stoops Freightliner purchase down payment | Truck Country of Indiana, dba Stoops | $150,000.00 |
| Stoops Freightliner purchase down payment | Truck Country of Indiana, dba Stoops | $50,000.00 |
| Stoops Freightliner purchase down payment | Truck Country of Indiana, dba Stoops | $50,000.00 |
| Stoops Freightliner purchase down payment | Truck Country of Indiana, dba Stoops | $50,000.00 |
| Stoops Freightliner purchase down payment | Truck Country of Indiana, dba Stoops | $50,000.00 |
| Stoops Freightliner purchase down payment | Truck Country of Indiana, dba Stoops | $50,000.00 |
| Stoops Freightliner purchase down payment | Truck Country of Indiana, dba Stoops | $50,000.00 |
| T177 - Buffalo | National Fuel - Buffalo | $26.13 |
| T180 $1,400 electric, $100 water | Columbia Power & Water Systems/050-6910-03 | $1,500.00 |
| T180 $200 electric, $50 water | Columbia Power & Water Systems/050-6900-03 | $250.00 |
| T180 $400 electric | Columbia Power & Water Systems/050-6912-03 | $400.00 |
| T180 Bldg. B | Atmos Energy/3031027482/Gas | $99.00 |
| T180 Columbia Shop | Columbia Power & Water | $2,350.00 |
| T19 - Wentzville - A/C 56300-07440 | Ameren | $7,770.00 |
| T19 - Wentzville - A/C36300-07246 | Ameren | $7,158.00 |
| T190 Wales Shop 6551 Wales Rd. | Toledo Edison | $1,260.00 |
| T30 - Ft. Wayne | Heartland REMC Dep | $10,000.00 |
| T76 - LAP Shop | LG&E-Louisville Shop | $4,683.72 |
| T76 - LAP Terminal | R/C subacct LG&E Deposit | $6,196.66 |
| Tesla Deposit Reclass | Tesla | $40,000.00 |
| Work Comp 2019 | National Interstate | $667,987.99 |
| Work Comp 2020 | National Interstate | $931,111.00 |
| Work Comp 2021 | National Interstate | $1,564,378.01 |
| | TOTAL: | $10,558,370.26 |

| Description | Name of holder of prepayment | Current value of debtor's interest |
|---|---|---|
| 2020 25K Auto Liability Retention Liability (Receivable) | National Interstate | $306,101.64 |
| 2021 250K Auto Liability Retention Liability (Receivable) | National Interstate | $1,180,433.27 |
| Advance Rent Sept 2028 | First American Equipment Finance | $19,105.70 |
| AL/GL Excess Incurred | National Interstate | $5,055,625.54 |
| Auto & General Liability Insurance 1H 2025 | National Interstate | $476,433.83 |
| Claycomo Flood Insurance | Lloyds of London | $1,996.22 |
| Marine Multi-Liability | TT Club Mutual Insurance Limited | $13,322.90 |
| Oregon DOT Bond | Oregon DOT | $2,264.36 |
| Prepaid Federal Truck Tax | IRS Heavy Highway Vehicle Use Tax | $242,161.45 |
| Prepaid License fees | UNIFIED | $41,100.58 |
| Prepaid Tolls | BestPass | $183,811.63 |
| Prepaid Tolls | GNOEC - Causeway Bridge | $451.00 |
| Prepaid Tolls | MDOT - Blue Water Bridge Authority | $461.00 |
| Prepaid Tolls | New York E-Z Pass | $279.94 |
| RISKONNECT Application Subs | Riskconnect | $10,408.56 |
| Salesforce Sales & Service Cloud | Salesforce | $10,125.00 |
| Universal Engine Rental Wheel Loader Winter | Universal Engine Rental | $11,092.50 |
| US CUSTOMS DTOPS | US Customs | $3,450.57 |
| Work Comp Insurance Policy 1H 2024 | National Interstate | $526,774.43 |
| Work Comp Insurance Policy 1H 2025 | National Interstate | $476,096.96 |
| | TOTAL: | $8,561,497.08 |

| General description | Location | Date of the last physical inventory | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Parts Inventory | Arlington | 12/20/2024 | $231,936.35 | Average cost | $231,936.35 |
| Parts Inventory | Bowling Green | 12/18/2024 | $25,554.44 | Average cost | $25,554.44 |
| Parts Inventory | Buffalo | 12/19/2024 | $36,117.72 | Average cost | $36,117.72 |
| Parts Inventory | Claycomo | 12/18/2024 | $90,837.25 | Average cost | $90,837.25 |
| Parts Inventory | Columbia Shop | 12/19/2024 | $247,990.83 | Average cost | $247,990.83 |
| Parts Inventory | Fairfax | 12/17/2024 | $234,927.94 | Average cost | $234,927.94 |
| Parts Inventory | Flint | 12/18/2024 | $79,037.21 | Average cost | $79,037.21 |
| Parts Inventory | Fort Wayne | 12/15/2024 | $297,900.14 | Average cost | $297,900.14 |
| Parts Inventory | Lansing | 12/18/2024 | $99,858.88 | Average cost | $99,858.88 |
| Parts Inventory | Louisville | 12/18/2024 | $253,909.77 | Average cost | $253,909.77 |
| Parts Inventory | Parts Storage Wentzville Warehouse | 12/20/2024 | $243,336.52 | Average cost | $243,336.52 |
| Parts Inventory | Prescott | 12/19/2024 | $92,525.33 | Average cost | $92,525.33 |
| Parts Inventory | Sheffield Village | 12/20/2024 | $132,045.30 | Average cost | $132,045.30 |
| Parts Inventory | Wales Shop | 12/19/2024 | $249,259.16 | Average cost | $249,259.16 |
| Parts Inventory | Wayne | 12/17/2024 | $212,330.74 | Average cost | $212,330.74 |
| Parts Inventory | Wentzville | 12/17/2024 | $213,859.71 | Average cost | $213,859.71 |
| | | TOTAL: | $2,741,427.29 | TOTAL: | $2,741,427.29 |

| Ownership type | Year | Make | Model | Identification Number (i.e. VIN, HIN or N-number) | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|---|---|---|
| Leased | 2000 | VOLVO | WAH-62 | 4V5PC2UF3YN239007 | Flint | Undetermined | | Undetermined |
| Leased | 2001 | VOLVO | WAH64 | 4V5PC8UF91N257424 | Arlington | Undetermined | | Undetermined |
| Leased | 2001 | VOLVO | WAH64 | 4V5PC8UF21N257460 | Arlington | Undetermined | | Undetermined |
| Leased | 2001 | VOLVO | WAH64 | 4V5PC8UF01N257425 | Flint | Undetermined | | Undetermined |
| Leased | 2001 | VOLVO | WAH64 | 4V5PC8UF01N257456 | Flint | Undetermined | | Undetermined |
| Leased | 2001 | VOLVO | WAH64 | 4V5PC8UF01N257439 | Flint | Undetermined | | Undetermined |
| Leased | 2006 | STRLG | LT9500 | 2FZHCMCV86AV57893 | Claycomo | Undetermined | | Undetermined |
| Leased | 2006 | STRLG | LT9500 | 2FZHCMCV36AU33272 | Claycomo | Undetermined | | Undetermined |
| Leased | 2006 | STRLG | LT9500 CH | 2FZHCMCVX6AW13252 | Claycomo | Undetermined | | Undetermined |
| Leased | 2006 | STRLG | LT9500 CH | 2FZHCMCV96AW13257 | Claycomo | Undetermined | | Undetermined |
| Leased | 2006 | STRLG | LT9500 | 2FZHCMCV26AV89089 | Storage | Undetermined | | Undetermined |
| Leased | 2007 | STRLG | LT9500 | 2FZHCMCV47AW85050 | Claycomo | Undetermined | | Undetermined |
| Leased | 2007 | STRLG | LT9500 | 2FZHCMCVX7AZ12810 | Claycomo | Undetermined | | Undetermined |
| Leased | 2007 | STRLG | LT9500 | 2FZHCMCV17AZ31777 | Claycomo | Undetermined | | Undetermined |
| Leased | 2007 | STRLG | LT9500 | 2FZHCMCV47AY96717 | Claycomo | Undetermined | | Undetermined |
| Leased | 2007 | STRLG | LT9500 | 2FZHCMCV37AW85041 | Claycomo | Undetermined | | Undetermined |
| Leased | 2007 | STRLG | LT9500 | 2FZHCMCV07AZ12816 | Claycomo | Undetermined | | Undetermined |
| Leased | 2007 | STRLG | LT9500 | 2FZHCMCV47AY64303 | Claycomo | Undetermined | | Undetermined |
| Leased | 2007 | STRLG | LT9500 | 2FZHCMCV77AY64344 | Claycomo | Undetermined | | Undetermined |
| Leased | 2007 | STRLG | LT9500 | 2FZHCMCV97AW85030 | Claycomo | Undetermined | | Undetermined |
| Leased | 2007 | STRLG | LT9500 | 2FZHCMCV67AW85048 | Claycomo | Undetermined | | Undetermined |
| Leased | 2007 | STRLG | LT9500 | 2FZHCMCV57AZ32902 | Claycomo | Undetermined | | Undetermined |
| Leased | 2007 | STRLG | LT9500 | 2FZHCMCVX7AZ32913 | Claycomo | Undetermined | | Undetermined |
| Leased | 2007 | STRLG | LT9500 | 2FZHCMCV47AZ12799 | Fairfax | Undetermined | | Undetermined |
| Leased | 2007 | STRLG | LT9500 | 2FZHCMCV47AX65562 | Ft Wayne | Undetermined | | Undetermined |
| Leased | 2012 | FRGHT | CASCADIA | 1FUJGEDV0CSBV8541 | Storage | Undetermined | | Undetermined |
| Leased | 2012 | FRGHT | CASCADIA | 1FUJGEDV7CLBE4741 | Storage | Undetermined | | Undetermined |
| Leased | 2012 | FRGHT | CASCADIA | 1FUJGEDV6CSBJ2003 | Storage | Undetermined | | Undetermined |
| Leased | 2012 | FRGHT | CASCADIA | 1FUJGEDV9CSBV8540 | Storage | Undetermined | | Undetermined |
| Leased | 2012 | VOLVO | VNL | 4V4NC9EH5CN559443 | Storage | Undetermined | | Undetermined |
| Leased | 2013 | CTTRL | CX-9LS3 | 5E0AA144XDG440602 | Arlington | Undetermined | | Undetermined |
| Leased | 2013 | PTRBL | 365 | 1NPSL79X6DD205872 | Arlington | Undetermined | | Undetermined |
| Leased | 2013 | CTTRL | CX9LS2STRCH | 5E0AA1444DG444807 | Avon Lake | Undetermined | | Undetermined |
| Leased | 2013 | CTTRL | CX9LS2STRCH | 5E0AA144XDG442902 | Avon Lake | Undetermined | | Undetermined |
| Leased | 2013 | CTTRL | CX9LS2STRCH | 5E0AA1443DG433605 | Avon Lake | Undetermined | | Undetermined |
| Leased | 2013 | CTTRL | CX9LS2STRCH | 5E0AA1446DG444808 | Avon Lake | Undetermined | | Undetermined |
| Leased | 2013 | PTRBL | 365 | 1NPSL79X3DD205893 | Avon Lake | Undetermined | | Undetermined |
| Leased | 2013 | PTRBL | 365 | 1NPSL79X5DD205877 | Avon Lake | Undetermined | | Undetermined |
| Leased | 2013 | PTRBL | 365 | 1NPSL79XXDD198196 | Avon Lake | Undetermined | | Undetermined |
| Leased | 2013 | PTRBL | 365 | 1NPSL79X5DD205894 | Avon Lake | Undetermined | | Undetermined |
| Leased | 2013 | CTTRL | CX9LS2STRCH | 5E0AA1445DG439101 | Fairfax | Undetermined | | Undetermined |
| Leased | 2013 | CTTRL | CX9LS2STRCH | 5E0AA1444DG435704 | Fairfax | Undetermined | | Undetermined |

| Ownership type | Year | Make | Model | Identification Number (i.e. VIN, HIN or N-number) | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|---|---|---|
| Leased | 2013 | CTTRL | CX9LS2STRCH | 5E0AA1442DG435703 | Fairfax | Undetermined | | Undetermined |
| Leased | 2013 | CTTRL | CX-9LS3 | 5E0AA1442DG443705 | Fairfax | Undetermined | | Undetermined |
| Leased | 2013 | PTRBL | 365 | 1NPSL79X3DD198203 | Fairfax | Undetermined | | Undetermined |
| Leased | 2013 | PTRBL | 365 | 1NPSL79X8DD198195 | Fairfax | Undetermined | | Undetermined |
| Leased | 2013 | PTRBL | 365 | 1NPSL79X8DD198200 | Fairfax | Undetermined | | Undetermined |
| Leased | 2013 | PTRBL | 365 | 1NPSL79X4DD205885 | In Transit to Mexico - still in USA | Undetermined | | Undetermined |
| Leased | 2013 | CTTRL | CX-9LS3 | 5E0AA1441DG433604 | Wentzville | Undetermined | | Undetermined |
| Leased | 2013 | CTTRL | CX-9LS3 | 5E0AA1449DG435701 | Wentzville | Undetermined | | Undetermined |
| Leased | 2013 | CTTRL | CX-9LS3 | 5E0AA1440DG435702 | Wentzville | Undetermined | | Undetermined |
| Leased | 2013 | CTTRL | CX-9LS3 | 5E0AA1442DG439105 | Wentzville | Undetermined | | Undetermined |
| Leased | 2013 | CTTRL | CX-9LS3 | 5E0AA1446DG439110 | Wentzville | Undetermined | | Undetermined |
| Leased | 2013 | CTTRL | CX-9LS3 | 5E0AA1448DG440601 | Wentzville | Undetermined | | Undetermined |
| Leased | 2013 | CTTRL | CX-9LS3 | 5E0AA1444DG445701 | Wentzville | Undetermined | | Undetermined |
| Leased | 2013 | CTTRL | CX-9LS3 | 5E0AA1448DG445703 | Wentzville | Undetermined | | Undetermined |
| Leased | 2013 | CTTRL | CX-9LS3 | 5E0AA1446DG435705 | Wentzville | Undetermined | | Undetermined |
| Leased | 2013 | CTTRL | CX-9LS3 | 5E0AA1440DG439104 | Wentzville | Undetermined | | Undetermined |
| Leased | 2013 | CTTRL | CX-9LS3 | 5E0AA1449DG443703 | Wentzville | Undetermined | | Undetermined |
| Leased | 2013 | CTTRL | CX-9LS3 | 5E0AA1444DG444810 | Wentzville | Undetermined | | Undetermined |
| Leased | 2013 | CTTRL | CX-9LS3 | 5E0AA1446DG445702 | Wentzville | Undetermined | | Undetermined |
| Leased | 2013 | CTTRL | CX-9LS3 | 5E0AA144XDG445704 | Wentzville | Undetermined | | Undetermined |
| Leased | 2013 | CTTRL | CX-9LS3 | 5E0AA1440DG443704 | Wentzville | Undetermined | | Undetermined |
| Leased | 2013 | CTTRL | CX-9LS3 | 5E0AA144XDG433603 | Wentzville | Undetermined | | Undetermined |
| Leased | 2013 | CTTRL | CX-9LS3 | 5E0AA1445DG443701 | Wentzville | Undetermined | | Undetermined |
| Leased | 2013 | CTTRL | CX-9LS3 | 5E0AA1441DG445705 | Wentzville | Undetermined | | Undetermined |
| Leased | 2013 | CTTRL | CX-9LS3 | 5E0AA1449DG444804 | Wentzville | Undetermined | | Undetermined |
| Leased | 2013 | CTTRL | CX-9LS3 | 5E0AA1449DG439103 | Wentzville | Undetermined | | Undetermined |
| Leased | 2013 | CTTRL | CX-9LS3 | 5E0AA1443DG430705 | Wentzville | Undetermined | | Undetermined |
| Leased | 2013 | CTTRL | CX-9LS3 | 5E0AA1446DG433601 | Wentzville | Undetermined | | Undetermined |
| Leased | 2013 | CTTRL | CX-9LS3 | 5E0AA1448DG439108 | Wentzville | Undetermined | | Undetermined |
| Leased | 2013 | CTTRL | CX-9LS3 | 5E0AA1443DG442904 | Wentzville | Undetermined | | Undetermined |
| Leased | 2013 | CTTRL | CX-9LS3 | 5E0AA1441DG442903 | Wentzville | Undetermined | | Undetermined |
| Leased | 2013 | CTTRL | CX-9LS3 | 5E0AA1445DG444802 | Wentzville | Undetermined | | Undetermined |
| Leased | 2013 | CTTRL | CX-9LS3 | 5E0AA1448DG430702 | Wentzville | Undetermined | | Undetermined |
| Leased | 2013 | CTTRL | CX-9LS3 | 5E0AA144XDG430703 | Wentzville | Undetermined | | Undetermined |
| Leased | 2013 | CTTRL | CX-9LS3 | 5E0AA1441DG430704 | Wentzville | Undetermined | | Undetermined |
| Leased | 2013 | CTTRL | CX-9LS3 | 5E0AA1447DG439102 | Wentzville | Undetermined | | Undetermined |
| Leased | 2013 | CTTRL | CX-9LS3 | 5E0AA1447DG443702 | Wentzville | Undetermined | | Undetermined |
| Leased | 2013 | CTTRL | CX-9LS3 | 5E0AA1447DG444803 | Wentzville | Undetermined | | Undetermined |
| Leased | 2013 | CTTRL | CX-9LS3 | 5E0AA1448DG444809 | Wentzville | Undetermined | | Undetermined |
| Leased | 2013 | PTRBL | 365 | 1NPSL79X2DD205884 | Wentzville | Undetermined | | Undetermined |

| Ownership type | Year | Make | Model | Identification Number (i.e. VIN, HIN or N-number) | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|---|---|---|
| Leased | 2013 | PTRBL | 365 | 1NPSL79X9DD198206 | Wentzville | Undetermined | | Undetermined |
| Leased | 2013 | PTRBL | 365 | 1NPSL79X6DD198194 | Wentzville | Undetermined | | Undetermined |
| Leased | 2013 | PTRBL | 365 | 1NPSL79X9DD205882 | Wentzville | Undetermined | | Undetermined |
| Leased | 2013 | PTRBL | 365 | 1NPSL79XXDD205888 | Wentzville | Undetermined | | Undetermined |
| Leased | 2013 | PTRBL | 365 | 1NPSL79X7DD205895 | Wentzville | Undetermined | | Undetermined |
| Leased | 2013 | PTRBL | 365 | 1NPSL79X1DD198197 | Wentzville | Undetermined | | Undetermined |
| Leased | 2013 | PTRBL | 365 | 1NPSL79X5DD198204 | Wentzville | Undetermined | | Undetermined |
| Leased | 2013 | PTRBL | 365 | 1NPSL79X5DD205880 | Wentzville | Undetermined | | Undetermined |
| Leased | 2013 | PTRBL | 365 | 1NPSL79X9DD205879 | Wentzville | Undetermined | | Undetermined |
| Leased | 2013 | PTRBL | 365 | 1NPSL79X8DD205887 | Wentzville | Undetermined | | Undetermined |
| Leased | 2013 | PTRBL | 365 | 1NPSL79X2DD198208 | Wentzville | Undetermined | | Undetermined |
| Leased | 2013 | PTRBL | 365 | 1NPSL79X0DD198207 | Wentzville | Undetermined | | Undetermined |
| Leased | 2013 | PTRBL | 365 | 1NPSL79XXDD198201 | Wentzville | Undetermined | | Undetermined |
| Leased | 2013 | PTRBL | 365 | 1NPSL79X4DD198209 | Wentzville | Undetermined | | Undetermined |
| Leased | 2013 | PTRBL | 365 | 1NPSL79X0DD198210 | Wentzville | Undetermined | | Undetermined |
| Leased | 2013 | PTRBL | 365 | 1NPSL79X4DD198193 | Wentzville | Undetermined | | Undetermined |
| Leased | 2013 | PTRBL | 365 | 1NPSL79X8DD198214 | Wentzville | Undetermined | | Undetermined |
| Leased | 2013 | PTRBL | 365 | 1NPSL79X1DD198202 | Wentzville | Undetermined | | Undetermined |
| Leased | 2013 | PTRBL | 365 | 1NPSL79X4DD205871 | Wentzville | Undetermined | | Undetermined |
| Leased | 2013 | PTRBL | 365 | 1NPSL79X0DD205897 | Wentzville | Undetermined | | Undetermined |
| Leased | 2013 | PTRBL | 365 | 1NPSL79X4DD205899 | Wentzville | Undetermined | | Undetermined |
| Leased | 2013 | PTRBL | 365 | 1NPSL79X2DD198211 | Wentzville | Undetermined | | Undetermined |
| Leased | 2013 | PTRBL | 365 | 1NPSL79X7DD198205 | Wentzville | Undetermined | | Undetermined |
| Leased | 2013 | PTRBL | 365 | 1NPSL79X0DD205883 | Wentzville | Undetermined | | Undetermined |
| Leased | 2013 | PTRBL | 365 | 1NPSL79X9DD205896 | Wentzville | Undetermined | | Undetermined |
| Leased | 2013 | PTRBL | 365 | 1NPSL79X4DD207233 | Wentzville | Undetermined | | Undetermined |
| Leased | 2013 | PTRBL | 365 | 1NPSL79X2DD205898 | Wentzville | Undetermined | | Undetermined |
| Leased | 2013 | PTRBL | 365 | 1NPSL79XXDD210329 | Wentzville | Undetermined | | Undetermined |
| Leased | 2013 | PTRBL | 365 | 1NPSL79X6DD210330 | Wentzville | Undetermined | | Undetermined |
| Leased | 2013 | PTRBL | 365 | 1NPSL79X7DD205900 | Wentzville | Undetermined | | Undetermined |
| Leased | 2013 | PTRBL | 365 | 1NPSL79X5DD198199 | Wentzville | Undetermined | | Undetermined |
| Leased | 2013 | PTRBL | 365 | 1NPSL79X4DD198212 | Wentzville | Undetermined | | Undetermined |
| Leased | 2013 | PTRBL | 365 | 1NPSL79X7DD205878 | Wentzville | Undetermined | | Undetermined |
| Leased | 2013 | PTRBL | 365 | 1NPSL79X1DD205889 | Wentzville | Undetermined | | Undetermined |
| Leased | 2013 | PTRBL | 365 | 1NPSL79X8DD205890 | Wentzville | Undetermined | | Undetermined |
| Leased | 2014 | CTTRL | HIGH-RAIL | 5E0AJ1446EG495801 | Columbia | Undetermined | | Undetermined |
| Leased | 2014 | PTRBL | 389 | 1NPWD49X4ED231420 | Columbia | Undetermined | | Undetermined |
| Leased | 2014 | CTTRL | HIGH-RAIL | 5E0AJ1443EG469201 | Nitro Creek | Undetermined | | Undetermined |
| Leased | 2014 | PTRBL | 389 | 1NPWD49XXED221474 | Nitro Creek | Undetermined | | Undetermined |
| Leased | 2014 | CTTRL | CX-9LS3 | 5E0AA1449DG483801 | Wentzville | Undetermined | | Undetermined |
| Leased | 2014 | CTTRL | CX-9LS3 | 5E0AA1443EG464001 | Wentzville | Undetermined | | Undetermined |
| Leased | 2014 | CTTRL | CX-9LS3 | 5E0AA1445EG464002 | Wentzville | Undetermined | | Undetermined |

| Ownership type | Year | Make | Model | Identification Number (i.e. VIN, HIN or N-number) | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|---|---|---|
| Leased | 2015 | PTRBL | 365 | 1NPSD79X4GD308855 | Arlington | Undetermined | | Undetermined |
| Leased | 2015 | PTRBL | 365 | 1NPSD79X4FD296317 | Arlington | Undetermined | | Undetermined |
| Leased | 2015 | CTTRL | HIGH-RAIL | 5E0AJ144XFG649003 | Baltimore | Undetermined | | Undetermined |
| Leased | 2015 | CTTRL | QUICKLOADER | 5E0AA1446FG675503 | Baltimore | Undetermined | | Undetermined |
| Leased | 2015 | PTRBL | 389 | 1NPXDP9X1FD295065 | Baltimore | Undetermined | | Undetermined |
| Leased | 2015 | PTRBL | 389 | 1NPXDP9X6FD281369 | Baltimore | Undetermined | | Undetermined |
| Leased | 2015 | CTTRL | HIGH-RAIL | 5E0AJ1441FG675702 | In Transit to Mexico - still in USA | Undetermined | | Undetermined |
| Leased | 2015 | PTRBL | 389 | 1NPXDP9X5FD295067 | In Transit to Mexico - still in USA | Undetermined | | Undetermined |
| Leased | 2015 | CTTRL | HIGH-RAIL | 5E0AJ1440FG649303 | Nitro Creek | Undetermined | | Undetermined |
| Leased | 2015 | CTTRL | HIGH-RAIL | 5E0AJ1448FG566802 | Nitro Creek | Undetermined | | Undetermined |
| Leased | 2015 | CTTRL | HIGH-RAIL | 5E0AJ1441FG669401 | Nitro Creek | Undetermined | | Undetermined |
| Leased | 2015 | CTTRL | HIGH-RAIL | 5E0AJ1443FG675703 | Nitro Creek | Undetermined | | Undetermined |
| Leased | 2015 | CTTRL | HIGH-RAIL | 5E0AJ1445FG586201 | Nitro Creek | Undetermined | | Undetermined |
| Leased | 2015 | CTTRL | HIGH-RAIL | 5E0AJ1445FG623201 | Nitro Creek | Undetermined | | Undetermined |
| Leased | 2015 | CTTRL | QUICKLOADER | 5E0AA1445FG569401 | Nitro Creek | Undetermined | | Undetermined |
| Leased | 2015 | CTTRL | QUICKLOADER | 5E0AA1440FG649401 | Nitro Creek | Undetermined | | Undetermined |
| Leased | 2015 | CTTRL | QUICKLOADER | 5E0AA1447FG666101 | Nitro Creek | Undetermined | | Undetermined |
| Leased | 2015 | CTTRL | QUICKLOADER | 5E0AA144XFG569801 | Nitro Creek | Undetermined | | Undetermined |
| Leased | 2015 | CTTRL | QUICKLOADER | 5E0AA1445FG570001 | Nitro Creek | Undetermined | | Undetermined |
| Leased | 2015 | PTRBL | 389 | 1NPXD49X3FD260154 | Nitro Creek | Undetermined | | Undetermined |
| Leased | 2015 | PTRBL | 389 | 1NPXDP9X4FD281371 | Nitro Creek | Undetermined | | Undetermined |
| Leased | 2015 | PTRBL | 389 | 1NPXDP9X8FD281373 | Nitro Creek | Undetermined | | Undetermined |
| Leased | 2015 | PTRBL | 389 | 1NPXDP9X5FD281377 | Nitro Creek | Undetermined | | Undetermined |
| Leased | 2015 | PTRBL | 389 | 1NPWD49X4FD251779 | Nitro Creek | Undetermined | | Undetermined |
| Leased | 2015 | PTRBL | 389 | 1NPXD49X0FD260158 | Nitro Creek | Undetermined | | Undetermined |
| Leased | 2015 | PTRBL | 389 | 1NPWD49X0FD251777 | Nitro Creek | Undetermined | | Undetermined |
| Leased | 2015 | PTRBL | 389 | 1NPXDP9X2FD281384 | Nitro Creek | Undetermined | | Undetermined |
| Leased | 2015 | PTRBL | 389 | 1NPXDP9X7FD295068 | Nitro Creek | Undetermined | | Undetermined |
| Leased | 2015 | PTRBL | 389 | 1NPXD49X9FD266587 | Nitro Creek | Undetermined | | Undetermined |
| Leased | 2015 | PTRBL | 389 | 1NPXDP9X7FD281381 | Nitro Creek | Undetermined | | Undetermined |
| Leased | 2015 | CTTRL | HIGH-RAIL | 5E0AJ1449FG569501 | Storage | Undetermined | | Undetermined |
| Leased | 2016 | CTTRL | QUICKLOADER | 5E0AA144XGG706401 | Arlington | Undetermined | | Undetermined |
| Leased | 2016 | CTTRL | QUICKLOADER | 5E0AA1447GG730901 | Arlington | Undetermined | | Undetermined |
| Leased | 2016 | CTTRL | QUICKLOADER | 5E0AA1445HG834501 | Arlington | Undetermined | | Undetermined |
| Leased | 2016 | CTTRL | QUICKLOADER | 5E0AA1449GG718801 | Arlington | Undetermined | | Undetermined |
| Leased | 2016 | CTTRL | QUICKLOADER | 5E0AA1443GG776001 | Arlington | Undetermined | | Undetermined |
| Leased | 2016 | CTTRL | QUICKLOADER | 5E0AA1440GG795301 | Arlington | Undetermined | | Undetermined |
| Leased | 2016 | CTTRL | QUICKLOADER | 5E0AA1447GG823501 | Arlington | Undetermined | | Undetermined |

| Ownership type | Year | Make | Model | Identification Number (i.e. VIN, HIN or N-number) | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|---|---|---|
| Leased | 2016 | CTTRL | QUICKLOADER | 5E0AA1440GG823601 | Arlington | Undetermined | | Undetermined |
| Leased | 2016 | CTTRL | QUICKLOADER | 5E0AA1443GG795101 | Arlington | Undetermined | | Undetermined |
| Leased | 2016 | CTTRL | QUICKLOADER | 5E0AA1443GG834401 | Arlington | Undetermined | | Undetermined |
| Leased | 2016 | CTTRL | TMT MODEL | 5E0AA1443GG706501 | Arlington | Undetermined | | Undetermined |
| Leased | 2016 | CTTRL | TMT MODEL | 5E0AA1447GG776101 | Arlington | Undetermined | | Undetermined |
| Leased | 2016 | CTTRL | TMT MODEL | 5E0AA1444GG795401 | Arlington | Undetermined | | Undetermined |
| Leased | 2016 | CTTRL | TMT MODEL | 5E0AA1441GG775901 | Arlington | Undetermined | | Undetermined |
| Leased | 2016 | CTTRL | TMT MODEL | 5E0AA1449GG730902 | Arlington | Undetermined | | Undetermined |
| Leased | 2016 | PTRBL | 365 | 1NPSD79X6GD308856 | Arlington | Undetermined | | Undetermined |
| Leased | 2016 | PTRBL | 365 | 1NPSDP9X9GD368467 | Arlington | Undetermined | | Undetermined |
| Leased | 2016 | PTRBL | 365 | 1NPSDP9X8GD348548 | Arlington | Undetermined | | Undetermined |
| Leased | 2016 | PTRBL | 365 | 1NPSDP9X4GD348546 | Arlington | Undetermined | | Undetermined |
| Leased | 2016 | PTRBL | 365 | 1NPSDP9X7GD368466 | Arlington | Undetermined | | Undetermined |
| Leased | 2016 | PTRBL | 379 | 1NPSDP9X6GD348547 | Arlington | Undetermined | | Undetermined |
| Leased | 2016 | VOLVO | VAH | 4V5RC9EH5GN959571 | Arlington | Undetermined | | Undetermined |
| Leased | 2016 | VOLVO | VAH | 4V5RC9EH9GN959573 | Arlington | Undetermined | | Undetermined |
| Leased | 2016 | VOLVO | VAH | 4V5RC9EH0GN959574 | Arlington | Undetermined | | Undetermined |
| Leased | 2016 | VOLVO | VAH | 4V5RC9EH1GN960507 | Arlington | Undetermined | | Undetermined |
| Leased | 2016 | VOLVO | VAH | 4V5RC9EH3GN960508 | Arlington | Undetermined | | Undetermined |
| Leased | 2016 | VOLVO | VAH | 4V5RC9EH2GN959575 | Arlington | Undetermined | | Undetermined |
| Leased | 2016 | DELVN | QUICKLOADER | 1D9D6CE25GN753092 | Austin | Undetermined | | Undetermined |
| Leased | 2016 | PTRBL | 365 | 1NPSDP9X5GD354548 | Austin | Undetermined | | Undetermined |
| Leased | 2016 | CTTRL | QUICKLOADER | 5E0AA144XGG757901 | Baltimore | Undetermined | | Undetermined |
| Leased | 2016 | CTTRL | QUICKLOADER | 5E0AA1444GG775701 | Baltimore | Undetermined | | Undetermined |
| Leased | 2016 | CTTRL | QUICKLOADER | 5E0AA1447GG708901 | Baltimore | Undetermined | | Undetermined |
| Leased | 2016 | CTTRL | QUICKLOADER | 5E0AA1443GG744701 | Baltimore | Undetermined | | Undetermined |
| Leased | 2016 | CTTRL | QUICKLOADER | 5E0AA144XGG834301 | Baltimore | Undetermined | | Undetermined |
| Leased | 2016 | CTTRL | QUICKLOADER | 5E0AA1446GG728802 | Baltimore | Undetermined | | Undetermined |
| Leased | 2016 | DELVN | QUICKLOADER | 1D9D6CE21GN753042 | Baltimore | Undetermined | | Undetermined |
| Leased | 2016 | DELVN | QUICKLOADER | 1D9D6CE21GN753090 | Baltimore | Undetermined | | Undetermined |
| Leased | 2016 | DELVN | QUICKLOADER | 1D9D6CE20GN753081 | Baltimore | Undetermined | | Undetermined |
| Leased | 2016 | DELVN | QUICKLOADER | 1D9D6CE29GN753080 | Baltimore | Undetermined | | Undetermined |
| Leased | 2016 | PTRBL | 365 | 1NPSDP9X5GD337572 | Baltimore | Undetermined | | Undetermined |
| Leased | 2016 | PTRBL | 365 | 1NPSDP9X1GD354546 | Baltimore | Undetermined | | Undetermined |
| Leased | 2016 | PTRBL | 365 | 1NPSDP9X7GD354535 | Baltimore | Undetermined | | Undetermined |
| Leased | 2016 | PTRBL | 365 | 1NPSDP9X8GD354544 | Baltimore | Undetermined | | Undetermined |
| Leased | 2016 | PTRBL | 389 | 1NPXDP9X8GD308833 | Baltimore | Undetermined | | Undetermined |
| Leased | 2016 | PTRBL | 389 | 1NPXDP9X6GD308815 | Baltimore | Undetermined | | Undetermined |
| Leased | 2016 | PTRBL | 389 | 1NPXDP9X0GD308812 | Baltimore | Undetermined | | Undetermined |
| Leased | 2016 | PTRBL | 389 | 1NPXDP9X4GD308828 | Baltimore | Undetermined | | Undetermined |
| Leased | 2016 | PTRBL | 389 | 1NPXDP9X1GD308818 | Baltimore | Undetermined | | Undetermined |
| Leased | 2016 | PTRBL | 389 | 1NPXDP9X3GD308822 | Baltimore | Undetermined | | Undetermined |

| Ownership type | Year | Make | Model | Identification Number (i.e. VIN, HIN or N-number) | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|---|---|---|
| Leased | 2016 | DELVN | QUICKLOADER | 1D9D6CE23GN753091 | Buffalo | Undetermined | | Undetermined |
| Leased | 2016 | DELVN | QUICKLOADER | 1D9D6CE21GN753087 | Buffalo | Undetermined | | Undetermined |
| Leased | 2016 | DELVN | QUICKLOADER | 1D9D6CE27GN753031 | Buffalo | Undetermined | | Undetermined |
| Leased | 2016 | DELVN | QUICKLOADER | 1D9D6CE25GN753044 | Buffalo | Undetermined | | Undetermined |
| Leased | 2016 | DELVN | QUICKLOADER | 1D9D6CE20GN753064 | Buffalo | Undetermined | | Undetermined |
| Leased | 2016 | DELVN | QUICKLOADER | 1D9D6CE27GN753093 | Buffalo | Undetermined | | Undetermined |
| Leased | 2016 | DELVN | TMT MODEL | 1D9D6CE27GN753045 | Buffalo | Undetermined | | Undetermined |
| Leased | 2016 | PTRBL | 365 | 1NPSDP9X2GD354541 | Buffalo | Undetermined | | Undetermined |
| Leased | 2016 | PTRBL | 365 | 1NPSDP9X4GD354542 | Buffalo | Undetermined | | Undetermined |
| Leased | 2016 | PTRBL | 365 | 1NPSDP9X1GD337570 | Buffalo | Undetermined | | Undetermined |
| Leased | 2016 | PTRBL | 365 | 1NPSDP9X9GD337574 | Buffalo | Undetermined | | Undetermined |
| Leased | 2016 | PTRBL | 365 | 1NPSDP9X3GD348554 | Buffalo | Undetermined | | Undetermined |
| Leased | 2016 | PTRBL | 365 | 1NPSDP9X3GD354550 | Buffalo | Undetermined | | Undetermined |
| Leased | 2016 | CTTRL | TMT MODEL | 5E0AA1447GG795201 | Claycomo | Undetermined | | Undetermined |
| Leased | 2016 | VOLVO | VAH | 4V5RC9EH7GN959572 | Claycomo | Undetermined | | Undetermined |
| Leased | 2016 | CTTRL | HIGH-RAIL | 5E0AJ1443GG823401 | In Transit to Mexico - still in USA | Undetermined | | Undetermined |
| Leased | 2016 | CTTRL | HIGH-RAIL | 5E0AJ144XGG708701 | In Transit to Mexico - still in USA | Undetermined | | Undetermined |
| Leased | 2016 | CTTRL | HIGH-RAIL | 5E0AJ1442GG744401 | In Transit to Mexico - still in USA | Undetermined | | Undetermined |
| Leased | 2016 | CTTRL | QUICKLOADER | 5E0AA1449GG757601 | In Transit to Mexico - still in USA | Undetermined | | Undetermined |
| Leased | 2016 | CTTRL | QUICKLOADER | 5E0AA1442GG757701 | In Transit to Mexico - still in USA | Undetermined | | Undetermined |
| Leased | 2016 | DELVN | QUICKLOADER | 1D9D6CE22GN753082 | In Transit to Mexico - still in USA | Undetermined | | Undetermined |
| Leased | 2016 | DELVN | QUICKLOADER | 1D9D6CE26GN753084 | In Transit to Mexico - still in USA | Undetermined | | Undetermined |
| Leased | 2016 | DELVN | QUICKLOADER | 1D9D6CE20GN753050 | In Transit to Mexico - still in USA | Undetermined | | Undetermined |
| Leased | 2016 | DELVN | QUICKLOADER | 1D9D6CE24GN753083 | In Transit to Mexico - still in USA | Undetermined | | Undetermined |

| Ownership type | Year | Make | Model | Identification Number (i.e. VIN, HIN or N-number) | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|---|---|---|
| Leased | 2016 | DELVN | QUICKLOADER | 1D9D6CE30GN753078 | In Transit to Mexico - still in USA | Undetermined | | Undetermined |
| Leased | 2016 | DELVN | QUICKLOADER | 1D9D6CE24GN753049 | In Transit to Mexico - still in USA | Undetermined | | Undetermined |
| Leased | 2016 | DELVN | QUICKLOADER | 1D9D6CE28GN753071 | In Transit to Mexico - still in USA | Undetermined | | Undetermined |
| Leased | 2016 | DELVN | QUICKLOADER | 1D9D6CE25GN753075 | In Transit to Mexico - still in USA | Undetermined | | Undetermined |
| Leased | 2016 | DELVN | QUICKLOADER | 1D9D6CE27GN753076 | In Transit to Mexico - still in USA | Undetermined | | Undetermined |
| Leased | 2016 | DELVN | QUICKLOADER | 1D9D6CE28GN753085 | In Transit to Mexico - still in USA | Undetermined | | Undetermined |
| Leased | 2016 | DELVN | QUICKLOADER | 1D9D6CE29GN753094 | In Transit to Mexico - still in USA | Undetermined | | Undetermined |
| Leased | 2016 | PTRBL | 365 | 1NPSDP9X5GD354534 | In Transit to Mexico - still in USA | Undetermined | | Undetermined |
| Leased | 2016 | PTRBL | 365 | 1NPSDP9X4GD354539 | In Transit to Mexico - still in USA | Undetermined | | Undetermined |
| Leased | 2016 | PTRBL | 365 | 1NPSDP9X9GD354536 | In Transit to Mexico - still in USA | Undetermined | | Undetermined |
| Leased | 2016 | PTRBL | 365 | 1NPSDP9XXGD354528 | In Transit to Mexico - still in USA | Undetermined | | Undetermined |
| Leased | 2016 | PTRBL | 365 | 1NPSDP9X4GD348563 | In Transit to Mexico - still in USA | Undetermined | | Undetermined |
| Leased | 2016 | PTRBL | 365 | 1NPSDP9X8GD348565 | In Transit to Mexico - still in USA | Undetermined | | Undetermined |
| Leased | 2016 | PTRBL | 365 | 1NPSDP9X8GD354527 | In Transit to Mexico - still in USA | Undetermined | | Undetermined |

| Ownership type | Year | Make | Model | Identification Number (i.e. VIN, HIN or N-number) | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|---|---|---|
| Leased | 2016 | PTRBL | 365 | 1NPSDP9X0GD354537 | In Transit to Mexico - still in USA | Undetermined | | Undetermined |
| Leased | 2016 | PTRBL | 365 | 1NPSDP9X7GD354549 | In Transit to Mexico - still in USA | Undetermined | | Undetermined |
| Leased | 2016 | PTRBL | 389 | 1NPXDP9X9GD308811 | In Transit to Mexico - still in USA | Undetermined | | Undetermined |
| Leased | 2016 | PTRBL | 389 | 1NPXDP9X6GD308829 | In Transit to Mexico - still in USA | Undetermined | | Undetermined |
| Leased | 2016 | PTRBL | 389 | 1NPXDP9X7GD308810 | In Transit to Mexico - still in USA | Undetermined | | Undetermined |
| Leased | 2016 | PTRBL | 389 | 1NPXDP9X2GD308830 | In Transit to Mexico - still in USA | Undetermined | | Undetermined |
| Leased | 2016 | PTRBL | 389 | 1NPXDP9X9GD308825 | In Transit to Mexico - still in USA | Undetermined | | Undetermined |
| Leased | 2016 | VOLVO | VAH | 4V5RC9EHXGN959565 | In Transit to Mexico - still in USA | Undetermined | | Undetermined |
| Leased | 2016 | VOLVO | VAH | 4V5RC9EHXGN960506 | In Transit to Mexico - still in USA | Undetermined | | Undetermined |
| Leased | 2016 | VOLVO | VAH | 4V5RC9EH6GN959563 | In Transit to Mexico - still in USA | Undetermined | | Undetermined |
| Leased | 2016 | DELVN | QUICKLOADER | 1D9D6CE23GN753060 | KTP | Undetermined | | Undetermined |
| Leased | 2016 | DELVN | QUICKLOADER | 1D9D6CE22GN753096 | KTP | Undetermined | | Undetermined |
| Leased | 2016 | DELVN | QUICKLOADER | 1D9D6CE27GN753062 | KTP | Undetermined | | Undetermined |
| Leased | 2016 | DELVN | QUICKLOADER | 1D9D6CE24GN753097 | KTP | Undetermined | | Undetermined |
| Leased | 2016 | DELVN | QUICKLOADER | 1D9D6CE28GN753040 | KTP | Undetermined | | Undetermined |
| Leased | 2016 | DELVN | QUICKLOADER | 1D9D6CE29GN753046 | KTP | Undetermined | | Undetermined |
| Leased | 2016 | PTRBL | 365 | 1NPSDP9X0GD348558 | KTP | Undetermined | | Undetermined |
| Leased | 2016 | PTRBL | 365 | 1NPSDP9X5GD348555 | KTP | Undetermined | | Undetermined |
| Leased | 2016 | PTRBL | 365 | 1NPSDP9X3GD337571 | KTP | Undetermined | | Undetermined |
| Leased | 2016 | PTRBL | 365 | 1NPSDP9X2GD348545 | KTP | Undetermined | | Undetermined |
| Leased | 2016 | CTTRL | HIGH-RAIL | 5E0AJ1440GG775601 | Nitro Creek | Undetermined | | Undetermined |
| Leased | 2016 | CTTRL | QUICKLOADER | 5E0AA1448GG775801 | Nitro Creek | Undetermined | | Undetermined |

| Ownership type | Year | Make | Model | Identification Number (i.e. VIN, HIN or N-number) | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|---|---|---|
| Leased | 2016 | CTTRL | QUICKLOADER | 5E0AA1448GG728803 | Nitro Creek | Undetermined | | Undetermined |
| Leased | 2016 | DELVN | QUICKLOADER | 1D9D6CE25GN753089 | Nitro Creek | Undetermined | | Undetermined |
| Leased | 2016 | PTRBL | 365 | 1NPSDP9X3GD354547 | Nitro Creek | Undetermined | | Undetermined |
| Leased | 2016 | PTRBL | 389 | 1NPXDP9X8GD308816 | Nitro Creek | Undetermined | | Undetermined |
| Leased | 2016 | PTRBL | 389 | 1NPXDP9X5GD308823 | Nitro Creek | Undetermined | | Undetermined |
| Leased | 2016 | PTRBL | 389 | 1NPXDP9X4GD308814 | Nitro Creek | Undetermined | | Undetermined |
| Leased | 2016 | CTTRL | QUICKLOADER | 5E0AA1443GG708801 | Storage | Undetermined | | Undetermined |
| Leased | 2016 | CTTRL | QUICKLOADER | 5E0AA144XGG769501 | Storage | Undetermined | | Undetermined |
| Leased | 2016 | DELVN | QUICKLOADER | 1D9D6CE21GN753073 | Storage | Undetermined | | Undetermined |
| Leased | 2016 | DELVN | QUICKLOADER | 1D9D6CE2XGN753069 | Storage | Undetermined | | Undetermined |
| Leased | 2016 | DELVN | QUICKLOADER | 1D9D6CE29GN753077 | Storage | Undetermined | | Undetermined |
| Leased | 2016 | PTRBL | 365 | 1NPSD79XXGD308858 | Storage | Undetermined | | Undetermined |
| Leased | 2016 | PTRBL | 365 | 1NPSDP9X1GD354529 | Storage | Undetermined | | Undetermined |
| Leased | 2016 | PTRBL | 365 | 1NPSDP9X2GD348562 | Storage | Undetermined | | Undetermined |
| Leased | 2016 | PTRBL | 365 | 1NPSDP9XXGD354531 | Storage | Undetermined | | Undetermined |
| Leased | 2016 | CTTRL | QUICKLOADER | 5E0AA144XGG744601 | Wentzville 2 | Undetermined | | Undetermined |
| Leased | 2016 | CTTRL | QUICKLOADER | 5E0AA1446GG757801 | Wentzville 2 | Undetermined | | Undetermined |
| Leased | 2016 | PTRBL | 389 | 1NPXDP9X2GD308827 | Wentzville 2 | Undetermined | | Undetermined |
| Leased | 2016 | PTRBL | 389 | 1NPXDP9X6GD308832 | Wentzville 2 | Undetermined | | Undetermined |
| Leased | 2017 | CTTRL | HIGH-RAIL | 5E0AJ1443HG988401 | Arlington | Undetermined | | Undetermined |
| Leased | 2017 | CTTRL | QUICKLOADER | 5E0AA1443HG869201 | Arlington | Undetermined | | Undetermined |
| Leased | 2017 | CTTRL | QUICKLOADER | 5E0AA1440HG894301 | Arlington | Undetermined | | Undetermined |
| Leased | 2017 | CTTRL | QUICKLOADER | 5E0AA1444HG894303 | Arlington | Undetermined | | Undetermined |
| Leased | 2017 | CTTRL | QUICKLOADER | 5E0AA1446HG894304 | Arlington | Undetermined | | Undetermined |
| Leased | 2017 | CTTRL | QUICKLOADER | 5E0AA1446HG912803 | Arlington | Undetermined | | Undetermined |
| Leased | 2017 | CTTRL | QUICKLOADER | 5E0AA144XHG912805 | Arlington | Undetermined | | Undetermined |
| Leased | 2017 | CTTRL | QUICKLOADER | 5E0AA1441HG912806 | Arlington | Undetermined | | Undetermined |
| Leased | 2017 | CTTRL | QUICKLOADER | 5E0AA1448HG924001 | Arlington | Undetermined | | Undetermined |
| Leased | 2017 | CTTRL | QUICKLOADER | 5E0AA1FFXHG924002 | Arlington | Undetermined | | Undetermined |
| Leased | 2017 | CTTRL | QUICKLOADER | 5E0AA1441HG924003 | Arlington | Undetermined | | Undetermined |
| Leased | 2017 | CTTRL | QUICKLOADER | 5E0AA1441HG990101 | Arlington | Undetermined | | Undetermined |
| Leased | 2017 | CTTRL | QUICKLOADER | 5E0AA1443HG990102 | Arlington | Undetermined | | Undetermined |
| Leased | 2017 | CTTRL | QUICKLOADER | 5E0AA1445HG990103 | Arlington | Undetermined | | Undetermined |
| Leased | 2017 | CTTRL | QUICKLOADER | 5E0AA1441HG921201 | Arlington | Undetermined | | Undetermined |
| Leased | 2017 | CTTRL | QUICKLOADER | 5E0AA1449HG869901 | Arlington | Undetermined | | Undetermined |
| Leased | 2017 | CTTRL | QUICKLOADER | 5E0AA1446HG869001 | Arlington | Undetermined | | Undetermined |
| Leased | 2017 | CTTRL | QUICKLOADER | 5E0AA1447HG869301 | Arlington | Undetermined | | Undetermined |
| Leased | 2017 | CTTRL | QUICKLOADER | 5E0AA1448HG870201 | Arlington | Undetermined | | Undetermined |
| Leased | 2017 | CTTRL | QUICKLOADER | 5E0AA1441HG894503 | Arlington | Undetermined | | Undetermined |
| Leased | 2017 | CTTRL | QUICKLOADER | 5E0AA1448HG912804 | Arlington | Undetermined | | Undetermined |
| Leased | 2017 | CTTRL | QUICKLOADER | 5E0AA1445HG921301 | Arlington | Undetermined | | Undetermined |
| Leased | 2017 | CTTRL | QUICKLOADER | 5E0AA1440HG870001 | Arlington | Undetermined | | Undetermined |

| Ownership type | Year | Make | Model | Identification Number (i.e. VIN, HIN or N-number) | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|---|---|---|
| Leased | 2017 | CTTRL | QUICKLOADER | 5E0AA1444HG870101 | Arlington | Undetermined | | Undetermined |
| Leased | 2017 | CTTRL | QUICKLOADER | 5E0AA1442HG912801 | Arlington | Undetermined | | Undetermined |
| Leased | 2017 | CTTRL | QUICKLOADER | 5E0AA144XHG869101 | Arlington | Undetermined | | Undetermined |
| Leased | 2017 | CTTRL | QUICKLOADER | 5E0AA1440HG869401 | Arlington | Undetermined | | Undetermined |
| Leased | 2017 | CTTRL | QUICKLOADER | 5E0AA1448HG869601 | Arlington | Undetermined | | Undetermined |
| Leased | 2017 | CTTRL | QUICKLOADER | 5E0AA1445HG869801 | Arlington | Undetermined | | Undetermined |
| Leased | 2017 | CTTRL | QUICKLOADER | 5E0AA1448HG894501 | Arlington | Undetermined | | Undetermined |
| Leased | 2017 | CTTRL | QUICKLOADER | 5E0AA144XHG894502 | Arlington | Undetermined | | Undetermined |
| Leased | 2017 | CTTRL | QUICKLOADER | 5E0AA1442HG894302 | Arlington | Undetermined | | Undetermined |
| Leased | 2017 | PTRBL | 365 | 1NPSDP9X1HD409983 | Arlington | Undetermined | | Undetermined |
| Leased | 2017 | PTRBL | 365 | 1NPSDP9X6HD413916 | Arlington | Undetermined | | Undetermined |
| Leased | 2017 | PTRBL | 365 | 1NPSDP9XXHD413918 | Arlington | Undetermined | | Undetermined |
| Leased | 2017 | PTRBL | 365 | 1NPSDP9X1HD413919 | Arlington | Undetermined | | Undetermined |
| Leased | 2017 | PTRBL | 365 | 1NPSDP9X9HD413926 | Arlington | Undetermined | | Undetermined |
| Leased | 2017 | PTRBL | 365 | 1NPSDP9X2HD413928 | Arlington | Undetermined | | Undetermined |
| Leased | 2017 | PTRBL | 365 | 1NPSDP9X4HD413929 | Arlington | Undetermined | | Undetermined |
| Leased | 2017 | PTRBL | 365 | 1NPSDP9X2HD413931 | Arlington | Undetermined | | Undetermined |
| Leased | 2017 | PTRBL | 365 | 1NPSDP9X4HD413932 | Arlington | Undetermined | | Undetermined |
| Leased | 2017 | PTRBL | 365 | 1NPSDP9X6HD413933 | Arlington | Undetermined | | Undetermined |
| Leased | 2017 | PTRBL | 365 | 1NPSDP9X2HD414643 | Arlington | Undetermined | | Undetermined |
| Leased | 2017 | PTRBL | 365 | 1NPSDP9X4HD414644 | Arlington | Undetermined | | Undetermined |
| Leased | 2017 | PTRBL | 365 | 1NPSDP9X6HD414645 | Arlington | Undetermined | | Undetermined |
| Leased | 2017 | PTRBL | 365 | 1NPSDP9XXHD411540 | Arlington | Undetermined | | Undetermined |
| Leased | 2017 | PTRBL | 365 | 1NPSDP9X8HD409981 | Arlington | Undetermined | | Undetermined |
| Leased | 2017 | PTRBL | 365 | 1NPSDP9X3HD409984 | Arlington | Undetermined | | Undetermined |
| Leased | 2017 | PTRBL | 365 | 1NPSDP9X5HD411543 | Arlington | Undetermined | | Undetermined |
| Leased | 2017 | PTRBL | 365 | 1NPSDP9X3HD413923 | Arlington | Undetermined | | Undetermined |
| Leased | 2017 | PTRBL | 365 | 1NPSDP9X0HD413927 | Arlington | Undetermined | | Undetermined |
| Leased | 2017 | PTRBL | 365 | 1NPSDP9X1HD411541 | Arlington | Undetermined | | Undetermined |
| Leased | 2017 | PTRBL | 365 | 1NPSDP9X3HD411542 | Arlington | Undetermined | | Undetermined |
| Leased | 2017 | PTRBL | 365 | 1NPSDP9X5HD413924 | Arlington | Undetermined | | Undetermined |
| Leased | 2017 | PTRBL | 365 | 1NPSDP9X8HD413917 | Arlington | Undetermined | | Undetermined |
| Leased | 2017 | PTRBL | 365 | 1NPSDP9X5HD409985 | Arlington | Undetermined | | Undetermined |
| Leased | 2017 | PTRBL | 365 | 1NPSDP9X9HD409987 | Arlington | Undetermined | | Undetermined |
| Leased | 2017 | PTRBL | 365 | 1NPSDP9X3HD411539 | Arlington | Undetermined | | Undetermined |
| Leased | 2017 | PTRBL | 365 | 1NPSDP9XXHD413921 | Arlington | Undetermined | | Undetermined |
| Leased | 2017 | PTRBL | 365 | 1NPSDP9X1HD413922 | Arlington | Undetermined | | Undetermined |
| Leased | 2017 | VOLVO | VAH | 4V5RC9EH3HN980677 | Arlington | Undetermined | | Undetermined |
| Leased | 2017 | CTTRL | HIGH-RAIL | 5E0AJ1446HG902501 | Austin | Undetermined | | Undetermined |
| Leased | 2017 | DELVN | QUICKLOADER | 1D9D6CE28HN753105 | Austin | Undetermined | | Undetermined |
| Leased | 2017 | PTRBL | 365 | 1NPSDP9XXHD413935 | Austin | Undetermined | | Undetermined |
| Leased | 2017 | PTRBL | 365 | 1NPSDP9X2HD414657 | Austin | Undetermined | | Undetermined |

| Ownership type | Year | Make | Model | Identification Number (i.e. VIN, HIN or N-number) | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|---|---|---|
| Leased | 2017 | CTTRL | HIGH-RAIL | 5E0AJ1445HG979103 | Baltimore | Undetermined | | Undetermined |
| Leased | 2017 | CTTRL | QUICKLOADER | 5E0AA1443HG924004 | Baltimore | Undetermined | | Undetermined |
| Leased | 2017 | PTRBL | 365 | 1NPSDP9X8HD413934 | Baltimore | Undetermined | | Undetermined |
| Leased | 2017 | VOLVO | VAH | 4V5RC9EH2HN980699 | Baltimore | Undetermined | | Undetermined |
| Leased | 2017 | CTTRL | HIGH-RAIL | 5E0AJ1448HG930901 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2017 | CTTRL | HIGH-RAIL | 5E0AJ1446HG958101 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2017 | CTTRL | HIGH-RAIL | 5E0AJ1448HG958102 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2017 | CTTRL | HIGH-RAIL | 5E0AJ1441HG958104 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2017 | CTTRL | HIGH-RAIL | 5E0AJ1443HG958105 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2017 | CTTRL | HIGH-RAIL | 5E0AJ1449HG988404 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2017 | CTTRL | HIGH-RAIL | 5E0AJ1447HG974405 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2017 | CTTRL | HIGH-RAIL | 5E0AJ1444HG894401 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2017 | CTTRL | HIGH-RAIL | 5E0AJ1446HG923901 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2017 | CTTRL | HIGH-RAIL | 5E0AJ1445HG990201 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2017 | CTTRL | HIGH-RAIL | 5E0AJ1443HG931101 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2017 | CTTRL | HIGH-RAIL | 5E0AJ144XHG958103 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2017 | CTTRL | HIGH-RAIL | 5E0AJ1441HG974402 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2017 | CTTRL | HIGH-RAIL | 5E0AJ1447HG979104 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2017 | CTTRL | HIGH-RAIL | 5E0AJ1447HG988403 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2017 | CTTRL | HIGH-RAIL | 5E0AJ144XHG958201 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2017 | CTTRL | HIGH-RAIL | 5E0AJ1441HG958202 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2017 | CTTRL | HIGH-RAIL | 5E0AJ1443HG958203 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2017 | CTTRL | HIGH-RAIL | 5E0AJ1445HG958204 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2017 | CTTRL | TMT MODEL | 5E0AJ144XHG974401 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2017 | DELVN | QUICKLOADER | 1D9D6CE21HN753110 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2017 | PTRBL | 365 | 1NPSDP9X1HD434110 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2017 | PTRBL | 365 | 1NPSDP9X3HD434111 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2017 | PTRBL | 365 | 1NPSDP9X7HD434113 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2017 | PTRBL | 365 | 1NPSDP9X5HD434112 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2017 | PTRBL | 365 | 1NPSDP9X8HD413920 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2017 | PTRBL | 365 | 1NPSDP9X0HD413930 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2017 | PTRBL | 365 | 1NPSDP9X8HD414646 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2017 | VOLVO | VAH | 4V5RC9EH7HN980679 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2017 | VOLVO | VAH | 4V5RC9EH5HN980700 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2017 | VOLVO | VAH | 4V5RC9EH5HN980681 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2017 | VOLVO | VAH | 4V5RC9EHXHN980689 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2017 | VOLVO | VAH | 4V5RC9EH1HN980693 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2017 | VOLVO | VAH | 4V5RC9EH9HN980702 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2017 | VOLVO | VAH | 4V5RC9DG1HN980704 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2017 | VOLVO | VAH | 4V5RC9EH6HN980687 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2017 | VOLVO | VAH | 4V5RC9EH8HN980688 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2017 | VOLVO | VAH | 4V5RC9EH6HN980690 | Bowling Green | Undetermined | | Undetermined |

| Ownership type | Year | Make | Model | Identification Number (i.e. VIN, HIN or N-number) | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|---|---|---|
| Leased | 2017 | VOLVO | VAH | 4V5RC9EH8HN980691 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2017 | VOLVO | VAH | 4V5RC9DG3HN980705 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2017 | CTTRL | HIGH-RAIL | 5E0AJ1445HG988402 | Buffalo | Undetermined | | Undetermined |
| Leased | 2017 | CTTRL | QUICKLOADER | 5E0AJ1444HG868901 | Buffalo | Undetermined | | Undetermined |
| Leased | 2017 | DELVN | QUICKLOADER | 1D9D6CE24HN753103 | Buffalo | Undetermined | | Undetermined |
| Leased | 2017 | DELVN | QUICKLOADER | 1D9D6CE22HN753102 | Buffalo | Undetermined | | Undetermined |
| Leased | 2017 | DELVN | QUICKLOADER | 1D9D6CE23HN753108 | Buffalo | Undetermined | | Undetermined |
| Leased | 2017 | DELVN | TMT MODEL | 1D9D6CE29HN753100 | Buffalo | Undetermined | | Undetermined |
| Leased | 2017 | PTRBL | 365 | 1NPSDP9X6HD409980 | Buffalo | Undetermined | | Undetermined |
| Leased | 2017 | PTRBL | 365 | 1NPSDP9X3HD414649 | Buffalo | Undetermined | | Undetermined |
| Leased | 2017 | PTRBL | 365 | 1NPSDP9X1HD414651 | Buffalo | Undetermined | | Undetermined |
| Leased | 2017 | PTRBL | 365 | 1NPSDP9X7HD414654 | Buffalo | Undetermined | | Undetermined |
| Leased | 2017 | PTRBL | 365 | 1NPSDP9X5HD414653 | Buffalo | Undetermined | | Undetermined |
| Leased | 2017 | VOLVO | VAH | 4V5RC9DGXHN980703 | Buffalo | Undetermined | | Undetermined |
| Leased | 2017 | VOLVO | VAH | 4V5RC9EH0HN980684 | Buffalo | Undetermined | | Undetermined |
| Leased | 2017 | CTTRL | HIGH-RAIL | 5E0AJ1440HG988405 | Davisville | Undetermined | | Undetermined |
| Leased | 2017 | VOLVO | VAH | 4V5RC9DG5HN980706 | Davisville | Undetermined | | Undetermined |
| Leased | 2017 | CTTRL | HIGH-RAIL | 5E0AJ144XHG931001 | Fairfax | Undetermined | | Undetermined |
| Leased | 2017 | CTTRL | HIGH-RAIL | 5E0AJ1449HG979105 | Fairfax | Undetermined | | Undetermined |
| Leased | 2017 | VOLVO | VAH | 4V5RC9EHXHN980692 | Fairfax | Undetermined | | Undetermined |
| Leased | 2017 | VOLVO | VAH | 4V5RC9EH3HN980680 | Fairfax | Undetermined | | Undetermined |
| Leased | 2017 | VOLVO | VAH | 4V5RC9EH7HN980701 | Fairfax | Undetermined | | Undetermined |
| Leased | 2017 | VOLVO | VAH | 4V5RC9EH7HN980696 | Fairfax | Undetermined | | Undetermined |
| Leased | 2017 | CTTRL | HIGH-RAIL | 5E0AJ1441HG979102 | In Transit to Mexico - still in USA | Undetermined | | Undetermined |
| Leased | 2017 | CTTRL | HIGH-RAIL | 5E0AJ1441HG979101 | In Transit to Mexico - still in USA | Undetermined | | Undetermined |
| Leased | 2017 | DELVN | QUICKLOADER | 1D9D6CE2XHN753106 | In Transit to Mexico - still in USA | Undetermined | | Undetermined |
| Leased | 2017 | VOLVO | VAH | 4V5RC9EH2HN980685 | In Transit to Mexico - still in USA | Undetermined | | Undetermined |
| Leased | 2017 | VOLVO | VAH | 4V5RC9EH9HN980697 | In Transit to Mexico - still in USA | Undetermined | | Undetermined |
| Leased | 2017 | DELVN | QUICKLOADER | 1D9D6CE20HN753101 | KTP | Undetermined | | Undetermined |
| Leased | 2017 | DELVN | QUICKLOADER | 1D9D6CE26HN753099 | KTP | Undetermined | | Undetermined |
| Leased | 2017 | PTRBL | 365 | 1NPSDP9XXHD414650 | KTP | Undetermined | | Undetermined |
| Leased | 2017 | PTRBL | 365 | 1NPSDP9X9HD414655 | KTP | Undetermined | | Undetermined |

| Ownership type | Year | Make | Model | Identification Number (i.e. VIN, HIN or N-number) | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|---|---|---|
| Leased | 2017 | PTRBL | 365 | 1NPSDP9X3HD414652 | KTP | Undetermined | | Undetermined |
| Leased | 2017 | PTRBL | 365 | 1NPSDP9X1HD414648 | KTP | Undetermined | | Undetermined |
| Leased | 2017 | CTTRL | CX-09LS3 | 5E0AA1446JG013803 | Lansing | Undetermined | | Undetermined |
| Leased | 2017 | CTTRL | CX-09LS3 | 5E0AA1446JG013901 | Lansing | Undetermined | | Undetermined |
| Leased | 2017 | CTTRL | CX-09LS3 | 5E0AA1444JG013802 | Lansing | Undetermined | | Undetermined |
| Leased | 2017 | CTTRL | CX-09LS3 | 5E0AA1448JG013804 | Lansing | Undetermined | | Undetermined |
| Leased | 2017 | CTTRL | CX-09LS3 | 5E0AA144XJG013805 | Lansing | Undetermined | | Undetermined |
| Leased | 2017 | FRGHT | 114SD | 1FVHG3DV8HHJF6385 | Lansing | Undetermined | | Undetermined |
| Leased | 2017 | FRGHT | 114SD | 1FVHG3DV6HHJF6384 | Lansing | Undetermined | | Undetermined |
| Leased | 2017 | FRGHT | 114SD | 1FVHG3DVXHHJF6386 | Lansing | Undetermined | | Undetermined |
| Leased | 2017 | FRGHT | 114SD | 1FVHG3DV1HHJF6387 | Lansing | Undetermined | | Undetermined |
| Leased | 2017 | FRGHT | 114SD | 1FVHG3DV4HHJF6383 | Lansing | Undetermined | | Undetermined |
| Leased | 2017 | CTTRL | HIGH-RAIL | 5E0AJ1445HG974404 | Nitro Creek | Undetermined | | Undetermined |
| Leased | 2017 | CTTRL | HIGH-RAIL | 5E0AJ1443HG974403 | Nitro Creek | Undetermined | | Undetermined |
| Leased | 2017 | CTTRL | QUICKLOADER | 5E0AA1447HG873901 | Nitro Creek | Undetermined | | Undetermined |
| Leased | 2017 | CTTRL | QUICKLOADER | 5E0AA1444HG869501 | Nitro Creek | Undetermined | | Undetermined |
| Leased | 2017 | DELVN | QUICKLOADER | 1D9D6CE26HN753104 | Nitro Creek | Undetermined | | Undetermined |
| Leased | 2017 | DELVN | QUICKLOADER | 1D9D6CE21HN753107 | Nitro Creek | Undetermined | | Undetermined |
| Leased | 2017 | PTRBL | 365 | 1NPSDP9X7HD409986 | Nitro Creek | Undetermined | | Undetermined |
| Leased | 2017 | PTRBL | 365 | 1NPSDP9X0HD414656 | Nitro Creek | Undetermined | | Undetermined |
| Leased | 2017 | PTRBL | 389 | 1NPXDP9X1HD308819 | Nitro Creek | Undetermined | | Undetermined |
| Leased | 2017 | VOLVO | VAH | 4V5RC9EH9HN980683 | Nitro Creek | Undetermined | | Undetermined |
| Leased | 2017 | VOLVO | VAH | 4V5RC9EH5HN980695 | Nitro Creek | Undetermined | | Undetermined |
| Leased | 2017 | VOLVO | VAH | 4V5RC9EH7HN980682 | Nitro Creek | Undetermined | | Undetermined |
| Leased | 2017 | VOLVO | VAH | 4V5RC9EH3HN980694 | Nitro Creek | Undetermined | | Undetermined |
| Leased | 2017 | VOLVO | VAH | 4V5RC9EH0HN980698 | Storage | Undetermined | | Undetermined |
| Leased | 2017 | CTTRL | HIGH-RAIL | 5E0AJ1441HG869701 | Wentzville 2 | Undetermined | | Undetermined |
| Leased | 2017 | DELVN | QUICKLOADER | 1D9D6CE25HN753109 | Wentzville 2 | Undetermined | | Undetermined |
| Leased | 2017 | PTRBL | 389 | 1NPXDP9X7HD308839 | Wentzville 2 | Undetermined | | Undetermined |
| Leased | 2017 | VOLVO | VAH | 4V5RC9EH4HN980686 | Wentzville 2 | Undetermined | | Undetermined |
| Leased | 2018 | CTTRL | CX-09LS3 | 5E0AA1445JG013906 | Lansing | Undetermined | | Undetermined |
| Leased | 2018 | CTTRL | CX-09LS3 | 5E0AA1441JG013904 | Lansing | Undetermined | | Undetermined |
| Leased | 2018 | CTTRL | CX-09LS3 | 5E0AA1443JG013905 | Lansing | Undetermined | | Undetermined |
| Leased | 2018 | CTTRL | CX-09LS3 | 5E0AA1442JG013801 | Lansing | Undetermined | | Undetermined |
| Leased | 2018 | CTTRL | CX-09LS3 | 5E0AA1448JG013902 | Lansing | Undetermined | | Undetermined |
| Leased | 2018 | CTTRL | CX-09LS3 | 5E0AA144XJG013903 | Lansing | Undetermined | | Undetermined |
| Leased | 2018 | CTTRL | CX-09LS3 | 5E0AA1447JG013907 | Lansing | Undetermined | | Undetermined |
| Leased | 2018 | FRGHT | 114SD | 1FVHG3DV8JHJH9171 | Lansing | Undetermined | | Undetermined |
| Leased | 2018 | FRGHT | 114SD | 1FVHG3DV1JHJJ7065 | Lansing | Undetermined | | Undetermined |
| Leased | 2018 | FRGHT | 114SD | 1FVHG3DV3JHJH9174 | Lansing | Undetermined | | Undetermined |
| Leased | 2018 | FRGHT | 114SD | 1FVHG3DV5JHJH9175 | Lansing | Undetermined | | Undetermined |
| Leased | 2018 | FRGHT | 114SD | 1FVHG3DVXJHJH9172 | Lansing | Undetermined | | Undetermined |

| Ownership type | Year | Make | Model | Identification Number (i.e. VIN, HIN or N-number) | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|---|---|---|
| Leased | 2018 | FRGHT | 114SD | 1FVHG3DV1JHJH9173 | Lansing | Undetermined | | Undetermined |
| Leased | 2018 | FRGHT | 114SD | 1FVHG3DV3JHJJ7066 | Lansing | Undetermined | | Undetermined |
| Leased | 2019 | CTTRL | QUICKLOADER | 5E0AA1647KG254204 | Arlington | Undetermined | | Undetermined |
| Leased | 2019 | CTTRL | QUICKLOADER | 5E0AA1645KG254203 | Arlington | Undetermined | | Undetermined |
| Leased | 2019 | CTTRL | QUICKLOADER | 5E0AA1643KG254202 | Arlington | Undetermined | | Undetermined |
| Leased | 2019 | CTTRL | QUICKLOADER | 5E0AA1641KG254201 | Arlington | Undetermined | | Undetermined |
| Leased | 2019 | CTTRL | QUICKLOADER | 5E0AA1649KG254205 | Arlington | Undetermined | | Undetermined |
| Leased | 2019 | VOLVO | VAH | 4V5RC9EH3KN200314 | Arlington | Undetermined | | Undetermined |
| Leased | 2019 | VOLVO | VAH | 4V5RC9EH1KN200313 | Arlington | Undetermined | | Undetermined |
| Leased | 2019 | VOLVO | VAH | 4V5RC9EHXKN200312 | Arlington | Undetermined | | Undetermined |
| Leased | 2019 | VOLVO | VAH | 4V5RC9EH9KN200382 | Arlington | Undetermined | | Undetermined |
| Leased | 2019 | VOLVO | VAH | 4V5RC9EH8KN200311 | Arlington | Undetermined | | Undetermined |
| Leased | 2019 | VOLVO | VAH | 4V5RC9EH5KN200315 | Arlington | Undetermined | | Undetermined |
| Leased | 2019 | CTTRL | CX-09LSFA 80 | 5E0AA1647KG206301 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2019 | CTTRL | CX-09LSFA 80 | 5E0AA1642KG209008 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2019 | CTTRL | CX-09LSFA 80 | 5E0AA1641KG206102 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2019 | FRGHT | 114SD | 1FVHG3DV6KHKM6856 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2019 | FRGHT | 114SD | 1FVHG3DV9KHKN0478 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2019 | FRGHT | 114SD | 1FVHG3DV4KHKM6855 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2019 | FRGHT | 114SD | 1FVHG3DV2KHKM6854 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2019 | FRGHT | 114SD | 1FVHG3DVXKHKM6858 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2019 | FRGHT | 114SD | 1FVHG3DV0KHKN0482 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2019 | FRGHT | 114SD | 1FVHG3DV1KHKN0488 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2019 | FRGHT | 114SD | 1FVHG3DV9KHKN0495 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2019 | FRGHT | 114SD | 1FVHG3DV3KHKN0475 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2019 | FRGHT | 114SD | 1FVHG3DV1KHKN0491 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2019 | CTTRL | CX-09LSFA 80 | 5E0AA1641KG209405 | Lansing | Undetermined | | Undetermined |
| Leased | 2019 | CTTRL | CX-09LSFA 80 | 5E0AA1645KG209410 | Lansing | Undetermined | | Undetermined |
| Leased | 2019 | CTTRL | CX9LSFALC4HD | 5E0AA1640KG209010 | Lansing | Undetermined | | Undetermined |
| Leased | 2019 | CTTRL | CX9LSFALC4HD | 5E0AA1644KG209303 | Lansing | Undetermined | | Undetermined |
| Leased | 2019 | CTTRL | CX9LSFALC4HD | 5E0AA1645KG209407 | Lansing | Undetermined | | Undetermined |
| Leased | 2019 | CTTRL | CX9LSFALC4HD | 5E0AA1641KG206309 | Lansing | Undetermined | | Undetermined |
| Leased | 2019 | FRGHT | 114SD | 1FVHG3DV5KHKN0493 | Lansing | Undetermined | | Undetermined |
| Leased | 2019 | FRGHT | 114SD | 1FVHG3DV0KHKN0496 | Lansing | Undetermined | | Undetermined |
| Leased | 2019 | FRGHT | 114SD | 1FVHG3DV8KHKN0505 | Lansing | Undetermined | | Undetermined |
| Leased | 2019 | FRGHT | 114SD | 1FVHG3DV1KHKN0510 | Lansing | Undetermined | | Undetermined |
| Leased | 2019 | FRGHT | 114SD | 1FVHG3DV1KHKN0507 | Lansing | Undetermined | | Undetermined |
| Leased | 2019 | CTTRL | CX-09LSFA 80 | 5E0AA1647KG206105 | LAP | Undetermined | | Undetermined |
| Leased | 2019 | CTTRL | CX-09LSFA 80 | 5E0AA1643KG209003 | LAP | Undetermined | | Undetermined |
| Leased | 2019 | CTTRL | CX-09LSFA 80 | 5E0AA1646KG206306 | LAP | Undetermined | | Undetermined |
| Leased | 2019 | CTTRL | CX-09LSFA 80 | 5E0AA1648KG209305 | LAP | Undetermined | | Undetermined |
| Leased | 2019 | CTTRL | CX-09LSFA 80 | 5E0AA1646KG209402 | LAP | Undetermined | | Undetermined |

| Ownership type | Year | Make | Model | Identification Number (i.e. VIN, HIN or N-number) | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|---|---|---|
| Leased | 2019 | CTTRL | CX-09LSFA 80 | 5E0AA1648KG209403 | LAP | Undetermined | | Undetermined |
| Leased | 2019 | CTTRL | CX-09LSFA 80 | 5E0AA1641KG209002 | LAP | Undetermined | | Undetermined |
| Leased | 2019 | CTTRL | CX-09LSFA 80 | 5E0AA1640KG209301 | LAP | Undetermined | | Undetermined |
| Leased | 2019 | CTTRL | CX-09LSFA 80 | 5E0AA1645KG209004 | LAP | Undetermined | | Undetermined |
| Leased | 2019 | CTTRL | CX-09LSFA 80 | 5E0AA1646KG209304 | LAP | Undetermined | | Undetermined |
| Leased | 2019 | CTTRL | CX-09LSFA 80 | 5E0AA1649KG206302 | LAP | Undetermined | | Undetermined |
| Leased | 2019 | CTTRL | CX-09LSFA 80 | 5E0AA1644KG206305 | LAP | Undetermined | | Undetermined |
| Leased | 2019 | CTTRL | CX-09LSFA 80 | 5E0AA164XKG209001 | LAP | Undetermined | | Undetermined |
| Leased | 2019 | CTTRL | CX-09LSFA 80 | 5E0AA1649KG209006 | LAP | Undetermined | | Undetermined |
| Leased | 2019 | CTTRL | CX-09LSFA 80 | 5E0AA1640KG209007 | LAP | Undetermined | | Undetermined |
| Leased | 2019 | CTTRL | CX-09LSFA 80 | 5E0AA164XKG209306 | LAP | Undetermined | | Undetermined |
| Leased | 2019 | CTTRL | CX-09LSFA 80 | 5E0AA1647KG209408 | LAP | Undetermined | | Undetermined |
| Leased | 2019 | CTTRL | CX9LSFALC4HD | 5E0AA1644KG209009 | LAP | Undetermined | | Undetermined |
| Leased | 2019 | CTTRL | CX9LSFALC4HD | 5E0AA1643KG206103 | LAP | Undetermined | | Undetermined |
| Leased | 2019 | CTTRL | CX9LSFALC4HD | 5E0AA1644KG209401 | LAP | Undetermined | | Undetermined |
| Leased | 2019 | CTTRL | CX9LSFALC4HD | 5E0AA164XKG209404 | LAP | Undetermined | | Undetermined |
| Leased | 2019 | CTTRL | CX9LSFALC4HD | 5E0AA1640KG206303 | LAP | Undetermined | | Undetermined |
| Leased | 2019 | CTTRL | CX9LSFALC4HD | 5E0AA1648KG206307 | LAP | Undetermined | | Undetermined |
| Leased | 2019 | CTTRL | CX9LSFALC4HD | 5E0AA1641KG209307 | LAP | Undetermined | | Undetermined |
| Leased | 2019 | CTTRL | CX9LSFALC4HD | 5E0AA1649KG209409 | LAP | Undetermined | | Undetermined |
| Leased | 2019 | CTTRL | CX9LSFALC4HD | 5E0AA1643KG209406 | LAP | Undetermined | | Undetermined |
| Leased | 2019 | FRGHT | 114SD | 1FVHG3DV1KHKM6859 | LAP | Undetermined | | Undetermined |
| Leased | 2019 | FRGHT | 114SD | 1FVHG3DV8KHKN0486 | LAP | Undetermined | | Undetermined |
| Leased | 2019 | FRGHT | 114SD | 1FVHG3DV3KHKN0492 | LAP | Undetermined | | Undetermined |
| Leased | 2019 | FRGHT | 114SD | 1FVHG3DV8KHKM6857 | LAP | Undetermined | | Undetermined |
| Leased | 2019 | FRGHT | 114SD | 1FVHG3DV7KHKN0480 | LAP | Undetermined | | Undetermined |
| Leased | 2019 | FRGHT | 114SD | 1FVHG3DV4KHKN0498 | LAP | Undetermined | | Undetermined |
| Leased | 2019 | FRGHT | 114SD | 1FVHG3DV0KHKN0501 | LAP | Undetermined | | Undetermined |
| Leased | 2019 | FRGHT | 114SD | 1FVHG3DV2KHKN0502 | LAP | Undetermined | | Undetermined |
| Leased | 2019 | FRGHT | 114SD | 1FVHG3DV4KHKN0503 | LAP | Undetermined | | Undetermined |
| Leased | 2019 | FRGHT | 114SD | 1FVHG3DV6KHKN0504 | LAP | Undetermined | | Undetermined |
| Leased | 2019 | FRGHT | 114SD | 1FVHG3DV7KHKN0477 | LAP | Undetermined | | Undetermined |
| Leased | 2019 | FRGHT | 114SD | 1FVHG3DV6KHKN0485 | LAP | Undetermined | | Undetermined |
| Leased | 2019 | FRGHT | 114SD | 1FVHG3DV9KHKN0481 | LAP | Undetermined | | Undetermined |
| Leased | 2019 | FRGHT | 114SD | 1FVHG3DV7KHKN0494 | LAP | Undetermined | | Undetermined |
| Leased | 2019 | FRGHT | 114SD | 1FVHG3DV9KHKN0500 | LAP | Undetermined | | Undetermined |
| Leased | 2019 | FRGHT | 114SD | 1FVHG3DV5KHKN0509 | LAP | Undetermined | | Undetermined |
| Leased | 2019 | FRGHT | 114SD | 1FVHG3DVXKHKN0487 | LAP | Undetermined | | Undetermined |
| Leased | 2019 | FRGHT | 114SD | 1FVHG3DV2KHKN0497 | LAP | Undetermined | | Undetermined |
| Leased | 2019 | FRGHT | 114SD | 1FVHG3DVXKHKN0506 | LAP | Undetermined | | Undetermined |
| Leased | 2019 | FRGHT | 114SD | 1FVHG3DV5KHKN0476 | LAP | Undetermined | | Undetermined |
| Leased | 2019 | FRGHT | 114SD | 1FVHG3DV0KHKN0479 | LAP | Undetermined | | Undetermined |

| Ownership type | Year | Make | Model | Identification Number (i.e. VIN, HIN or N-number) | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|---|---|---|
| Leased | 2019 | FRGHT | 114SD | 1FVHG3DV2KHKN0483 | LAP | Undetermined | | Undetermined |
| Leased | 2019 | FRGHT | 114SD | 1FVHG3DV4KHKN0484 | LAP | Undetermined | | Undetermined |
| Leased | 2019 | FRGHT | 114SD | 1FVHG3DV3KHKN0489 | LAP | Undetermined | | Undetermined |
| Leased | 2019 | FRGHT | 114SD | 1FVHG3DVXKHKN0490 | LAP | Undetermined | | Undetermined |
| Leased | 2019 | FRGHT | 114SD | 1FVHG3DV6KHKN0499 | LAP | Undetermined | | Undetermined |
| Leased | 2019 | FRGHT | 114SD | 1FVHG3DV3KHKN0508 | LAP | Undetermined | | Undetermined |
| Leased | 2019 | CTTRL | QUICKLOADER | 5E0AA1645KG283801 | Nitro Creek | Undetermined | | Undetermined |
| Leased | 2019 | PTRBL | 389 | 1NPXLP9XXKD275667 | Nitro Creek | Undetermined | | Undetermined |
| Leased | 2019 | CTTRL | 5-CAR | 1W9H55320KH157551 | Storage | Undetermined | | Undetermined |
| Leased | 2019 | CTTRL | 5-CAR | 5856C5328KP011547 | Storage | Undetermined | | Undetermined |
| Leased | 2019 | CTTRL | 5-CAR | 5856C5328KP011546 | Storage | Undetermined | | Undetermined |
| Leased | 2019 | MNRAU | 5-CAR | 1W9H55322KH157549 | Storage | Undetermined | | Undetermined |
| Leased | 2019 | CTTRL | CX-09LSFA 80 | 5E0AA1640KG261401 | Wentzville | Undetermined | | Undetermined |
| Leased | 2019 | PTRBL | 365 | 1NPSLK9X4KD639045 | Wentzville | Undetermined | | Undetermined |
| Leased | 2019 | PTRBL | 365 | 1NPSLK9XXKD639048 | Wentzville | Undetermined | | Undetermined |
| Leased | 2019 | PTRBL | 365 | 1NPSLK9X8KD639050 | Wentzville | Undetermined | | Undetermined |
| Leased | 2019 | PTRBL | 365 | 1NPSLK9X5KD639054 | Wentzville | Undetermined | | Undetermined |
| Leased | 2019 | PTRBL | 365 | 1NPSLK9X7KD639041 | Wentzville | Undetermined | | Undetermined |
| Leased | 2019 | PTRBL | 365 | 1NPSLK9X8KD639047 | Wentzville | Undetermined | | Undetermined |
| Leased | 2019 | PTRBL | 365 | 1NPSLK9X1KD639049 | Wentzville | Undetermined | | Undetermined |
| Leased | 2019 | PTRBL | 365 | 1NPSLK9XXKD639051 | Wentzville | Undetermined | | Undetermined |
| Leased | 2019 | PTRBL | 365 | 1NPSLK9X3KD639053 | Wentzville | Undetermined | | Undetermined |
| Leased | 2019 | PTRBL | 365 | 1NPSLK9X9KD639042 | Wentzville | Undetermined | | Undetermined |
| Leased | 2019 | PTRBL | 365 | 1NPSLK9X2KD639044 | Wentzville | Undetermined | | Undetermined |
| Leased | 2019 | PTRBL | 365 | 1NPSLK9X7KD639055 | Wentzville | Undetermined | | Undetermined |
| Leased | 2019 | PTRBL | 365 | 1NPSLK9X0KD639043 | Wentzville | Undetermined | | Undetermined |
| Leased | 2019 | PTRBL | 365 | 1NPSLK9X6KD639046 | Wentzville | Undetermined | | Undetermined |
| Leased | 2019 | PTRBL | 365 | 1NPSLK9X1KD639052 | Wentzville | Undetermined | | Undetermined |
| Leased | 2020 | CTTRL | QUICKLOADER | 5E0AA1648LG425205 | Arlington | Undetermined | | Undetermined |
| Leased | 2020 | CTTRL | QUICKLOADER | 5E0AA1642LG425202 | Arlington | Undetermined | | Undetermined |
| Leased | 2020 | CTTRL | QUICKLOADER | 5E0AA1644LG425203 | Arlington | Undetermined | | Undetermined |
| Leased | 2020 | CTTRL | QUICKLOADER | 5E0AA1646LG425204 | Arlington | Undetermined | | Undetermined |
| Leased | 2020 | CTTRL | QUICKLOADER | 5E0AA1640LG425201 | Arlington | Undetermined | | Undetermined |
| Leased | 2020 | PTRBL | 365 | 1NPSLP9X2LD708569 | Arlington | Undetermined | | Undetermined |
| Leased | 2020 | PTRBL | 365 | 1NPSLP9X7LD708566 | Arlington | Undetermined | | Undetermined |
| Leased | 2020 | PTRBL | 365 | 1NPSLP9X9LD708567 | Arlington | Undetermined | | Undetermined |
| Leased | 2020 | PTRBL | 365 | 1NPSLP9X0LD708568 | Arlington | Undetermined | | Undetermined |
| Leased | 2020 | PTRBL | 365 | 1NPSLP9X5LD708565 | Arlington | Undetermined | | Undetermined |
| Leased | 2020 | VOLVO | VAH64 | 4V5RC9EHXLN250533 | Arlington | Undetermined | | Undetermined |
| Leased | 2020 | CTTRL | HIGH-RAIL | 5E0AJ1449LG380102 | Baltimore | Undetermined | | Undetermined |
| Leased | 2020 | CTTRL | QUICKLOADER | 5E0AA1647LG368401 | Baltimore | Undetermined | | Undetermined |
| Leased | 2020 | CTTRL | QUICKLOADER | 5E0AA1443LG380001 | Baltimore | Undetermined | | Undetermined |

| Ownership type | Year | Make | Model | Identification Number (i.e. VIN, HIN or N-number) | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|---|---|---|
| Leased | 2020 | CTTRL | QUICKLOADER | 5E0AA1447LG380003 | Baltimore | Undetermined | | Undetermined |
| Leased | 2020 | CTTRL | QUICKLOADER | 5E0AA1449LG380004 | Baltimore | Undetermined | | Undetermined |
| Leased | 2020 | PTRBL | 389 | 1NPXL49X5LD702012 | Baltimore | Undetermined | | Undetermined |
| Leased | 2020 | PTRBL | 389 | 1NPXL49X2LD702016 | Baltimore | Undetermined | | Undetermined |
| Leased | 2020 | PTRBL | 389 | 1NPXL49X6LD702018 | Baltimore | Undetermined | | Undetermined |
| Leased | 2020 | PTRBL | 389 | 1NPXL49X8LD702019 | Baltimore | Undetermined | | Undetermined |
| Leased | 2020 | PTRBL | 389 | 1NPXL49X6LD702021 | Baltimore | Undetermined | | Undetermined |
| Leased | 2020 | VOLVO | VAH64 | 4V5RC9EH1LN250534 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2020 | VOLVO | VAH64 | 4V5RC9EH4LN250544 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2020 | VOLVO | VAH64 | 4V5RC9EHXLN250547 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2020 | VOLVO | VAH64 | 4V5RC9EH5LN260886 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2020 | VOLVO | VAH64 | 4V5RC9EH3LN250535 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2020 | VOLVO | VAH64 | 4V5RC9EH1LN250551 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2020 | VOLVO | VAH64 | 4V5RC9EH6LN250545 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2020 | VOLVO | VAH64 | 4V5RC9EH8LN250546 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2020 | VOLVO | VAH64 | 4V5RC9EH3LN250549 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2020 | VOLVO | VAH64 | 4V5RC9EHXLN250550 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2020 | CTTRL | CX9LS2STRCH | 5E0AA1644LG353001 | Fairfax | Undetermined | | Undetermined |
| Leased | 2020 | FRGHT | 114SD | 3ALHG3DV1LDKX4930 | Flint | Undetermined | | Undetermined |
| Leased | 2020 | CTTRL | CX-09LS3 | 5E0AA1448LG370001 | Lansing | Undetermined | | Undetermined |
| Leased | 2020 | CTTRL | CX-09LS3 | 5E0AA1447LG370006 | Lansing | Undetermined | | Undetermined |
| Leased | 2020 | CTTRL | CX-09LS3 | 5E0AA1444LG403902 | Lansing | Undetermined | | Undetermined |
| Leased | 2020 | CTTRL | CX-09LS3 | 5E0AA1448LG403904 | Lansing | Undetermined | | Undetermined |
| Leased | 2020 | CTTRL | CX-09LS3 | 5E0AA1442LG403901 | Lansing | Undetermined | | Undetermined |
| Leased | 2020 | CTTRL | CX-09LS3 | 5E0AA1441LG370003 | Lansing | Undetermined | | Undetermined |
| Leased | 2020 | CTTRL | CX-09LS3 | 5E0AA1445LG370005 | Lansing | Undetermined | | Undetermined |
| Leased | 2020 | CTTRL | CX-09LS3 | 5E0AA144XLG370002 | Lansing | Undetermined | | Undetermined |
| Leased | 2020 | CTTRL | CX-09LS3 | 5E0AA1443LG370004 | Lansing | Undetermined | | Undetermined |
| Leased | 2020 | CTTRL | CX-09LS3 | 5E0AA1449LG370007 | Lansing | Undetermined | | Undetermined |
| Leased | 2020 | CTTRL | CX-09LS3 | 5E0AA1446LG403903 | Lansing | Undetermined | | Undetermined |
| Leased | 2020 | CTTRL | CX-09LSFA3 | 5E0AA1649LG409403 | Lansing | Undetermined | | Undetermined |
| Leased | 2020 | CTTRL | CX-09LSFA3 | 5E0AA1640LG409404 | Lansing | Undetermined | | Undetermined |
| Leased | 2020 | CTTRL | CX-09LSFA3 | 5E0AA1642LG409405 | Lansing | Undetermined | | Undetermined |
| Leased | 2020 | CTTRL | CX-09LSFA3 | 5E0AA1644LG409406 | Lansing | Undetermined | | Undetermined |
| Leased | 2020 | CTTRL | CX-09LSFA3 | 5E0AA1645LG370101 | Lansing | Undetermined | | Undetermined |
| Leased | 2020 | CTTRL | CX-09LSFA3 | 5E0AA1643LG382201 | Lansing | Undetermined | | Undetermined |
| Leased | 2020 | CTTRL | CX-09LSFA3 | 5E0AA1645LG382202 | Lansing | Undetermined | | Undetermined |
| Leased | 2020 | CTTRL | CX-09LSFA3 | 5E0AA1647LG382203 | Lansing | Undetermined | | Undetermined |
| Leased | 2020 | CTTRL | CX-09LSFA3 | 5E0AA1642LG382206 | Lansing | Undetermined | | Undetermined |
| Leased | 2020 | CTTRL | CX-09LSFA3 | 5E0AA1646LG382208 | Lansing | Undetermined | | Undetermined |
| Leased | 2020 | CTTRL | CX-09LSFA3 | 5E0AA1644LG382210 | Lansing | Undetermined | | Undetermined |
| Leased | 2020 | CTTRL | CX-09LSFA3 | 5E0AA1645LG409303 | Lansing | Undetermined | | Undetermined |

| Ownership type | Year | Make | Model | Identification Number (i.e. VIN, HIN or N-number) | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|---|---|---|
| Leased | 2020 | CTTRL | CX-09LSFA3 | 5E0AA1649LG382204 | Lansing | Undetermined | | Undetermined |
| Leased | 2020 | CTTRL | CX-09LSFA3 | 5E0AA1641LG409301 | Lansing | Undetermined | | Undetermined |
| Leased | 2020 | CTTRL | CX-09LSFA3 | 5E0AA1647LG409304 | Lansing | Undetermined | | Undetermined |
| Leased | 2020 | CTTRL | CX-09LSFA3 | 5E0AA1649LG409305 | Lansing | Undetermined | | Undetermined |
| Leased | 2020 | CTTRL | CX-09LSFA3 | 5E0AA1647LG409402 | Lansing | Undetermined | | Undetermined |
| Leased | 2020 | CTTRL | CX-09LSFA3 | 5E0AA1648LG382209 | Lansing | Undetermined | | Undetermined |
| Leased | 2020 | CTTRL | CX-09LSFA3 | 5E0AA1643LG409302 | Lansing | Undetermined | | Undetermined |
| Leased | 2020 | CTTRL | CX-09LSFA3 | 5E0AA1645LG409401 | Lansing | Undetermined | | Undetermined |
| Leased | 2020 | FRGHT | 114SD | 1FVHG3DV7LHLN3237 | Lansing | Undetermined | | Undetermined |
| Leased | 2020 | FRGHT | 114SD | 1FVHG3DV0LHLN3242 | Lansing | Undetermined | | Undetermined |
| Leased | 2020 | FRGHT | 114SD | 1FVHG3DV6LHLV0197 | Lansing | Undetermined | | Undetermined |
| Leased | 2020 | FRGHT | 114SD | 1FVHG3DVXLHLV0199 | Lansing | Undetermined | | Undetermined |
| Leased | 2020 | FRGHT | 114SD | 1FVHG3DV5LHLV0207 | Lansing | Undetermined | | Undetermined |
| Leased | 2020 | FRGHT | 114SD | 1FVHG3DV7LHLV0208 | Lansing | Undetermined | | Undetermined |
| Leased | 2020 | FRGHT | 114SD | 1FVHG3DV9LHLV0209 | Lansing | Undetermined | | Undetermined |
| Leased | 2020 | FRGHT | 114SD | 1FVHG3DV5LHLV0210 | Lansing | Undetermined | | Undetermined |
| Leased | 2020 | FRGHT | 114SD | 1FVHG3DV4LHLN3244 | Lansing | Undetermined | | Undetermined |
| Leased | 2020 | FRGHT | 114SD | 1FVHG3DV1LHLV0186 | Lansing | Undetermined | | Undetermined |
| Leased | 2020 | FRGHT | 114SD | 1FVHG3DV3LHLV0187 | Lansing | Undetermined | | Undetermined |
| Leased | 2020 | FRGHT | 114SD | 1FVHG3DV5LHLV0188 | Lansing | Undetermined | | Undetermined |
| Leased | 2020 | FRGHT | 114SD | 1FVHG3DV5LHLV0191 | Lansing | Undetermined | | Undetermined |
| Leased | 2020 | FRGHT | 114SD | 1FVHG3DV9LHLV0193 | Lansing | Undetermined | | Undetermined |
| Leased | 2020 | FRGHT | 114SD | 1FVHG3DV2LHLV0195 | Lansing | Undetermined | | Undetermined |
| Leased | 2020 | FRGHT | 114SD | 1FVHG3DV4LHLV0196 | Lansing | Undetermined | | Undetermined |
| Leased | 2020 | FRGHT | 114SD | 1FVHG3DV6LHLV0202 | Lansing | Undetermined | | Undetermined |
| Leased | 2020 | FRGHT | 114SD | 1FVHG3DV0LHLN3239 | Lansing | Undetermined | | Undetermined |
| Leased | 2020 | FRGHT | 114SD | 1FVHG3DV9LHLN3241 | Lansing | Undetermined | | Undetermined |
| Leased | 2020 | FRGHT | 114SD | 1FVHG3DV7LHLV0189 | Lansing | Undetermined | | Undetermined |
| Leased | 2020 | FRGHT | 114SD | 1FVHG3DV2LHLV0200 | Lansing | Undetermined | | Undetermined |
| Leased | 2020 | FRGHT | 114SD | 1FVHG3DV8LHLV0203 | Lansing | Undetermined | | Undetermined |
| Leased | 2020 | FRGHT | 114SD | 1FVHG3DVXLHLV0204 | Lansing | Undetermined | | Undetermined |
| Leased | 2020 | FRGHT | 114SD | 1FVHG3DV3LHLV0206 | Lansing | Undetermined | | Undetermined |
| Leased | 2020 | FRGHT | 114SD | 1FVHG3DV9LHLN3238 | Lansing | Undetermined | | Undetermined |
| Leased | 2020 | FRGHT | 114SD | 1FVHG3DV7LHLN3240 | Lansing | Undetermined | | Undetermined |
| Leased | 2020 | FRGHT | 114SD | 1FVHG3DV2LHLN3243 | Lansing | Undetermined | | Undetermined |
| Leased | 2020 | FRGHT | 114SD | 1FVHG3DV0LHLV0194 | Lansing | Undetermined | | Undetermined |
| Leased | 2020 | FRGHT | 114SD | 1FVHG3DV8LHLV0198 | Lansing | Undetermined | | Undetermined |
| Leased | 2020 | FRGHT | 114SD | 1FVHG3DV4LHLV0201 | Lansing | Undetermined | | Undetermined |
| Leased | 2020 | FRGHT | 114SD | 1FVHG3DV1LHLV0205 | Lansing | Undetermined | | Undetermined |
| Leased | 2020 | VOLVO | VAH64 | 4V5RC9EH1LN250548 | LAP | Undetermined | | Undetermined |
| Leased | 2020 | CTTRL | HIGH-RAIL | 5E0AJ1441LG311601 | Nitro Creek | Undetermined | | Undetermined |
| Leased | 2020 | CTTRL | HIGH-RAIL | 5E0AJ1447LG380101 | Nitro Creek | Undetermined | | Undetermined |

| Ownership type | Year | Make | Model | Identification Number (i.e. VIN, HIN or N-number) | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|---|---|---|
| Leased | 2020 | CTTRL | QUICKLOADER | 5E0AA1649LG311701 | Nitro Creek | Undetermined | | Undetermined |
| Leased | 2020 | CTTRL | QUICKLOADER | 5E0AA1649LG368402 | Nitro Creek | Undetermined | | Undetermined |
| Leased | 2020 | CTTRL | QUICKLOADER | 5E0AA1640LG368403 | Nitro Creek | Undetermined | | Undetermined |
| Leased | 2020 | CTTRL | QUICKLOADER | 5E0AA1649LG370103 | Nitro Creek | Undetermined | | Undetermined |
| Leased | 2020 | CTTRL | QUICKLOADER | 5E0AA1445LG380002 | Nitro Creek | Undetermined | | Undetermined |
| Leased | 2020 | CTTRL | QUICKLOADER | 5E0AA1640LG382205 | Nitro Creek | Undetermined | | Undetermined |
| Leased | 2020 | CTTRL | QUICKLOADER | 5E0AA1647LG370102 | Nitro Creek | Undetermined | | Undetermined |
| Leased | 2020 | CTTRL | QUICKLOADER | 5E0AA1644LG382207 | Nitro Creek | Undetermined | | Undetermined |
| Leased | 2020 | FRGHT | 114SD | 1FVHG3DV8LHLN3246 | Nitro Creek | Undetermined | | Undetermined |
| Leased | 2020 | FRGHT | 114SD | 1FVHG3DV3LHLV0190 | Nitro Creek | Undetermined | | Undetermined |
| Leased | 2020 | FRGHT | 114SD | 1FVHG3DV6LHLN3245 | Nitro Creek | Undetermined | | Undetermined |
| Leased | 2020 | FRGHT | 114SD | 1FVHG3DV7LHLV0192 | Nitro Creek | Undetermined | | Undetermined |
| Leased | 2020 | PTRBL | 389 | 1NPXL49X8LD275652 | Nitro Creek | Undetermined | | Undetermined |
| Leased | 2020 | PTRBL | 389 | 1NPXL49X7LD702013 | Nitro Creek | Undetermined | | Undetermined |
| Leased | 2020 | PTRBL | 389 | 1NPXL49X9LD702014 | Nitro Creek | Undetermined | | Undetermined |
| Leased | 2020 | PTRBL | 389 | 1NPXL49X4LD702017 | Nitro Creek | Undetermined | | Undetermined |
| Leased | 2020 | PTRBL | 389 | 1NPXL49X6LD275651 | Nitro Creek | Undetermined | | Undetermined |
| Leased | 2020 | PTRBL | 389 | 1NPXL49X4LD702020 | Nitro Creek | Undetermined | | Undetermined |
| Leased | 2020 | CTTRL | CX-09LSFA 80 | 5E0AA1648LG353101 | Wayne | Undetermined | | Undetermined |
| Leased | 2020 | CTTRL | CX-09LSFA 80 | 5E0AA1643LG353104 | Wayne | Undetermined | | Undetermined |
| Leased | 2020 | CTTRL | CX-09LSFA 80 | 5E0AA1649LG353107 | Wayne | Undetermined | | Undetermined |
| Leased | 2020 | CTTRL | CX-09LSFA 80 | 5E0AA164XLG456603 | Wayne | Undetermined | | Undetermined |
| Leased | 2020 | CTTRL | CX-09LSFA 80 | 5E0AA1640LG353108 | Wayne | Undetermined | | Undetermined |
| Leased | 2020 | FRGHT | 114SD | 3ALHG3DV2LDKX4922 | Wayne | Undetermined | | Undetermined |
| Leased | 2020 | FRGHT | 114SD | 3ALHG3DV1LDKX4927 | Wayne | Undetermined | | Undetermined |
| Leased | 2020 | FRGHT | 114SD | 3ALHG3DV3LDKX4931 | Wayne | Undetermined | | Undetermined |
| Leased | 2020 | FRGHT | 114SD | 3ALHG3DV7LDKX4933 | Wayne | Undetermined | | Undetermined |
| Leased | 2020 | FRGHT | 114SD | 3ALHG3DV2LDKX4936 | Wayne | Undetermined | | Undetermined |
| Leased | 2020 | FRGHT | 114SD | 3ALHG3DV9LDKX4920 | Wayne | Undetermined | | Undetermined |
| Leased | 2020 | FRGHT | 114SD | 3ALHG3DV8LDKX4925 | Wayne | Undetermined | | Undetermined |
| Leased | 2020 | FRGHT | 114SD | 3ALHG3DV3LDKX4928 | Wayne | Undetermined | | Undetermined |
| Leased | 2020 | FRGHT | 114SD | 3ALHG3DV0LDKX4921 | Wayne | Undetermined | | Undetermined |
| Leased | 2020 | FRGHT | 114SD | 3ALHG3DV6LDKX4924 | Wayne | Undetermined | | Undetermined |
| Leased | 2020 | FRGHT | 114SD | 3ALHG3DV5LDKX4932 | Wayne | Undetermined | | Undetermined |
| Leased | 2020 | FRGHT | 114SD | 3ALHG3DV9LDKX4934 | Wayne | Undetermined | | Undetermined |
| Leased | 2020 | FRGHT | 114SD | 3ALHG3DV2LDKX4919 | Wayne | Undetermined | | Undetermined |
| Leased | 2020 | FRGHT | 114SD | 3ALHG3DV4LDKX4923 | Wayne | Undetermined | | Undetermined |
| Leased | 2020 | FRGHT | 114SD | 3ALHG3DVXLDKX4926 | Wayne | Undetermined | | Undetermined |
| Leased | 2020 | FRGHT | 114SD | 3ALHG3DV5LDKX4929 | Wayne | Undetermined | | Undetermined |
| Leased | 2020 | FRGHT | 114SD | 3ALHG3DV0LDKX4935 | Wayne | Undetermined | | Undetermined |
| Leased | 2020 | FRGHT | 114SD | 3ALHG3DV4LDKX4937 | Wayne | Undetermined | | Undetermined |
| Leased | 2020 | CTTRL | CX-09LSFA 80 | 5E0AA1642LG286706 | Wentzville | Undetermined | | Undetermined |

| Ownership type | Year | Make | Model | Identification Number (i.e. VIN, HIN or N-number) | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|---|---|---|
| Leased | 2020 | CTTRL | CX-09LSFA 80 | 5E0AA1647LG325502 | Wentzville | Undetermined | | Undetermined |
| Leased | 2020 | CTTRL | CX-09LSFA 80 | 5E0AA1640LG325504 | Wentzville | Undetermined | | Undetermined |
| Leased | 2020 | CTTRL | CX-09LSFA 80 | 5E0AA1644LG325506 | Wentzville | Undetermined | | Undetermined |
| Leased | 2020 | CTTRL | CX-09LSFA 80 | 5E0AA1643LG286701 | Wentzville | Undetermined | | Undetermined |
| Leased | 2020 | CTTRL | CX-09LSFA 80 | 5E0AA1647LG286703 | Wentzville | Undetermined | | Undetermined |
| Leased | 2020 | CTTRL | CX-09LSFA 80 | 5E0AA1648LG325508 | Wentzville | Undetermined | | Undetermined |
| Leased | 2020 | CTTRL | CX-09LSFA 80 | 5E0AA1645LG286702 | Wentzville | Undetermined | | Undetermined |
| Leased | 2020 | CTTRL | CX-09LSFA 80 | 5E0AA1640LG286705 | Wentzville | Undetermined | | Undetermined |
| Leased | 2020 | CTTRL | CX-09LSFA 80 | 5E0AA1642LG325505 | Wentzville | Undetermined | | Undetermined |
| Leased | 2020 | CTTRL | QUICKLOADER | 5E0AA1642LG368404 | Wentzville 2 | Undetermined | | Undetermined |
| Leased | 2020 | PTRBL | 389 | 1NPXL49X0LD702015 | Wentzville 2 | Undetermined | | Undetermined |
| Leased | 2021 | CTTRL | CX-9LSFA/2HD | 5E0AA1646MG514501 | Arlington | Undetermined | | Undetermined |
| Leased | 2021 | CTTRL | CX-9LSFA/2HD | 5E0AA1645MG584801 | Arlington | Undetermined | | Undetermined |
| Leased | 2021 | PTRBL | 365 | 1NPSLP9X2MD737149 | Arlington | Undetermined | | Undetermined |
| Leased | 2021 | CTTRL | CX-9LSFA/4HD | 5E0AA164XMG514405 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2021 | CTTRL | CX-9LSFA/4HD | 5E0AA1643MG525701 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2021 | CTTRL | CX-9LSFA/4HD | 5E0AA1649MG525704 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2021 | CTTRL | CX-9LSFA/4HD | 5E0AA1640MG525705 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | 114SD | 3ALHG3DV3MDMY0218 | Cottage Grove | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | 114SD | 3ALHG3DV1MDMY0217 | Cottage Grove | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | 114SD | 3ALHG3DV3MDMY0221 | Cottage Grove | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | 114SD | 3ALHG3DV1MDMY0220 | Cottage Grove | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | 114SD | 3ALHG3DV5MDMY0219 | Cottage Grove | Undetermined | | Undetermined |
| Leased | 2021 | CTTRL | CX-9LSFA/2HD | 5E0AA1644MG557606 | Flint | Undetermined | | Undetermined |
| Leased | 2021 | CTTRL | CX-9LSFA/2HD | 5E0AA1646MG557607 | Flint | Undetermined | | Undetermined |
| Leased | 2021 | CTTRL | CX-9LSFA/2HD | 5E0AA1648MG557608 | Flint | Undetermined | | Undetermined |
| Leased | 2021 | CTTRL | CX-9LSFA/2HD | 5E0AA1646MG557610 | Flint | Undetermined | | Undetermined |
| Leased | 2021 | CTTRL | CX-9LSFA/2HD | 5E0AA1649MG557701 | Flint | Undetermined | | Undetermined |
| Leased | 2021 | CTTRL | CX-9LSFA/2HD | 5E0AA1640MG557702 | Flint | Undetermined | | Undetermined |
| Leased | 2021 | CTTRL | CX-9LSFA/2HD | 5E0AA1642MG557703 | Flint | Undetermined | | Undetermined |
| Leased | 2021 | CTTRL | CX-9LSFA/2HD | 5E0AA1644MG557704 | Flint | Undetermined | | Undetermined |
| Leased | 2021 | CTTRL | CX-9LSFA/2HD | 5E0AA1646MG557705 | Flint | Undetermined | | Undetermined |
| Leased | 2021 | CTTRL | CX-9LSFA/2HD | 5E0AA1642MG557801 | Flint | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | 114SD | 1FVHG3DV7MHMJ6113 | Flint | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | 114SD | 1FVHG3DV0MHMJ6115 | Flint | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | 114SD | 1FVHG3DV2MHMJ6116 | Flint | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | 114SD | 1FVHG3DV4MHMJ6117 | Flint | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | 114SD | 1FVHG3DV6MHMJ6118 | Flint | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | 114SD | 1FVHG3DV9MHMJ6114 | Flint | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | 114SD | 1FVHG3DV4MHMJ6120 | Flint | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | 114SD | 1FVHG3DV7MHMJ6127 | Flint | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | 114SD | 1FVHG3DV9MHMJ6131 | Flint | Undetermined | | Undetermined |

| Ownership type | Year | Make | Model | Identification Number (i.e. VIN, HIN or N-number) | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|---|---|---|
| Leased | 2021 | FRGHT | 114SD | 1FVHG3DV6MHMJ6135 | Flint | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | 114SD | 1FVHG3DV8MHMJ6136 | Flint | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | 114SD | 1FVHG3DV1MHMJ6141 | Flint | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | 114SD | 1FVHG3DV9MHMJ6145 | Flint | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | 114SD | 1FVHG3DVXMHMJ6154 | Flint | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | 114SD | 1FVHG3DV8MHMJ6119 | Flint | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | 114SD | 1FVHG3DV6MHMJ6121 | Flint | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | 114SD | 1FVHG3DV8MHMJ6122 | Flint | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | 114SD | 1FVHG3DVXMHMJ6123 | Flint | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | 114SD | 1FVHG3DV1MHMJ6124 | Flint | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | 114SD | 1FVHG3DV3MHMJ6125 | Flint | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | 114SD | 1FVHG3DV5MHMJ6126 | Flint | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | 114SD | 1FVHG3DV0MHMJ6129 | Flint | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | 114SD | 1FVHG3DV7MHMJ6130 | Flint | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | 114SD | 1FVHG3DV9MHMJ6128 | Flint | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | 114SD | 1FVHG3DV2MHMJ6133 | Flint | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | 114SD | 1FVHG3DV3MHMJ6139 | Flint | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | 114SD | 1FVHG3DVXMHMJ6140 | Flint | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | 114SD | 1FVHG3DV3MHMJ6142 | Flint | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | 114SD | 1FVHG3DV5MHMJ6143 | Flint | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | 114SD | 1FVHG3DV2MHMJ6147 | Flint | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | 114SD | 1FVHG3DV4MHMJ6148 | Flint | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | 114SD | 1FVHG3DV4MHMJ6151 | Flint | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | 114SD | 1FVHG3DV4MHMJ6134 | Flint | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | 114SD | 1FVHG3DVXMHMJ6137 | Flint | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | 114SD | 1FVHG3DV7MHMJ6144 | Flint | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | 114SD | 1FVHG3DV0MHMJ6146 | Flint | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | 114SD | 1FVHG3DV2MHMJ6150 | Flint | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | 114SD | 3ALHG3DV8MDMY0215 | Flint | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | 114SD | 3ALHG3DV0MDMY0225 | Flint | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | 114SD | 3ALHG3DV6MDMY0228 | Flint | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | 114SD | 3ALHG3DV4MDMY0227 | Flint | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | 114SD | 3ALHG3DV8MDMY0232 | Flint | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | 114SD | 1FVHG3DV0MHMJ6132 | Flint | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | 114SD | 1FVHG3DV1MHMJ6138 | Flint | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | 114SD | 1FVHG3DV6MHMJ6149 | Flint | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | 114SD | 1FVHG3DV6MHMJ6152 | Flint | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | 114SD | 1FVHG3DV8MHMJ6153 | Flint | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | 114SD | 3ALHG3DV4MDMY0230 | Flint | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | 114SD | 3ALHG3DV6MDMY0231 | Flint | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | 114SD | 3ALHG3DVXMDMY0233 | Flint | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | 114SD | 3ALHG3DVXMDMY0216 | Flint | Undetermined | | Undetermined |

| Ownership type | Year | Make | Model | Identification Number (i.e. VIN, HIN or N-number) | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|---|---|---|
| Leased | 2021 | FRGHT | 114SD | 3ALHG3DV5MDMY0222 | Flint | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | 114SD | 3ALHG3DV9MDMY0238 | Flint | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | 114SD | 3ALHG3DV9MDMY0241 | Flint | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | 114SD | 3ALHG3DV8MDMY0229 | Flint | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | 114SD | 3ALHG3DV7MDMY0237 | Flint | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | 114SD | 3ALHG3DV0MDMY0239 | Flint | Undetermined | | Undetermined |
| Leased | 2021 | CTTRL | CX-9LSFA/2HD | 5E0AA1640MG565802 | KTP | Undetermined | | Undetermined |
| Leased | 2021 | CTTRL | CX-9LSFA/2HD | 5E0AA1646MG565805 | KTP | Undetermined | | Undetermined |
| Leased | 2021 | CTTRL | CX-9LSFA/2HD | 5E0AA1646MG565903 | KTP | Undetermined | | Undetermined |
| Leased | 2021 | CTTRL | CX-9LSFA/2HD | 5E0AA164XMG565905 | KTP | Undetermined | | Undetermined |
| Leased | 2021 | CTTRL | CX-9LSFA/2HD | 5E0AA1644MG565902 | KTP | Undetermined | | Undetermined |
| Leased | 2021 | CTTRL | CX-9LSFA/2HD | 5E0AA1648MG565904 | KTP | Undetermined | | Undetermined |
| Leased | 2021 | CTTRL | CX-9LSFA/2HD | 5E0AA1649MG565801 | KTP | Undetermined | | Undetermined |
| Leased | 2021 | CTTRL | CX-9LSFA/2HD | 5E0AA1644MG565804 | KTP | Undetermined | | Undetermined |
| Leased | 2021 | CTTRL | CX-9LSFA/2HD | 5E0AA1642MG565803 | KTP | Undetermined | | Undetermined |
| Leased | 2021 | CTTRL | CX-9LSFA/2HD | 5E0AA1642MG565901 | KTP | Undetermined | | Undetermined |
| Leased | 2021 | CTTRL | CX-9LSFA/2HD | 5E0AA1641MG565906 | KTP | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | 114SD | 1FVHG3DV3MHMJ6156 | KTP | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | 114SD | 1FVHG3DV9MHMJ6159 | KTP | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | 114SD | 1FVHG3DV9MHMJ6162 | KTP | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | 114SD | 1FVHG3DV2MHMJ6164 | KTP | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | 114SD | 1FVHG3DVXMHMJ6171 | KTP | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | 114SD | 1FVHG3DV1MHMJ6172 | KTP | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | 114SD | 1FVHG3DV7MHMJ6175 | KTP | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | 114SD | 1FVHG3DV0MHMJ6177 | KTP | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | 114SD | 1FVHG3DV2MHMJ6178 | KTP | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | 114SD | 1FVHG3DV6MHMJ6183 | KTP | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | 114SD | 1FVHG3DV7MHMJ6161 | KTP | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | 114SD | 1FVHG3DV0MHMJ6163 | KTP | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | 114SD | 1FVHG3DV5MHMJ6174 | KTP | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | 114SD | 1FVHG3DV9MHMJ6176 | KTP | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | 114SD | 1FVHG3DV0MHMJ6180 | KTP | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | 114SD | 1FVHG3DV8MHMJ6184 | KTP | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | 114SD | 1FVHG3DVXMHMJ6185 | KTP | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | 114SD | 1FVHG3DV3MHMJ6187 | KTP | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | 114SD | 1FVHG3DV7MHMJ6192 | KTP | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | 114SD | 1FVHG3DV1MHMJ6155 | KTP | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | 114SD | 1FVHG3DV7MHMJ6158 | KTP | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | 114SD | 1FVHG3DV8MHMJ6167 | KTP | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | 114SD | 1FVHG3DV1MHMJ6169 | KTP | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | 114SD | 1FVHG3DV3MHMJ6173 | KTP | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | 114SD | 1FVHG3DV4MHMJ6179 | KTP | Undetermined | | Undetermined |

| Ownership type | Year | Make | Model | Identification Number (i.e. VIN, HIN or N-number) | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|---|---|---|
| Leased | 2021 | FRGHT | 114SD | 1FVHG3DV2MHMJ6181 | KTP | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | 114SD | 1FVHG3DV4MHMJ6182 | KTP | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | 114SD | 1FVHG3DV3MHMJ6190 | KTP | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | 114SD | 1FVHG3DV5MHMJ6157 | KTP | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | 114SD | 1FVHG3DV5MHMJ6160 | KTP | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | 114SD | 1FVHG3DV4MHMJ6165 | KTP | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | 114SD | 1FVHG3DV6MHMJ6166 | KTP | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | 114SD | 1FVHG3DVXMHMJ6168 | KTP | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | 114SD | 1FVHG3DV8MHMJ6170 | KTP | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | 114SD | 1FVHG3DV1MHMJ6186 | KTP | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | 114SD | 1FVHG3DV5MHMJ6188 | KTP | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | 114SD | 1FVHG3DV7MHMJ6189 | KTP | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | 114SD | 1FVHG3DV5MHMJ6191 | KTP | Undetermined | | Undetermined |
| Leased | 2021 | CTTRL | CX-9LSFA/4HD | 5E0AA1647MG525703 | LAP | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | PT126 | 3AKJHLDV5MSMM0611 | Upper Valley | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | PT126 | 3AKJHLDV2MSMV0559 | Upper Valley | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | PT126 | 3AKJHLDV9MSMM0613 | Upper Valley | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | PT126 | 3AKJHLDV0MSMM0614 | Upper Valley | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | PT126 | 3AKJHLDV2MSMM0615 | Upper Valley | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | PT126 | 3AKJHLDV9MSMV0560 | Wayne | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | PT126 | 3AKJHLDV9MSMV0557 | UPPER VALLEY | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | PT126 | 3AKJHLDV9MSMS3326 | UPPER VALLEY | Undetermined | | Undetermined |
| Leased | 2021 | FRGHT | PT126 | 3AKJHLDV0MSMV0558 | UPPER VALLEY | Undetermined | | Undetermined |
| Leased | 2022 | CTTRL | CX-9LSFA/2HD | 5E0AA164XNG585301 | Arlington | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DV1NHNG8093 | Arlington | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DV8NHNG8110 | Arlington | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DV9NHNG8097 | Arlington | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DV1NHNG8112 | Arlington | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DV0NHNG8117 | Arlington | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DV3NHNG8094 | Arlington | Undetermined | | Undetermined |

| Ownership type | Year | Make | Model | Identification Number (i.e. VIN, HIN or N-number) | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|---|---|---|
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DV7NHNG8096 | Arlington | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DV5NHNG8095 | Arlington | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DV2NHNG8099 | Arlington | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DV0NHNG8103 | Arlington | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DV7NHNG8115 | Arlington | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DVXNHNG8111 | Arlington | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DV3NHNG8113 | Arlington | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DV7NHNG8101 | Arlington | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DV4NHNG8119 | Arlington | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DV6NHNG8087 | Arlington | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DV0NHNG8098 | Arlington | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DV5NHNG8114 | Arlington | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DV5NHNG8100 | Arlington | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DV9NHNG8102 | Arlington | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DV9NHNG8116 | Arlington | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DV2NHNG8121 | Arlington | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DV4NHNG8055 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DV1NHNG8059 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DV5NHNG8064 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DV2NHNG8068 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DV4NHNG8086 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DVXNHNG8089 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DV8NHNG8057 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DVXNHNG8058 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DV0NHNG8067 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DV4NHNG8069 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DV6NHNG8056 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DV8NHNG8060 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DV8NHNG8091 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DVXNHNG8092 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DV0NHNG8070 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DV2NHNG8071 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DV7NHNG8065 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DV5NHNG8081 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DV9NHNG8083 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DV2NHNG8118 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DV0NHNG8120 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DV2NHNG8054 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DVXNHNG8061 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DV1NHNG8062 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DV3NHNG8063 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DV9NHNG8066 | Bowling Green | Undetermined | | Undetermined |

| Ownership type | Year | Make | Model | Identification Number (i.e. VIN, HIN or N-number) | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|---|---|---|
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DV4NHNG8072 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DV6NHNG8073 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DV3NHNG8080 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DV7NHNG8082 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DV0NHNG8084 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DV2NHNG8085 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DV8NHNG8088 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DV6NHNG8090 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DV5NHNG8128 | Claycomo | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DV7NHNG8129 | Claycomo | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DV3NHNG8127 | Claycomo | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DV3NHNG8130 | Claycomo | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DV9NHNG8052 | Claycomo | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DV7NHNG8048 | Claycomo | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DV1NHNG8126 | Claycomo | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DV5NHNG8078 | Claycomo | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DVXNHNG8108 | Claycomo | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DV3NHNG8077 | Claycomo | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DV8NHNG8107 | Claycomo | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DV3NHNU2051 | Claycomo | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DV0NHNU2055 | Claycomo | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DV4NHNU2057 | Claycomo | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DV1NHNU2064 | Claycomo | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DV3NHNU2065 | Claycomo | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DV9NHNG8049 | Claycomo | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DV2NHNG8104 | Claycomo | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DV6NHNG8106 | Claycomo | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DV2NHNU2056 | Claycomo | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DV6NHNU2058 | Claycomo | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DV4NHNU2060 | Claycomo | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 3ALHG3DV6MDMY0214 | Claycomo | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DV0NHNG8053 | Claycomo | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DVXNHNG8075 | Claycomo | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DV1NHNG8076 | Claycomo | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DV8NHNG8074 | Claycomo | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DV7NHNG8079 | Claycomo | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DV1NHNG8109 | Claycomo | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DV5NHNU2052 | Claycomo | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DV7NHNU2053 | Claycomo | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DV9NHNU2054 | Claycomo | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DV5NHNU2066 | Claycomo | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DV5NHNG8131 | Claycomo | Undetermined | | Undetermined |

| Ownership type | Year | Make | Model | Identification Number (i.e. VIN, HIN or N-number) | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|---|---|---|
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DV5NHNG8050 | Claycomo | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DV7NHNG8051 | Claycomo | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DV4NHNG8105 | Claycomo | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DV8NHNU2059 | Claycomo | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DV6NHNU2061 | Claycomo | Undetermined | | Undetermined |
| Leased | 2022 | LOHRI | LOHR EVO-7PU | 1L9L6CV2XNL593518 | Claycomo | Undetermined | | Undetermined |
| Leased | 2022 | CTTRL | CX-9LSFA/2HD | 5E0AA1646NG625101 | Cottage Grove | Undetermined | | Undetermined |
| Leased | 2022 | CTTRL | CX-9LSFA/2HD | 5E0AA1641NG605113 | Cottage Grove | Undetermined | | Undetermined |
| Leased | 2022 | CTTRL | CX-9LSFA/2HD | 5E0AA1641NG625104 | Cottage Grove | Undetermined | | Undetermined |
| Leased | 2022 | CTTRL | CX-9LSFA/2HD | 5E0AA164XNG625103 | Cottage Grove | Undetermined | | Undetermined |
| Leased | 2022 | CTTRL | CX-9LSFA/2HD | 5E0AA1648NG625102 | Cottage Grove | Undetermined | | Undetermined |
| Leased | 2022 | CTTRL | CX-9LSFA/2HD | 5E0AA1640NG625112 | Flint | Undetermined | | Undetermined |
| Leased | 2022 | CTTRL | CX-9LSFA/2HD | 5E0AA1647NG625205 | Flint | Undetermined | | Undetermined |
| Leased | 2022 | CTTRL | CX-9LSFA/2HD | 5E0AA1640NG625207 | Flint | Undetermined | | Undetermined |
| Leased | 2022 | CTTRL | CX-9LSFA/2HD | 5E0AA1642NG625208 | Flint | Undetermined | | Undetermined |
| Leased | 2022 | CTTRL | CX-9LSFA/2HD | 5E0AA1640NG625210 | Flint | Undetermined | | Undetermined |
| Leased | 2022 | CTTRL | CX-9LSFA/2HD | 5E0AA1649NG638702 | Flint | Undetermined | | Undetermined |
| Leased | 2022 | CTTRL | CX-9LSFA/2HD | 5E0AA1643NG585401 | Flint | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 3ALHG3DV7MDMY0223 | Flint | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 3ALHG3DV9MDMY0224 | Flint | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 3ALHG3DV2MDMY0243 | Flint | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 3ALHG3DV8MDMY0246 | Flint | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 3ALHG3DVXMDMY0247 | Flint | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 3ALHG3DV2MDMY0226 | Flint | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 3ALHG3DV3MDMY0235 | Flint | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 3ALHG3DV5MDMY0236 | Flint | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 3ALHG3DV6MDMY0245 | Flint | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 3ALHG3DV1MDMY0248 | Flint | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 3ALHG3DV3MDMY0249 | Flint | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 3ALHG3DV1MDMY0234 | Flint | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 3ALHG3DVXMDMY0250 | Flint | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 3ALHG3DV1MDMY0251 | Flint | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 3ALHG3DV7MDMY0240 | Flint | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 3ALHG3DV0MDMY0242 | Flint | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 3ALHG3DV4MDMY0244 | Flint | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DV4NHNU2074 | Ft Wayne | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DV9NHNU2071 | Ft Wayne | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DV9NHNU2068 | Ft Wayne | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DV2NHNU2073 | Ft Wayne | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DV6NHNU2075 | Ft Wayne | Undetermined | | Undetermined |
| Leased | 2022 | CTTRL | CX-9LSFA/2HD | 5E0AA1649NG604601 | KTP | Undetermined | | Undetermined |
| Leased | 2022 | CTTRL | CX-9LSFA/2HD | 5E0AA1640NG604602 | KTP | Undetermined | | Undetermined |

| Ownership type | Year | Make | Model | Identification Number (i.e. VIN, HIN or N-number) | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|---|---|---|
| Leased | 2022 | CTTRL | CX-9LSFA/2HD | 5E0AA1646NG604605 | KTP | Undetermined | | Undetermined |
| Leased | 2022 | CTTRL | CX-9LSFA/2HD | 5E0AA164XNG604607 | KTP | Undetermined | | Undetermined |
| Leased | 2022 | CTTRL | CX-9LSFA/2HD | 5E0AA1641NG604608 | KTP | Undetermined | | Undetermined |
| Leased | 2022 | CTTRL | CX-9LSFA/2HD | 5E0AA1649NG605103 | KTP | Undetermined | | Undetermined |
| Leased | 2022 | CTTRL | CX-9LSFA/2HD | 5E0AA1644NG604604 | KTP | Undetermined | | Undetermined |
| Leased | 2022 | CTTRL | CX-9LSFA/2HD | 5E0AA1648NG604606 | KTP | Undetermined | | Undetermined |
| Leased | 2022 | CTTRL | CX-9LSFA/2HD | 5E0AA164XNG604610 | KTP | Undetermined | | Undetermined |
| Leased | 2022 | CTTRL | CX-9LSFA/2HD | 5E0AA1640NG605104 | KTP | Undetermined | | Undetermined |
| Leased | 2022 | CTTRL | CX-9LSFA/2HD | 5E0AA1642NG605105 | KTP | Undetermined | | Undetermined |
| Leased | 2022 | CTTRL | CX-9LSFA/2HD | 5E0AA1646NG605107 | KTP | Undetermined | | Undetermined |
| Leased | 2022 | CTTRL | CX-9LSFA/2HD | 5E0AA164XNG605112 | KTP | Undetermined | | Undetermined |
| Leased | 2022 | CTTRL | CX-9LSFA/2HD | 5E0AA1643NG597502 | KTP | Undetermined | | Undetermined |
| Leased | 2022 | CTTRL | CX-9LSFA/2HD | 5E0AA1647NG597504 | KTP | Undetermined | | Undetermined |
| Leased | 2022 | CTTRL | CX-9LSFA/2HD | 5E0AA1642NG604603 | KTP | Undetermined | | Undetermined |
| Leased | 2022 | CTTRL | CX-9LSFA/2HD | 5E0AA1643NG604609 | KTP | Undetermined | | Undetermined |
| Leased | 2022 | CTTRL | CX-9LSFA/2HD | 5E0AA1645NG605101 | KTP | Undetermined | | Undetermined |
| Leased | 2022 | CTTRL | CX-9LSFA/2HD | 5E0AA1647NG605102 | KTP | Undetermined | | Undetermined |
| Leased | 2022 | CTTRL | CX-9LSFA/2HD | 5E0AA1646NG605110 | KTP | Undetermined | | Undetermined |
| Leased | 2022 | CTTRL | CX-9LSFA/2HD | 5E0AA1641NG597501 | KTP | Undetermined | | Undetermined |
| Leased | 2022 | CTTRL | CX-9LSFA/2HD | 5E0AA1645NG597503 | KTP | Undetermined | | Undetermined |
| Leased | 2022 | CTTRL | CX-9LSFA/2HD | 5E0AA1649NG597505 | KTP | Undetermined | | Undetermined |
| Leased | 2022 | CTTRL | CX-9LSFA/2HD | 5E0AA1644NG605106 | KTP | Undetermined | | Undetermined |
| Leased | 2022 | CTTRL | CX-9LSFA/2HD | 5E0AA1648NG605108 | KTP | Undetermined | | Undetermined |
| Leased | 2022 | CTTRL | CX-9LSFA/2HD | 5E0AA164XNG605109 | KTP | Undetermined | | Undetermined |
| Leased | 2022 | CTTRL | CX-9LSFA/2HD | 5E0AA1648NG605111 | KTP | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DV0NHNU2069 | Wayne | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DV8NHNU2062 | Wayne | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DVXNHNU2063 | Wayne | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DV0NHNU2072 | Wayne | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DV7NHNU2067 | Wayne | Undetermined | | Undetermined |
| Leased | 2022 | FRGHT | 114SD | 1FVHG3DV7NHNU2070 | Wayne | Undetermined | | Undetermined |
| Leased | 2022 | CTTRL | CX-09LSFA 80 | 5E0AA1640NG638801 | Wentzville | Undetermined | | Undetermined |
| Leased | 2022 | CTTRL | CX-09LSFA 80 | 5E0AA1646NG638804 | Wentzville | Undetermined | | Undetermined |
| Leased | 2022 | CTTRL | CX-09LSFA 80 | 5E0AA164XNG638806 | Wentzville | Undetermined | | Undetermined |
| Leased | 2022 | CTTRL | CX-09LSFA 80 | 5E0AA1642NG638802 | Wentzville | Undetermined | | Undetermined |
| Leased | 2022 | CTTRL | CX-09LSFA 80 | 5E0AA1641NG638807 | Wentzville | Undetermined | | Undetermined |
| Leased | 2022 | CTTRL | CX-09LSFA 80 | 5E0AA1643NG638808 | Wentzville | Undetermined | | Undetermined |
| Leased | 2022 | CTTRL | CX-09LSFA 80 | 5E0AA164XNG638904 | Wentzville | Undetermined | | Undetermined |
| Leased | 2022 | CTTRL | CX-09LSFA 80 | 5E0AA1648NG646001 | Wentzville | Undetermined | | Undetermined |
| Leased | 2022 | CTTRL | CX-09LSFA 80 | 5E0AA1643NG646102 | Wentzville | Undetermined | | Undetermined |
| Leased | 2022 | CTTRL | CX-09LSFA 80 | 5E0AA1647NG646104 | Wentzville | Undetermined | | Undetermined |
| Leased | 2022 | CTTRL | CX-09LSFA 80 | 5E0AA1640NG646106 | Wentzville | Undetermined | | Undetermined |

| Ownership type | Year | Make | Model | Identification Number (i.e. VIN, HIN or N-number) | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|---|---|---|
| Leased | 2022 | CTTRL | CX-09LSFA 80 | 5E0AA1642NG646107 | Wentzville | Undetermined | | Undetermined |
| Leased | 2022 | CTTRL | CX-09LSFA 80 | 5E0AA1647NG646202 | Wentzville | Undetermined | | Undetermined |
| Leased | 2022 | CTTRL | CX-09LSFA 80 | 5E0AA1641NG638810 | Wentzville | Undetermined | | Undetermined |
| Leased | 2022 | CTTRL | CX-09LSFA 80 | 5E0AA1641NG646003 | Wentzville | Undetermined | | Undetermined |
| Leased | 2022 | CTTRL | CX-09LSFA 80 | 5E0AA1645NG646005 | Wentzville | Undetermined | | Undetermined |
| Leased | 2022 | CTTRL | CX-09LSFA 80 | 5E0AA1642NG646009 | Wentzville | Undetermined | | Undetermined |
| Leased | 2022 | CTTRL | CX-09LSFA 80 | 5E0AA1640NG646204 | Wentzville | Undetermined | | Undetermined |
| Leased | 2022 | CTTRL | CX-09LSFA 80 | 5E0AA1644NG638803 | Wentzville | Undetermined | | Undetermined |
| Leased | 2022 | CTTRL | CX-09LSFA 80 | 5E0AA1646NG638902 | Wentzville | Undetermined | | Undetermined |
| Leased | 2022 | CTTRL | CX-09LSFA 80 | 5E0AA1648NG638903 | Wentzville | Undetermined | | Undetermined |
| Leased | 2022 | CTTRL | CX-09LSFA 80 | 5E0AA1641NG638905 | Wentzville | Undetermined | | Undetermined |
| Leased | 2022 | CTTRL | CX-09LSFA 80 | 5E0AA1643NG646004 | Wentzville | Undetermined | | Undetermined |
| Leased | 2022 | CTTRL | CX-09LSFA 80 | 5E0AA1647NG646006 | Wentzville | Undetermined | | Undetermined |
| Leased | 2022 | CTTRL | CX-09LSFA 80 | 5E0AA1649NG646007 | Wentzville | Undetermined | | Undetermined |
| Leased | 2022 | CTTRL | CX-09LSFA 80 | 5E0AA1649NG646010 | Wentzville | Undetermined | | Undetermined |
| Leased | 2022 | CTTRL | CX-09LSFA 80 | 5E0AA1641NG646101 | Wentzville | Undetermined | | Undetermined |
| Leased | 2022 | CTTRL | CX-09LSFA 80 | 5E0AA1644NG646108 | Wentzville | Undetermined | | Undetermined |
| Leased | 2022 | CTTRL | CX-09LSFA 80 | 5E0AA1642NG646110 | Wentzville | Undetermined | | Undetermined |
| Leased | 2022 | CTTRL | CX-09LSFA 80 | 5E0AA1642NG646205 | Wentzville | Undetermined | | Undetermined |
| Leased | 2022 | PTRBL | 365 | 1NPSLK9XXND786412 | Wentzville | Undetermined | | Undetermined |
| Leased | 2022 | PTRBL | 365 | 1NPSLK9X7ND786416 | Wentzville | Undetermined | | Undetermined |
| Leased | 2022 | PTRBL | 365 | 1NPSLK9X0ND786418 | Wentzville | Undetermined | | Undetermined |
| Leased | 2022 | PTRBL | 365 | 1NPSLK9X6ND786424 | Wentzville | Undetermined | | Undetermined |
| Leased | 2022 | PTRBL | 365 | 1NPSLK9X1ND786430 | Wentzville | Undetermined | | Undetermined |
| Leased | 2022 | PTRBL | 365 | 1NPSLK9X0ND786435 | Wentzville | Undetermined | | Undetermined |
| Leased | 2022 | PTRBL | 365 | 1NPSLK9X4ND786437 | Wentzville | Undetermined | | Undetermined |
| Leased | 2022 | PTRBL | 365 | 1NPSLK9X6ND786441 | Wentzville | Undetermined | | Undetermined |
| Leased | 2022 | PTRBL | 365 | 1NPSLK9XXND786443 | Wentzville | Undetermined | | Undetermined |
| Leased | 2022 | PTRBL | 365 | 1NPSLK9X3ND786445 | Wentzville | Undetermined | | Undetermined |
| Leased | 2022 | PTRBL | 365 | 1NPSLK9X8ND786408 | Wentzville | Undetermined | | Undetermined |
| Leased | 2022 | PTRBL | 365 | 1NPSLK9X8ND786411 | Wentzville | Undetermined | | Undetermined |
| Leased | 2022 | PTRBL | 365 | 1NPSLK9X1ND786413 | Wentzville | Undetermined | | Undetermined |
| Leased | 2022 | PTRBL | 365 | 1NPSLK9XXND786409 | Wentzville | Undetermined | | Undetermined |
| Leased | 2022 | PTRBL | 365 | 1NPSLK9X3ND786414 | Wentzville | Undetermined | | Undetermined |
| Leased | 2022 | PTRBL | 365 | 1NPSLK9X5ND786415 | Wentzville | Undetermined | | Undetermined |
| Leased | 2022 | PTRBL | 365 | 1NPSLK9X0ND786421 | Wentzville | Undetermined | | Undetermined |
| Leased | 2022 | PTRBL | 365 | 1NPSLK9X4ND786423 | Wentzville | Undetermined | | Undetermined |
| Leased | 2022 | PTRBL | 365 | 1NPSLK9X9ND786434 | Wentzville | Undetermined | | Undetermined |
| Leased | 2022 | PTRBL | 365 | 1NPSLK9X2ND786436 | Wentzville | Undetermined | | Undetermined |
| Leased | 2022 | PTRBL | 365 | 1NPSLK9X6ND786438 | Wentzville | Undetermined | | Undetermined |
| Leased | 2022 | PTRBL | 365 | 1NPSLK9X8ND786439 | Wentzville | Undetermined | | Undetermined |
| Leased | 2022 | PTRBL | 365 | 1NPSLK9X1ND786444 | Wentzville | Undetermined | | Undetermined |

| Ownership type | Year | Make | Model | Identification Number (i.e. VIN, HIN or N-number) | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|---|---|---|
| Leased | 2022 | PTRBL | 365 | 1NPSLK9X9ND786417 | Wentzville | Undetermined | | Undetermined |
| Leased | 2022 | PTRBL | 365 | 1NPSLK9X8ND786425 | Wentzville | Undetermined | | Undetermined |
| Leased | 2022 | PTRBL | 365 | 1NPSLK9X1ND786427 | Wentzville | Undetermined | | Undetermined |
| Leased | 2022 | PTRBL | 365 | 1NPSLK9X3ND786431 | Wentzville | Undetermined | | Undetermined |
| Leased | 2022 | PTRBL | 365 | 1NPSLK9X5ND786446 | Wentzville | Undetermined | | Undetermined |
| Leased | 2022 | PTRBL | 365 | 1NPSLK9X6ND786410 | Wentzville | Undetermined | | Undetermined |
| Leased | 2022 | PTRBL | 365 | 1NPSLK9X2ND786419 | Wentzville | Undetermined | | Undetermined |
| Leased | 2022 | PTRBL | 365 | 1NPSLK9X9ND786420 | Wentzville | Undetermined | | Undetermined |
| Leased | 2022 | PTRBL | 365 | 1NPSLK9X2ND786422 | Wentzville | Undetermined | | Undetermined |
| Leased | 2022 | PTRBL | 365 | 1NPSLK9XXND786426 | Wentzville | Undetermined | | Undetermined |
| Leased | 2022 | PTRBL | 365 | 1NPSLK9X3ND786428 | Wentzville | Undetermined | | Undetermined |
| Leased | 2022 | PTRBL | 365 | 1NPSLK9X5ND786429 | Wentzville | Undetermined | | Undetermined |
| Leased | 2022 | PTRBL | 365 | 1NPSLK9X5ND786432 | Wentzville | Undetermined | | Undetermined |
| Leased | 2022 | PTRBL | 365 | 1NPSLK9X7ND786433 | Wentzville | Undetermined | | Undetermined |
| Leased | 2022 | PTRBL | 365 | 1NPSLK9X4ND786440 | Wentzville | Undetermined | | Undetermined |
| Leased | 2022 | PTRBL | 365 | 1NPSLK9X8ND786442 | Wentzville | Undetermined | | Undetermined |
| Leased | 2022 | PTRBL | 365 | 1NPSLK9X7ND786447 | Wentzville | Undetermined | | Undetermined |
| Leased | 2023 | CTTRL | CX-09LSFA 80 | 5E0AA1648PG890301 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2023 | CTTRL | CX-09LSFA 80 | 5E0AA1644PG899304 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2023 | CTTRL | CX-09LSFA 80 | 5E0AA1645PG899313 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2023 | CTTRL | CX-09LSFA 80 | 5E0AA1647PG899314 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2023 | CTTRL | CX-09LSFA 80 | 5E0AA1646PG855501 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2023 | CTTRL | CX-09LSFA 80 | 5E0AA1646PG858902 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2023 | CTTRL | CX-09LSFA 80 | 5E0AA1646PG859001 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2023 | CTTRL | CX-09LSFA 80 | 5E0AA1648PG859002 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2023 | CTTRL | CX-09LSFA 80 | 5E0AA1641PG890303 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2023 | CTTRL | CX-09LSFA 80 | 5E0AA1645PG890403 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2023 | CTTRL | CX-09LSFA 80 | 5E0AA1647PG890404 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2023 | CTTRL | CX-09LSFA 80 | 5E0AA1649PG899301 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2023 | CTTRL | CX-09LSFA 80 | 5E0AA1642PG899303 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2023 | CTTRL | CX-09LSFA 80 | 5E0AA1648PG899306 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2023 | CTTRL | CX-09LSFA 80 | 5E0AA1641PG899308 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2023 | CTTRL | CX-09LSFA 80 | 5E0AA164XPG899310 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2023 | CTTRL | CX-9LSFA/4HD | 5E0AA1646PG899305 | Bowling Green | Undetermined | | Undetermined |
| Leased | 2023 | FRGHT | 114SD | 1FVHG3FW7PHUF7315 | Claycomo | Undetermined | | Undetermined |
| Leased | 2023 | LOHRI | LOHR EVO-7PU | 1L9L6CV22PL593676 | Claycomo | Undetermined | | Undetermined |
| Leased | 2023 | LOHRI | LOHR EVO-7PU | 1L9L6CV24PL593680 | Claycomo | Undetermined | | Undetermined |
| Leased | 2023 | LOHRI | LOHR EVO-7PU | 1L9L6CV22PL593712 | Claycomo | Undetermined | | Undetermined |
| Leased | 2023 | LOHRI | LOHR EVO-7PU | 1L9L6CV28RL593863 | Claycomo | Undetermined | | Undetermined |
| Leased | 2023 | LOHRI | LOHR EVO-7PU | 1L9L6CV24PL593677 | Claycomo | Undetermined | | Undetermined |
| Leased | 2023 | LOHRI | LOHR EVO-7PU | 1L9L6CV28PL593679 | Claycomo | Undetermined | | Undetermined |
| Leased | 2023 | LOHRI | LOHR EVO-7PU | 1L9L6CV22PL593709 | Claycomo | Undetermined | | Undetermined |

| Ownership type | Year | Make | Model | Identification Number (i.e. VIN, HIN or N-number) | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|---|---|---|
| Leased | 2023 | LOHRI | LOHR EVO-7PU | 1L9L6CV29PL593710 | Claycomo | Undetermined | | Undetermined |
| Leased | 2023 | LOHRI | LOHR EVO-7PU | 1L9L6CV20PL593711 | Claycomo | Undetermined | | Undetermined |
| Leased | 2023 | LOHRI | LOHR EVO-7PU | 1L9L6CV26PL593678 | Claycomo | Undetermined | | Undetermined |
| Leased | 2023 | LOHRI | LOHR EVO-7PU | 1L9L6CV20PL593675 | Claycomo | Undetermined | | Undetermined |
| Leased | 2023 | LOHRI | LOHR G20TLT | 1L9L6CV21RL593090 | Claycomo | Undetermined | | Undetermined |
| Leased | 2023 | LOHRI | LOHR G20TLT | 1L9L6CV28NL593601 | Claycomo | Undetermined | | Undetermined |
| Leased | 2023 | LOHRI | LOHR G20TLT | 1L9L6CV23NL593621 | Claycomo | Undetermined | | Undetermined |
| Leased | 2023 | LOHRI | LOHR G20TLT | 1L9L6CV29NL593607 | Claycomo | Undetermined | | Undetermined |
| Leased | 2023 | LOHRI | LOHR G20TLT | 1L9L6CV24NL593613 | Claycomo | Undetermined | | Undetermined |
| Leased | 2023 | LOHRI | LOHR G20TLT | 1L9L6CV21NL593617 | Claycomo | Undetermined | | Undetermined |
| Leased | 2023 | LOHRI | LOHR G20TLT | 1L9L6CV22NL593612 | Claycomo | Undetermined | | Undetermined |
| Leased | 2023 | LOHRI | LOHR G20TLT | 1L9L6CV23NL593618 | Claycomo | Undetermined | | Undetermined |
| Leased | 2023 | LOHRI | LOHR G20TLT | 1L9L6CV27NL593606 | Claycomo | Undetermined | | Undetermined |
| Leased | 2023 | LOHRI | LOHR G20TLT | 1L9L6CV22NL593609 | Claycomo | Undetermined | | Undetermined |
| Leased | 2023 | LOHRI | LOHR G20TLT | 1L9L6CV20NL593611 | Claycomo | Undetermined | | Undetermined |
| Leased | 2023 | LOHRI | LOHR G20TLT | 1L9L6CV26NL593614 | Claycomo | Undetermined | | Undetermined |
| Leased | 2023 | LOHRI | LOHR G20TLT | 1L9L6CV28NL593615 | Claycomo | Undetermined | | Undetermined |
| Leased | 2023 | LOHRI | LOHR G20TLT | 1L9L6CV21NL593620 | Claycomo | Undetermined | | Undetermined |
| Leased | 2023 | LOHRI | LOHR G20TLT | 1L9L6CV23NL593604 | Claycomo | Undetermined | | Undetermined |
| Leased | 2023 | LOHRI | LOHR G20TLT | 1L9L6CV20NL593608 | Claycomo | Undetermined | | Undetermined |
| Leased | 2023 | LOHRI | LOHR G20TLT | 1L9L6CV25NL593605 | Claycomo | Undetermined | | Undetermined |
| Leased | 2023 | LOHRI | LOHR G20TLT | 1L9L6CV2XNL593616 | Claycomo | Undetermined | | Undetermined |
| Leased | 2023 | LOHRI | LOHR G20TLT | 1L9L6CV25NL593619 | Claycomo | Undetermined | | Undetermined |
| Leased | 2023 | LOHRI | LOHR G20TLT | 1L9L6CV29NL593610 | Claycomo | Undetermined | | Undetermined |
| Leased | 2023 | FRGHT | 114SD | 1FVHG3DV0PHUF6890 | Ft Wayne | Undetermined | | Undetermined |
| Leased | 2023 | FRGHT | 114SD | 1FVHG3DV4PHUF6889 | Ft Wayne | Undetermined | | Undetermined |
| Leased | 2023 | FRGHT | 114SD | 1FVHG3DV2PHUF6891 | Ft Wayne | Undetermined | | Undetermined |
| Leased | 2023 | FRGHT | 114SD | 1FVHG3DVXPHUF6895 | Ft Wayne | Undetermined | | Undetermined |
| Leased | 2023 | FRGHT | 114SD | 1FVHG3DV6PHUF6893 | Storage | - | | Undetermined |
| Leased | 2023 | FRGHT | 114SD | 1FVHG3DV4PHUF6892 | Storage | - | | Undetermined |
| Leased | 2023 | FRGHT | 114SD | 1FVHG3DV2PHUF6888 | Wayne | Undetermined | | Undetermined |
| Leased | 2023 | FRGHT | 114SD | 1FVHG3DV1PHUF6901 | Wayne | Undetermined | | Undetermined |
| Leased | 2024 | CTTRL | CS-8504 | 5E0AP1743RG963901 | Arlington | Undetermined | | Undetermined |
| Leased | 2024 | CTTRL | CX-9LSFA/2HD | 5E0AA1641RG975502 | Arlington | Undetermined | | Undetermined |
| Leased | 2024 | CTTRL | CX-9LSFA/2HD | 5E0AA1644RG991001 | Arlington | Undetermined | | Undetermined |
| Leased | 2024 | CTTRL | CX-9LSFA/2HD | 5E0AA164XRG991004 | Arlington | Undetermined | | Undetermined |
| Leased | 2024 | CTTRL | CX-9LSFA/2HD | 5E0AA1640RG000702 | Arlington | Undetermined | | Undetermined |
| Leased | 2024 | CTTRL | CX-9LSFA/2HD | 5E0AA1643RG975503 | Arlington | Undetermined | | Undetermined |
| Leased | 2024 | CTTRL | CX-9LSFA/2HD | 5E0AA1645RG975504 | Arlington | Undetermined | | Undetermined |
| Leased | 2024 | CTTRL | CX-9LSFA/2HD | 5E0AA1646RG991002 | Arlington | Undetermined | | Undetermined |
| Leased | 2024 | CTTRL | CX-9LSFA/2HD | 5E0AA1648RG991003 | Arlington | Undetermined | | Undetermined |
| Leased | 2024 | CTTRL | CX-9LSFA/2HD | 5E0AA1642RG000703 | Arlington | Undetermined | | Undetermined |

| Ownership type | Year | Make | Model | Identification Number (i.e. VIN, HIN or N-number) | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|---|---|---|
| Leased | 2024 | CTTRL | CX-9LSFA/2HD | 5E0AA164XRG975501 | Arlington | Undetermined | | Undetermined |
| Leased | 2024 | CTTRL | CX-9LSFA/2HD | 5E0AA1649RG000701 | Arlington | Undetermined | | Undetermined |
| Leased | 2024 | CTTRL | CX-9LSFA/2HD | 5E0AA1644RG000704 | Arlington | Undetermined | | Undetermined |
| Leased | 2024 | PTRBL | 220 | 3BPPKL8X6RF595768 | Arlington | Undetermined | | Undetermined |
| Leased | 2024 | FRGHT | LOHR EVO-7PU | 1L9L6CV25RL593884 | Claycomo | Undetermined | | Undetermined |
| Leased | 2024 | FRGHT | LOHR EVO-7PU | 1L9L6CV27RL593885 | Claycomo | Undetermined | | Undetermined |
| Leased | 2024 | FRGHT | LOHR EVO-7PU | 1L9L6CV28RL593880 | Claycomo | Undetermined | | Undetermined |
| Leased | 2024 | LOHRI | LOHR EVO-7PU | 1L9L6CV23RL593866 | Claycomo | Undetermined | | Undetermined |
| Leased | 2024 | LOHRI | LOHR EVO-7PU | 1L9L6CV25RL593867 | Claycomo | Undetermined | | Undetermined |
| Leased | 2024 | LOHRI | LOHR EVO-7PU | 1L9L6CV21RL593865 | Claycomo | Undetermined | | Undetermined |
| Leased | 2024 | LOHRI | LOHR EVO-7PU | 1L9L6CV27RL593868 | Claycomo | Undetermined | | Undetermined |
| Leased | 2024 | LOHRI | LOHR EVO-7PU | 1L9L6CV22RL593860 | Claycomo | Undetermined | | Undetermined |
| Leased | 2024 | LOHRI | LOHR EVO-7PU | 1L9L6CV26RL593862 | Claycomo | Undetermined | | Undetermined |
| Leased | 2024 | LOHRI | LOHR EVO-7PU | 1L9L6CV26RL593859 | Claycomo | Undetermined | | Undetermined |
| Leased | 2024 | LOHRI | LOHR EVO-7PU | 1L9L6CV25RL593870 | Claycomo | Undetermined | | Undetermined |
| Leased | 2024 | LOHRI | LOHR EVO-7PU | 1L9L6CV22RL593874 | Claycomo | Undetermined | | Undetermined |
| Leased | 2024 | LOHRI | LOHR EVO-7PU | 1L9L6CV26RL593876 | Claycomo | Undetermined | | Undetermined |
| Leased | 2024 | LOHRI | LOHR EVO-7PU | 1L9L6CV23RL593883 | Claycomo | Undetermined | | Undetermined |
| Leased | 2024 | LOHRI | LOHR EVO-7PU | 1L9L6CV20RL593856 | Claycomo | Undetermined | | Undetermined |
| Leased | 2024 | LOHRI | LOHR EVO-7PU | 1L9L6CV24RL593858 | Claycomo | Undetermined | | Undetermined |
| Leased | 2024 | LOHRI | LOHR EVO-7PU | 1L9L6CV24RL593875 | Claycomo | Undetermined | | Undetermined |
| Leased | 2024 | LOHRI | LOHR EVO-7PU | 1L9L6CV28RL593877 | Claycomo | Undetermined | | Undetermined |
| Leased | 2024 | LOHRI | LOHR EVO-7PU | 1L9L6CV21RL593879 | Claycomo | Undetermined | | Undetermined |
| Leased | 2024 | LOHRI | LOHR EVO-7PU | 1L9L6CV2XRL593864 | Claycomo | Undetermined | | Undetermined |
| Leased | 2024 | LOHRI | LOHR EVO-7PU | 1L9L6CV24RL593861 | Claycomo | Undetermined | | Undetermined |
| Leased | 2024 | LOHRI | LOHR EVO-7PU | 1L9L6CV27RL593871 | Claycomo | Undetermined | | Undetermined |
| Leased | 2024 | LOHRI | LOHR EVO-7PU | 1L9L6CV22RL593872 | Claycomo | Undetermined | | Undetermined |
| Leased | 2024 | LOHRI | LOHR EVO-7PU | 1L9L6CV20RL593873 | Claycomo | Undetermined | | Undetermined |
| Leased | 2024 | LOHRI | LOHR EVO-7PU | 1L9L6CV29RL593869 | Claycomo | Undetermined | | Undetermined |
| Leased | 2024 | LOHRI | LOHR EVO-7PU | 1L9L6CV22RL593857 | Claycomo | Undetermined | | Undetermined |
| Leased | 2024 | LOHRI | LOHR EVO-7PU | 1L9L6CV2XRL593878 | Claycomo | Undetermined | | Undetermined |
| Leased | 2024 | LOHRI | LOHR EVO-7PU | 1L9L6CV22RL593888 | Wayne | Undetermined | | Undetermined |
| Leased | 2024 | LOHRI | LOHR EVO-7PU | 1L9L6CV2XRL593881 | Wayne | Undetermined | | Undetermined |
| Leased | 2024 | LOHRI | LOHR EVO-7PU | 1L9L6CV21RL593882 | Wayne | Undetermined | | Undetermined |
| Leased | 2024 | LOHRI | LOHR EVO-7PU | 1L9L6CV22RL593891 | Wayne | Undetermined | | Undetermined |
| Leased | 2024 | LOHRI | LOHR EVO-7PU | 1L9L6CV29RL593886 | Wayne | Undetermined | | Undetermined |
| Leased | 2024 | LOHRI | LOHR EVO-7PU | 1L9L6CV2XRL593895 | Wayne | Undetermined | | Undetermined |
| Leased | 2024 | LOHRI | LOHR EVO-7PU | 1L9L6CV24RL593889 | Wayne | Undetermined | | Undetermined |
| Leased | 2024 | LOHRI | LOHR EVO-7PU | 1L9L6CV24RL593908 | Wayne | Undetermined | | Undetermined |
| Leased | 2024 | PTRBL | 114SD | 1NPSLK9X5RD673845 | Wentzville | Undetermined | | Undetermined |
| Leased | 2024 | PTRBL | 114SD | 1NPSLK9X3RD673844 | Wentzville | Undetermined | | Undetermined |
| Leased | 2024 | PTRBL | 114SD | 1NPSLK9X9RD673847 | Wentzville | Undetermined | | Undetermined |

| Ownership type | Year | Make | Model | Identification Number (i.e. VIN, HIN or N-number) | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|---|---|---|
| Leased | 2024 | PTRBL | 114SD | 1NPSLK9X7RD673846 | Wentzville | Undetermined | | Undetermined |
| Leased | 2024 | PTRBL | 114SD | 1NPSLK9X0RD673848 | Wentzville | Undetermined | | Undetermined |
| Leased | 2025 | CTTRL | CX-9LS2/4HD | 5E0AA164XSG118701 | Arlington | Undetermined | | Undetermined |
| Leased | 2025 | CTTRL | CX-9LSFA/2HD | 5E0AA1643SG118703 | Arlington | Undetermined | | Undetermined |
| Leased | 2025 | CTTRL | CX-9LSFA/2HD | 5E0AA1646SG118601 | Arlington | Undetermined | | Undetermined |
| Leased | 2025 | CTTRL | CX-9LSFA/2HD | 5E0AA1643SG118605 | Arlington | Undetermined | | Undetermined |
| Leased | 2025 | CTTRL | CX-9LSFA/2HD | 5E0AA164XSG118603 | Arlington | Undetermined | | Undetermined |
| Leased | 2025 | CTTRL | CX-9LSFA/2HD | 5E0AA1645SG118704 | Arlington | Undetermined | | Undetermined |
| Leased | 2025 | CTTRL | CX-9LSFA/2HD | 5E0AA1648SG118602 | Arlington | Undetermined | | Undetermined |
| Leased | 2025 | CTTRL | CX-9LSFA/2HD | 5E0AA1641SG118604 | Arlington | Undetermined | | Undetermined |
| Leased | 2025 | CTTRL | CX-9LSFA/2HD | 5E0AA1641SG118702 | Arlington | Undetermined | | Undetermined |
| Leased | 2025 | CTTRL | CX-9LSFA/2HD | 5E0AA1647SG118705 | Arlington | Undetermined | | Undetermined |
| Leased | 2025 | LOHRI | LOHR EVO-7PU | 1L9L6CV2XSL593045 | Ft Wayne | Undetermined | | Undetermined |
| Leased | 2025 | LOHRI | LOHR EVO-7PU | 1L9L6CV23SL593047 | Ft Wayne | Undetermined | | Undetermined |
| Leased | 2025 | LOHRI | LOHR EVO-7PU | 1L9L6CV26SL593043 | Ft Wayne | Undetermined | | Undetermined |
| Leased | 2025 | LOHRI | LOHR EVO-7PU | 1L9L6CV20SL593040 | Ft Wayne | Undetermined | | Undetermined |
| Leased | 2025 | LOHRI | LOHR EVO-7PU | 1L9L6CV24SL593042 | Ft Wayne | Undetermined | | Undetermined |
| Leased | 2025 | LOHRI | LOHR EVO-7PU | 1L9L6CV28SL593044 | Ft Wayne | Undetermined | | Undetermined |
| Leased | 2025 | LOHRI | LOHR EVO-7PU | 1L9L6CV25SL593048 | Ft Wayne | Undetermined | | Undetermined |
| Leased | 2025 | LOHRI | LOHR EVO-7PU | 1L9L6CV21SL593046 | Ft Wayne | Undetermined | | Undetermined |
| Leased | 2025 | LOHRI | LOHR EVO-7PU | 1L9L6CV22SL593041 | Ft Wayne | Undetermined | | Undetermined |
| Leased | 2025 | CTTRL | CX-9LSFA/2HD | 5E0AA1647SG128201 | Wentzville | Undetermined | | Undetermined |
| Leased | 2025 | CTTRL | CX-9LSFA/2HD | 5E0AA1642SG128204 | Wentzville | Undetermined | | Undetermined |
| Leased | 2025 | CTTRL | CX-9LSFA/2HD | 5E0AA1640SG128203 | Wentzville | Undetermined | | Undetermined |
| Leased | 2025 | CTTRL | CX-9LSFA/2HD | 5E0AA1644SG128205 | Wentzville | Undetermined | | Undetermined |
| Owned | 0 | TFI | 16' TRAILER | 17YBP1625YB019852 | Arlington | $0.00 | | Undetermined |
| Owned | 0 | CHEV | SILVERADO P/U | 1GCEC14W0YZ363567 | Fairfax | $0.00 | | Undetermined |
| Owned | 0 | GMC | SIERRA P/U | 1GTEK19T0YE108006 | Fairfax | $0.00 | | Undetermined |
| Owned | 0 | GMC | PICKUP | 1GTGC24R8YR171189 | Flint | $0.00 | | Undetermined |
| Owned | 0 | GMC | PICKUP | 1GTGC24R6YR171305 | Wayne | $0.00 | | Undetermined |
| Owned | 0 | GMC | SIERRA P/U | 1GTGC34R5YR201853 | Wayne | $0.00 | | Undetermined |
| Owned | 1 | GMC | PICKUP | 1GTHC24U81E236161 | Wentzville | $0.00 | | Undetermined |
| Owned | 2 | GMC | SIERRA PU | 2GTEK19T421226665 | Detroit Chassis | $0.00 | | Undetermined |
| Owned | 2 | TOYO | HIGHLANDER | JTEGF21AX20053142 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2 | CHEV | SILVERADO P/U | 2GCEC19TX21177386 | Port Jersey - old location - unknown | $0.00 | | Undetermined |
| Owned | 2 | CHVRL | VAN | 1GAHG39R521142853 | Wentzville | $0.00 | | Undetermined |
| Owned | 2 | GMC | SAVANNA VAN | 1GKFG65R721153993 | Wentzville | $0.00 | | Undetermined |
| Owned | 2 | TOYO | 4 RUNNER | JT3HN87RX29067862 | Wentzville | $0.00 | | Undetermined |
| Owned | 3 | FORD | E350 PASS VAN | 1FBNE31L73HA66833 | Atlanta | $0.00 | | Undetermined |
| Owned | 3 | CHEV | SILVERADO P/U | 1GCEK19T73E198196 | Flint | $0.00 | | Undetermined |
| Owned | 3 | CLUBCAR | GOLF CART | AG0319-282664 | Wentzville | $0.00 | | Undetermined |

| Ownership type | Year | Make | Model | Identification Number (i.e. VIN, HIN or N-number) | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|---|---|---|
| Owned | 4 | CHEV | SILVERADO P/U | 1GCEK19T24Z267497 | Arlington | $0.00 | | Undetermined |
| Owned | 4 | CHEV | COLORADO P/U | 1GCDS136248210611 | Fairfax | $0.00 | | Undetermined |
| Owned | 4 | GMC | YUKON XL | 1GKGK26U14R171991 | Fairfax | $2,306.99 | | Undetermined |
| Owned | 4 | FORD | PICKUP | 1FTRX14W64FA17430 | Wayne | $0.00 | | Undetermined |
| Owned | 5 | CHEV | SILVERADO P/U | 1GCHK29U25E326715 | Cottage Grove | $0.00 | | Undetermined |
| Owned | 5 | HYST | FORKLIFT | F187V05483D | Cottage Grove | $0.00 | | Undetermined |
| Owned | 5 | CHEV | PASS. VAN | 1GAHG35U451262383 | Fairfax | $0.00 | | Undetermined |
| Owned | 5 | CHEV | SILVERADO P/U - diesel | 1GCHK23205F905266 | Fairfax | $0.00 | | Undetermined |
| Owned | 5 | CHEV | VAN | 1GAHG35UX51221191 | Port Jersey - old location - unknown | $0.00 | | Undetermined |
| Owned | 5 | GMC | ENVOY | 1GKET16SX56172993 | Wentzville | $0.00 | | Undetermined |
| Owned | 6 | GMC | HICUBE VAN | 1GDHG31U061902079 | Arlington | $0.00 | | Undetermined |
| Owned | 6 | GMC | PICKUP | 1GTCS148668253668 | Avon Lake | $0.00 | | Undetermined |
| Owned | 6 | CHEV | IMPALA | 2G1WD58C169232575 | Claycomo | $0.00 | | Undetermined |
| Owned | 6 | FORD | E350 BOX VAN | 1FDWE35LX6DA17188 | Claycomo | $0.00 | | Undetermined |
| Owned | 6 | GMC | VAN - USED | 1GDHG31U361901766 | Flint | $0.00 | | Undetermined |
| Owned | 6 | CHEV | VAN | 1GAHG35U561273491 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 6 | GMC | HICUBE VAN | 1GDHG31U561901820 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 6 | TOYO | 4RUNNER | JTEBU14R168058412 | Georgetown | $0.00 | | Undetermined |
| Owned | 6 | FORD | E350 BOX VAN | 1FDWE35L06HB13033 | Jessup - old location - unknown | $0.00 | | Undetermined |
| Owned | 6 | FORD | E250 VAN | 1FTNE24W36DA43038 | KTP | $0.00 | | Undetermined |
| Owned | 6 | CHEV | SILVERADO P/U | 3GCEC14X46G197690 | Lansing | $0.00 | | Undetermined |
| Owned | 6 | GMC | VAN - USED | 1GDHG31U361901444 | Lansing | $0.00 | | Undetermined |
| Owned | 6 | TOYO | TACOMA P/U | 5TETX22N76Z234643 | Lansing | $0.00 | | Undetermined |
| Owned | 6 | FORD | VAN | 1FDWE35L66HA76425 | LAP | $0.00 | | Undetermined |
| Owned | 6 | CHEV | SILVERADO P/U | 1GCEC14X06Z296099 | Wentzville | $0.00 | | Undetermined |
| Owned | 6 | CHEV | VAN | 1GAHG35U161181116 | Wentzville | $0.00 | | Undetermined |
| Owned | 7 | BUICK | LUCERNE | 1G4HP57247U214281 | Arlington | $0.00 | | Undetermined |
| Owned | 7 | CHEV | IMPALA | 2G1WT58K679100858 | Arlington | $0.00 | | Undetermined |
| Owned | 7 | GMC | HICUBE VAN | 1GDHG31U971901496 | Cottage Grove | $0.00 | | Undetermined |
| Owned | 7 | CHEV | COLORADO P/U | 1GCCS149678181638 | Fairfax | $0.00 | | Undetermined |
| Owned | 7 | CHEV | SILVERADO P/U | 1GCHC24U77E119096 | Flint | $0.00 | | Undetermined |
| Owned | 7 | CHEV | PASS VAN | 1GNFH15TX71158501 | Jessup - old location - unknown | $0.00 | | Undetermined |
| Owned | 7 | CHEV | IMPALA | 2G1WU58RX79228143 | Lansing | $0.00 | | Undetermined |
| Owned | 7 | GMC | HICUBE VAN | 1GDHG31U471900773 | Lansing | $0.00 | | Undetermined |
| Owned | 7 | TUSK | FORKLIFT | 215249A | Lansing | $0.00 | | Undetermined |
| Owned | 7 | GMC | HICUBE VAN | 1GDHG31U571900779 | Wayne | $0.00 | | Undetermined |
| Owned | 7 | GMC | HI-CUBE VAN | 1GDHG31U971900509 | Wayne | $0.00 | | Undetermined |
| Owned | 7 | GMC | HICUBE VAN | 1GDHG31U471900465 | Chicago | $0.00 | | Undetermined |
| Owned | 8 | CHEV | UPLANDER VAN | 1GNDU23W08D177483 | Bowling Green | $0.00 | | Undetermined |

| Ownership type | Year | Make | Model | Identification Number (i.e. VIN, HIN or N-number) | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|---|---|---|
| Owned | 8 | CHEV | AVALANCHE | 3GNEC12J48G110296 | Fairfax | $0.00 | | Undetermined |
| Owned | 8 | FORD | EDGE | 2FMDK38C08BA83804 | Flint | $704.37 | | Undetermined |
| Owned | 8 | FORD | VAN - USED | 1FBNE31L68DB14837 | KTP | $0.00 | | Undetermined |
| Owned | 8 | FORD | VAN - USED | 1FBNE31L28DA84610 | KTP | $0.00 | | Undetermined |
| Owned | 8 | CHEV | SILVERADO P/U | 1GCEC14X58Z225337 | Lansing | $0.00 | | Undetermined |
| Owned | 8 | FORD | ESCAPE | 1FMCU94148KE85893 | LAP | $0.00 | | Undetermined |
| Owned | 8 | CHEV | SILVERADO P/U | 1GCEK19058Z207211 | Wayne | $0.00 | | Undetermined |
| Owned | 8 | FORD | E150 VAN | 1FMNE11L98DA34119 | Wayne | $0.00 | | Undetermined |
| Owned | 8 | FORD | F150 PICKUP | 1FTPX14V58FB86066 | Wayne | $0.00 | | Undetermined |
| Owned | 8 | GMC | CANYON PU | 1GTCS13E088126067 | Wentzville | $0.00 | | Undetermined |
| Owned | 8 | CHEV | EQUINOX | 2CNDL537786047653 | | $0.00 | | Undetermined |
| Owned | 9 | FORD | F250 PICKUP - Diesel | 1FTSW21R59EA17585 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 9 | FORD | RANGER | 1FTYR15E99PA12431 | LAP | $0.00 | | Undetermined |
| Owned | 9 | TOYO | TACOMA P/U | 5TENX22N19Z601601 | LAP | $0.00 | | Undetermined |
| Owned | 10 | TOYO | TUNDRA PU | 5TFRM5F13BX020648 | Columbia | $0.00 | | Undetermined |
| Owned | 11 | CHEV | SILVERADO P/U | 3GCPKSE39BG208786 | Arlington | $0.00 | | Undetermined |
| Owned | 11 | GMC | SIERRA P/U | 3GTP1VE07BG123259 | Arlington | $1,445.22 | | Undetermined |
| Owned | 11 | CHEV | SILVERADO P/U | 1GC2KVCG6BZ377231 | Avon Lake | $0.00 | | Undetermined |
| Owned | 11 | BUICK | ENCLAVE | 5GAKRBED4BJ271311 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 11 | FORD | F150 PICKUP | 1FTMF1CF7BFC39518 | KTP | $0.00 | | Undetermined |
| Owned | 11 | FORD | F150 PICKUP | 1FTFW1ETXBFC33952 | LAP | $0.00 | | Undetermined |
| Owned | 11 | CHEV | SILVERADO P/U | 1GC2KXC87BZ341617 | Wentzville | $0.00 | | Undetermined |
| Owned | 11 | FORD | TAURUS | 1FAHP2EW6BG189132 | Wentzville | $0.00 | | Undetermined |
| Owned | 12 | GMC | SAVANA PASS. VAN | 1GJZ7ZFA0C1121836 | Arlington | $0.00 | | Undetermined |
| Owned | 12 | CHEV | CRUZE SEDAN | 1G1PK5SC7C7193622 | Claycomo | $0.00 | | Undetermined |
| Owned | 12 | FORD | F250 PICKUP | 1FT7W2BT5CEA10773 | Cottage Grove | $0.00 | | Undetermined |
| Owned | 12 | FORD | F250 PICKUP | 1FT7W2B6XCEC85291 | Detroit Chassis | $0.00 | | Undetermined |
| Owned | 12 | CHEV | SILVERADO P/U | 1GCRKSE76CZ146910 | Fairfax | $0.00 | | Undetermined |
| Owned | 12 | CHEV | SILVERADO P/U | 1GCRKSE71CZ323010 | Fairfax | $0.00 | | Undetermined |
| Owned | 12 | CHEV | EQUINOX | 2GNFLEEK0C6363085 | | $0.00 | | Undetermined |
| Owned | 13 | FORD | F150 PICKUP | 1FTMF1CM6DKD52613 | Claycomo | $0.00 | | Undetermined |
| Owned | 13 | FORD | F150 PICKUP | 1FTFW1EF0DFD66846 | Claycomo | $0.00 | | Undetermined |
| Owned | 13 | FORD | F350 PICKUP | 1FTRF3B66DEA90434 | Fairfax | $0.00 | | Undetermined |
| Owned | 13 | CHEV | SILVERADO P/U | 1GCRKSE79DZ324603 | Ft Wayne | $3,855.95 | | Undetermined |
| Owned | 13 | CHVRL | 3500 PASS VAN | 1GAZG1FG8D1143798 | Ft Wayne | $5,002.27 | | Undetermined |
| Owned | 14 | TOYO | SIENNA VAN | 5TDKK3DC3ES459889 | Arlington | $0.00 | | Undetermined |
| Owned | 14 | CHEV | EXPRESS VAN | 1GCSGAFX4E1202131 | Fairfax | $5,368.24 | | Undetermined |
| Owned | 14 | CHEV | SILVERADO P/U | 1GCNKPEH1EZ197965 | Flint | $0.00 | | Undetermined |
| Owned | 14 | FORD | E350 PASS VAN | 1FBSS3BL8EDA71351 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 14 | FORD | ESCAPE | 1FMCU0J95EUA12610 | Wayne | $2,774.14 | | Undetermined |
| Owned | 14 | GMC | SAVANA PASS. VAN | 1GJZ7ZFG5E1173406 | Wentzville | $0.00 | | Undetermined |
| Owned | 14 | CHEV | SILVERADO P/U | 1GCVKPEH0EZ127857 | | $0.00 | | Undetermined |

| Ownership type | Year | Make | Model | Identification Number (i.e. VIN, HIN or N-number) | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|---|---|---|
| Owned | 14 | FORD | FLEX STATION WAGON | 2FMGK5C89EBD32351 | | $0.00 | | Undetermined |
| Owned | 14 | GMC | SIERRA PU | 1GTN2TEC6EZ296908 | | $0.00 | | Undetermined |
| Owned | 15 | TOYO | TACOMA P/U | 5TFUX4EN8FX032011 | Avon Lake | $0.00 | | Undetermined |
| Owned | 15 | CHEV | SILVERADO P/U | 3GCUKREC8FG243420 | Fairfax | $1,828.85 | | Undetermined |
| Owned | 15 | FORD | TRANSIT 150 VAN | 1FTNE2CM6FKA22423 | KTP | $5,204.67 | | Undetermined |
| Owned | 15 | CHEV | MALIBU | 1G11B5SLXFF310741 | Lansing | $0.00 | | Undetermined |
| Owned | 15 | CHEV | TRAVERSE | 1GNKVGKD5FJ166110 | Wentzville | $0.00 | | Undetermined |
| Owned | 15 | CHEV | SILVERADO P/U | 3GCUKSEC5FG477182 | | $0.00 | | Undetermined |
| Owned | 16 | KIA | SPORTAGE | KNDPB3AC1G7834220 | Arlington | $0.00 | | Undetermined |
| Owned | 16 | FORD | T350 PASS VAN | 1FBZX2ZM8GKB28218 | Claycomo | $0.00 | | Undetermined |
| Owned | 16 | FORD | T350 PASS VAN | 1FBZX2ZM7GKB00457 | Claycomo | $2,651.56 | | Undetermined |
| Owned | 16 | FORD | T350 PASS VAN | 1FBZX2ZM9GKA74346 | Claycomo | $7,133.10 | | Undetermined |
| Owned | 16 | FORD | T350 PASS VAN | 1FBZX2ZM9GKA64061 | Claycomo | $10,350.36 | | Undetermined |
| Owned | 16 | CHEV | 2500 EXPRESS CARGO VAN | 1GCWGAFF6G1123264 | Ft Wayne | $3,888.89 | | Undetermined |
| Owned | 16 | FORD | T350 PASS VAN | 1FBZX2ZM9GKB08124 | LAP | $4,597.39 | | Undetermined |
| Owned | 17 | FORD | T350 PASS VAN | 1FBZX2ZM6HKA08130 | Claycomo | $0.00 | | Undetermined |
| Owned | 17 | FORD | T350 PASS VAN | 1FBZX2ZM3HKA10983 | Claycomo | $1,679.30 | | Undetermined |
| Owned | 17 | FORD | T350 PASS VAN | 1FBZX2ZM1HKA14708 | Claycomo | $0.00 | | Undetermined |
| Owned | 17 | FORD | T350 PASS VAN | 1FBZX2ZM4HKB07464 | Claycomo | $2,531.63 | | Undetermined |
| Owned | 17 | FORD | T350 PASS VAN | 1FBZX2ZM0HKA83907 | Claycomo | $0.00 | | Undetermined |
| Owned | 17 | CHVRL | 2500 EXPRESS PASS VAN | 1GCWGAFF4H1138637 | Fairfax | $0.00 | | Undetermined |
| Owned | 17 | CHVRL | 3500 EXPRESS VAN | 1GAZGPFG7H1240693 | Ft Wayne | $2,289.68 | | Undetermined |
| Owned | 17 | CHVRL | 3500 EXPRESS VAN | 1GAZGPFG1H1127029 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 17 | CHVRL | 3500 EXPRESS VAN | 1GAZGPFG7H1226826 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 17 | CHVRL | 3500 EXPRESS VAN | 1GAZGPFG0H1338996 | Wentzville | $0.00 | | Undetermined |
| Owned | 17 | CHVRL | EXPRESS PASS VAN | 1GAZGPFF4H1239458 | Wentzville | $0.00 | | Undetermined |
| Owned | 17 | CHVRL | EXPRESS PASS VAN | 1GAZGPFF0H1277995 | Wentzville | $0.00 | | Undetermined |
| Owned | 18 | CHVRL | 2500 EXPRESS PASS VAN | 1GCWGAFG9J1340954 | Fairfax | $0.00 | | Undetermined |
| Owned | 18 | CHEV | TAHOE | 1GNSCCKCXJR364035 | | $0.00 | | Undetermined |
| Owned | 18 | FORD | F-150 PICKUP | 1FTEW1E58JFA85232 | | $0.00 | | Undetermined |
| Owned | 18 | GMC | SIERRA | 1GTV2LEH9JZ236191 | | $0.00 | | Undetermined |
| Owned | 19 | CHVRL | EXPRESS 350 VAN | 1GAZGPFG4K1172828 | Arlington | $0.00 | | Undetermined |
| Owned | 19 | FORD | F350 SRW CREW CAB PICKUP | 1FD8W3B68KEG54542 | | $6,771.10 | | Undetermined |
| Owned | 19 | GMC | YUKON | 1GKS2BKC7KR369012 | | $0.00 | | Undetermined |
| Owned | 20 | FORD | F150 PICKUP | 1FTEW1E45LFB44263 | | $8,010.29 | | Undetermined |
| Owned | 88 | GMC | TRACTOR | 4GDP9C1P1JV701582 | Arlington | $0.00 | | Undetermined |
| Owned | 91 | NISSAN | FORKLIFT | GPW02-002173 | Fairfax | $0.00 | | Undetermined |
| Owned | 94 | GMC | 3500 SERVICE TRK | 1GDHG31K8RF526012 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 94 | GMC | TIRE TRUCK | 1GDHC34K8RE533233 | Lansing | $0.00 | | Undetermined |
| Owned | 95 | GMC | SIERRA 3500 PICKUP | 1GDJC34K5SE504053 | Claycomo | $0.00 | | Undetermined |
| Owned | 99 | FRHT | UTILMASTER | 4UZA5FAC4XCA64289 | Avon Lake | $0.00 | | Undetermined |
| Owned | 1969 | ALLIS CHALMERS | ACP60-2PS FORKLIFT | AEC86077 | Arlington | $0.00 | | Undetermined |

| Ownership type | Year | Make | Model | Identification Number (i.e. VIN, HIN or N-number) | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|---|---|---|
| Owned | 1985 | STURT | M191 | 1TRDA2488FR000028 | Georgetown | $0.00 | | Undetermined |
| Owned | 1989 | BNKHD | 5C FLATBED | 1BWA53204KC007608 | Avon Lake | $0.00 | | Undetermined |
| Owned | 1989 | BNKHD | 5C FLATBED | 1BWA53205KC007620 | Avon Lake | $0.00 | | Undetermined |
| Owned | 1990 | DODGE | D150 PICKUP | 1B7HM06Y5LS659821 | Claycomo | $0.00 | | Undetermined |
| Owned | 1990 | FORD | F250 PICKUP | 2FTHF25H6LCB27280 | Atlanta | $0.00 | | Undetermined |
| Owned | 1991 | MAZDA | B2200 PICKUP | JM2UF1132M0130460 | KTP | $0.00 | | Undetermined |
| Owned | 1991 | CTTRL | CS-12M | 1C9AW1477MG148234 | Wentzville | $0.00 | | Undetermined |
| Owned | 1991 | WHTGM | LT9500 | 4V2PABRE9MN638064 | Wentzville | $0.00 | | Undetermined |
| Owned | 1992 | CTTRL | CS-12M | 1C9AZ1643NG148131 | Arlington | $0.00 | | Undetermined |
| Owned | 1992 | WHTGM | WAH-42 | 4V2PAARF1NN651377 | Avon Lake | $0.00 | | Undetermined |
| Owned | 1992 | WHTGM | WAH-42 | 4V2PAARF2NN651338 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 1993 | CTTRL | CS12M | 1C9AZ147XPG148491 | Flint | $0.00 | | Undetermined |
| Owned | 1993 | VOLVO | LT9500 | 4V2PCBRE2PN661166 | Flint | $0.00 | | Undetermined |
| Owned | 1993 | WHTGM | LT9500 | 4V2PCBRE9PN668499 | Flint | $0.00 | | Undetermined |
| Owned | 1993 | WHTGM | LT9500 | 4V2PCBRE6PN661171 | Upper Valley | $0.00 | | Undetermined |
| Owned | 1993 | WELL | UTILITY TRAILER SINGLE AXLE 5x8 | 1WC200C13P3026661 | Wentzville | $0.00 | | Undetermined |
| Owned | 1994 | CTTRL | CS-12M | 1C9AZ1475RG148733 | Arlington | $0.00 | | Undetermined |
| Owned | 1994 | DELVN | 2877 | 1D9AU704XRB019352 | Cottage Grove | $0.00 | | Undetermined |
| Owned | 1994 | CHVRL | C2500 PICKUP | 1GCGC24K7RE112985 | Wayne | $0.00 | | Undetermined |
| Owned | 1994 | WHTGM | WAH-42 | 4V2PAARF6RN666124 | Wentzville | $0.00 | | Undetermined |
| Owned | 1995 | CTTRL | CS12M | 1C9AZ1471SG148797 | Avon Lake | $0.00 | | Undetermined |
| Owned | 1995 | DELVN | 2878 | 4RCAB7043SB019714 | Buffalo | $0.00 | | Undetermined |
| Owned | 1995 | DELVN | 6000 | 4RCAG704XSB019940 | Flint | $0.00 | | Undetermined |
| Owned | 1995 | CTTRL | CS-12M | 1C9AZ1478SG148084 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 1995 | DELVN | 2878 | 4RCAB7042SB019901 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 1995 | INT | LT9500 | 1HSHNAHR7SH685672 | Ft Wayne | $1,899.58 | | Undetermined |
| Owned | 1995 | DELVN | 2876 | 4RCAB7041SB019680 | Shelbyville | $0.00 | | Undetermined |
| Owned | 1995 | DELVN | 6000 | 4RCAG7048SB019936 | Unknown | $0.00 | | Undetermined |
| Owned | 1995 | CTTRL | CS12M | 1C9AZ1479SG148076 | Upper Valley | $0.00 | | Undetermined |
| Owned | 1995 | VOLVO | LT9500 | 4V2PCBPF6SR691333 | Upper Valley | $0.00 | | Undetermined |
| Owned | 1996 | VOLVO | LT9500 | 4V5PCBRFXTR728904 | Avon Lake | $0.00 | | Undetermined |
| Owned | 1996 | INT | LT9500 | 1HSHNAHR9TH219369 | Bowling Green | $0.00 | | Undetermined |
| Owned | 1996 | DELVN | 6000 | 4RCAG7047TB019993 | Buffalo | $0.00 | | Undetermined |
| Owned | 1996 | DELVN | 6000 | 4RCAG7048TB010008 | Buffalo | $0.00 | | Undetermined |
| Owned | 1996 | INT | LT9500 | 1HSHNAHR8TH219380 | Buffalo | $3,076.61 | | Undetermined |
| Owned | 1996 | DELVN | 6000 | 4RCAG7048TB019999 | Claycomo | $0.00 | | Undetermined |
| Owned | 1996 | DELVN | 6000 | 4RCAG7043TB019988 | Claycomo | $0.00 | | Undetermined |
| Owned | 1996 | DELVN | 6000 | 4RCAG7045TB010015 | Claycomo | $0.00 | | Undetermined |
| Owned | 1996 | VOLVO | LT9500 | 4V5PCBPF9TR710512 | Claycomo | $0.00 | | Undetermined |
| Owned | 1996 | DELVN | 2877 | 4RCAC7041TB010041 | Cottage Grove | $0.00 | | Undetermined |
| Owned | 1996 | DELVN | 2877 | 4RCAC7045TB019969 | Cottage Grove | $0.00 | | Undetermined |

| Ownership type | Year | Make | Model | Identification Number (i.e. VIN, HIN or N-number) | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|---|---|---|
| Owned | 1996 | DELVN | 2877 | 4RCAC7044TB010115 | Cottage Grove | $0.00 | | Undetermined |
| Owned | 1996 | DELVN | 2877 | 4RCAC7041TB019970 | Cottage Grove | $0.00 | | Undetermined |
| Owned | 1996 | DELVN | 2877A | 4RCAC7046TB010116 | Cottage Grove | $0.00 | | Undetermined |
| Owned | 1996 | DELVN | 2877A | 4RCAC7049TB010112 | Cottage Grove | $0.00 | | Undetermined |
| Owned | 1996 | DELVN | LT9500 | 4RCAC7046TB010021 | Cottage Grove | $0.00 | | Undetermined |
| Owned | 1996 | INT | LT9500 | 1HSHNAHR9TH269013 | Cottage Grove | $0.00 | | Undetermined |
| Owned | 1996 | DELVN | 6000 | 4RCAG7045TB010001 | Flint | $0.00 | | Undetermined |
| Owned | 1996 | DELVN | 6000 | 4RCAG7044TB019949 | Flint | $0.00 | | Undetermined |
| Owned | 1996 | DELVN | 6000 | 4RCAG7048TB019954 | Flint | $0.00 | | Undetermined |
| Owned | 1996 | DELVN | 6000 | 4RCAG7040TB019981 | Flint | $0.00 | | Undetermined |
| Owned | 1996 | VOLVO | LT9500 | 4V5PCBPF1TR710553 | Flint | $0.00 | | Undetermined |
| Owned | 1996 | VOLVO | LT9500 | 4V5PCBPF9TR710526 | Flint | $0.00 | | Undetermined |
| Owned | 1996 | VOLVO | LT9500 | 4V5PCBPF5TR710524 | Flint | $0.00 | | Undetermined |
| Owned | 1996 | VOLVO | LT9500 | 4V5PCBPF9TR710543 | Flint | $0.00 | | Undetermined |
| Owned | 1996 | VOLVO | LT9500 | 4V5PCBPF7TR710511 | Flint | $0.00 | | Undetermined |
| Owned | 1996 | VOLVO | LT9500 | 4V5PCBPF5TR710541 | Flint | $0.00 | | Undetermined |
| Owned | 1996 | INT | LT9500 | 1HSHNAHR0TH269013 | Ft Wayne | $8,707.40 | | Undetermined |
| Owned | 1996 | INT | LT9500 | 1HSHNAHR6TH219393 | Ft Wayne | $2,104.92 | | Undetermined |
| Owned | 1996 | INT | LT9500 | 1HSHNAHR5TH269010 | Ft Wayne | $213.66 | | Undetermined |
| Owned | 1996 | INT | LT9500 | 1HSHNAHR3TH269006 | Ft Wayne | $4,980.33 | | Undetermined |
| Owned | 1996 | INT | LT9500 | 1HSHNAHR6TH269002 | Ft Wayne | $8,226.17 | | Undetermined |
| Owned | 1996 | INT | LT9500 | 1HSHNAHR1TH219351 | Georgetown | $1,195.14 | | Undetermined |
| Owned | 1996 | INT | LT9500 | 1HSHNAHR5TH219353 | Georgetown | $0.00 | | Undetermined |
| Owned | 1996 | VOLVO | LT9500 | 4V5PCBPF6TR710564 | In Transit to Mexico - still in USA | $0.00 | | Undetermined |
| Owned | 1996 | DELVN | 6000 | 4RCAG7047TB010016 | Upper Valley | $0.00 | | Undetermined |
| Owned | 1996 | DELVN | 6000 | 4RCAG7045TB019992 | Upper Valley | $0.00 | | Undetermined |
| Owned | 1996 | INT | HF81760 | 1HSHNAHR0TH219373 | Upper Valley | $6,500.87 | | Undetermined |
| Owned | 1996 | INT | LT9500 | 1HSHNAHRXTH269018 | Upper Valley | $0.00 | | Undetermined |
| Owned | 1996 | INT | LT9500 | 1HSHNAHR2TH219357 | Wales | $0.00 | | Undetermined |
| Owned | 1996 | DELVN | 2877 | 4RCAC704XTB010099 | Wayne | $0.00 | | Undetermined |
| Owned | 1997 | DELVN | 2877 | 4RCAC7048VB010234 | Cottage Grove | $0.00 | | Undetermined |
| Owned | 1997 | DELVN | 2877 | 4RCAC7041VB010222 | Cottage Grove | $0.00 | | Undetermined |
| Owned | 1997 | DELVN | 2877 | 4RCAC7047VB010225 | Cottage Grove | $0.00 | | Undetermined |
| Owned | 1997 | DELVN | 6000 | 4RCAC7048VB010217 | Flint | $0.00 | | Undetermined |
| Owned | 1997 | DELVN | 2877A | 4RCAC7046VB010121 | Flint | $0.00 | | Undetermined |
| Owned | 1997 | FRGHT | FLD120 | 1FUYDZYB1VL816621 | Flint | $0.00 | | Undetermined |
| Owned | 1997 | DELVN | 2877A | 4RCAC7047VB010211 | Upper Valley | $0.00 | | Undetermined |
| Owned | 1997 | DELVN | 2877A | 4RCAC7048VB010119 | Upper Valley | $0.00 | | Undetermined |
| Owned | 1997 | DELVN | 2877A | 4RCAC7042VB010214 | Upper Valley | $0.00 | | Undetermined |

| Ownership type | Year | Make | Model | Identification Number (i.e. VIN, HIN or N-number) | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|---|---|---|
| Owned | 1997 | FRGHT | FLD120 | 1FUYDZYB2VH757534 | Upper Valley | $0.00 | | Undetermined |
| Owned | 1997 | VOLVO | LT9500 | 4V5PCBPF0VR710630 | Upper Valley | $0.00 | | Undetermined |
| Owned | 1997 | VOLVO | LT9500 | 4V5PCBPF3VR710590 | Upper Valley | $0.00 | | Undetermined |
| Owned | 1998 | CTTRL | CS11M31 | 1C9AZ1474WG148475 | Arlington | $0.00 | | Undetermined |
| Owned | 1998 | CTTRL | CS12M3/5HD | 1C9AZ1478WG148558 | Avon Lake | $0.00 | | Undetermined |
| Owned | 1998 | CTTRL | CS6V | 1C9V11048WG148018 | Avon Lake | $0.00 | | Undetermined |
| Owned | 1998 | CTTRL | CS6V | 1C9V11046WG148020 | Avon Lake | $0.00 | | Undetermined |
| Owned | 1998 | CTTRL | CS6V | 1C9VI1046WG148048 | Avon Lake | $0.00 | | Undetermined |
| Owned | 1998 | CTTRL | CS6V | 1C9V11048WG148021 | Avon Lake | $0.00 | | Undetermined |
| Owned | 1998 | CTTRL | CS6V | 1C9VI1045WG148025 | Avon Lake | $0.00 | | Undetermined |
| Owned | 1998 | CTTRL | CS6V | 1C9V11045WG148056 | Avon Lake | $0.00 | | Undetermined |
| Owned | 1998 | CTTRL | CS6V | 1C9VI104XWG148036 | Avon Lake | $0.00 | | Undetermined |
| Owned | 1998 | CTTRL | CS6V | 10000000015061WI | Avon Lake | $0.00 | | Undetermined |
| Owned | 1998 | CTTRL | CS6V | 1C9VI1044WG148047 | Avon Lake | $0.00 | | Undetermined |
| Owned | 1998 | CTTRL | CS6V | 1C9VI1040WG148028 | Avon Lake | $0.00 | | Undetermined |
| Owned | 1998 | CTTRL | CS6V | 1C9VI1045WG148039 | Avon Lake | $0.00 | | Undetermined |
| Owned | 1998 | VOLVO | WAH-64 | 4VHPCAPF4WN761019 | Avon Lake | $0.00 | | Undetermined |
| Owned | 1998 | VOLVO | WAH64 | 4VHPCEPF4WN759620 | Avon Lake | $1,095.96 | | Undetermined |
| Owned | 1998 | VOLVO | WAH64 | 4VHPCEPF8WN759622 | Avon Lake | $0.00 | | Undetermined |
| Owned | 1998 | VOLVO | WAH64 | 4VHPCEPFXWN759623 | Avon Lake | $0.00 | | Undetermined |
| Owned | 1998 | VOLVO | WIA64T | 4VHWDBGH8WN748547 | Avon Lake | $0.00 | | Undetermined |
| Owned | 1998 | VOLVO | WIA64T | 4VHWDBGH0WN748087 | Avon Lake | $0.00 | | Undetermined |
| Owned | 1998 | CTTRL | CS11M31 | 1C9AZ1471WG148546 | Claycomo | $0.00 | | Undetermined |
| Owned | 1998 | VOLVO | LT9500 | 4VHWDBGH9WN748590 | Claycomo | $0.00 | | Undetermined |
| Owned | 1998 | VOLVO | WIA64T | 4VHWDBGH5WN748568 | Claycomo | $0.00 | | Undetermined |
| Owned | 1998 | VOLVO | WIA64T | 4VHWDBGH5WN748604 | Claycomo | $0.00 | | Undetermined |
| Owned | 1998 | VOLVO | LT9500 | 4VHWDBGH3WN748620 | Detroit Chassis | $0.00 | | Undetermined |
| Owned | 1998 | CTTRL | CS11M31 | 1C9AZ1478WG148544 | Flint | $0.00 | | Undetermined |
| Owned | 1998 | CTTRL | CS11M31 | 1C9AZ1479WG148519 | Flint | $0.00 | | Undetermined |
| Owned | 1998 | CTTRL | CS12M3 | 1C9AZ1470WG148523 | Flint | $0.00 | | Undetermined |
| Owned | 1998 | CTTRL | CS12M3/5HD | 1C9AZ1470WG148571 | Flint | $0.00 | | Undetermined |
| Owned | 1998 | CTTRL | CS12M3/5HD | 1C9AZ1476WG148560 | Flint | $0.00 | | Undetermined |
| Owned | 1998 | VOLVO | WAH-64 | 4VHPCBRF7WN757355 | Flint | $0.00 | | Undetermined |
| Owned | 1998 | VOLVO | WAH-64 | 4VHPCAPF7WN761032 | Flint | $0.00 | | Undetermined |
| Owned | 1998 | INT | 8100CH | 1HTHNAHR2WH601873 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 1998 | INT | LT9500 | 1HSHNAHR3WH591309 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 1998 | INT | LT9500 | 1HSHNAHR2WH591303 | Ft Wayne | $1,003.98 | | Undetermined |
| Owned | 1998 | INT | LT9500 | 1HSHNAHRXWH585426 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 1998 | INT | LT9500 | 1HSHNAHR4WH495494 | Ft Wayne | $5,875.72 | | Undetermined |
| Owned | 1998 | INT | LT9500 | 1HSHNAHR8WH495496 | Ft Wayne | $7,133.56 | | Undetermined |
| Owned | 1998 | INT | LT9500 | 1HSHNAHRXWH495497 | Ft Wayne | $0.00 | | Undetermined |

| Ownership type | Year | Make | Model | Identification Number (i.e. VIN, HIN or N-number) | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|---|---|---|
| Owned | 1998 | INT | LT9500 | 1HSHNAHR3WH495499 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 1998 | VOLVO | LT9500 | 4VHWDBGH2WN748611 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 1998 | VOLVO | LT9500 | 4VHWDBGH1WN748583 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 1998 | CTTRL | CS12M3/5HD | 1C9AZ1473XG148789 | Georgetown | $0.00 | | Undetermined |
| Owned | 1998 | INT | 8100CH | 1HSHNAHR6WH591305 | Georgetown | $5,601.88 | | Undetermined |
| Owned | 1998 | INT | LT9500 | 1HSHNAHR2WH591317 | Georgetown | $9,795.11 | | Undetermined |
| Owned | 1998 | INT | LT9500 | 1HSHNAHR7WH495506 | Georgetown | $3,118.78 | | Undetermined |
| Owned | 1998 | INT | LT9500 | 1HSHNAHR0WH591297 | Georgetown | $0.00 | | Undetermined |
| Owned | 1998 | INT | LT9500 | 1HSHNAHR9WH591315 | Georgetown | $4,240.80 | | Undetermined |
| Owned | 1998 | INT | LT9500 | 1HSHNAHR7WH591300 | KTP | $2,937.18 | | Undetermined |
| Owned | 1998 | INT | LT9500 | 1HSHNAHRXWH495502 | KTP | $2,277.38 | | Undetermined |
| Owned | 1998 | INT | LT9500 | 1HSHNAHR6WH591319 | LAP | $0.00 | | Undetermined |
| Owned | 1998 | NUVAN | LT9500 | 1N9S432A7W1045573 | Shelbyville | $0.00 | | Undetermined |
| Owned | 1998 | CTTRL | CS6V | 1C9VI1048WG148049 | Unknown | $0.00 | | Undetermined |
| Owned | 1998 | VOLVO | WAH64 | 4VHPCEPF0WN759629 | Upper Valley | $0.00 | | Undetermined |
| Owned | 1998 | INT | LT9500 | 1HSHNAHR8WH591323 | Wales | $0.00 | | Undetermined |
| Owned | 1998 | CTTRL | CS11M31 | 1C9AZ147XWG148545 | Wayne | $0.00 | | Undetermined |
| Owned | 1998 | VOLVO | LT9500 | 4VHWDBGH2WN748091 | Wayne | $0.00 | | Undetermined |
| Owned | 1998 | VOLVO | LT9500 | 4VHWDBGH7WN748605 | Wayne | $0.00 | | Undetermined |
| Owned | 1998 | VOLVO | WIA64T | 4VHWDBGH6WN748546 | Wayne | $0.00 | | Undetermined |
| Owned | 1998 | INTERNATIONAL | 4700 SERVICE TRUCK | 1HTSCAAM1WH577026 | Jacksonville | $0.00 | | Undetermined |
| Owned | 1999 | CTTRL | CS-12M3/4HD | 1C9AZ147XXG148059 | Avon Lake | $0.00 | | Undetermined |
| Owned | 1999 | CTTRL | CS-12M3/5HD | 1C9AZ1472XG148055 | Avon Lake | $0.00 | | Undetermined |
| Owned | 1999 | CTTRL | CS-12M3/5HD | 1C9AZ1472XG148012 | Avon Lake | $0.00 | | Undetermined |
| Owned | 1999 | CTTRL | CS-12M3/5HD | 1C9AZ1471XG148017 | Avon Lake | $0.00 | | Undetermined |
| Owned | 1999 | CTTRL | CS6V | 1C9VI1048XG148179 | Avon Lake | $0.00 | | Undetermined |
| Owned | 1999 | CTTRL | CS6V | 1C9VI1047XG148173 | Avon Lake | $0.00 | | Undetermined |
| Owned | 1999 | CTTRL | CS6V | 1C9VI1049XG148174 | Avon Lake | $0.00 | | Undetermined |
| Owned | 1999 | CTTRL | CS6V | 1C9VI1045XG148186 | Avon Lake | $0.00 | | Undetermined |
| Owned | 1999 | CTTRL | CS6V | 1C9VI1049XG148191 | Avon Lake | $0.00 | | Undetermined |
| Owned | 1999 | VOLVO | LT9500 | 4VHPCBUF6XN788749 | Avon Lake | $0.00 | | Undetermined |
| Owned | 1999 | VOLVO | LT9500 | 4VHPCBUF7XN794155 | Avon Lake | $0.00 | | Undetermined |
| Owned | 1999 | VOLVO | LT9500 | 4VHPCBUF8XN788753 | Avon Lake | $0.00 | | Undetermined |
| Owned | 1999 | VOLVO | WAH | 4VHPCBUF0XN794160 | Avon Lake | $1,733.17 | | Undetermined |
| Owned | 1999 | VOLVO | WAH64 | 4VHPCEUF2XN792590 | Avon Lake | $0.00 | | Undetermined |
| Owned | 1999 | VOLVO | WAH64 | 4VHPCEUF5XN792583 | Avon Lake | $0.00 | | Undetermined |
| Owned | 1999 | VOLVO | WAH64 | 4VHPCEPF0XN759650 | Avon Lake | $0.00 | | Undetermined |
| Owned | 1999 | VOLVO | WAH64 | 4VHPCEUF1XN792595 | Avon Lake | $0.00 | | Undetermined |
| Owned | 1999 | VOLVO | WAH64 | 4VHPCEPF9XN759646 | Avon Lake | $0.00 | | Undetermined |
| Owned | 1999 | VOLVO | WAH64 | 4VHPCEPF5XN759658 | Avon Lake | $0.00 | | Undetermined |

| Ownership type | Year | Make | Model | Identification Number (i.e. VIN, HIN or N-number) | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|---|---|---|
| Owned | 1999 | CTTRL | CS-12M3/4HD | 1C9AZ1477XG148066 | Bowling Green | $0.00 | | Undetermined |
| Owned | 1999 | GMC | C1500 PICKUP | 1GTEC14V6XE521116 | Bowling Green | $0.00 | | Undetermined |
| Owned | 1999 | INT | LT9500 | 1HSHNAHR1XH610280 | Bowling Green | $0.00 | | Undetermined |
| Owned | 1999 | CTTRL | CS-12M3 | 1C9AZ1474XG148039 | Buffalo | $0.00 | | Undetermined |
| Owned | 1999 | CTTRL | CS-12H3 | 1C9AZ147XXG148658 | Claycomo | $0.00 | | Undetermined |
| Owned | 1999 | CTTRL | CS12M354 | 1C9AZ1474YG148477 | Claycomo | $0.00 | | Undetermined |
| Owned | 1999 | VOLVO | LT9500 | 4VHPCBUF8XN788722 | Claycomo | $2,091.85 | | Undetermined |
| Owned | 1999 | VOLVO | LT9500 | 4VHPCBUFXXN794148 | Claycomo | $0.00 | | Undetermined |
| Owned | 1999 | CTTRL | CS-12M3 | 1C9AZ1473XG148985 | Cottage Grove | $0.00 | | Undetermined |
| Owned | 1999 | CTTRL | CS12M3 | 1C9AZ1479XG148845 | Cottage Grove | $0.00 | | Undetermined |
| Owned | 1999 | CTTRL | CS-12M3/5HD | 1C9AZ1476YG148464 | Cottage Grove | $0.00 | | Undetermined |
| Owned | 1999 | VOLVO | LT9500 | 4VHPCBUF4XN794128 | Cottage Grove | $0.00 | | Undetermined |
| Owned | 1999 | VOLVO | M11-400E+ | 4VHPCAPG3XN774662 | Cottage Grove | $0.00 | | Undetermined |
| Owned | 1999 | CHVRL | G2500 PASS. VAN | 1GCGG25V7X1078136 | Fairfax | $0.00 | | Undetermined |
| Owned | 1999 | CTTRL | CS-12M3/5HD | 1C9AZ1479XG148007 | Fairfax | $0.00 | | Undetermined |
| Owned | 1999 | CTTRL | CS-12M3/5HD | 1C9AZ1477YG148473 | Fairfax | $0.00 | | Undetermined |
| Owned | 1999 | CTTRL | CS-12M3/5HD | 1C9AZ147XYG148404 | Fairfax | $0.00 | | Undetermined |
| Owned | 1999 | CTTRL | CS-12M3/5HD | 1C9AZ1470XG148992 | Fairfax | $0.00 | | Undetermined |
| Owned | 1999 | CTTRL | CS-12M3/5HD | 1C9AZ1472YG148462 | Fairfax | $0.00 | | Undetermined |
| Owned | 1999 | CTTRL | CS-12M3/5HD | 1C9AZ1474XG148994 | Fairfax | $0.00 | | Undetermined |
| Owned | 1999 | STRLG | LT9500 | 2FZNEMDB3XAF26542 | Fairfax | $0.00 | | Undetermined |
| Owned | 1999 | VOLVO | LT9500 | 4VHPCBUF8XN794150 | Fairfax | $2,949.73 | | Undetermined |
| Owned | 1999 | VOLVO | LT9500 | 4VHPCBUF5XN794154 | Fairfax | $0.00 | | Undetermined |
| Owned | 1999 | VOLVO | LT9500 | 4VHPCBUF1XN794135 | Fairfax | $0.00 | | Undetermined |
| Owned | 1999 | CTTRL | CS11M31 | 1C9AZ1476XG148835 | Flint | $0.00 | | Undetermined |
| Owned | 1999 | CTTRL | CS-12LTA | 1C9AF147XXG148605 | Flint | $0.00 | | Undetermined |
| Owned | 1999 | CTTRL | CS12M3 | 1C9AZ1477XG148844 | Flint | $0.00 | | Undetermined |
| Owned | 1999 | CTTRL | CS-12M3/5HD | 1C9AZ1472XG148024 | Flint | $0.00 | | Undetermined |
| Owned | 1999 | VOLVO | LT9500 | 4VHPCBUF6XN788718 | Flint | $5,219.79 | | Undetermined |
| Owned | 1999 | VOLVO | WAH64 | 4VHPCAPG0XN774652 | Flint | $0.00 | | Undetermined |
| Owned | 1999 | CTTRL | CS11M31 | 1C9AZ1474XG148834 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 1999 | CTTRL | CS-12H3 | 1C9AZ1477XG148665 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 1999 | CTTRL | CS-12H3 | 1C9AZ1479XG148652 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 1999 | CTTRL | CS-12LTA | 1C9AF1472XG148615 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 1999 | CTTRL | CS-12LTA | 1C9AF147XXG148619 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 1999 | CTTRL | CS-12M | 1C9AZ1474XG148610 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 1999 | CTTRL | CS12M | 1C9AZ1476XG148639 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 1999 | CTTRL | CS12M | 1C9AZ1476XG148611 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 1999 | CTTRL | CS-12M3 | 1C9AZ1472XG148038 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 1999 | CTTRL | CS-12M3 | 1C9AZ1478XG148979 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 1999 | CTTRL | CS-12M3 | 1C9AZ1479XG148974 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 1999 | CTTRL | CS-12M3 | 1C9AZ1470XG148023 | Ft Wayne | $0.00 | | Undetermined |

| Ownership type | Year | Make | Model | Identification Number (i.e. VIN, HIN or N-number) | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|---|---|---|
| Owned | 1999 | CTTRL | CS-12M3 | 1C9AZ1479XG148070 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 1999 | CTTRL | CS-12M3 | 1C9AZ1474XG148042 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 1999 | CTTRL | CS-12M3 | 1C9AZ1478XG148061 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 1999 | CTTRL | CS-12M3/4HD | 1C9AZ1475XG148986 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 1999 | CTTRL | CS-12M3/4HD | 1C9AZ1470XG148068 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 1999 | CTTRL | CS-12M3/4HD | 1C9AZ1472YG148445 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 1999 | CTTRL | CS12M3/4HD | 1C9AZ1470XG148930 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 1999 | CTTRL | CS12M3/4HD | 1C9AZ147 4XG148848 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 1999 | CTTRL | CS12M3/4HD | 1C9AZ147XXG148028 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 1999 | CTTRL | CS12M3/4HD | 1C9AZ1470XG148913 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 1999 | CTTRL | CS-12M3/5HD | 1C9AZ1475XG148065 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 1999 | CTTRL | CS-12M3/5HD | 1C9AZ147XXG148016 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 1999 | CTTRL | CS-12M3/5HD | 1C9AZ1473XG148004 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 1999 | CTTRL | CS-12M3/5HD | 1C9AZ147XXG148983 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 1999 | CTTRL | CS-12M3/5HD | 1C9AZ1478XG148996 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 1999 | CTTRL | CS12M354 | 1C9AZ1474YG148446 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 1999 | VOLVO | LT9500 | 4VHPCBUF0XN788732 | Ft Wayne | $4,935.83 | | Undetermined |
| Owned | 1999 | VOLVO | LT9500 | 4VHPCBPF0XN765656 | Ft Wayne | $10,857.23 | | Undetermined |
| Owned | 1999 | VOLVO | LT9500 | 4VHPCBPF7XN765685 | Ft Wayne | $12,094.20 | | Undetermined |
| Owned | 1999 | VOLVO | LT9500 | 4VHPCBUF4XN794159 | Ft Wayne | $5,594.13 | | Undetermined |
| Owned | 1999 | VOLVO | LT9500 | 4VHPCBPF5XN763367 | Ft Wayne | $2,029.48 | | Undetermined |
| Owned | 1999 | VOLVO | LT9500 | 4VHPCBUF3XN794122 | Ft Wayne | $2,370.71 | | Undetermined |
| Owned | 1999 | VOLVO | LT9500 | 4VHPCBUF0XN794126 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 1999 | VOLVO | LT9500 | 4VHPCBUF0XN788746 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 1999 | VOLVO | LT9500 | 4VHPCBUF9XN794139 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 1999 | VOLVO | LT9500 | 4VHPCBPF3XN763402 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 1999 | VOLVO | LT9500 | 4VHPCBUF4XN788717 | Ft Wayne | $2,780.72 | | Undetermined |
| Owned | 1999 | VOLVO | LT9500 | 4VHPCBPF4XN763375 | Ft Wayne | $2,979.51 | | Undetermined |
| Owned | 1999 | VOLVO | LT9500 | 4VHPCAPF0XN774335 | Ft Wayne | $5,046.87 | | Undetermined |
| Owned | 1999 | VOLVO | LT9500 | 4VHPCBUF2XN794158 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 1999 | VOLVO | LT9500 | 4VHPCBUF8XN794701 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 1999 | VOLVO | LT9500 | 4VHPCBUF6XN794129 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 1999 | VOLVO | LT9500 | 4VHPCBUF9XN788762 | Ft Wayne | $2,067.00 | | Undetermined |
| Owned | 1999 | VOLVO | LT9500 | 4VHPCBUF8XN794133 | Ft Wayne | $3,418.13 | | Undetermined |
| Owned | 1999 | VOLVO | LT9500 | 4VHPCBUF4XN788748 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 1999 | VOLVO | LT9500 | 4VHPCBUF1XN788755 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 1999 | VOLVO | WAH | 4VHPCBUFXXN794117 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 1999 | VOLVO | WAH64 | 4VHPCAPG9XN774651 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 1999 | CTTRL | CS12M354 | 1C9AZ1477YG148442 | Georgetown | $0.00 | | Undetermined |
| Owned | 1999 | CTTRL | CS12M354 | 1C9AZ1470YG148458 | Georgetown | $0.00 | | Undetermined |
| Owned | 1999 | CTTRL | CS6SD | 1C9AY164XXG148309 | Georgetown | $0.00 | | Undetermined |
| Owned | 1999 | INT | 8100CH | 1HSHNAHR4XH593295 | Georgetown | $0.00 | | Undetermined |

| Ownership type | Year | Make | Model | Identification Number (i.e. VIN, HIN or N-number) | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|---|---|---|
| Owned | 1999 | INT | LT9500 | 1HSHNAHR4XH610242 | Georgetown | $0.00 | | Undetermined |
| Owned | 1999 | VOLVO | LT9500 | 4VHPCBPFXXN765647 | Georgetown | $0.00 | | Undetermined |
| Owned | 1999 | INT | 8100 | 1HSHNAHR0XH593293 | KTP | $11,156.25 | | Undetermined |
| Owned | 1999 | CTTRL | CS-12LTA | 1C9AF1474XG148566 | Lansing | $0.00 | | Undetermined |
| Owned | 1999 | VOLVO | LT9500 | 4VHPCBUF9XN794125 | Lansing | $0.00 | | Undetermined |
| Owned | 1999 | VOLVO | LT9500 | 4VHPCBPF7XN765654 | Lansing | $0.00 | | Undetermined |
| Owned | 1999 | CTTRL | CS-12LTA | 1C9AF1475XG148608 | Shelbyville | $0.00 | | Undetermined |
| Owned | 1999 | CTTRL | CS-12LTA | 1C9AF1478XG148571 | Shelbyville | $0.00 | | Undetermined |
| Owned | 1999 | CTTRL | CS12M3/4HD | 1C9AZ147XYG148449 | Shelbyville | $0.00 | | Undetermined |
| Owned | 1999 | CTTRL | CS-12M3/5HD | 1C9AZ1476YG148478 | STOOPS | $0.00 | | Undetermined |
| Owned | 1999 | CTTRL | CS-12LTA | 1C9AF1479XG148594 | Upper Valley | $0.00 | | Undetermined |
| Owned | 1999 | CTTRL | CS-12LTA | 1C9AF1472XG148596 | Upper Valley | $0.00 | | Undetermined |
| Owned | 1999 | CTTRL | CS-12M3 | 1C9AF1474XG148655 | Upper Valley | $0.00 | | Undetermined |
| Owned | 1999 | CTTRL | CS-12M3/5HD | 1C9AZ1476XG148057 | Upper Valley | $0.00 | | Undetermined |
| Owned | 1999 | CTTRL | CS-12M3/5HD | 1C9AZ1475YG148472 | Upper Valley | $0.00 | | Undetermined |
| Owned | 1999 | CTTRL | CS-12M3/5HD | 1C9AZ1473YG148471 | Upper Valley | $0.00 | | Undetermined |
| Owned | 1999 | VOLVO | LT9500 | 4VHPCBUF5XN794137 | Upper Valley | $0.00 | | Undetermined |
| Owned | 1999 | VOLVO | LT9500 | 4VHPCBUF5XN788760 | Upper Valley | $0.00 | | Undetermined |
| Owned | 1999 | VOLVO | LT9500 | 4VHPCBPF3XN763366 | Upper Valley | $0.00 | | Undetermined |
| Owned | 1999 | CTTRL | CS-12LTA | 1C9AF1471XG148590 | Wayne | $0.00 | | Undetermined |
| Owned | 1999 | CTTRL | CS-12LTA | 1C9AF1473XG148607 | Wayne | $0.00 | | Undetermined |
| Owned | 1999 | CTTRL | CS-12LTA | 1C9AF1479XG148563 | Wayne | $0.00 | | Undetermined |
| Owned | 1999 | CTTRL | CS-12LTA | 1C9AF1474XG148583 | Wayne | $0.00 | | Undetermined |
| Owned | 1999 | CTTRL | CS-12LTA | 1C9AF1471XG148606 | Wayne | $0.00 | | Undetermined |
| Owned | 1999 | CTTRL | CS-12LTA | 1C9AF1471XG148573 | Wayne | $0.00 | | Undetermined |
| Owned | 1999 | CTTRL | CS-12LTA | 1C9AF1478XG148621 | Wayne | $0.00 | | Undetermined |
| Owned | 1999 | CTTRL | CS-12LTA | 1C9AF1477XG148626 | Wayne | $0.00 | | Undetermined |
| Owned | 1999 | CTTRL | CS12M354 | 1C9AZ1472YG148476 | Wayne | $0.00 | | Undetermined |
| Owned | 1999 | VOLVO | LT9500 | 4VHPCBPFXXN765678 | Wayne | $0.00 | | Undetermined |
| Owned | 1999 | VOLVO | LT9500 | 4VHPCBUF1XN794121 | Wayne | $0.00 | | Undetermined |
| Owned | 1999 | VOLVO | LT9500 | 4VHPCBPF1XN765651 | Wayne | $0.00 | | Undetermined |
| Owned | 1999 | VOLVO | LT9500 | 4VHPCBPF7XN765671 | Wayne | $0.00 | | Undetermined |
| Owned | 1999 | VOLVO | LT9500 | 4VHPCBPF4XN763389 | Wayne | $0.00 | | Undetermined |
| Owned | 1999 | VOLVO | LT9500 | 4VHPCBPF7XN763404 | Wayne | $0.00 | | Undetermined |
| Owned | 1999 | CTTRL | CS-12LTA | 1C9AF1479XG148577 | Wentzville | $0.00 | | Undetermined |
| Owned | 1999 | CTTRL | CS-12LTA | 1C9AF1474XG148616 | Wentzville | $0.00 | | Undetermined |
| Owned | 1999 | VOLVO | LT9500 | 4VHPCBPF1XN765665 | Wentzville | $0.00 | | Undetermined |
| Owned | 1999 | VOLVO | LT9500 | 4VHPCBPF7XN763399 | Wentzville | $0.00 | | Undetermined |
| Owned | 1999 | FORD | RANGER PICKUP | 1FTYR14VXXPA69378 | | $0.00 | | Undetermined |
| Owned | 2000 | VOLVO | LT9500 | 4V5PC2UF1YN245632 | Arlington | $0.00 | | Undetermined |
| Owned | 2000 | VOLVO | WAH64 | 4V5PC2UFXYN257410 | Arlington | $69,375.81 | | Undetermined |
| Owned | 2000 | CTTRL | CS12M3 | 1C9AZ1477YG148361 | Avon Lake | $0.00 | | Undetermined |

| Ownership type | Year | Make | Model | Identification Number (i.e. VIN, HIN or N-number) | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|---|---|---|
| Owned | 2000 | STRLG | LT9500 | 2FZNEMEB9YAH05233 | Avon Lake | $0.00 | | Undetermined |
| Owned | 2000 | VOLVO | LT9500 | 4V5ND2TK4YN253601 | Avon Lake | $0.00 | | Undetermined |
| Owned | 2000 | VOLVO | WAH64 | 4V5PC2RF0YN233599 | Avon Lake | $0.00 | | Undetermined |
| Owned | 2000 | GMC | VAN | 1GDJG31R9Y1213979 | Baltimore | $0.00 | | Undetermined |
| Owned | 2000 | INT | 8100CH | 1HSHNAHR9YH270622 | Bowling Green | $0.00 | | Undetermined |
| Owned | 2000 | STRLG | LT9500 | 2FZNEMDB3YAF26641 | Bowling Green | $456.28 | | Undetermined |
| Owned | 2000 | VOLVO | WAH-64 | 4V5PC2UF5YN239025 | Bowling Green | $0.00 | | Undetermined |
| Owned | 2000 | STRLG | LT9500 | 2FZNEMDB2YAF26615 | Buffalo | $10,186.62 | | Undetermined |
| Owned | 2000 | CTTRL | CS12M3/4HD | 1C9AZ1479YG148443 | Claycomo | $0.00 | | Undetermined |
| Owned | 2000 | CTTRL | CS-12M3/5HD | 1C9AZ1477YG148408 | Claycomo | $0.00 | | Undetermined |
| Owned | 2000 | STRLG | LT9500 | 2FZNEMDB9YAF26546 | Claycomo | $149.36 | | Undetermined |
| Owned | 2000 | STRLG | LT9500 | 2FZNEMDB0YAF26581 | Claycomo | $0.00 | | Undetermined |
| Owned | 2000 | CTTRL | CS-12M3/5HD | 1C9AZ147XYG148421 | Cottage Grove | $0.00 | | Undetermined |
| Owned | 2000 | INT | 8100CH | 1HSHNAHR2YH270610 | Cottage Grove | $0.00 | | Undetermined |
| Owned | 2000 | STRLG | LT9500 | 2FZNEMDB4YAF26602 | Cottage Grove | $0.00 | | Undetermined |
| Owned | 2000 | STRLG | LT9500 | 2FZNEMDB7YAF26559 | Cottage Grove | $0.00 | | Undetermined |
| Owned | 2000 | STRLG | LT9500 | 2FZNEMEB0YAG89617 | Cottage Grove | $0.00 | | Undetermined |
| Owned | 2000 | CTTRL | CS-12M3/5HD | 1C9AZ1475YG148424 | Fairfax | $0.00 | | Undetermined |
| Owned | 2000 | STRLG | LT9500 | 2FZNEMDB7YAF26562 | Fairfax | $0.00 | | Undetermined |
| Owned | 2000 | STRLG | LT9500 | 2FZNEMDB4YAF26597 | Fairfax | $0.00 | | Undetermined |
| Owned | 2000 | CTTRL | CS12M3 | 1C9AZ1475YG148374 | Flint | $0.00 | | Undetermined |
| Owned | 2000 | DELVN | 6000 | 1D9AC4821YW371098 | Flint | $0.00 | | Undetermined |
| Owned | 2000 | STRLG | LT9500 | 2FZNEMEB3YAH05230 | Flint | $0.00 | | Undetermined |
| Owned | 2000 | VOLVO | LT9500 | 4V5PC2UF6YN248445 | Flint | $0.00 | | Undetermined |
| Owned | 2000 | VOLVO | WAH64 | 4V5PC2RF6YN235591 | Flint | $0.00 | | Undetermined |
| Owned | 2000 | VOLVO | WAH64 | 4V5PC2RF7YN235597 | Flint | $0.00 | | Undetermined |
| Owned | 2000 | VOLVO | WAH64 | 4V5PC2RFXYN235612 | Flint | $0.00 | | Undetermined |
| Owned | 2000 | CTTRL | C-7512 | 1C9AZ1478YG148028 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2000 | CTTRL | C-7512 | 1C9AZ1479YG148541 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2000 | CTTRL | CS12M3 | 1C9AZ1479YG148362 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2000 | CTTRL | CS12M3 | 1C9AZ1472YG148381 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2000 | CTTRL | CS12M3/4HD | 1C9AZ1477YG148358 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2000 | CTTRL | CS12M3/4HD | 1C9AZ1470YG148427 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2000 | CTTRL | CS-12M3/5HD | 1C9AZ1471YG148422 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2000 | CTTRL | CS-12M3/5HD | 1C9AZ1476YG148450 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2000 | CTTRL | CS-12M3/5HD | 1C9AZ1475YG148438 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2000 | CTTRL | CS-12M3/5HD | 1C9ZX1473YG148440 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2000 | CTTRL | CS-12M3/5HD | 1C9AZ147XYG148418 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2000 | CTTRL | CS-12M354 | 1C9AZ1471YG148436 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2000 | INT | LT9500 | 1HSHNAHR2YH256979 | Ft Wayne | $6,708.50 | | Undetermined |
| Owned | 2000 | STRLG | LT9500 | 2FZNEMDB5YAF26575 | Ft Wayne | $5,244.66 | | Undetermined |
| Owned | 2000 | STRLG | LT9500 | 2FZNEMDB6YAF26620 | Ft Wayne | $484.38 | | Undetermined |

| Ownership type | Year | Make | Model | Identification Number (i.e. VIN, HIN or N-number) | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|---|---|---|
| Owned | 2000 | STRLG | LT9500 | 2FZNEMDB3YAF26560 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2000 | STRLG | LT9500 | 2FZNEMDB6YAF26584 | Ft Wayne | $2,970.01 | | Undetermined |
| Owned | 2000 | STRLG | LT9500 | 2FZNEMDB2YAF26565 | Ft Wayne | $193.93 | | Undetermined |
| Owned | 2000 | STRLG | LT9500 | 2FZNEMDB7YAF26576 | Ft Wayne | $2,316.37 | | Undetermined |
| Owned | 2000 | STRLG | LT9500 | 2FZNEMDB3YAF26574 | Ft Wayne | $2,648.92 | | Undetermined |
| Owned | 2000 | STRLG | LT9500 | 2FZNEMDB0YAF26578 | Ft Wayne | $3,015.68 | | Undetermined |
| Owned | 2000 | STRLG | LT9500 | 2FZNEMDB4YAF26583 | Ft Wayne | $6,230.43 | | Undetermined |
| Owned | 2000 | VOLVO | WAH64 | 4V5PC2RF1YN235613 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2000 | VOLVO | WAH64 | 4V5PC2RF3YN235600 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2000 | VOLVO | WAH64 | 4V5PC2RF2YN235619 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2000 | CTTRL | C-7511 | 1C9AZ1477YG148084 | Georgetown | $0.00 | | Undetermined |
| Owned | 2000 | CTTRL | C-7511 | 1C9AZ1477YG148568 | Georgetown | $0.00 | | Undetermined |
| Owned | 2000 | CTTRL | C-7512 | 1C9AZ1476YG148027 | Georgetown | $0.00 | | Undetermined |
| Owned | 2000 | CTTRL | CS-12M354 | 1C9AZ147XYG148435 | Georgetown | $0.00 | | Undetermined |
| Owned | 2000 | INT | 8100CH | 1HSHNAHR9YH270619 | Georgetown | $0.00 | | Undetermined |
| Owned | 2000 | INT | 8100CH | 1HSHNAHRXYH247110 | Georgetown | $0.00 | | Undetermined |
| Owned | 2000 | INT | 8100CH | 1HSHNAHR0YH270623 | Georgetown | $1,138.43 | | Undetermined |
| Owned | 2000 | INT | 8100CH | 1HSHNAHR8YH270613 | Georgetown | $1,936.73 | | Undetermined |
| Owned | 2000 | INT | 8100CH | 1HSHNAHR6YH270612 | Georgetown | $509.43 | | Undetermined |
| Owned | 2000 | INT | 8100CH | 1HSHNAHR5YH270617 | Georgetown | $0.00 | | Undetermined |
| Owned | 2000 | INT | 8100CH | 1HSHNAHR7YH270621 | Georgetown | $0.00 | | Undetermined |
| Owned | 2000 | STRLG | LT9500 | 2FZNEMDB1YAF26637 | Georgetown | $2,372.49 | | Undetermined |
| Owned | 2000 | STRLG | LT9500 | 2FZNEMDB9YAF26580 | Georgetown | $1,867.11 | | Undetermined |
| Owned | 2000 | STRLG | LT9500 | 2FZNEMDB5YAF26625 | Georgetown | $4,675.07 | | Undetermined |
| Owned | 2000 | STRLG | LT9500 | 2FZNEMDB0YAF26631 | Georgetown | $3,533.58 | | Undetermined |
| Owned | 2000 | STRLG | LT9500 | 2FZNEMDB1YAF26556 | Georgetown | $0.00 | | Undetermined |
| Owned | 2000 | STRLG | LT9500 | 2FZNEMDB9YAF26627 | Georgetown | $0.00 | | Undetermined |
| Owned | 2000 | STRLG | LT9500 | 2FZNEMDB2YAF26596 | Georgetown | $0.00 | | Undetermined |
| Owned | 2000 | VOLVO | WAH-64 | 4V5PC2UF2YN239029 | Georgetown | $0.00 | | Undetermined |
| Owned | 2000 | VOLVO | WAH-64 | 4V5PC2UF2YN239032 | Georgetown | $0.00 | | Undetermined |
| Owned | 2000 | VOLVO | WAH64 | 4V5PC2UF1YN257411 | Georgetown | $0.00 | | Undetermined |
| Owned | 2000 | STRLG | LT9500 | 2FZNEMDB5YAF26639 | KTP | $1,884.13 | | Undetermined |
| Owned | 2000 | STRLG | LT9500 | 2FZNEMDBXYAF26622 | KTP | $953.83 | | Undetermined |
| Owned | 2000 | STRLG | LT9500 | 2FZNEMDB6YAF26617 | KTP | $2,704.23 | | Undetermined |
| Owned | 2000 | STRLG | LT9500 | 2FZNEMDBXYAF26619 | KTP | $468.75 | | Undetermined |
| Owned | 2000 | STRLG | LT9500 | 2FZNEMDB9YAF26630 | Lansing | $1,727.28 | | Undetermined |
| Owned | 2000 | STRLG | LT9500 | 2FZNEMDB1YAF26640 | Lansing | $29,139.02 | | Undetermined |
| Owned | 2000 | STRLG | LT9500 | 2FZNEMDB8YAF26568 | Lansing | $0.00 | | Undetermined |
| Owned | 2000 | CTTRL | C-7512 | 1C9AZ147XYG148922 | LAP | $0.00 | | Undetermined |
| Owned | 2000 | CTTRL | C-7512 | 1C9AZ1473YG148017 | LAP | $0.00 | | Undetermined |
| Owned | 2000 | STRLG | LT9500 | 2FZNEMDB1YAF26623 | LAP | $0.00 | | Undetermined |
| Owned | 2000 | CTTRL | C-7511 | 1C9AZ1479YG148054 | Shelbyville | $0.00 | | Undetermined |

| Ownership type | Year | Make | Model | Identification Number (i.e. VIN, HIN or N-number) | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|---|---|---|
| Owned | 2000 | CTTRL | C-7512 | 1C9AZ1478YG148871 | Shelbyville | $0.00 | | Undetermined |
| Owned | 2000 | CTTRL | C-7512 | 1C9AZ1474YG148933 | Shelbyville | $0.00 | | Undetermined |
| Owned | 2000 | VOLVO | WAH-64 | 4V5PC2UF6YN239017 | Shelbyville | $0.00 | | Undetermined |
| Owned | 2000 | STRLG | LT9500 | 2FZNEMDB6YAF26598 | STOOPS | $1,349.89 | | Undetermined |
| Owned | 2000 | CTTRL | C-7512 | 1C9AZ1473YG148731 | Unknown | $0.00 | | Undetermined |
| Owned | 2000 | CTTRL | C-7512 | 1C9AZ1475YG148925 | Unknown | $0.00 | | Undetermined |
| Owned | 2000 | CTTRL | CS12M3/4HD | 1C9AZ1472YG148431 | Unknown | $0.00 | | Undetermined |
| Owned | 2000 | STRLG | LT9500 | 2FZNEMDBXYAF26569 | Unknown | $0.00 | | Undetermined |
| Owned | 2000 | STRLG | LT9500 | 2FZNEMDB7YAF26626 | Unknown | $667.63 | | Undetermined |
| Owned | 2000 | VOLVO | LT9500 | 4V5PC2UF8YN248463 | Unknown | $0.00 | | Undetermined |
| Owned | 2000 | CTTRL | C-7512 | 1C9AZ1477YG148036 | Upper Valley | $0.00 | | Undetermined |
| Owned | 2000 | FRGHT | COLUMBIA | 1FUYS7DB9YLB29281 | Upper Valley | $0.00 | | Undetermined |
| Owned | 2000 | INT | 8100CH | 1HSHNAHR2YH270624 | Upper Valley | $0.00 | | Undetermined |
| Owned | 2000 | INT | 8100CH | 1HSHNAHR1YH270615 | Upper Valley | $0.00 | | Undetermined |
| Owned | 2000 | STRLG | LT9500 | 2FZNEMEB6YAG89654 | Upper Valley | $765.76 | | Undetermined |
| Owned | 2000 | STRLG | LT9500 | 2FZNEMDB3YAF26610 | Upper Valley | $0.00 | | Undetermined |
| Owned | 2000 | STRLG | LT9500 | 2FZNEMDBXYAF26636 | Upper Valley | $2,253.71 | | Undetermined |
| Owned | 2000 | STRLG | LT9500 | 2FZNEMDB8YAF26571 | Upper Valley | $0.00 | | Undetermined |
| Owned | 2000 | VOLVO | WAH-64 | 4V5PC2UF5YN239011 | Upper Valley | $2,208.94 | | Undetermined |
| Owned | 2000 | CTTRL | C-7512 | 1C9AZ1478YG148076 | Wayne | $0.00 | | Undetermined |
| Owned | 2000 | FORD | F150 PICKUP | 1FTZF1727YKB13110 | Wayne | $0.00 | | Undetermined |
| Owned | 2000 | FRGHT | LT9500 | 1FUYS7DB5YLB28175 | Wayne | $0.00 | | Undetermined |
| Owned | 2000 | FRGHT | LT9500 | 1FUYS7DB4YLB28104 | Wayne | $0.00 | | Undetermined |
| Owned | 2000 | CTTRL | C-7511 | 1C9AZ1475YG148083 | Wentzville | $0.00 | | Undetermined |
| Owned | 2000 | CTTRL | C-7511 | 1C9AZ147XYG148872 | Wentzville | $0.00 | | Undetermined |
| Owned | 2000 | CTTRL | C-7512 | 1C9AZ1471YG148923 | Wentzville | $0.00 | | Undetermined |
| Owned | 2000 | STRLG | LT9500 | 2FZNEMEB3YAH05227 | Wentzville | $0.00 | | Undetermined |
| Owned | 2000 | VOLVO | WAH64 | 4V5PC2UF4YN257404 | Wentzville | $0.00 | | Undetermined |
| Owned | 2001 | VOLVO | LT9500 | 4V5PC8RF61N315630 | Arlington | $2,172.00 | | Undetermined |
| Owned | 2001 | VOLVO | WAH64 | 4V5PC8UF11N257448 | Arlington | $29,556.10 | | Undetermined |
| Owned | 2001 | FRGHT | FLD120 | 1FUJAHCG11PJ97092 | Avon Lake | $0.00 | | Undetermined |
| Owned | 2001 | VOLVO | LT9500 | 4V5PC8UF71N305793 | Avon Lake | $0.00 | | Undetermined |
| Owned | 2001 | VOLVO | WAH64 | 4V5PC8UG21N306200 | Avon Lake | $0.00 | | Undetermined |
| Owned | 2001 | VOLVO | WAH64 | 4V5PC8UF41N257458 | Bowling Green | $0.00 | | Undetermined |
| Owned | 2001 | VOLVO | WAH64 | 4V5PC8UF71N257454 | Bowling Green | $0.00 | | Undetermined |
| Owned | 2001 | DELVN | 2878 | 1D9AB45201W371400 | Claycomo | $0.00 | | Undetermined |
| Owned | 2001 | STRLG | LT9500 | 2FZHAZA821AH87747 | Claycomo | $0.00 | | Undetermined |
| Owned | 2001 | CTTRL | C12LTA | 5E0AM14401G003596 | Fairfax | $0.00 | | Undetermined |
| Owned | 2001 | CTTRL | C-7511 | 5E0AC14481G002148 | Flint | $0.00 | | Undetermined |

| Ownership type | Year | Make | Model | Identification Number (i.e. VIN, HIN or N-number) | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|---|---|---|
| Owned | 2001 | VOLVO | LT9500 | 4V5PC8RF71N315703 | Flint | $0.00 | | Undetermined |
| Owned | 2001 | VOLVO | LT9500 | 4V5PC8RF01N322444 | Flint | $0.00 | | Undetermined |
| Owned | 2001 | VOLVO | WAH64 | 4V5PC8UF81N257429 | Flint | $22,846.65 | | Undetermined |
| Owned | 2001 | VOLVO | WAH64 | 4V5PC8UFX1N257464 | Flint | $9,963.43 | | Undetermined |
| Owned | 2001 | CTTRL | C-7511 | 5E0AC14431G003191 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2001 | CTTRL | C-7512 | 5E0AC14491G003454 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2001 | CTTRL | CS6SD | 5E0AC14431G002493 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2001 | VOLVO | LT9500 | 4V5PC8RF11N315681 | Ft Wayne | $454.64 | | Undetermined |
| Owned | 2001 | VOLVO | LT9500 | 4V5PC8RF61N322416 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2001 | VOLVO | LT9500 | 4V5PC8RF41N315688 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2001 | VOLVO | WAH | 4V5PC8RF61N315689 | Ft Wayne | $7,150.52 | | Undetermined |
| Owned | 2001 | CTTRL | C-7511 | 5E0AC14411G003173 | Georgetown | $0.00 | | Undetermined |
| Owned | 2001 | CTTRL | C-7511 | 5E0AC14401G003164 | Georgetown | $0.00 | | Undetermined |
| Owned | 2001 | CTTRL | C-7511 | 5E0AC14461G002794 | Georgetown | $0.00 | | Undetermined |
| Owned | 2001 | CTTRL | C-7511 | 5E0AC14461G003198 | Georgetown | $0.00 | | Undetermined |
| Owned | 2001 | CTTRL | C-7511 | 5E0AC144X1G003169 | Georgetown | $0.00 | | Undetermined |
| Owned | 2001 | CTTRL | C-7511 | 5E0AC14441G002812 | Georgetown | $0.00 | | Undetermined |
| Owned | 2001 | CTTRL | C-7511 | 5E0AC14431G003174 | Georgetown | $0.00 | | Undetermined |
| Owned | 2001 | CTTRL | C-7511 | 5E0AC14461G003184 | Georgetown | $0.00 | | Undetermined |
| Owned | 2001 | INT | LT9500 | 1HSHNAHR31H363402 | Georgetown | $7,785.27 | | Undetermined |
| Owned | 2001 | VOLVO | LT9500 | 4V5PC8RF71N315670 | Georgetown | $0.00 | | Undetermined |
| Owned | 2001 | VOLVO | LT9500 | 4V5PC8RF61N315661 | Georgetown | $3,026.81 | | Undetermined |
| Owned | 2001 | VOLVO | LT9500 | 4V5PC8RF21N315608 | Georgetown | $3,156.07 | | Undetermined |
| Owned | 2001 | VOLVO | LT9500 | 4V5PC8RF31N315665 | Georgetown | $0.00 | | Undetermined |
| Owned | 2001 | VOLVO | LT9500 | 4V5PC8RF11N315695 | Georgetown | $1,435.03 | | Undetermined |
| Owned | 2001 | VOLVO | LT9500 | 4V5PC8RF51N315666 | Georgetown | $412.83 | | Undetermined |
| Owned | 2001 | VOLVO | LT9500 | 4V5PC8RF41N315626 | Georgetown | $0.00 | | Undetermined |
| Owned | 2001 | VOLVO | LT9500 | 4V5PC8RF91N315671 | Georgetown | $0.00 | | Undetermined |
| Owned | 2001 | VOLVO | WAH64 | 4V5PC8RF81N257472 | Georgetown | $0.00 | | Undetermined |
| Owned | 2001 | CTTRL | C-7511 | 5E0AC144X1G002801 | In Transit to Mexico - still in USA | $0.00 | | Undetermined |
| Owned | 2001 | CTTRL | C-7511 | 5E0AC14421G002808 | LAP | $0.00 | | Undetermined |
| Owned | 2001 | CTTRL | C-7511 | 5E0AC14401G002838 | LAP | $0.00 | | Undetermined |
| Owned | 2001 | VOLVO | LT9500 | 4V5PC8RF71N315622 | LAP | $2,407.83 | | Undetermined |
| Owned | 2001 | VOLVO | LT9500 | 4V5PC8RF51N315652 | LAP | $1,785.56 | | Undetermined |
| Owned | 2001 | CTTRL | C-7511 | 5E0AC14401G003181 | Shelbyville | $0.00 | | Undetermined |
| Owned | 2001 | CTTRL | C-7511 | 5E0AC14421G002825 | Shelbyville | $0.00 | | Undetermined |
| Owned | 2001 | CTTRL | C-7511 | 5E0AC144X1G002829 | Shelbyville | $0.00 | | Undetermined |
| Owned | 2001 | CTTRL | C-7511 | 5E0AC14471G003162 | Shelbyville | $0.00 | | Undetermined |
| Owned | 2001 | CTTRL | C-7511 | 5E0AC14431G002798 | Shelbyville | $0.00 | | Undetermined |
| Owned | 2001 | CTTRL | C-7511 | 5E0AC14421G002839 | Shelbyville | $0.00 | | Undetermined |

| Ownership type | Year | Make | Model | Identification Number (i.e. VIN, HIN or N-number) | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|---|---|---|
| Owned | 2001 | CTTRL | C-7511 | 5E0AC14491G003163 | Shelbyville | $0.00 | | Undetermined |
| Owned | 2001 | CTTRL | C-7512 | 5E0AC14471G003579 | Shelbyville | $0.00 | | Undetermined |
| Owned | 2001 | INT | LT9500 | 1HSHNAHR31H362945 | Shelbyville | $0.00 | | Undetermined |
| Owned | 2001 | VOLVO | LT9500 | 4V5PC8RF11N315678 | Shelbyville | $0.00 | | Undetermined |
| Owned | 2001 | VOLVO | LT9500 | 4V5PC8RF21N315639 | Shelbyville | $0.00 | | Undetermined |
| Owned | 2001 | VOLVO | LT9500 | 4V5PC8RF41N315643 | Shelbyville | $0.00 | | Undetermined |
| Owned | 2001 | VOLVO | LT9500 | 4V5PC8RF81N315659 | Shelbyville | $2,569.22 | | Undetermined |
| Owned | 2001 | VOLVO | LT9500 | 4V5PC8RF41N315612 | Shelbyville | $0.00 | | Undetermined |
| Owned | 2001 | VOLVO | LT9500 | 4V5PC8RF71N315653 | Shelbyville | $1,008.90 | | Undetermined |
| Owned | 2001 | VOLVO | LT9500 | 4V5PC8RF41N315660 | Shelbyville | $0.00 | | Undetermined |
| Owned | 2001 | VOLVO | LT9500 | 4V5PC8RF41N322429 | Shelbyville | $0.00 | | Undetermined |
| Owned | 2001 | VOLVO | WAH64 | 4V5PC8RF81N307786 | Shelbyville | $0.00 | | Undetermined |
| Owned | 2001 | CTTRL | C-7511 | 5E0AC14451G002799 | Upper Valley | $0.00 | | Undetermined |
| Owned | 2001 | VOLVO | LT9500 | 4V5PC8RF21N315625 | Upper Valley | $0.00 | | Undetermined |
| Owned | 2001 | VOLVO | LT9500 | 4V5PC8RF21N315611 | Upper Valley | $0.00 | | Undetermined |
| Owned | 2001 | VOLVO | LT9500 | 4V5PC8RF61N315613 | Upper Valley | $0.00 | | Undetermined |
| Owned | 2001 | VOLVO | LT9500 | 4V5PC8RF91N315637 | Upper Valley | $0.00 | | Undetermined |
| Owned | 2001 | VOLVO | WAH64 | 4V5PC8UF61N257428 | Upper Valley | $0.00 | | Undetermined |
| Owned | 2001 | VOLVO | WAH64 | 4V5PC8UF31N257449 | Upper Valley | $0.00 | | Undetermined |
| Owned | 2001 | VOLVO | WAH64 | 4V5PC8UF31N257421 | Upper Valley | $0.00 | | Undetermined |
| Owned | 2001 | FRGHT | LT9500 | 1FUJAHCG31PJ97093 | Wayne | $0.00 | | Undetermined |
| Owned | 2001 | VOLVO | WAH64 | 4V5PC8UF81N257446 | Wayne | $0.00 | | Undetermined |
| Owned | 2001 | CTTRL | C-7511 | 5E0AC14431G003160 | Wentzville | $0.00 | | Undetermined |
| Owned | 2001 | CTTRL | C-7511 | 5E0AC14411G002797 | Wentzville | $0.00 | | Undetermined |
| Owned | 2001 | CTTRL | C-7511 | 5E0AC14451G003161 | Wentzville | $0.00 | | Undetermined |
| Owned | 2001 | VOLVO | LT9500 | 4V5PC8RF41N315657 | Wentzville | $0.00 | | Undetermined |
| Owned | 2001 | VOLVO | LT9500 | 4V5PC8RF61N322450 | Wentzville | $0.00 | | Undetermined |
| Owned | 2001 | VOLVO | LT9500 | 4V5PC8RF21N315656 | Wentzville | $0.00 | | Undetermined |
| Owned | 2001 | VOLVO | LT9500 | 4V5PC8RF11N322436 | Wentzville | $0.00 | | Undetermined |
| Owned | 2001 | VOLVO | LT9500 | 4V5PC8RF61N315658 | Wentzville | $0.00 | | Undetermined |
| Owned | 2001 | VOLVO | WAH64 | 4V5PC8RF41N257470 | Wentzville | $0.00 | | Undetermined |
| Owned | 2001 | VOLVO | WAH64 | 4V5PC8RF41N257467 | Wentzville | $0.00 | | Undetermined |
| Owned | 2002 | CTTRL | C-12LT | 5E0AL14432G003726 | Avon Lake | $0.00 | | Undetermined |
| Owned | 2002 | FORD | PK | 1FDWF36L72EB64441 | Baltimore | $5,112.06 | | Undetermined |
| Owned | 2002 | CTTRL | CS-7SUV | 5E0AS14462G003738 | Flint | $0.00 | | Undetermined |
| Owned | 2002 | INT | 8100 | 1HSHNAHR82H552158 | Flint | $0.00 | | Undetermined |
| Owned | 2002 | INT | 8100 | 1HSHNAHR22H552155 | Flint | $0.00 | | Undetermined |
| Owned | 2002 | INT | 8100 | 1HSHNAHR42H552156 | Flint | $0.00 | | Undetermined |
| Owned | 2002 | INT | 8100 | 1HSHNAHR62H552157 | Flint | $578.93 | | Undetermined |

| Ownership type | Year | Make | Model | Identification Number (i.e. VIN, HIN or N-number) | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|---|---|---|
| Owned | 2002 | INT | 8100 | 1HSHNAHR62H552160 | Flint | $0.00 | | Undetermined |
| Owned | 2002 | INT | 8100 | 1HSHNAHR22H508642 | Flint | $0.00 | | Undetermined |
| Owned | 2002 | INT | 8100 | 1HSHNAHRX2H552159 | Flint | $0.00 | | Undetermined |
| Owned | 2002 | STRLG | LT9500 | 2FZHAZAS12AJ54327 | Flint | $1,899.23 | | Undetermined |
| Owned | 2002 | STRLG | LT9501 | 2FZHAZAS82AK16564 | Flint | $2,131.71 | | Undetermined |
| Owned | 2002 | INT | 8100 CH 6X4 | 1HSHNAHR22H551846 | Georgetown | $8,192.42 | | Undetermined |
| Owned | 2002 | STRLG | LT9500 | 2FZHAZASX2AJ54312 | Lansing | $4,250.64 | | Undetermined |
| Owned | 2002 | CTTRL | C-12LT/5HD | 5E0AL14432G003709 | Wayne | $0.00 | | Undetermined |
| Owned | 2002 | GMC | G3500 HI-CUBE VAN | 1GDHG31R721900917 | Wayne | $0.00 | | Undetermined |
| Owned | 2002 | INT | 8100 CH 6X4 | 1HSHNAHR82H551849 | Wayne | $0.00 | | Undetermined |
| Owned | 2002 | CHVRL | G3500 PASS. VAN | 1GAHG39R321212639 | Wentzville | $0.00 | | Undetermined |
| Owned | 2002 | CTTRL | C-11LT | 5E0AL144X2G003724 | Wentzville | $0.00 | | Undetermined |
| Owned | 2003 | CHEV | VAN | 1GBHG31U331196908 | Arlington | $0.00 | | Undetermined |
| Owned | 2003 | FORD | F150 PICKUP | 1FTRF17213NB43632 | Arlington | $0.00 | | Undetermined |
| Owned | 2003 | CTTRL | C-11LT | 5E0AA14403G004470 | Avon Lake | $0.00 | | Undetermined |
| Owned | 2003 | MAZDA | TRIBUTE  ES | 4F2CZ06133KM35297 | Avon Lake | $0.00 | | Undetermined |
| Owned | 2003 | TOYT | 4D | 4T1BE32K53U186816 | Baltimore | $923.61 | | Undetermined |
| Owned | 2003 | BOYDC | CWG 9C | 1B9CS45233P275003 | Bowling Green | $0.00 | | Undetermined |
| Owned | 2003 | STRLG | LT9500 | 2FZHAZAS63AL05888 | Cottage Grove | $0.00 | | Undetermined |
| Owned | 2003 | STRLG | LT9500 | 2FZHAZAS33AL05878 | Cottage Grove | $0.00 | | Undetermined |
| Owned | 2003 | BOYDC | 9178S | 1B9CS45263P275190 | Flint | $0.00 | | Undetermined |
| Owned | 2003 | CTTRL | CS-7SUV | 5E0A814403G004089 | Flint | $0.00 | | Undetermined |
| Owned | 2003 | CTTRL | CS-7SUV | 5E0A814453G004086 | Flint | $0.00 | | Undetermined |
| Owned | 2003 | CTTRL | CS-7SUV | 5E0A814473G004087 | Flint | $0.00 | | Undetermined |
| Owned | 2003 | CTTRL | CS-7SUV | 5E0A814493G004088 | Flint | $0.00 | | Undetermined |
| Owned | 2003 | CTTRL | CS-7SUV | 5E0A814493G004091 | Flint | $0.00 | | Undetermined |
| Owned | 2003 | CTTRL | CS-7SUV | 5E0A814473G004090 | Flint | $0.00 | | Undetermined |
| Owned | 2003 | DELVN | LOWBOY 200 | 1D9AJ48243W371506 | Flint | $0.00 | | Undetermined |
| Owned | 2003 | DELVN | LOWBOY 200 | 1D9AJ48293W371503 | Flint | $0.00 | | Undetermined |
| Owned | 2003 | DELVN | LOWBOY 200 | 1D9AJ48283W371508 | Flint | $0.00 | | Undetermined |
| Owned | 2003 | DELVN | LOWBOY 200 | 1D9AJ48273W371497 | Flint | $0.00 | | Undetermined |
| Owned | 2003 | DELVN | LOWBOY 200 | 1D9AJ48263W371507 | Flint | $0.00 | | Undetermined |
| Owned | 2003 | DELVN | LOWBOY 200 | 1D9AJ48203W371504 | Flint | $0.00 | | Undetermined |
| Owned | 2003 | DELVN | LOWBOY 200 | 1D9AJ48293W371498 | Flint | $0.00 | | Undetermined |
| Owned | 2003 | DELVN | LOWBOY 200 | 1D9AJ48263W371488 | Flint | $0.00 | | Undetermined |
| Owned | 2003 | DELVN | LOWBOY 200 | 1D9AJ48213W371494 | Flint | $0.00 | | Undetermined |
| Owned | 2003 | DELVN | LOWBOY 200 | 1D9AJ48253W371496 | Flint | $0.00 | | Undetermined |
| Owned | 2003 | DELVN | LOWBOY 200 | 1D9AJ48203W371499 | Flint | $0.00 | | Undetermined |
| Owned | 2003 | DELVN | LOWBOY 200 | 1D9AJ48233W371500 | Flint | $0.00 | | Undetermined |
| Owned | 2003 | DELVN | LOWBOY 200 | 1D9AJ482X3W371509 | Flint | $0.00 | | Undetermined |
| Owned | 2003 | DELVN | LOWBOY 200 | 1D9AJ48243W371490 | Flint | $0.00 | | Undetermined |
| Owned | 2003 | DELVN | LOWBOY 200 | 1D9AJ48263W371491 | Flint | $0.00 | | Undetermined |

| Ownership type | Year | Make | Model | Identification Number (i.e. VIN, HIN or N-number) | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|---|---|---|
| Owned | 2003 | DELVN | LOWBOY 200 | 1D9AJ48253W371501 | Flint | $0.00 | | Undetermined |
| Owned | 2003 | DELVN | LOWBOY 200 | 1D9AJ48273W371502 | Flint | $0.00 | | Undetermined |
| Owned | 2003 | DELVN | LOWBOY 200 | 1D9AJ48283W371489 | Flint | $0.00 | | Undetermined |
| Owned | 2003 | DELVN | LOWBOY 200 | 1D9AJ482X3W371493 | Flint | $0.00 | | Undetermined |
| Owned | 2003 | DELVN | LOWBOY 200 | 1D9AJ48223W371505 | Flint | $0.00 | | Undetermined |
| Owned | 2003 | CLUBCAR | GOLF CART | AQ0333-309447 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2003 | INT | LT9500 | 1HSHNAHR83H566482 | Ft Wayne | $2,394.00 | | Undetermined |
| Owned | 2003 | INT | 6 PACK | 1HSHNAHR63H566514 | Georgetown | $0.00 | | Undetermined |
| Owned | 2003 | INT | 6 PACK | 1HSHNAHR53H566519 | Georgetown | $0.00 | | Undetermined |
| Owned | 2003 | INT | 6 PACK | 1HSHNAHR53H566522 | Georgetown | $0.00 | | Undetermined |
| Owned | 2003 | INT | 6 PACK | 1HSHNAHR33H566518 | Georgetown | $0.00 | | Undetermined |
| Owned | 2003 | INT | LT9500 | 1HSHNAHR83H569348 | Georgetown | $1,851.95 | | Undetermined |
| Owned | 2003 | CTTRL | CS6SD | 5E0AF14433G004593 | KTP | $0.00 | | Undetermined |
| Owned | 2003 | CTTRL | CS6SD | 5E0AF14423G004598 | KTP | $0.00 | | Undetermined |
| Owned | 2003 | CTTRL | CS6SD | 5E0AF14493G004601 | KTP | $0.00 | | Undetermined |
| Owned | 2003 | CTTRL | CS6SD | 5E0AF14403G004602 | KTP | $0.00 | | Undetermined |
| Owned | 2003 | INT | 6 PACK | 1HSHNAHR03H566525 | KTP | $5,592.73 | | Undetermined |
| Owned | 2003 | INT | 6 PACK | 1HSHNAHR13H566520 | KTP | $0.00 | | Undetermined |
| Owned | 2003 | INT | LT9500 | 1HSHNAHR73H569339 | KTP | $3,149.86 | | Undetermined |
| Owned | 2003 | INT | LT9500 | 1HSHNAHR53H569344 | KTP | $5,923.90 | | Undetermined |
| Owned | 2003 | INT | LT9500 | 1HSHNAHR63H569347 | KTP | $4,111.60 | | Undetermined |
| Owned | 2003 | BOYDC | 9109EN | 1B9CS45273P275053 | Shelbyville | $0.00 | | Undetermined |
| Owned | 2003 | BOYDC | ENCLOSED | 1B9CS45213P275064 | Shelbyville | $0.00 | | Undetermined |
| Owned | 2003 | BOYDC | LT9500 | 1B9CS452X3P275063 | Shelbyville | $0.00 | | Undetermined |
| Owned | 2003 | BOYDC | LT9500 | 1B9CS45283P275076 | Shelbyville | $0.00 | | Undetermined |
| Owned | 2003 | CTTRL | C-11LT | 5E0AA14463G004473 | Upper Valley | $0.00 | | Undetermined |
| Owned | 2003 | FRGHT | LT9500 | 1FUJA6CG73LH34422 | Upper Valley | $0.00 | | Undetermined |
| Owned | 2003 | FRGHT | LT9500 | 1FUJA6CG03LH34777 | Upper Valley | $1,215.29 | | Undetermined |
| Owned | 2003 | CTTRL | CS-11LT | 5E0AJ14493G003995 | Wayne | $0.00 | | Undetermined |
| Owned | 2003 | FRGHT | LT9500 | 1FUJA6CG93LH34437 | Wayne | $0.00 | | Undetermined |
| Owned | 2003 | STRLG | LT9500 | 2FZHAZAS83AK37593 | Wayne | $0.00 | | Undetermined |
| Owned | 2003 | CHVRL | G3500 PASS EXTENDED VAN | 1GAHG39U031187639 | Wentzville | $0.00 | | Undetermined |
| Owned | 2003 | CTTRL | C-11LT | 5E0AA14453G004464 | Wentzville | $0.00 | | Undetermined |
| Owned | 2004 | CTTRL | CS-7SUV | 5E0AS14404G005052 | Arlington | $0.00 | | Undetermined |
| Owned | 2004 | CTTRL | SHUTTLE | 5E0AS14464G005055 | Arlington | $0.00 | | Undetermined |
| Owned | 2004 | CTTRL | SHUTTLE | 5E0AS14474G005047 | Arlington | $0.00 | | Undetermined |
| Owned | 2004 | CTTRL | SHUTTLE | 5E0AS14484G005056 | Arlington | $0.00 | | Undetermined |
| Owned | 2004 | STRLG | LT9500 | 2FZHAZAS74AM35924 | Arlington | $0.00 | | Undetermined |
| Owned | 2004 | STRLG | LT9500 | 2FZHAZAS04AM35926 | Arlington | $4,824.00 | | Undetermined |
| Owned | 2004 | STRLG | LT9500 | 2FZHAZAS64AM35929 | Arlington | $6,170.14 | | Undetermined |

| Ownership type | Year | Make | Model | Identification Number (i.e. VIN, HIN or N-number) | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|---|---|---|
| Owned | 2004 | STRLG | LT9500 | 2FZHAZAS94AM35925 | Arlington | $11,195.07 | | Undetermined |
| Owned | 2004 | CTTRL | CS11M31 | 5E0AA14404G005278 | Avon Lake | $0.00 | | Undetermined |
| Owned | 2004 | CTTRL | CS12M3 | 5E0AA14484G004976 | Avon Lake | $0.00 | | Undetermined |
| Owned | 2004 | STRLG | LT9500 | 2FZHAZCV94AM45670 | Avon Lake | $0.00 | | Undetermined |
| Owned | 2004 | STRLG | LT9500 | 2FZHAZAS84AM35883 | Avon Lake | $0.00 | | Undetermined |
| Owned | 2004 | CTTRL | CS11M31 | 5E0AA14424G005458 | Claycomo | $0.00 | | Undetermined |
| Owned | 2004 | CTTRL | CS11M31 | 5E0AA14444G005283 | Claycomo | $0.00 | | Undetermined |
| Owned | 2004 | CTTRL | CS11M31 | 5E0AA14424G005301 | Claycomo | $0.00 | | Undetermined |
| Owned | 2004 | CTTRL | CS11M31 | 5E0AA14444G005445 | Claycomo | $0.00 | | Undetermined |
| Owned | 2004 | CTTRL | CS11M31 | 5E0AA14464G005446 | Claycomo | $0.00 | | Undetermined |
| Owned | 2004 | STRLG | LT9500 | 2FZHAZCV84AM45708 | Claycomo | $2,524.48 | | Undetermined |
| Owned | 2004 | STRLG | LT9500 | 2FZHAZCV14AN15534 | Claycomo | $2,560.49 | | Undetermined |
| Owned | 2004 | STRLG | LT9500 | 2FZHAZCV84AM45675 | Claycomo | $0.00 | | Undetermined |
| Owned | 2004 | STRLG | LT9500 | 2FZHAZCVX4AM45693 | Claycomo | $0.00 | | Undetermined |
| Owned | 2004 | CTTRL | CS12M3 | 5E0AA144X4G004977 | Cottage Grove | $0.00 | | Undetermined |
| Owned | 2004 | STRLG | LT9500 | 2FZHAZCV44AN15527 | Cottage Grove | $0.00 | | Undetermined |
| Owned | 2004 | STRLG | LT9500 | 2FZHAZCV94AN15538 | Cottage Grove | $0.00 | | Undetermined |
| Owned | 2004 | STRLG | LT9500 | 2FZHAZCV34AN15521 | Cottage Grove | $2,682.60 | | Undetermined |
| Owned | 2004 | STRLG | LT9500 | 2FZHAZCV04AN15539 | Cottage Grove | $0.00 | | Undetermined |
| Owned | 2004 | STRLG | LT9500 | 2FZHAZCV54AN15519 | Cottage Grove | $0.00 | | Undetermined |
| Owned | 2004 | STRLG | LT9500 | 2FZHAZCV74AN15537 | Cottage Grove | $0.00 | | Undetermined |
| Owned | 2004 | STRLG | LT9500 | 2FZHAZAS14AM35885 | Cottage Grove | $0.00 | | Undetermined |
| Owned | 2004 | STRLG | LT9500 | 2FZHAZCV24AN26851 | Cottage Grove | $0.00 | | Undetermined |
| Owned | 2004 | STRLG | LT9500 | 2FZHAZCV24AN26848 | Cottage Grove | $0.00 | | Undetermined |
| Owned | 2004 | CTTRL | CS11M31 | 5E0AA14434G005436 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2004 | CTTRL | CS11M31 | 5E0AA14454G005454 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2004 | CTTRL | CS11M31 | 5E0AA14474G005438 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2004 | CTTRL | CS11M31 | 5E0AA14414G005435 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2004 | CTTRL | CS11M31 | 5E0AA144X4G005451 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2004 | CTTRL | CS11M31 | 5E0AA14404G005457 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2004 | CTTRL | CS11M31 | 5E0AA14494G005439 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2004 | CTTRL | CS11M31 | 5E0AA14454G005440 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2004 | CTTRL | CS11M31 | 5E0AA14494G005442 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2004 | CTTRL | CS11M31 | 5E0AA14484G005447 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2004 | CTTRL | CS11M31 | 5E0AA14484G005450 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2004 | CTTRL | CS11M31 | 5E0AA14454G005437 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2004 | CTTRL | CS11M31 | 5E0AA14404G005443 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2004 | CTTRL | CS11M31 | 5E0AA14434G005453 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2004 | CTTRL | CS11M31 | 5E0AA14474G005441 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2004 | CTTRL | CS11M31 | 5E0AA144X4G005448 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2004 | CTTRL | CS6SD | 5E0AF14494G004809 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2004 | STRLG | LT9500 | 2FZHAZCV94AM45698 | Ft Wayne | $3,060.10 | | Undetermined |

| Ownership type | Year | Make | Model | Identification Number (i.e. VIN, HIN or N-number) | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|---|---|---|
| Owned | 2004 | STRLG | LT9500 | 2FZHAZCV74AM45716 | Ft Wayne | $5,285.80 | | Undetermined |
| Owned | 2004 | STRLG | LT9500 | 2FZHAZCV34AM45700 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2004 | STRLG | LT9500 | 2FZHAZCV74AM45697 | Ft Wayne | $263.56 | | Undetermined |
| Owned | 2004 | STRLG | LT9500 | 2FZHAZCV14AM45713 | Ft Wayne | $7,575.91 | | Undetermined |
| Owned | 2004 | STRLG | LT9500 | 2FZHAZCV24AM45719 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2004 | STRLG | LT9500 | 2FZHAZCV54AM45701 | Ft Wayne | $77.09 | | Undetermined |
| Owned | 2004 | STRLG | LT9500 | 2FZHAZCV74AM45702 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2004 | STRLG | LT9500 | 2FZHAZCVX4AM45709 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2004 | STRLG | LT9500 | 2FZHAZCVX4AM45712 | Ft Wayne | $3,219.31 | | Undetermined |
| Owned | 2004 | STRLG | LT9500 | 2FZHAZCV34AM45714 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2004 | STRLG | LT9500 | 2FZHAZAS34AM35905 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2004 | STRLG | LT9500 | 2FZHAZCV04AM45699 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2004 | STRLG | LT9500 | 2FZHAZCV24AM45705 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2004 | STRLG | LT9500 | 2FZHAZCV64AM45710 | Ft Wayne | $3,883.94 | | Undetermined |
| Owned | 2004 | STRLG | LT9500 CH | 2FZHAZCV04AM45704 | Ft Wayne | $957.03 | | Undetermined |
| Owned | 2004 | CTTRL | CS12M3 | 5E0AA14494G004985 | Georgetown | $0.00 | | Undetermined |
| Owned | 2004 | CTTRL | CS6SD | 5E0AF14434G004806 | Georgetown | $0.00 | | Undetermined |
| Owned | 2004 | CTTRL | CS6SD | 5E0AF14474G004811 | Georgetown | $0.00 | | Undetermined |
| Owned | 2004 | CTTRL | CS6SD | 5E0AF14424G004814 | Georgetown | $0.00 | | Undetermined |
| Owned | 2004 | CTTRL | CS6SD | 5E0AF14454G004810 | Georgetown | $0.00 | | Undetermined |
| Owned | 2004 | STRLG | LT9500 | 2FZHAZAS24AM35894 | Georgetown | $0.00 | | Undetermined |
| Owned | 2004 | CTTRL | CS11M31 | 5E0AA144X4G005286 | KTP | $0.00 | | Undetermined |
| Owned | 2004 | STRLG | LT9500 | 2FZHAZCV84AN15532 | Lansing | $5,318.09 | | Undetermined |
| Owned | 2004 | STRLG | LT9500 | 2FZHAZCV34AN15535 | Lansing | $11,298.69 | | Undetermined |
| Owned | 2004 | STRLG | LT9500 | 2FZHAZCV44AN26835 | Lansing | $2,328.33 | | Undetermined |
| Owned | 2004 | STRLG | LT9500 | 2FZHAZCV44AN15530 | Lansing | $3,565.19 | | Undetermined |
| Owned | 2004 | STRLG | LT9500 | 2FZHAZCV04AN26850 | Lansing | $2,867.66 | | Undetermined |
| Owned | 2004 | BOYDC | LT9500 | 1B9CS45274P275345 | Shelbyville | $0.00 | | Undetermined |
| Owned | 2004 | BOYDC | LT9500 | 1B9CS45204P275347 | Shelbyville | $0.00 | | Undetermined |
| Owned | 2004 | BOYDC | LT9500 | 1B9CS45244P275349 | Shelbyville | $0.00 | | Undetermined |
| Owned | 2004 | BOYDC | LT9500 | 1B9CS45224P275348 | Shelbyville | $0.00 | | Undetermined |
| Owned | 2004 | BOYDC | LT9500 | 1B9CS45204P275350 | Shelbyville | $0.00 | | Undetermined |
| Owned | 2004 | BOYDC | LT9500 | 1B9CS45224P275351 | Shelbyville | $0.00 | | Undetermined |
| Owned | 2004 | BOYDC | LT9500 | 1B9CS45274P275295 | Shelbyville | $0.00 | | Undetermined |
| Owned | 2004 | CTTRL | LT9500 | 5E0A114454G005146 | Shelbyville | $0.00 | | Undetermined |
| Owned | 2004 | CTTRL | C-12M3/4HD | 5E0AA14424G005282 | Sterling Heights | $0.00 | | Undetermined |
| Owned | 2004 | STRLG | LT9500 | 2FZHAZASX4AM35884 | Sterling Heights | $0.00 | | Undetermined |
| Owned | 2004 | CTTRL | CS11M31 | 5E0AA14414G005452 | Unknown | $0.00 | | Undetermined |
| Owned | 2004 | CTTRL | CS6SD | 5E0AF14444G004815 | Upper Valley | $0.00 | | Undetermined |
| Owned | 2004 | STRLG | LT9500 | 2FZHAZCV94AN15541 | Upper Valley | $0.00 | | Undetermined |
| Owned | 2004 | CTTRL | CS11M31 | 5E0AA14464G005284 | Wayne | $0.00 | | Undetermined |
| Owned | 2004 | CTTRL | CS11M31 | 5E0AA14414G005287 | Wayne | $0.00 | | Undetermined |

| Ownership type | Year | Make | Model | Identification Number (i.e. VIN, HIN or N-number) | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|---|---|---|
| Owned | 2004 | CTTRL | CS11M31 | 5E0AA14434G005288 | Wayne | $0.00 | | Undetermined |
| Owned | 2004 | CTTRL | CS11M31 | 5E0AA14454G005289 | Wayne | $0.00 | | Undetermined |
| Owned | 2004 | CTTRL | CS11M31 | 5E0AA14474G005293 | Wayne | $0.00 | | Undetermined |
| Owned | 2004 | CTTRL | CS11M31 | 5E0AA14494G005294 | Wayne | $0.00 | | Undetermined |
| Owned | 2004 | CTTRL | CS11M31 | 5E0AA14424G005296 | Wayne | $0.00 | | Undetermined |
| Owned | 2004 | CTTRL | CS11M31 | 5E0AA14444G005297 | Wayne | $0.00 | | Undetermined |
| Owned | 2004 | CTTRL | CS11M31 | 5E0AA14404G005300 | Wayne | $0.00 | | Undetermined |
| Owned | 2004 | CTTRL | CS11M31 | 5E0AA14494G005456 | Wayne | $0.00 | | Undetermined |
| Owned | 2004 | CTTRL | CS12M3 | 5E0AA14444G004988 | Wayne | $0.00 | | Undetermined |
| Owned | 2004 | CTTRL | CS12M3 | 5E0AA14464G004989 | Wayne | $0.00 | | Undetermined |
| Owned | 2004 | STRLG | LT9500 | 2FZHAZCV14AM45680 | Wayne | $0.00 | | Undetermined |
| Owned | 2004 | STRLG | LT9500 | 2FZHAZCV24AM45686 | Wayne | $3,107.04 | | Undetermined |
| Owned | 2004 | STRLG | LT9500 | 2FZHAZCV44AM45690 | Wayne | $3,837.14 | | Undetermined |
| Owned | 2004 | STRLG | LT9500 | 2FZHAZCV84AM45692 | Wayne | $0.00 | | Undetermined |
| Owned | 2004 | STRLG | LT9500 | 2FZHAZCV04AM45718 | Wayne | $0.00 | | Undetermined |
| Owned | 2004 | STRLG | LT9500 | 2FZHAZCV34AM45681 | Wayne | $0.00 | | Undetermined |
| Owned | 2004 | STRLG | LT9500 | 2FZHAZCV64AM45688 | Wayne | $0.00 | | Undetermined |
| Owned | 2004 | STRLG | LT9500 | 2FZHAZCV84AM45689 | Wayne | $0.00 | | Undetermined |
| Owned | 2004 | STRLG | LT9500 | 2FZHAZCV04AM45685 | Wayne | $6,473.26 | | Undetermined |
| Owned | 2004 | STRLG | LT9500 | 2FZHAZCV64AN15514 | Wayne | $0.00 | | Undetermined |
| Owned | 2004 | STRLG | LT9500 | 2FZHAZAS94AM35911 | Wayne | $0.00 | | Undetermined |
| Owned | 2004 | STRLG | LT9500 | 2FZHAZCVX4AM45676 | Wayne | $0.00 | | Undetermined |
| Owned | 2004 | STRLG | LT9500 | 2FZHAZAS64AM35882 | Wayne | $0.00 | | Undetermined |
| Owned | 2004 | STRLG | LT9500 | 2FZHAZAS74AM35888 | Wayne | $0.00 | | Undetermined |
| Owned | 2004 | STRLG | LT9500 | 2FZHAZCV54AM45679 | Wayne | $0.00 | | Undetermined |
| Owned | 2004 | STRLG | LT9500 | 2FZHAZASX4AM35917 | Wayne | $0.00 | | Undetermined |
| Owned | 2004 | STRLG | LT9500 | 2FZHAZAS54AM35890 | Wayne | $0.00 | | Undetermined |
| Owned | 2004 | CTTRL | CS11LT | 5E0AJ14494G005005 | Wentzville | $0.00 | | Undetermined |
| Owned | 2004 | CTTRL | CS12M3 | 5E0AA14414G004978 | Wentzville | $0.00 | | Undetermined |
| Owned | 2004 | CTTRL | CS12M3 | 5E0AA14464G004975 | Wentzville | $0.00 | | Undetermined |
| Owned | 2004 | STRLG | LT9500 | 2FZHAZAS54AM35887 | Wentzville | $0.00 | | Undetermined |
| Owned | 2004 | STRLG | LT9500 | 2FZHAZAS44AM35881 | Wentzville | $0.00 | | Undetermined |
| Owned | 2004 | STRLG | LT9500 | 2FZHAZAS64AM35915 | Wentzville | $0.00 | | Undetermined |
| Owned | 2005 | DELVN | LOWBOY 200 | 1D9AJ48335W371565 | Avon Lake | $0.00 | | Undetermined |
| Owned | 2005 | DELVN | LOWBOY 200 | 1D9AJ48345W371574 | Avon Lake | $0.00 | | Undetermined |
| Owned | 2005 | DELVN | LOWBOY 200 | 1D9AJ48315W371581 | Avon Lake | $4,700.08 | | Undetermined |
| Owned | 2005 | DELVN | LOWBOY 200 | 1D9AJ48375W371603 | Avon Lake | $0.00 | | Undetermined |
| Owned | 2005 | DELVN | LOWBOY 200 | 1D9AJ48375W371607 | Avon Lake | $0.00 | | Undetermined |
| Owned | 2005 | DELVN | LOWBOY 200 | 1D9AJ48395W371568 | Avon Lake | $0.00 | | Undetermined |
| Owned | 2005 | DELVN | LOWBOY 200 | 1D9AJ48315W371564 | Avon Lake | $0.00 | | Undetermined |
| Owned | 2005 | FORD | SD | 1FDWF37P05EC73653 | Baltimore | $0.00 | | Undetermined |
| Owned | 2005 | Chrysler | Twn&Cntry Sports Van | 2C8GP54L85R121835 | Bowling Green | $0.00 | | Undetermined |

| Ownership type | Year | Make | Model | Identification Number (i.e. VIN, HIN or N-number) | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|---|---|---|
| Owned | 2005 | STRLG | LT9500 | 2FZHAZCV85AN41212 | Claycomo | $0.00 | | Undetermined |
| Owned | 2005 | STRLG | LT9500 | 2FZHCMCV35AU33092 | Claycomo | $0.00 | | Undetermined |
| Owned | 2005 | STRLG | LT9500 | 2FZHAZCV95AN26847 | Cottage Grove | $0.00 | | Undetermined |
| Owned | 2005 | FRGHT | CL120064S T | 1FUJA6CK05LN47236 | Detroit Chassis | $0.00 | | Undetermined |
| Owned | 2005 | CTTRL | C-11LTS | 5E0AJ14445G011201 | Fairfax | $0.00 | | Undetermined |
| Owned | 2005 | STRLG | LT9500 | 2FZHCMCV85AN91315 | Fairfax | $0.00 | | Undetermined |
| Owned | 2005 | DELVN | LOWBOY 200 | 1D9AJ48305W371586 | Flint | $0.00 | | Undetermined |
| Owned | 2005 | DELVN | LOWBOY 200 | 1D9AJ48395W371599 | Flint | $0.00 | | Undetermined |
| Owned | 2005 | DELVN | LOWBOY 200 | 1D9AJ48315W371578 | Flint | $0.00 | | Undetermined |
| Owned | 2005 | DELVN | LOWBOY 200 | 1D9AJ48325W371573 | Flint | $0.00 | | Undetermined |
| Owned | 2005 | DELVN | LOWBOY 200 | 1D9AJ48345W371588 | Flint | $0.00 | | Undetermined |
| Owned | 2005 | DELVN | LOWBOY 200 | 1D9AJ48365W371611 | Flint | $0.00 | | Undetermined |
| Owned | 2005 | DELVN | LOWBOY 200 | 1D9AJ48325W371590 | Flint | $0.00 | | Undetermined |
| Owned | 2005 | DELVN | LOWBOY 200 | 1D9AJ48395W371571 | Flint | $0.00 | | Undetermined |
| Owned | 2005 | DELVN | LOWBOY 200 | 1D9AJ48395W371604 | Flint | $0.00 | | Undetermined |
| Owned | 2005 | DELVN | LOWBOY 200 | 1D9AJ48305W371572 | Flint | $0.00 | | Undetermined |
| Owned | 2005 | DELVN | LOWBOY 200 | 1D9AJ48305W371569 | Flint | $0.00 | | Undetermined |
| Owned | 2005 | DELVN | LOWBOY 200 | 1D9AJ48375W371584 | Flint | $0.00 | | Undetermined |
| Owned | 2005 | DELVN | LOWBOY 200 | 1D9AJ48355W371566 | Flint | $0.00 | | Undetermined |
| Owned | 2005 | DELVN | LOWBOY 200 | 1D9AJ48315W371600 | Flint | $0.00 | | Undetermined |
| Owned | 2005 | DELVN | LOWBOY 200 | 1D9AJ48395W371592 | Flint | $0.00 | | Undetermined |
| Owned | 2005 | DELVN | LOWBOY 200 | 1D9AJ48335W371593 | Flint | $0.00 | | Undetermined |
| Owned | 2005 | STRLG | LT9500 | 2FZHAZCV85AN26838 | Georgetown | $0.00 | | Undetermined |
| Owned | 2005 | CHVRL | G3500 PASS. VAN | 1GAHG39U851250280 | Lansing | $0.00 | | Undetermined |
| Owned | 2005 | FORD | F150 PICKUP | 1FTPW14565KF07621 | Lansing | $0.00 | | Undetermined |
| Owned | 2005 | STRLG | LT9500 | 2FZHAZCV55AN26845 | Lansing | $0.00 | | Undetermined |
| Owned | 2005 | STRLG | LT9500 | 2FZHAZCV15AN26843 | Lansing | $20,746.37 | | Undetermined |
| Owned | 2005 | STRLG | LT9500 | 2FZHAZCV65AN26837 | Upper Valley | $0.00 | | Undetermined |
| Owned | 2005 | STRLG | LT9500 | 2FZHAZCVX5AN26839 | Upper Valley | $2,328.33 | | Undetermined |
| Owned | 2005 | DELVN | LOWBOY 200 | 1D9AJ48375W371598 | Wayne | $0.00 | | Undetermined |
| Owned | 2005 | DELVN | LOWBOY 200 | 1D9AJ48355W371602 | Wayne | $0.00 | | Undetermined |
| Owned | 2005 | DELVN | LOWBOY 200 | 1D9AJ48345W371591 | Wayne | $0.00 | | Undetermined |
| Owned | 2005 | DELVN | LOWBOY 200 | 1D9AJ48335W371601 | Wayne | $0.00 | | Undetermined |
| Owned | 2005 | DELVN | LOWBOY 200 | 1D9AJ48385W371609 | Wayne | $0.00 | | Undetermined |
| Owned | 2005 | DELVN | LOWBOY 200 | 1D9AJ48365W371608 | Wayne | $0.00 | | Undetermined |
| Owned | 2005 | DELVN | LOWBOY 200 | 1D9AJ48375W371567 | Wayne | $0.00 | | Undetermined |
| Owned | 2005 | PTRBL | LT9500 | 1NP5DB9X35D843978 | Wayne | $0.00 | | Undetermined |
| Owned | 2006 | Honda | Odyssey | 5FNRL386C6B424014 | Baltimore | $0.00 | | Undetermined |
| Owned | 2006 | CHVRL | C1500 PICKUP | 1GCEC19V56Z290600 | Bowling Green | $0.00 | | Undetermined |
| Owned | 2006 | STRLG | LT9500 | 2FZHCMCV06AV53837 | Cottage Grove | $0.00 | | Undetermined |
| Owned | 2006 | STRLG | LT9500 | 2FZHCMCV86AV35232 | Cottage Grove | $10,032.01 | | Undetermined |
| Owned | 2006 | BOYDC | B-ST9100SA | 1B9CS45256P275914 | Fairfax | $0.00 | | Undetermined |

| Ownership type | Year | Make | Model | Identification Number (i.e. VIN, HIN or N-number) | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|---|---|---|
| Owned | 2006 | BOYDC | B-ST9100SA | 1B9CS45236P275037 | Fairfax | $0.00 | | Undetermined |
| Owned | 2006 | BOYDC | B-ST9100SA | 1B9CS452X6P275049 | Fairfax | $0.00 | | Undetermined |
| Owned | 2006 | BOYDC | B-ST9100SA | 1B9CS45226P275935 | Fairfax | $0.00 | | Undetermined |
| Owned | 2006 | BOYDC | B-ST9100SA | 1B9CS45216P275053 | Fairfax | $0.00 | | Undetermined |
| Owned | 2006 | BOYDC | B-ST9100SA | 1B9CS45266P275050 | Fairfax | $0.00 | | Undetermined |
| Owned | 2006 | BOYDC | B-ST9100SA | 1B9CS452X6P275052 | Fairfax | $0.00 | | Undetermined |
| Owned | 2006 | BOYDC | B-ST9100SA | 1B9CS45206P275058 | Fairfax | $0.00 | | Undetermined |
| Owned | 2006 | BOYDC | B-ST9100SA | 1B9CS45286P275924 | Fairfax | $0.00 | | Undetermined |
| Owned | 2006 | BOYDC | B-ST9100SA | 1B9CS45226P275921 | Fairfax | $0.00 | | Undetermined |
| Owned | 2006 | BOYDC | B-ST9100SA | 1B9CS45206P275917 | Fairfax | $0.00 | | Undetermined |
| Owned | 2006 | BOYDC | B-ST9100SA | 1B9CS45256P275038 | Fairfax | $0.00 | | Undetermined |
| Owned | 2006 | BOYDC | B-ST9100SA | 1B9CS45276P275039 | Fairfax | $0.00 | | Undetermined |
| Owned | 2006 | BOYDC | B-ST9100SA | 1B9CS45236P275930 | Fairfax | $0.00 | | Undetermined |
| Owned | 2006 | BOYDC | B-ST9100SA | 1B9CS45286P275048 | Fairfax | $0.00 | | Undetermined |
| Owned | 2006 | BOYDC | B-ST9100SA | 1B9CS452X6P275035 | Fairfax | $0.00 | | Undetermined |
| Owned | 2006 | BOYDC | B-ST9100SA | 1B9CS45226P275059 | Fairfax | $0.00 | | Undetermined |
| Owned | 2006 | BOYDC | B-ST9100SA | 1B9CS45296P275933 | Fairfax | $0.00 | | Undetermined |
| Owned | 2006 | BOYDC | B-ST9100SA | 1B9CS45256P275928 | Fairfax | $0.00 | | Undetermined |
| Owned | 2006 | BOYDC | B-ST9100SA | 1B9CS45236P275054 | Fairfax | $0.00 | | Undetermined |
| Owned | 2006 | BOYDC | B-ST9100SA | 1B9CS45296P275057 | Fairfax | $0.00 | | Undetermined |
| Owned | 2006 | BOYDC | B-ST9100SA | 1B9CS45216P275926 | Fairfax | $0.00 | | Undetermined |
| Owned | 2006 | CHEVROLET | 16' Mobile Service Truck/VAN | 1GBJG312761170784 | Fairfax | $0.00 | | Undetermined |
| Owned | 2006 | CTTRL | C-11LTS | 5E0AJ144X6G075101 | Fairfax | $0.00 | | Undetermined |
| Owned | 2006 | CTTRL | C-11LTS | 5E0AJ14476G075105 | Fairfax | $0.00 | | Undetermined |
| Owned | 2006 | CTTRL | C-11LTS | 5E0AJ14426G066506 | Fairfax | $0.00 | | Undetermined |
| Owned | 2006 | CTTRL | C-11LTS | 5E0AJ14446G066605 | Fairfax | $0.00 | | Undetermined |
| Owned | 2006 | CTTRL | C-11LTS | 5E0AJ14486G066705 | Fairfax | $0.00 | | Undetermined |
| Owned | 2006 | CTTRL | C-11LTS | 5E0AJ14436G075103 | Fairfax | $0.00 | | Undetermined |
| Owned | 2006 | CTTRL | C-11LTS | 5E0AJ14496G066504 | Fairfax | $0.00 | | Undetermined |
| Owned | 2006 | CTTRL | C-11LTS | 5E0AJ14466G066508 | Fairfax | $0.00 | | Undetermined |
| Owned | 2006 | CTTRL | C-11LTS | 5E0AJ14426G066604 | Fairfax | $0.00 | | Undetermined |
| Owned | 2006 | CTTRL | C-11LTS | 5E0AJ14486G066610 | Fairfax | $0.00 | | Undetermined |
| Owned | 2006 | CTTRL | C-11LTS | 5E0AJ14416G066903 | Fairfax | $0.00 | | Undetermined |
| Owned | 2006 | STRLG | LT9500 | 2FZHCMCV86AW03819 | Fairfax | $0.00 | | Undetermined |
| Owned | 2006 | STRLG | LT9500 | 2FZHCMCV76AW03827 | Fairfax | $0.00 | | Undetermined |
| Owned | 2006 | STRLG | LT9500 | 2FZHCMCV36AW03825 | Fairfax | $0.00 | | Undetermined |
| Owned | 2006 | STRLG | LT9500 | 2FZHCMCV76AV57884 | Fairfax | $0.00 | | Undetermined |
| Owned | 2006 | STRLG | LT9500 CH | 2FZHCMCV36AW89067 | Fairfax | $0.00 | | Undetermined |
| Owned | 2006 | STRLG | LT9500 CH | 2FZHCMCV36AW13254 | Fairfax | $0.00 | | Undetermined |
| Owned | 2006 | STRLG | LT9500 CH | 2FZHCMCV66AW13264 | Fairfax | $0.00 | | Undetermined |
| Owned | 2006 | STRLG | LT9500 CH | 2FZHCMCV96AW13260 | Fairfax | $0.00 | | Undetermined |
| Owned | 2006 | CTTRL | C-11LTS | 5E0AJ14496G066907 | Flint | $0.00 | | Undetermined |

| Ownership type | Year | Make | Model | Identification Number (i.e. VIN, HIN or N-number) | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|---|---|---|
| Owned | 2006 | STRLG | LT9500 | 2FZHCMCV46AV57888 | Flint | $0.00 | | Undetermined |
| Owned | 2006 | CHVRL | G3500 VAN | 1GAHG39U161108421 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2006 | CTTRL | C-11LTS | 5E0AJ14446G066510 | Georgetown | $0.00 | | Undetermined |
| Owned | 2006 | CTTRL | C-11LTS | 5E0AJ14456G066709 | Georgetown | $0.00 | | Undetermined |
| Owned | 2006 | CTTRL | C-11LTS | 5E0AJ14456G066807 | Georgetown | $0.00 | | Undetermined |
| Owned | 2006 | CTTRL | C-11LTS | 5E0AJ14456G066905 | Georgetown | $0.00 | | Undetermined |
| Owned | 2006 | CTTRL | C-11LTS | 5E0AJ14406G066908 | Georgetown | $0.00 | | Undetermined |
| Owned | 2006 | CTTRL | C-11LTS | 5E0AJ14466G066606 | Georgetown | $0.00 | | Undetermined |
| Owned | 2006 | CTTRL | C-11LTS | 5E0AJ14456G066810 | Georgetown | $0.00 | | Undetermined |
| Owned | 2006 | STRLG | LT9500 | 2FZHCMCV46AW03820 | Georgetown | $0.00 | | Undetermined |
| Owned | 2006 | FRGHT | LT9500 | 1FVHF0CV86PU60990 | Port Jersey - old location - unknown | $0.00 | | Undetermined |
| Owned | 2006 | STRLG | LT9500 | 2FZHCMCV36AU33255 | Port Jersey - old location - unknown | $0.00 | | Undetermined |
| Owned | 2006 | STRLG | LT9500 | 2FZHCMCV16AU33254 | Port Jersey - old location - unknown | $0.00 | | Undetermined |
| Owned | 2006 | STRLG | LT9500 | 2FZHCMCV66AU33279 | Port Jersey - old location - unknown | $0.00 | | Undetermined |
| Owned | 2006 | STRLG | LT9500 | 2FZHCMCV46AU33247 | Port Jersey - old location - unknown | $0.00 | | Undetermined |
| Owned | 2006 | BOYDC | ST9100QL | 1B9CS452X6P275097 | Shelbyville | $0.00 | | Undetermined |
| Owned | 2006 | BOYDC | ST9100QL | 1B9CS45277P275138 | Shelbyville | $0.00 | | Undetermined |
| Owned | 2006 | BOYDC | ST9100QL | 1B9CS452X6P275973 | Shelbyville | $0.00 | | Undetermined |
| Owned | 2006 | STRLG | LT9500 | 2FZHCMCV26AU33246 | Upper Valley | $0.00 | | Undetermined |
| Owned | 2006 | STRLG | LT9500 | 2FZHCMCV66AU33234 | Upper Valley | $0.00 | | Undetermined |
| Owned | 2007 | CTTRL | C-9LS/3HD | 5E0AA14427G143702 | Arlington | $0.00 | | Undetermined |
| Owned | 2007 | CTTRL | C-9LS/3HD | 5E0AA14487G207502 | Arlington | $0.00 | | Undetermined |
| Owned | 2007 | CTTRL | C-9LS/3HD | 5E0AA14467G153407 | Arlington | $0.00 | | Undetermined |
| Owned | 2007 | CTTRL | C-9LS/3HD | 5E0AA14457G172806 | Arlington | $0.00 | | Undetermined |
| Owned | 2007 | CTTRL | C-9LS/3HD | 5E0AA14447G196904 | Arlington | $0.00 | | Undetermined |
| Owned | 2007 | CTTRL | C-9LS/3HD | 5E0AA14417G172804 | Arlington | $0.00 | | Undetermined |
| Owned | 2007 | CTTRL | C-9LS/3HD | 5E0AA14427G165232 | Arlington | $0.00 | | Undetermined |
| Owned | 2007 | CTTRL | C-9LS/3HD | 5E0AA14467G143816 | Arlington | $0.00 | | Undetermined |
| Owned | 2007 | CTTRL | C-9LS/3HD | 5E0AA14447G143703 | Arlington | $0.00 | | Undetermined |
| Owned | 2007 | CTTRL | C-9LS/3HD | 5E0AA14407G197127 | Arlington | $0.00 | | Undetermined |
| Owned | 2007 | CTTRL | C-9LS/3HD | 5E0AA14497G143809 | Arlington | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV57AW85073 | Arlington | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCVX7AZ38484 | Arlington | $3,819.31 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV57AZ38473 | Arlington | $384.51 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV57AW85168 | Arlington | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV47AW85145 | Arlington | $5,565.85 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV97AW85139 | Arlington | $0.00 | | Undetermined |

| Ownership type | Year | Make | Model | Identification Number (i.e. VIN, HIN or N-number) | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|---|---|---|
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV67AY77523 | Arlington | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCVX7AW85070 | Arlington | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV57AX65487 | Arlington | $3,394.55 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV77AX65507 | Arlington | $1,715.02 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV07AW85126 | Arlington | $0.00 | | Undetermined |
| Owned | 2007 | CTTRL | C-9LS/3HD | 5E0AA14407G207512 | Avon Lake | $0.00 | | Undetermined |
| Owned | 2007 | CTTRL | C-9LS/3HD | 5E0AA14457G197107 | Avon Lake | $0.00 | | Undetermined |
| Owned | 2007 | CTTRL | CX9LS2STRCH | 5E0AA14427G207513 | Avon Lake | $0.00 | | Undetermined |
| Owned | 2007 | CTTRL | CX9LS2STRCH | 5E0AA14497G207511 | Avon Lake | $0.00 | | Undetermined |
| Owned | 2007 | FRGHT | CL120064S T | 1FUJA6CK77LY33572 | Avon Lake | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV07AY77520 | Avon Lake | $283.14 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV87AW85178 | Avon Lake | $92.25 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV47AY77522 | Avon Lake | $38,245.82 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCVX7AY77525 | Avon Lake | $850.62 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV47AW85176 | Avon Lake | $3,508.16 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV27AY77521 | Avon Lake | $1,684.36 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV57AY77528 | Avon Lake | $44,838.20 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV77AZ12795 | Avon Lake | $14,611.04 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV67AW85177 | Avon Lake | $0.00 | | Undetermined |
| Owned | 2007 | CHEV | VAN | 1GNGG25V071133332 | Baltimore | $1,894.72 | | Undetermined |
| Owned | 2007 | CTTRL | C-9LS/3HD | 5E0AA14487G165235 | Baltimore | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV37AW85119 | Baltimore | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV67AZ38479 | Bowling Green | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV97AZ31767 | Bowling Green | $0.00 | | Undetermined |
| Owned | 2007 | CHVRL | Malibu | 1G1ZS58N17F116595 | Buffalo | $0.00 | | Undetermined |
| Owned | 2007 | CTTRL | C-9LS/3HD | 5E0AA14447G197115 | Buffalo | $0.00 | | Undetermined |
| Owned | 2007 | CTTRL | C-9LS/3HD | 5E0AA14457G207506 | Buffalo | $0.00 | | Undetermined |
| Owned | 2007 | DELVN | 6000F | 1D9AC48217W371679 | Buffalo | $1,648.60 | | Undetermined |
| Owned | 2007 | DELVN | 6000F | 1D9AC48277W371704 | Buffalo | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV37AW85153 | Buffalo | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV17AX71951 | Buffalo | $231.69 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV47AX71961 | Buffalo | $7,186.63 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV67AX71976 | Buffalo | $16,096.95 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV57AW85171 | Buffalo | $3,935.01 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCVX7AX71964 | Buffalo | $0.00 | | Undetermined |
| Owned | 2007 | DELVN | 6000F | 1D9AC48237W371683 | Claycomo | $0.00 | | Undetermined |
| Owned | 2007 | DELVN | 6000F | 1D9AC48287W371680 | Claycomo | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV57AY46179 | Claycomo | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV27AZ32937 | Claycomo | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV97AZ32904 | Claycomo | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV87AY64305 | Claycomo | $10,477.58 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV67AX71959 | Claycomo | $3,216.95 | | Undetermined |

| Ownership type | Year | Make | Model | Identification Number (i.e. VIN, HIN or N-number) | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|---|---|---|
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV97AY64300 | Claycomo | $323.40 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV07AZ32936 | Claycomo | $5,709.42 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV07AZ32922 | Claycomo | $5,330.25 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV57AX71970 | Claycomo | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV47AZ32907 | Claycomo | $0.00 | | Undetermined |
| Owned | 2007 | CTTRL | C-9LS/3HD | 5E0AA14407G165231 | Columbia | $0.00 | | Undetermined |
| Owned | 2007 | CTTRL | C-9LS/3HD | 5E0AA14477G165212 | Columbia | $0.00 | | Undetermined |
| Owned | 2007 | CTTRL | C-9LS/3HD | 5E0AA144X7G197104 | Columbia | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV67AW85115 | Columbia | $10,378.12 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV47AW85081 | Columbia | $12,324.94 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV97AX79568 | Columbia | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV37AW85069 | Columbia | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV87AW85116 | Columbia | $0.00 | | Undetermined |
| Owned | 2007 | CTTRL | C-9LS | 5E0AA14447G066301 | Cottage Grove | $0.00 | | Undetermined |
| Owned | 2007 | CTTRL | C-9LS/3HD | 5E0AA14467G165220 | Cottage Grove | $0.00 | | Undetermined |
| Owned | 2007 | CTTRL | C-9LS/3HD | 5E0AA144X7G197121 | Cottage Grove | $0.00 | | Undetermined |
| Owned | 2007 | CTTRL | C-9LS/3HD | 5E0AA14457G165208 | Cottage Grove | $0.00 | | Undetermined |
| Owned | 2007 | CTTRL | C-9LS/3HD | 5E0AA14497G196901 | Cottage Grove | $0.00 | | Undetermined |
| Owned | 2007 | CTTRL | C-9LS/3HD | 5E0AA14497G197112 | Cottage Grove | $0.00 | | Undetermined |
| Owned | 2007 | CTTRL | C-9LS/3HD | 5E0AA14477G197111 | Cottage Grove | $0.00 | | Undetermined |
| Owned | 2007 | CTTRL | C-9LS/3HD | 5E0AA14457G153401 | Cottage Grove | $0.00 | | Undetermined |
| Owned | 2007 | CTTRL | C-9LS/3HD | 5E0AA14427G197114 | Cottage Grove | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV57AY17362 | Cottage Grove | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV97AY17350 | Cottage Grove | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV37AW85136 | Cottage Grove | $1,367.25 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV87AW85150 | Cottage Grove | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV77AX71968 | Cottage Grove | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV77AZ32920 | Cottage Grove | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV47AZ32924 | Cottage Grove | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV27AZ32923 | Cottage Grove | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV67AZ32925 | Cottage Grove | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV17AZ32895 | Cottage Grove | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV27AW85158 | Cottage Grove | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV17AW85152 | Cottage Grove | $3,336.72 | | Undetermined |
| Owned | 2007 | FRGHT | CL120064S T | 1FUJA6CK57LY33568 | Detroit Chassis | $0.00 | | Undetermined |
| Owned | 2007 | FRGHT | CL120064S T | 1FUJA6CK37LY33567 | Detroit Chassis | $0.00 | | Undetermined |
| Owned | 2007 | BOYDC | ST9100EZ | 1B9CS45227P275225 | Fairfax | $0.00 | | Undetermined |
| Owned | 2007 | BOYDC | ST9100EZ | 1B9CS45267P275180 | Fairfax | $0.00 | | Undetermined |
| Owned | 2007 | BOYDC | ST9100EZ | 1B9CS452X7P275229 | Fairfax | $0.00 | | Undetermined |
| Owned | 2007 | BOYDC | ST9100EZ | 1B9CS45257P275221 | Fairfax | $0.00 | | Undetermined |
| Owned | 2007 | BOYDC | ST9100EZ | 1B9CS45267P275177 | Fairfax | $0.00 | | Undetermined |
| Owned | 2007 | BOYDC | ST9100EZ | 1B9CS45207P275515 | Fairfax | $0.00 | | Undetermined |

| Ownership type | Year | Make | Model | Identification Number (i.e. VIN, HIN or N-number) | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|---|---|---|
| Owned | 2007 | BOYDC | ST9100EZ | 1B9CS45227P275516 | Fairfax | $0.00 | | Undetermined |
| Owned | 2007 | BOYDC | ST9100EZ | 1B9CS45207P275529 | Fairfax | $0.00 | | Undetermined |
| Owned | 2007 | BOYDC | ST9100SA/4HD | 1B9CS45287P275245 | Fairfax | $0.00 | | Undetermined |
| Owned | 2007 | BOYDC | ST9100SA/4HD | 1B9CS45237P275394 | Fairfax | $0.00 | | Undetermined |
| Owned | 2007 | CTTRL | C-9LS/3HD | 5E0AA14407G165214 | Fairfax | $40,576.41 | | Undetermined |
| Owned | 2007 | CTTRL | C-9LS/3HD | 5E0AA14437G143806 | Fairfax | $0.00 | | Undetermined |
| Owned | 2007 | CTTRL | C-9LS/3HD | 5E0AA14437G165210 | Fairfax | $0.00 | | Undetermined |
| Owned | 2007 | CTTRL | CX9LS2STRCH | 5E0AA14407G207509 | Fairfax | $6,040.45 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV87AZ12806 | Fairfax | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV97AZ12782 | Fairfax | $29,979.27 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV17AZ12792 | Fairfax | $12,902.61 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV97AW85142 | Fairfax | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCVX7AZ31776 | Fairfax | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV57AW85042 | Fairfax | $3,891.99 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV07AZ31768 | Fairfax | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV57AX64730 | Fairfax | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV87AZ12823 | Fairfax | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV57AZ12813 | Fairfax | $5,289.18 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV37AX64743 | Fairfax | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV27AZ32906 | Fairfax | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV27AY17285 | Fairfax | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV47AW85047 | Fairfax | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV77AZ12814 | Fairfax | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV77AW85043 | Fairfax | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV67AZ12819 | Fairfax | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV07AW85045 | Fairfax | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV07AZ31771 | Fairfax | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV57AZ31779 | Fairfax | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV67AZ12805 | Fairfax | $5,109.34 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV77AW85060 | Fairfax | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV07AW85174 | Fairfax | $27,244.15 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV77AZ12781 | Fairfax | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV27AY17352 | Fairfax | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCVX7AW85036 | Fairfax | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV57AW85039 | Fairfax | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV07AZ12802 | Fairfax | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV57AY76119 | Fairfax | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV27AZ12817 | Fairfax | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV27AZ12820 | Fairfax | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV67AZ12822 | Fairfax | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV07AZ12797 | Fairfax | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV27AZ12803 | Fairfax | $0.00 | | Undetermined |

| Ownership type | Year | Make | Model | Identification Number (i.e. VIN, HIN or N-number) | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|---|---|---|
| Owned | 2007 | CTTRL | C-9LS/3HD | 5E0AA14497G207508 | Flint | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV47AY96720 | Flint | $2,072.43 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV67AZ38482 | Flint | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV97AW85173 | Flint | $850.47 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV07AX64733 | Flint | $0.00 | | Undetermined |
| Owned | 2007 | CHVRL | G3500 VAN | 1GAHG39U871129090 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2007 | CTTRL | C-7512 | 5E0AC14487G200401 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2007 | CTTRL | C-9LS/3HD | 5E0AA14467G143802 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV57AZ31801 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV77AY46183 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV47AY46156 | Ft Wayne | $2,436.70 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV67AY46157 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCVX7AY46159 | Ft Wayne | $3,796.99 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV67AY46160 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV87AY46161 | Ft Wayne | $7,781.97 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV87AY76115 | Ft Wayne | $23,206.27 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCVX7AY46162 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCVX7AZ38467 | Ft Wayne | $1,621.95 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV77AY96663 | Ft Wayne | $6,001.62 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV17AY46163 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV37AY46178 | Ft Wayne | $10,272.27 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV77AZ38460 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV97AY38461 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV27AZ38463 | Ft Wayne | $4,167.87 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV47AY96670 | Ft Wayne | $1,358.41 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV87AY46158 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV17AY46177 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV97AY96664 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV57AW85056 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV57AY46165 | Ft Wayne | $2,802.78 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV47AZ38464 | Ft Wayne | $2,999.57 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV37AY46164 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCVX7AY46176 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV57AY46182 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV17AY46180 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2007 | CTTRL | C-9LS/3HD | 5E0AA14417G153413 | Georgetown | $0.00 | | Undetermined |
| Owned | 2007 | CTTRL | C-9LS/3HD | 5E0AA14497G197126 | Georgetown | $0.00 | | Undetermined |
| Owned | 2007 | CTTRL | C-9LS/3HD | 5E0AA14437G197106 | Georgetown | $0.00 | | Undetermined |
| Owned | 2007 | CTTRL | C-9LS/3HD | 5E0AA14477G157403 | Georgetown | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV57AZ12780 | Georgetown | $2,057.46 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV57AX84542 | Georgetown | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV87AX65533 | Georgetown | $0.00 | | Undetermined |

| Ownership type | Year | Make | Model | Identification Number (i.e. VIN, HIN or N-number) | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|---|---|---|
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV77AY17279 | Georgetown | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCVX7AY96673 | Georgetown | $1,403.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV87AZ12790 | Georgetown | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCVX7AZ12788 | Georgetown | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV37AY96725 | Georgetown | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV87AY96672 | Georgetown | $1,591.44 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV37AW85086 | Georgetown | $3,225.99 | | Undetermined |
| Owned | 2007 | FORD | E350 PASS VAN | 1FBNE31L47DB10297 | KTP | $0.00 | | Undetermined |
| Owned | 2007 | FORD | E350 PASS VAN | 1FBSS31L77DA90770 | KTP | $0.00 | | Undetermined |
| Owned | 2007 | BOYDC | ST9100EZ | 1B9CS452X7P275523 | Lansing | $0.00 | | Undetermined |
| Owned | 2007 | BOYDC | ST9100EZ | 1B9CS45217P275524 | Lansing | $0.00 | | Undetermined |
| Owned | 2007 | BOYDC | ST9100EZ | 1B9CS45257P275526 | Lansing | $0.00 | | Undetermined |
| Owned | 2007 | CTTRL | C-9LS/3HD | 5E0AA14437G165224 | Lansing | $0.00 | | Undetermined |
| Owned | 2007 | CTTRL | C-9LS/3HD | 5E0AA14427G143814 | Lansing | $0.00 | | Undetermined |
| Owned | 2007 | CTTRL | C-9LS/3HD | 5E0AA14477G143811 | Lansing | $0.00 | | Undetermined |
| Owned | 2007 | CTTRL | C-9LS/3HD | 5E0AA14487G165218 | Lansing | $0.00 | | Undetermined |
| Owned | 2007 | CTTRL | C-9LS/3HD | 5E0AA14477G153402 | Lansing | $0.00 | | Undetermined |
| Owned | 2007 | CTTRL | C-9LS/3HD | 5E0AA14497G153417 | Lansing | $0.00 | | Undetermined |
| Owned | 2007 | CTTRL | C-9LS/3HD | 5E0AA14407G143701 | Lansing | $0.00 | | Undetermined |
| Owned | 2007 | CTTRL | C-9LS/3HD | 5E0AA14417G165206 | Lansing | $0.00 | | Undetermined |
| Owned | 2007 | CTTRL | C-9LS/3HD | 5E0AA14467G165217 | Lansing | $0.00 | | Undetermined |
| Owned | 2007 | CTTRL | C-9LS/3HD | 5E0AA14407G165228 | Lansing | $0.00 | | Undetermined |
| Owned | 2007 | CTTRL | C-9LS/3HD | 5E0AA14457G197110 | Lansing | $0.00 | | Undetermined |
| Owned | 2007 | CTTRL | C-9LS/3HD | 5E0AA14497G143812 | Lansing | $0.00 | | Undetermined |
| Owned | 2007 | CTTRL | C-9LS/3HD | 5E0AA14487G143817 | Lansing | $0.00 | | Undetermined |
| Owned | 2007 | CTTRL | C-9LS/3HD | 5E0AA14497G153403 | Lansing | $0.00 | | Undetermined |
| Owned | 2007 | CTTRL | C-9LS/3HD | 5E0AA14457G157402 | Lansing | $0.00 | | Undetermined |
| Owned | 2007 | CTTRL | C-9LS/3HD | 5E0AA14477G165226 | Lansing | $0.00 | | Undetermined |
| Owned | 2007 | CTTRL | C-9LS/3HD | 5E0AA14497G165230 | Lansing | $0.00 | | Undetermined |
| Owned | 2007 | CTTRL | C-9LS/3HD | 5E0AA14467G165234 | Lansing | $0.00 | | Undetermined |
| Owned | 2007 | CTTRL | C-9LS/3HD | 5E0AA144X7G165236 | Lansing | $0.00 | | Undetermined |
| Owned | 2007 | CTTRL | C-9LS/3HD | 5E0AA14427G196903 | Lansing | $0.00 | | Undetermined |
| Owned | 2007 | CTTRL | C-9LS/3HD | 5E0AA14487G197103 | Lansing | $0.00 | | Undetermined |
| Owned | 2007 | CTTRL | C-9LS/3HD | 5E0AA144X7G143804 | Lansing | $0.00 | | Undetermined |
| Owned | 2007 | CTTRL | C-9LS/3HD | 5E0AA144X7G143818 | Lansing | $0.00 | | Undetermined |
| Owned | 2007 | CTTRL | C-9LS/3HD | 5E0AA14407G153404 | Lansing | $0.00 | | Undetermined |
| Owned | 2007 | CTTRL | C-9LS/3HD | 5E0AA14437G157401 | Lansing | $0.00 | | Undetermined |
| Owned | 2007 | CTTRL | C-9LS/3HD | 5E0AA14477G165209 | Lansing | $0.00 | | Undetermined |
| Owned | 2007 | CTTRL | C-9LS/3HD | 5E0AA14447G165216 | Lansing | $0.00 | | Undetermined |
| Owned | 2007 | CTTRL | C-9LS/3HD | 5E0AA144X7G165222 | Lansing | $8,721.93 | | Undetermined |
| Owned | 2007 | CTTRL | C-9LS/3HD | 5E0AA14497G165227 | Lansing | $0.00 | | Undetermined |
| Owned | 2007 | CTTRL | C-9LS/3HD | 5E0AA14487G196906 | Lansing | $0.00 | | Undetermined |

| Ownership type | Year | Make | Model | Identification Number (i.e. VIN, HIN or N-number) | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|---|---|---|
| Owned | 2007 | CTTRL | C-9LS/3HD | 5E0AA14447G197101 | Lansing | $0.00 | | Undetermined |
| Owned | 2007 | CTTRL | C-9LS/3HD | 5E0AA144X7G153409 | Lansing | $0.00 | | Undetermined |
| Owned | 2007 | CTTRL | C-9LS/3HD | 5E0AA14477G172807 | Lansing | $0.00 | | Undetermined |
| Owned | 2007 | CTTRL | C-9LS/3HD | 5E0AA14447G143801 | Lansing | $0.00 | | Undetermined |
| Owned | 2007 | CTTRL | C-9LS/3HD | 5E0AA14487G172802 | Lansing | $0.00 | | Undetermined |
| Owned | 2007 | CTTRL | C-9LS/3HD | 5E0AA14467G196905 | Lansing | $0.00 | | Undetermined |
| Owned | 2007 | CTTRL | C-9LS/3HD | 5E0AA14487G143803 | Lansing | $0.00 | | Undetermined |
| Owned | 2007 | CTTRL | C-9LS/3HD | 5E0AA14427G153405 | Lansing | $0.00 | | Undetermined |
| Owned | 2007 | CTTRL | C-9LS/3HD | 5E0AA14407G153418 | Lansing | $0.00 | | Undetermined |
| Owned | 2007 | CTTRL | C-9LS/3HD | 5E0AA14477G197108 | Lansing | $0.00 | | Undetermined |
| Owned | 2007 | CTTRL | C-9LS/3HD | 5E0AA14487G165204 | Lansing | $0.00 | | Undetermined |
| Owned | 2007 | CTTRL | C-9LS/3HD | 5E0AA14437G165207 | Lansing | $0.00 | | Undetermined |
| Owned | 2007 | CTTRL | C-9LS/3HD | 5E0AA14497G165213 | Lansing | $0.00 | | Undetermined |
| Owned | 2007 | CTTRL | C-9LS/3HD | 5E0AA14467G197102 | Lansing | $0.00 | | Undetermined |
| Owned | 2007 | CTTRL | C-9LS/3HD | 5E0AA14497G197109 | Lansing | $0.00 | | Undetermined |
| Owned | 2007 | CTTRL | C-9LS/3HD | 5E0AA14447G157407 | Lansing | $0.00 | | Undetermined |
| Owned | 2007 | CTTRL | C-9LS/3HD | 5E0AA14407G157405 | Lansing | $0.00 | | Undetermined |
| Owned | 2007 | CTTRL | C-9LS/3HD | 5E0AA14457G165225 | Lansing | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | GLIDER KIT | 2FZXCNCVX7AZ32945 | Lansing | $47,337.42 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV97AW85108 | Lansing | $6,593.10 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV17AW85068 | Lansing | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV67AW85065 | Lansing | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV17AY17360 | Lansing | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV97AW85075 | Lansing | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV57AW85090 | Lansing | $33,123.63 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV87AW85097 | Lansing | $3,578.61 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV07AY17348 | Lansing | $17,085.66 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV57AY17359 | Lansing | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV07AW85112 | Lansing | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCVX7AW85148 | Lansing | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV87AW85066 | Lansing | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV17AW85071 | Lansing | $23,201.31 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV07AW85076 | Lansing | $3,041.62 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV27AW85094 | Lansing | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV27AW85161 | Lansing | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV07AW85109 | Lansing | $5,923.86 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV07AW85110 | Lansing | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV47AW85114 | Lansing | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV17AW85118 | Lansing | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCVX7AW85120 | Lansing | $5,484.72 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV77AW85138 | Lansing | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV77AX79567 | Lansing | $0.00 | | Undetermined |

| Ownership type | Year | Make | Model | Identification Number (i.e. VIN, HIN or N-number) | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|---|---|---|
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV97AW85058 | Lansing | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCVX7AW85067 | Lansing | $20,576.18 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV37AW85072 | Lansing | $18,691.11 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV27AW85077 | Lansing | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV07AW85093 | Lansing | $10,218.06 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV07AY17351 | Lansing | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV37AY17358 | Lansing | $11,587.53 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV57AW85106 | Lansing | $27,556.63 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV97AW85111 | Lansing | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV77AW85141 | Lansing | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV07AW85143 | Lansing | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV27AW85127 | Lansing | $19,899.94 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV77AY77529 | Lansing | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV37AW85055 | Lansing | $16,837.11 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV37AW85122 | Lansing | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV97AW85044 | Lansing | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV67AY76131 | Lansing | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV27AY76126 | Lansing | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV87AY76129 | Lansing | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV97AY17347 | Lansing | $5,724.83 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV97AY76124 | Lansing | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV57AW85140 | Lansing | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV77AW85057 | Lansing | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV47AW85078 | Lansing | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV67AW85079 | Lansing | $20,898.48 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV77AW85091 | Lansing | $6,807.77 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV17AW85104 | Lansing | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV27AY17349 | Lansing | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV87AY17355 | Lansing | $2,587.84 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV27AW85144 | Lansing | $3,324.99 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV87AW85147 | Lansing | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV07AZ12783 | Lansing | $662.54 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV07AX65509 | Lansing | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV47AY96667 | Lansing | $1,169.21 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV27AW85032 | Lansing | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV57AW85087 | Lansing | $16,213.17 | | Undetermined |
| Owned | 2007 | CTTRL | C-9LS/3HD | 5E0AA14447G172814 | LAP | $0.00 | | Undetermined |
| Owned | 2007 | CTTRL | C-9LS/3HD | 5E0AA14477G207507 | LAP | $0.00 | | Undetermined |
| Owned | 2007 | CTTRL | C-9LS/3HD | 5E0AA14457G197124 | LAP | $0.00 | | Undetermined |
| Owned | 2007 | CTTRL | C-9LS/3HD | 5E0AA14467G165203 | LAP | $0.00 | | Undetermined |
| Owned | 2007 | CTTRL | C-9LS/3HD | 5E0AA14467G197116 | LAP | $0.00 | | Undetermined |
| Owned | 2007 | CTTRL | C-9LS/3HD | 5E0AA14477G197125 | LAP | $0.00 | | Undetermined |

| Ownership type | Year | Make | Model | Identification Number (i.e. VIN, HIN or N-number) | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|---|---|---|
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV37AY77527 | LAP | $3,096.89 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCVX7AW85134 | LAP | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMC87AY77524 | LAP | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCVX7AZ38470 | LAP | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV77AX79570 | LAP | $2,832.07 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV47AW85162 | LAP | $5,693.74 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV47AW85095 | LAP | $9,723.71 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV67AW85096 | LAP | $1,132.82 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV57AW85154 | LAP | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV67AW85163 | LAP | $2,064.26 | | Undetermined |
| Owned | 2007 | CTTRL | C-9LS/3HD | 5E0AA14427G157406 | Nitro Creek | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCVX7AW85098 | Nitro Creek | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV97AW85092 | Nitro Creek/Wales | $1,033.91 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV17AW85121 | Nitro Creek/Wales | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV87AW85133 | Nitro Creek/Wales | $0.00 | | Undetermined |
| Owned | 2007 | FORD | E350 PASS VAN | 1FBNE31L37DB10310 | Port Jersey - old location - unknown | $0.00 | | Undetermined |
| Owned | 2007 | BOYDC | BST9100SA4HD | 1B9CS45257P275445 | Shelbyville | $0.00 | | Undetermined |
| Owned | 2007 | BOYDC | ST9100EZ | 1B9CS45297P275223 | Shelbyville | $0.00 | | Undetermined |
| Owned | 2007 | BOYDC | ST9100QL | 1B9CS45237P275119 | Shelbyville | $0.00 | | Undetermined |
| Owned | 2007 | BOYDC | ST9100QL | 1B9CS45227P275404 | Shelbyville | $0.00 | | Undetermined |
| Owned | 2007 | BOYDC | ST9100QL | 1B9CS45247P275291 | Shelbyville | $0.00 | | Undetermined |
| Owned | 2007 | BOYDC | ST9100QL | 1B9CS45247P275307 | Shelbyville | $0.00 | | Undetermined |
| Owned | 2007 | BOYDC | ST9100QL | 1B9CS45297P275450 | Shelbyville | $0.00 | | Undetermined |
| Owned | 2007 | BOYDC | ST9100QL | 1B9CS45287P275441 | Shelbyville | $0.00 | | Undetermined |
| Owned | 2007 | CTTRL | C-9LS/3HD | 5E0AA14427G165201 | Shelbyville | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV47AZ12785 | Shelbyville | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV67AW85101 | Shelbyville | $20,606.45 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV77AW85107 | Storage | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV17AX71965 | Storage | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV47AX71975 | Storage | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV67AX71962 | Storage | $9,920.05 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV77AX71971 | Storage | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV17AW85135 | Storage | $12,139.48 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV27AX71957 | Storage | $4,049.16 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV27AX71960 | Storage | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV47AZ32910 | Storage | $1,400.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV57AX71953 | Storage | $6,813.27 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV07AX71956 | Storage | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV37AZ32901 | Storage | $0.00 | | Undetermined |
| Owned | 2007 | CTTRL | C-9LS/3HD | 5E0AA14457G143807 | Unknown | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV37AY46181 | Unknown | | | Undetermined |

| Ownership type | Year | Make | Model | Identification Number (i.e. VIN, HIN or N-number) | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|---|---|---|
| Owned | 2007 | BOYDC | C75 | 1B9CS45287P275374 | Upper Valley | $0.00 | | Undetermined |
| Owned | 2007 | CTTRL | CX9LS2STRCH | 5E0AA14437G197123 | Upper Valley | $0.00 | | Undetermined |
| Owned | 2007 | CTTRL | CX9LS2STRCH | 5E0AA144X7G165205 | Upper Valley | $0.00 | | Undetermined |
| Owned | 2007 | DELVN | 6000F | 1D9AC48217W371682 | Upper Valley | $0.00 | | Undetermined |
| Owned | 2007 | DELVN | 6000F | 1D9AC482X7W371678 | Upper Valley | $0.00 | | Undetermined |
| Owned | 2007 | DELVN | 6000F | 1D9AC48207W371690 | Upper Valley | $0.00 | | Undetermined |
| Owned | 2007 | DELVN | 6000F | 1D9AC48257W371684 | Upper Valley | $0.00 | | Undetermined |
| Owned | 2007 | DELVN | USLOHR2000 | 1D9AL30217W371705 | Upper Valley | $0.00 | | Undetermined |
| Owned | 2007 | FRGHT | CL120064S T | 1FUJA6CK67LX83554 | Upper Valley | $0.00 | | Undetermined |
| Owned | 2007 | FRGHT | CL120064S T | 1FUJA6CK07LY33574 | Upper Valley | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV67AY17354 | Upper Valley | $2,151.35 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV77AW85088 | Upper Valley | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV87AX71963 | Upper Valley | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV77AX71954 | Upper Valley | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV67AW85146 | Upper Valley | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCVX7AX71950 | Upper Valley | $2,005.18 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV17AY96724 | Upper Valley | $1,629.67 | | Undetermined |
| Owned | 2007 | CTTRL | C-9LS/3HD | 5E0AA14427G165215 | Wales | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV87AW85083 | Wales | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV17AY17357 | Wales | $0.00 | | Undetermined |
| Owned | 2007 | FRGHT | CL120064S T | 1FUJA6CK97LY33573 | Wayne | $0.00 | | Undetermined |
| Owned | 2007 | FRGHT | CL120064S T | 1FUJA6CK47LY33562 | Wayne | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV77AZ32903 | Wayne | $4,563.50 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCVX7AY64290 | Wayne | $14,992.02 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV77AY64294 | Wayne | $30,124.73 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV37AY64311 | Wayne | $20,130.92 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV57AZ32916 | Wayne | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCVX7AZ32944 | Wayne | $11,387.40 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV17AZ32931 | Wayne | $36,303.98 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV37AY64308 | Wayne | $28,254.60 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV47AZ32938 | Wayne | $9,908.09 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV67AZ32942 | Wayne | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV57AZ32897 | Wayne | $6,789.38 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV37AZ32932 | Wayne | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV17AX38481 | Wayne | $13,812.50 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV67AY64352 | Wayne | $13,812.50 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV07AZ32919 | Wayne | $6,103.73 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV37AZ32915 | Wayne | $5,178.79 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV27AZ32940 | Wayne | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV37AZ32896 | Wayne | $0.00 | | Undetermined |

| Ownership type | Year | Make | Model | Identification Number (i.e. VIN, HIN or N-number) | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|---|---|---|
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV77AZ32917 | Wayne | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV87AZ32926 | Wayne | $4,886.80 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV27AY64347 | Wayne | $13,812.50 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV47AY64348 | Wayne | $13,812.50 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV37AZ32929 | Wayne | $6,790.59 | | Undetermined |
| Owned | 2007 | CTTRL | C-9LS/3HD | 5E0AA14477G143808 | Wentzville | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV37AZ12793 | Wentzville | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV97AZ12779 | Wentzville | $3,643.16 | | Undetermined |
| Owned | 2007 | CTTRL | C-9LS/3HD | 5E0AA14427G165229 | Wentzville 2 | $0.00 | | Undetermined |
| Owned | 2007 | CTTRL | C-9LS/3HD | 5E0AA14457G165211 | Wentzville 2 | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV27AW85113 | Wentzville 2 | $0.00 | | Undetermined |
| Owned | 2007 | STRLG | LT9500 | 2FZHCMCV47AY17353 | Wentzville 2 | $272.48 | | Undetermined |
| Owned | 2008 | CTTRL | C-9LS | 5E0AA14448G229501 | Arlington | $0.00 | | Undetermined |
| Owned | 2008 | CTTRL | C-9LS | 5E0AA144X8G210001 | Arlington | $0.00 | | Undetermined |
| Owned | 2008 | CTTRL | C-9LS/3HD | 5E0AA14488G181601 | Arlington | $0.00 | | Undetermined |
| Owned | 2008 | CTTRL | C-9LS/3HD | 5E0AA144X8G208104 | Arlington | $0.00 | | Undetermined |
| Owned | 2008 | CTTRL | C-9LS/4HD | 5E0AA14448G219101 | Arlington | $0.00 | | Undetermined |
| Owned | 2008 | CTTRL | CX9LS2STRCH | 5E0AA14448G208101 | Avon Lake | $1,899.55 | | Undetermined |
| Owned | 2008 | CTTRL | CX9LS2STRCH | 5E0AA14488G208103 | Avon Lake | $0.00 | | Undetermined |
| Owned | 2008 | CTTRL | CX9LS2STRCH | 5E0AA14438G208106 | Avon Lake | $595.71 | | Undetermined |
| Owned | 2008 | CTTRL | CX9LS2STRCH | 5E0AA14468G208102 | Avon Lake | $2,263.62 | | Undetermined |
| Owned | 2008 | CTTRL | CX9LS2STRCH | 5E0AA14498G208109 | Avon Lake | $0.00 | | Undetermined |
| Owned | 2008 | CTTRL | CX9LS2STRCH | 5E0AA14448G230115 | Avon Lake | $40,280.89 | | Undetermined |
| Owned | 2008 | DELVN | 2878GS | 1D9AM39278W371905 | Avon Lake | $0.00 | | Undetermined |
| Owned | 2008 | DODG | VAN | 1D8HN54P28B104855 | Baltimore | $665.00 | | Undetermined |
| Owned | 2008 | BOYDC | 9101EN | 1B9CS45208P275757 | Bowling Green | $0.00 | | Undetermined |
| Owned | 2008 | CTTRL | C-9LS/4HD | 5E0AA14458G230107 | Bowling Green | $0.00 | | Undetermined |
| Owned | 2008 | FORD | F150 Lariat Pickup | 1FTPW14V68FB26929 | Bowling Green | $0.00 | | Undetermined |
| Owned | 2008 | DELVN | 2878GS | 1D9AM392X8W371901 | Buffalo | $0.00 | | Undetermined |
| Owned | 2008 | DELVN | 2878GS | 1D9AM39258W371871 | Buffalo | $0.00 | | Undetermined |
| Owned | 2008 | DELVN | 2878GS | 1D9AM392X8W371882 | Buffalo | $0.00 | | Undetermined |
| Owned | 2008 | STRLG | LT9500 | 2FZHCMCV28AY46139 | Buffalo | $0.00 | | Undetermined |
| Owned | 2008 | BOYDC | ST9100QL | 1B9CS45228P275873 | Claycomo | $0.00 | | Undetermined |
| Owned | 2008 | CTTRL | C-09LST | 5E0AA144X8G228613 | Claycomo | $0.00 | | Undetermined |
| Owned | 2008 | DELVN | 2878GC | 1D9AM39268W371832 | Claycomo | $0.00 | | Undetermined |
| Owned | 2008 | DELVN | 2878GC | 1D9AM39258W371806 | Claycomo | $0.00 | | Undetermined |
| Owned | 2008 | DELVN | 2878GC | 1D9AM39238W371805 | Claycomo | $0.00 | | Undetermined |
| Owned | 2008 | DELVN | 2878GS | 1D9AM39268W371913 | Claycomo | $0.00 | | Undetermined |
| Owned | 2008 | DELVN | 2878GS | 1D9AM39298W371890 | Claycomo | $0.00 | | Undetermined |
| Owned | 2008 | DELVN | 2878GS | 1D9AM39208W371891 | Claycomo | $0.00 | | Undetermined |
| Owned | 2008 | DELVN | 2878GS | 1D9AM39248W371859 | Claycomo | $0.00 | | Undetermined |
| Owned | 2008 | DELVN | 2878GS | 1D9AM39278W371869 | Claycomo | $0.00 | | Undetermined |

| Ownership type | Year | Make | Model | Identification Number (i.e. VIN, HIN or N-number) | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|---|---|---|
| Owned | 2008 | DELVN | 2878GS | 1D9AM39238W371870 | Claycomo | $0.00 | | Undetermined |
| Owned | 2008 | DELVN | 2878GS | 1F9AM39218W371852 | Claycomo | $0.00 | | Undetermined |
| Owned | 2008 | DELVN | 2878GS | 1D9AM39258W371854 | Claycomo | $0.00 | | Undetermined |
| Owned | 2008 | DELVN | 2878GS | 1D9AM39258W371885 | Claycomo | $0.00 | | Undetermined |
| Owned | 2008 | DELVN | 2878GS | 1D9AM39228W371889 | Claycomo | $0.00 | | Undetermined |
| Owned | 2008 | DELVN | 2878GS | 1D9AM39278W371855 | Claycomo | $0.00 | | Undetermined |
| Owned | 2008 | DELVN | 2878GS | 1D9AM39288W371914 | Claycomo | $0.00 | | Undetermined |
| Owned | 2008 | DELVN | 2878GS | 1D9AM39298W371906 | Claycomo | $0.00 | | Undetermined |
| Owned | 2008 | DELVN | 2878GS | 1D9AM39228W371892 | Claycomo | $0.00 | | Undetermined |
| Owned | 2008 | DELVN | 2878GS | 1D9AM39248W371862 | Claycomo | $0.00 | | Undetermined |
| Owned | 2008 | DELVN | 2878GS | 1D9AM39208W371857 | Claycomo | $0.00 | | Undetermined |
| Owned | 2008 | DELVN | 2878GS | 1D9AM39298W371887 | Claycomo | $0.00 | | Undetermined |
| Owned | 2008 | DELVN | 2878GS | 1D9AM39268W371846 | Claycomo | $0.00 | | Undetermined |
| Owned | 2008 | STRLG | LT9500 | 2FZHCMCVX8AY46129 | Claycomo | $0.00 | | Undetermined |
| Owned | 2008 | STRLG | LT9500 | 2FZHCMCV58AY46121 | Claycomo | $0.00 | | Undetermined |
| Owned | 2008 | STRLG | LT9500 | 2FZHCMCV28AY46142 | Claycomo | $0.00 | | Undetermined |
| Owned | 2008 | STRLG | LT9500 | 2FZHCMCV48AY46143 | Claycomo | $8,580.10 | | Undetermined |
| Owned | 2008 | STRLG | LT9500 | 2FZHCMCV28AY46125 | Claycomo | $0.00 | | Undetermined |
| Owned | 2008 | STRLG | LT9500 | 2FZHCMCV68AY46127 | Claycomo | $15,499.67 | | Undetermined |
| Owned | 2008 | STRLG | LT9500 | 2FZHCMCV88AY46131 | Claycomo | $0.00 | | Undetermined |
| Owned | 2008 | STRLG | LT9500 | 2FZHCMCV88AY46128 | Claycomo | $0.00 | | Undetermined |
| Owned | 2008 | STRLG | LT9500 | 2FZHCMCV58AY46135 | Claycomo | $0.00 | | Undetermined |
| Owned | 2008 | STRLG | LT9500 | 2FZHCMCV58AY46118 | Claycomo | $0.00 | | Undetermined |
| Owned | 2008 | STRLG | LT9500 | 2FZHCMCV68AY46130 | Claycomo | $7,606.02 | | Undetermined |
| Owned | 2008 | DELVN | 2878GC | 1D9AM39238W371819 | Cottage Grove | $0.00 | | Undetermined |
| Owned | 2008 | DELVN | 2878GC | 1D9AM39258W371823 | Cottage Grove | $0.00 | | Undetermined |
| Owned | 2008 | DELVN | 2878GC | 1D9AM39238W371822 | Cottage Grove | $0.00 | | Undetermined |
| Owned | 2008 | DELVN | 2878GC | 1D9AM39278W371824 | Cottage Grove | $0.00 | | Undetermined |
| Owned | 2008 | DELVN | 2878GC | 1D9AM39228W371794 | Cottage Grove | $0.00 | | Undetermined |
| Owned | 2008 | DELVN | 2878GS | 1D9AM39258W371868 | Cottage Grove | $0.00 | | Undetermined |
| Owned | 2008 | STRLG | LT9500 | 2FZHCMCV08AY46141 | Cottage Grove | $0.00 | | Undetermined |
| Owned | 2008 | BOYDC | 9101EN | 1B9CS45298P275756 | Fairfax | $0.00 | | Undetermined |
| Owned | 2008 | BOYDC | ST9100EZ | 1B9CS45248P275826 | Fairfax | $0.00 | | Undetermined |
| Owned | 2008 | BOYDC | ST9100EZ | 1B9CS45278P275822 | Fairfax | $0.00 | | Undetermined |
| Owned | 2008 | BOYDC | ST9100QL | 1B9CS45288P275750 | Fairfax | $0.00 | | Undetermined |
| Owned | 2008 | BOYDC | ST9100QL | 1B9CS45228P275758 | Fairfax | $0.00 | | Undetermined |
| Owned | 2008 | BOYDC | ST9100QL | 1B9CS45268P275844 | Fairfax | $0.00 | | Undetermined |
| Owned | 2008 | BOYDC | ST9100QL | 1B9CS45288P275845 | Fairfax | $0.00 | | Undetermined |
| Owned | 2008 | BOYDC | ST9100QL | 1B9CS45258P275835 | Fairfax | $0.00 | | Undetermined |
| Owned | 2008 | BOYDC | ST9100QL | 1B9CS45278P275853 | Fairfax | $0.00 | | Undetermined |
| Owned | 2008 | BOYDC | ST9100QL | 1B9CS45248P275728 | Fairfax | $0.00 | | Undetermined |
| Owned | 2008 | BOYDC | ST9100QL | 1B9CS45238P275753 | Fairfax | $0.00 | | Undetermined |

| Ownership type | Year | Make | Model | Identification Number (i.e. VIN, HIN or N-number) | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|---|---|---|
| Owned | 2008 | BOYDC | ST9100QL | 1B9CS45208P275855 | Fairfax | $0.00 | | Undetermined |
| Owned | 2008 | BOYDC | ST9100QL | 1B9CS45228P275825 | Fairfax | $0.00 | | Undetermined |
| Owned | 2008 | BOYDC | ST9100QL | 1B9CS45298P275823 | Fairfax | $0.00 | | Undetermined |
| Owned | 2008 | BOYDC | ST9100QL | 1B9CS45208P275838 | Fairfax | $0.00 | | Undetermined |
| Owned | 2008 | BOYDC | ST9100QL | 1B9CS45208P275841 | Fairfax | $0.00 | | Undetermined |
| Owned | 2008 | BOYDC | ST9100QL | 1B9CS45248P275843 | Fairfax | $0.00 | | Undetermined |
| Owned | 2008 | BOYDC | ST9100QL | 1B9CS45258P275818 | Fairfax | $0.00 | | Undetermined |
| Owned | 2008 | BOYDC | ST9100QL | 1B9CS45208P275824 | Fairfax | $0.00 | | Undetermined |
| Owned | 2008 | BOYDC | ST9100QL | 1B9CS452X8P275846 | Fairfax | $0.00 | | Undetermined |
| Owned | 2008 | BOYDC | ST9100QL | 1B9CS45288P275585 | Fairfax | $0.00 | | Undetermined |
| Owned | 2008 | BOYDC | ST9100QL | 1B9CS45228P275839 | Fairfax | $0.00 | | Undetermined |
| Owned | 2008 | BOYDC | ST9100QL | 1B9CS45218P275833 | Fairfax | $0.00 | | Undetermined |
| Owned | 2008 | BOYDC | ST9100QL | 1B9CS45278P275819 | Fairfax | $0.00 | | Undetermined |
| Owned | 2008 | BOYDC | ST9100QL | 1B9CS45238P275834 | Fairfax | $0.00 | | Undetermined |
| Owned | 2008 | BOYDC | ST9100QL | 1B9CS45258P275821 | Fairfax | $0.00 | | Undetermined |
| Owned | 2008 | BOYDC | ST9100QL | 1B9CS45238P275851 | Fairfax | $0.00 | | Undetermined |
| Owned | 2008 | BOYDC | ST9100QL | 1B9CS45228P275730 | Fairfax | $0.00 | | Undetermined |
| Owned | 2008 | CTTRL | C-10LS | 5E0AA14498G197001 | Fairfax | $0.00 | | Undetermined |
| Owned | 2008 | CTTRL | C-9LS/4HD | 5E0AA14468G230102 | Fairfax | $0.00 | | Undetermined |
| Owned | 2008 | CTTRL | C-9LS/4HD | 5E0AA144X8G230104 | Fairfax | $0.00 | | Undetermined |
| Owned | 2008 | CTTRL | C-9LS/4HD | 5E0AA14478G230108 | Fairfax | $0.00 | | Undetermined |
| Owned | 2008 | CTTRL | C-9LS/4HD | 5E0AA14448G230101 | Fairfax | $0.00 | | Undetermined |
| Owned | 2008 | DELVN | 2878GC | 1D9AM39298W371811 | Fairfax | $0.00 | | Undetermined |
| Owned | 2008 | DELVN | 2878GS | 1D9AM39218W371849 | Fairfax | $0.00 | | Undetermined |
| Owned | 2008 | DELVN | 2878GS | 1D9AM392X8W371879 | Fairfax | $0.00 | | Undetermined |
| Owned | 2008 | DELVN | 2878GS | 1D9AM39288W371881 | Fairfax | $0.00 | | Undetermined |
| Owned | 2008 | DELVN | 2878GS | 1D9AM39208W371888 | Fairfax | $0.00 | | Undetermined |
| Owned | 2008 | DELVN | 2878GS | 1D9AM39298W371873 | Fairfax | $0.00 | | Undetermined |
| Owned | 2008 | STRLG | LT9500 | 2FZHCMCV78AY46119 | Fairfax | $0.00 | | Undetermined |
| Owned | 2008 | STRLG | LT9500 | 2FZHCMCV78AY46122 | Fairfax | $0.00 | | Undetermined |
| Owned | 2008 | STRLG | LT9500 | 2FZHCMCVX8AY46132 | Fairfax | $0.00 | | Undetermined |
| Owned | 2008 | STRLG | LT9500 | 2FZHCMCV18AY46147 | Fairfax | $0.00 | | Undetermined |
| Owned | 2008 | DELVN | 2878GC | 1D9AM39208W371812 | Flint | $0.00 | | Undetermined |
| Owned | 2008 | CTTRL | C-09LST | 5E0AA14478G228617 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2008 | CTTRL | C-09LST | 5E0AA14438G228601 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2008 | CTTRL | C-09LST | 5E0AA14498G228604 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2008 | CTTRL | C-09LST | 5E0AA14428G228606 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2008 | CTTRL | C-09LST | 5E0AA14498G228618 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2008 | CTTRL | C-09LST | 5E0AA14448G228607 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2008 | CTTRL | C-09LST | 5E0AA14488G228612 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2008 | CTTRL | C-09LST | 5E0AA14468G228611 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2008 | CTTRL | C-09LST | 5E0AA14438G228615 | Ft Wayne | $0.00 | | Undetermined |

| Ownership type | Year | Make | Model | Identification Number (i.e. VIN, HIN or N-number) | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|---|---|---|
| Owned | 2008 | CTTRL | C-09LST | 5E0AA14488G228609 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2008 | CTTRL | C-09LST | 5E0AA14478G228603 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2008 | CTTRL | C-09LST | 5E0AA14468G228608 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2008 | CTTRL | C-09LST | 5E0AA14448G228610 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2008 | CTTRL | C-09LST | 5E0AA14458G228616 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2008 | CTTRL | C-09LST | 5E0AA14408G228605 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2008 | CTTRL | C-09LST | 5E0AA14458G228602 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2008 | CTTRL | CX-6MST | 5E0AC14458G257401 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2008 | DELVN | 2878GC | 1D9AM39228W371830 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2008 | CTTRL | C-11HCS | 5E0AJ14498G229901 | Georgetown | $0.00 | | Undetermined |
| Owned | 2008 | CTTRL | C-9LS/3HD | 5E0AA14478G208108 | Georgetown | $0.00 | | Undetermined |
| Owned | 2008 | BOYDC | ST9100QL | 1B9CS45208P275581 | In Transit to Mexico - still in USA | $0.00 | | Undetermined |
| Owned | 2008 | CTTRL | C-9LS/3HD | 5E0AA14408G209701 | In Transit to Mexico - still in USA | $0.00 | | Undetermined |
| Owned | 2008 | CTTRL | C-11SS | 5E0AC14408G253904 | Jessup - old location - unknown | $0.00 | | Undetermined |
| Owned | 2008 | FORD | E350 VAN | 1FBSS31L08DB12870 | KTP | $0.00 | | Undetermined |
| Owned | 2008 | CTTRL | C-9LS/3HD | 5E0AA14458G208110 | Lansing | $0.00 | | Undetermined |
| Owned | 2008 | CTTRL | C-9LS/3HD | 5E0AA14418G210601 | Lansing | $0.00 | | Undetermined |
| Owned | 2008 | CTTRL | C-9LS/4HD | 5E0AA14428G230114 | Lansing | $0.00 | | Undetermined |
| Owned | 2008 | CTTRL | C-9LS/4HD | 5E0AA14408G230113 | Lansing | $0.00 | | Undetermined |
| Owned | 2008 | CTTRL | C-9LS/4HD | 5E0AA14488G230103 | Lansing | $0.00 | | Undetermined |
| Owned | 2008 | CTTRL | C-9LS/4HD | 5E0AA14498G230112 | Lansing | $0.00 | | Undetermined |
| Owned | 2008 | CTTRL | C-9LS/3HD | 5E0AA14418G208105 | LAP | $0.00 | | Undetermined |
| Owned | 2008 | CTTRL | C-9LS/4HD | 5E0AA14458G230110 | LAP | $0.00 | | Undetermined |
| Owned | 2008 | CTTRL | C-9LS/4HD | 5E0AA14418G230105 | Shelbyville | $0.00 | | Undetermined |
| Owned | 2008 | BOYDC | ST9100QL | 1B9CS45228P275582 | Upper Valley | $0.00 | | Undetermined |
| Owned | 2008 | BOYDC | ST9100QL | 1B9CS452X8P275586 | Upper Valley | $0.00 | | Undetermined |
| Owned | 2008 | BOYDC | ST9100QL | 1B9CS45298P275577 | Upper Valley | $0.00 | | Undetermined |
| Owned | 2008 | DELVN | 2878GS | 1D9AM39208W371874 | Upper Valley | $0.00 | | Undetermined |
| Owned | 2008 | STRLG | LT9500 | 2FZHCMCVX8AY46146 | Upper Valley | $2,893.00 | | Undetermined |
| Owned | 2008 | DELVN | DEL2878STRCH | 1D9AM39288W371802 | Wayne | $0.00 | | Undetermined |
| Owned | 2008 | DELVN | DEL2878STRCH | 1D9AM39238W371884 | Wayne | $0.00 | | Undetermined |
| Owned | 2008 | DELVN | DEL2878STRCH | 1D9AM39268W371815 | Wayne | $0.00 | | Undetermined |
| Owned | 2008 | DELVN | DEL2878STRCH | 1D9AM39298W371839 | Wayne | $0.00 | | Undetermined |
| Owned | 2008 | DELVN | DEL2878STRCH | 1D9AM39248W371831 | Wayne | $0.00 | | Undetermined |
| Owned | 2008 | DELVN | DEL2878STRCH | 1D9AM39258W371837 | Wayne | $0.00 | | Undetermined |

| Ownership type | Year | Make | Model | Identification Number (i.e. VIN, HIN or N-number) | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|---|---|---|
| Owned | 2008 | DELVN | DEL2878STRCH | 1D9AM39268W371796 | Wayne | $0.00 | | Undetermined |
| Owned | 2008 | DELVN | DEL2878STRCH | 1D9AM39288W371864 | Wayne | $0.00 | | Undetermined |
| Owned | 2008 | DELVN | DEL2878STRCH | 1D9AM39218W371818 | Wayne | $3,680.57 | | Undetermined |
| Owned | 2008 | DELVN | DEL2878STRCH | 1D9AM392X8W371865 | Wayne | $0.00 | | Undetermined |
| Owned | 2008 | DELVN | DEL2878STRCH | 1F9AM39218W371835 | Wayne | $0.00 | | Undetermined |
| Owned | 2008 | DELVN | DEL2878STRCH | 1D9AM39268W371880 | Wayne | $0.00 | | Undetermined |
| Owned | 2008 | DELVN | DEL2878STRCH | 1D9AM39248W371795 | Wayne | $0.00 | | Undetermined |
| Owned | 2008 | DELVN | DEL2878STRCH | 1D9AM39288W371816 | Wayne | $0.00 | | Undetermined |
| Owned | 2008 | DELVN | DEL2878STRCH | 1D9AM39268W371829 | Wayne | $0.00 | | Undetermined |
| Owned | 2008 | DELVN | DEL2878STRCH | 1D9AM39208W371860 | Wayne | $0.00 | | Undetermined |
| Owned | 2008 | DELVN | DEL2878STRCH | 1D9AM392X8W371896 | Wayne | $0.00 | | Undetermined |
| Owned | 2008 | DELVN | DEL2878STRCH | 1D9AM39228W371875 | Wayne | $21,999.25 | | Undetermined |
| Owned | 2008 | DELVN | DEL2878STRCH | 1D9AM39298W371825 | Wayne | $0.00 | | Undetermined |
| Owned | 2008 | STRLG | LT9500 | 2FZHCMCV98AY46137 | Wayne | $19,743.93 | | Undetermined |
| Owned | 2008 | STRLG | LT9500 | 2FZHCMCV18AY46133 | Wayne | $11,860.02 | | Undetermined |
| Owned | 2008 | CTTRL | CX-6MST | 5E0AC14478G255701 | Wentzville | $0.00 | | Undetermined |
| Owned | 2008 | DELVN | 2878GS | 1D9AM39248W371845 | Wentzville | $0.00 | | Undetermined |
| Owned | 2008 | STRLG | LT9500 | 2FZHCMCV18AZ20151 | Wentzville | $0.00 | | Undetermined |
| Owned | 2009 | CTTRL | C-11HCS | 5E0AJ14469G285313 | Bowling Green | $0.00 | | Undetermined |
| Owned | 2009 | CTTRL | C-11HCS | 5E0AJ14409G285307 | Bowling Green | $0.00 | | Undetermined |
| Owned | 2009 | STRLG | LT9500 | 2FZHCMCV69AAM4553 | Bowling Green | $0.00 | | Undetermined |
| Owned | 2009 | DELVN | 6000 | 1D9AC48249W371940 | Buffalo | $0.00 | | Undetermined |
| Owned | 2009 | DELVN | 6000CL | 1D9AC48219W371944 | Buffalo | $4,584.25 | | Undetermined |
| Owned | 2009 | DELVN | 6000CL | 1D9AC48289W371939 | Buffalo | $0.00 | | Undetermined |
| Owned | 2009 | DELVN | 6000CL | 1D9AC48299W371934 | Buffalo | $0.00 | | Undetermined |
| Owned | 2009 | DELVN | 6000CL | 1D9AC48269W371941 | Buffalo | $0.00 | | Undetermined |
| Owned | 2009 | DELVN | 6000CL | 1D9AC48239W371931 | Buffalo | $0.00 | | Undetermined |
| Owned | 2009 | DELVN | 6000CL | 1D9AC482X9W371943 | Buffalo | $0.00 | | Undetermined |
| Owned | 2009 | DELVN | 6000CL | 1D9AC48239W371928 | Buffalo | $0.00 | | Undetermined |
| Owned | 2009 | STRLG | LT9500 | 2FZHCMCV59AAC8209 | Buffalo | $0.00 | | Undetermined |
| Owned | 2009 | STRLG | LT9500 | 2FZHCMCV69AAC8106 | Buffalo | $0.00 | | Undetermined |
| Owned | 2009 | STRLG | LT9500 | 2FZHCMCV89AAC8205 | Buffalo | $0.00 | | Undetermined |
| Owned | 2009 | STRLG | LT9500 | 2FZHCMCV59AAC8100 | Buffalo | $0.00 | | Undetermined |
| Owned | 2009 | STRLG | LT9500 | 2FZHCMCV09AAC8103 | Buffalo | $0.00 | | Undetermined |
| Owned | 2009 | STRLG | LT9500 | 2FZHCMCV29AAC8202 | Buffalo | $0.00 | | Undetermined |
| Owned | 2009 | STRLG | LT9500 | 2FZHCMCV39AAC8208 | Buffalo | $0.00 | | Undetermined |
| Owned | 2009 | DELVN | 6000CL | 1D9AC48209W371935 | Claycomo | $0.00 | | Undetermined |
| Owned | 2009 | STRLG | LT9500 | 2FZHCMCV09AAC8098 | Claycomo | $6,622.19 | | Undetermined |
| Owned | 2009 | STRLG | LT9500 | 2FZHCMCV69AAC8199 | Claycomo | $0.00 | | Undetermined |
| Owned | 2009 | STRLG | LT9500 | 2FZHCMCV69AAC8090 | Claycomo | $0.00 | | Undetermined |
| Owned | 2009 | STRLG | LT9500 | 2FZHCMCV29AAC8094 | Claycomo | $477.35 | | Undetermined |
| Owned | 2009 | STRLG | LT9500 | 2FZHCMCV99AAC8200 | Claycomo | $2,433.39 | | Undetermined |

| Ownership type | Year | Make | Model | Identification Number (i.e. VIN, HIN or N-number) | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|---|---|---|
| Owned | 2009 | STRLG | LT9500 | 2FZHCMCV79AAC8194 | Claycomo | $0.00 | | Undetermined |
| Owned | 2009 | STRLG | LT9500 | 2FZHCMCV49AAC8119 | Claycomo | $7,877.29 | | Undetermined |
| Owned | 2009 | STRLG | LT9500 | 2FZHCMCVX9AAC8111 | Claycomo | $0.00 | | Undetermined |
| Owned | 2009 | STRLG | LT9500 | 2FZHCMCV49AAC8086 | Claycomo | $0.00 | | Undetermined |
| Owned | 2009 | DELVN | 6000CL | 1D9AC482X9W371926 | Cottage Grove | $0.00 | | Undetermined |
| Owned | 2009 | DELVN | 6000CL | 1D9AC48219W371927 | Cottage Grove | $0.00 | | Undetermined |
| Owned | 2009 | STRLG | LT9500 | 2FZHCMCV49AAC8203 | Cottage Grove | $0.00 | | Undetermined |
| Owned | 2009 | STRLG | LT9500 | 2FZHCMCV39AAC8189 | Cottage Grove | $0.00 | | Undetermined |
| Owned | 2009 | DELVN | 6000CL | 1D9AC48249W371937 | Fairfax | $0.00 | | Undetermined |
| Owned | 2009 | STRLG | LT9500 | 2FZHCMCV89AAC8091 | Fairfax | $0.00 | | Undetermined |
| Owned | 2009 | STRLG | LT9500 | 2FZHCMCV59AAC8193 | Fairfax | $0.00 | | Undetermined |
| Owned | 2009 | STRLG | LT9500 | 2FZHCMCV09AAC8084 | Fairfax | $0.00 | | Undetermined |
| Owned | 2009 | CTTRL | C-11HCS | 5E0AJ14449G285309 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2009 | STRLG | LT9500 | 2FZHCMCV49AAC8153 | Ft Wayne | $2,610.04 | | Undetermined |
| Owned | 2009 | CTTRL | C-11HCS | 5E0AJ14409G285310 | Georgetown | $0.00 | | Undetermined |
| Owned | 2009 | STRLG | LT9500 | 2FZHCMCV69AAC8154 | Georgetown | $0.00 | | Undetermined |
| Owned | 2009 | STRLG | LT9500 | 2FZHCMCV89AAC8155 | Georgetown | $0.00 | | Undetermined |
| Owned | 2009 | STRLG | LT9500 | 2FZHCMCV29AAC8149 | Georgetown | $0.00 | | Undetermined |
| Owned | 2009 | STRLG | LT9500 | 2FZHCMCVX9AAC8190 | Lansing | $7,500.00 | | Undetermined |
| Owned | 2009 | BOYDC | ST9100QL | 1B9CS45229P275938 | Port Jersey - old location - unknown | $0.00 | | Undetermined |
| Owned | 2009 | BOYDC | ST9100QL | 1B9CS452X9P275945 | Port Jersey - old location - unknown | $0.00 | | Undetermined |
| Owned | 2009 | BOYDC | ST9100QL | 1B9CS45219P275932 | Port Jersey - old location - unknown | $0.00 | | Undetermined |
| Owned | 2009 | BOYDC | ST9100QL | 1B9CS452X9P275928 | Upper Valley | $0.00 | | Undetermined |
| Owned | 2009 | CTTRL | C-11HCS | 5E0AJ14429G285311 | Upper Valley | $0.00 | | Undetermined |
| Owned | 2009 | STRLG | LT9500 | 2FZHCMCV39AAC8158 | Upper Valley | $4,320.38 | | Undetermined |
| Owned | 2009 | STRLG | LT9500 | 2FZHCMCVX9AAC8089 | Wayne | $0.00 | | Undetermined |
| Owned | 2009 | STRLG | LT9500 | 2FZHCMCV29AAC8085 | Wayne | $0.00 | | Undetermined |
| Owned | 2009 | STRLG | LT9500 | 2FZHCMCV79AAC8101 | Wayne | $15,945.54 | | Undetermined |
| Owned | 2009 | DELVN | 6000CL | 1D9AC48229W371936 | Wentzville | $0.00 | | Undetermined |
| Owned | 2009 | STRLG | LT9500 | 2FZHCMCV09AAC8196 | Wentzville | $0.00 | | Undetermined |
| Owned | 2010 | Ford | F250 PICKUP | 1FTNF2B58AEA90687 | Buffalo | $0.00 | | Undetermined |
| Owned | 2010 | Dodge | Grand Caravan | 2D4RN4DE2AR316323 | Claycomo | $0.00 | | Undetermined |
| Owned | 2010 | DODG | VAN | 2D4RN5D16AR384255 | | $691.38 | | Undetermined |
| Owned | 2011 | CTTRL | CX-09LS | 5E0AA1449BG312705 | Arlington | $0.00 | | Undetermined |
| Owned | 2011 | CTTRL | CX-09LS | 5E0AA1444BG312708 | Arlington | $0.00 | | Undetermined |
| Owned | 2011 | Dodge | Nitro | 1D4PU4GK4BW517984 | Baltimore | $1,651.95 | | Undetermined |
| Owned | 2011 | Honda | Odyssey | 5FNRL5H68BB077739 | Baltimore | $2,364.45 | | Undetermined |
| Owned | 2011 | Nissan | Rogue | JN8AS5MV4BW684332 | Baltimore | $1,187.50 | | Undetermined |
| Owned | 2011 | CTTRL | CX11HCSD4HD | 5E0AJ144XBG315709 | Bowling Green | $0.00 | | Undetermined |

| Ownership type | Year | Make | Model | Identification Number (i.e. VIN, HIN or N-number) | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|---|---|---|
| Owned | 2011 | CTTRL | CX-09LS | 5E0AA1447BG312704 | Fairfax | $0.00 | | Undetermined |
| Owned | 2011 | CTTRL | CX11HCSD4HD | 5E0AJ1449BG315703 | Fairfax | $0.00 | | Undetermined |
| Owned | 2011 | DELVN | 8700 | 1D9AK4826BW371964 | Flint | $0.00 | | Undetermined |
| Owned | 2011 | DELVN | 8700 | 1D9AK4824BW371963 | Flint | $0.00 | | Undetermined |
| Owned | 2011 | DELVN | 6000GS | 1D9AC4823BW371983 | Flint | $0.00 | | Undetermined |
| Owned | 2011 | CTTRL | C-09LST | 5E0AA1442BG315105 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2011 | CTTRL | C-09LST | 5E0AA1444BG315106 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2011 | CTTRL | C-09LST | 5E0AA1447BG315102 | Ft Wayne | $26,405.79 | | Undetermined |
| Owned | 2011 | CTTRL | C-09LST | 5E0AA1445BG315101 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2011 | CTTRL | C-09LST | 5E0AA1448BG315108 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2011 | CTTRL | C-09LST | 5E0AA1449BG315103 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2011 | CTTRL | C-09LST | 5E0AA144XBG315109 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2011 | CTTRL | C-09LST | 5E0AA1446BG315107 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2011 | CTTRL | C-09LST | 5E0AA1440BG315104 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2011 | CTTRL | CX-11HCSD | 5E0AJ1447BG315702 | Georgetown | $0.00 | | Undetermined |
| Owned | 2011 | CTTRL | CX-11HCSD | 5E0AJ1448BG315708 | Georgetown | $0.00 | | Undetermined |
| Owned | 2011 | CTTRL | CX-11HCSD | 5E0AJ1445BG315701 | Georgetown | $0.00 | | Undetermined |
| Owned | 2011 | CTTRL | CX-11HCSD | 5E0AJ1446BG315707 | Georgetown | $0.00 | | Undetermined |
| Owned | 2011 | CTTRL | CX11HCSD4HD | 5E0AJ1440BG315704 | Georgetown | $0.00 | | Undetermined |
| Owned | 2011 | CHEV | 4D | 1G1ZB5E18BF254810 | LAP | $860.29 | | Undetermined |
| Owned | 2011 | CTTRL | CX-11HCSD | 5E0AJ1446BG315710 | Upper Valley | $0.00 | | Undetermined |
| Owned | 2011 | CTTRL | CX-11HCSD | 5E0AJ1444BG315706 | Upper Valley | $0.00 | | Undetermined |
| Owned | 2011 | FORD | PK | 1FTKR1ED7BPB11364 | Wales | $0.00 | | Undetermined |
| Owned | 2011 | CTTRL | C-09LST | 5E0AA1449BG315801 | Wentzville | $0.00 | | Undetermined |
| Owned | 2012 | CTTRL | CX-9LS2/4HD | 5E0AA1448CG353604 | Arlington | $0.00 | | Undetermined |
| Owned | 2012 | CTTRL | CX-9LS2/4HD | 5E0AA1442CG370706 | Arlington | $0.00 | | Undetermined |
| Owned | 2012 | CTTRL | CX-9LS2/4HD | 5E0AA1441CG364105 | Arlington | $0.00 | | Undetermined |
| Owned | 2012 | CTTRL | CX-9LS2/4HD | 5E0AA1443CG370701 | Arlington | $0.00 | | Undetermined |
| Owned | 2012 | CTTRL | CX-9LS2/4HD | 5E0AA1442CG364601 | Arlington | $49,902.18 | | Undetermined |
| Owned | 2012 | PTRBL | 365 | 1NPSL79X6CD174301 | Arlington | $35,506.28 | | Undetermined |
| Owned | 2012 | PTRBL | 365 | 1NPSL79X8CD174302 | Arlington | $0.00 | | Undetermined |
| Owned | 2012 | PTRBL | 365 | 1NPSL79XXCD174303 | Arlington | $66,282.36 | | Undetermined |
| Owned | 2012 | VW | Routan | 2C4RVABG6CR393814 | Arlington | $802.23 | | Undetermined |
| Owned | 2012 | CTTRL | C-9LS/3HD | 5E0AA1445CG370702 | Avon Lake | $0.00 | | Undetermined |
| Owned | 2012 | FRGHT | CASCADIA | 1FUJGEDV9CSBD3309 | Avon Lake | $7,410.61 | | Undetermined |
| Owned | 2012 | FRGHT | CASCADIA | 1FUJGEDV9CSBD3312 | Avon Lake | $7,410.61 | | Undetermined |
| Owned | 2012 | Ford | 16ft Box | 1FDWE3FL5CDA71718 | Baltimore | $6,961.38 | | Undetermined |
| Owned | 2012 | FORD | 4D | 3FAHP0HA9CR356467 | Baltimore | $870.84 | | Undetermined |
| Owned | 2012 | Nissan | Pathfinder | 5N1AR1NNXCC601984 | Baltimore | $2,185.00 | | Undetermined |
| Owned | 2012 | CTTRL | CX11HCS SUV4 | 5E0AJ144XCG376303 | Bowling Green | $0.00 | | Undetermined |
| Owned | 2012 | CTTRL | CX11HCS SUV4 | 5E0AJ1447CG374301 | Bowling Green | $0.00 | | Undetermined |
| Owned | 2012 | CTTRL | CX11HCS SUV4 | 5E0AJ1448CG367003 | Bowling Green | $0.00 | | Undetermined |

| Ownership type | Year | Make | Model | Identification Number (i.e. VIN, HIN or N-number) | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|---|---|---|
| Owned | 2012 | CTTRL | CX11HCS SUV4 | 5E0AJ1441CG374309 | Bowling Green | $0.00 | | Undetermined |
| Owned | 2012 | CTTRL | CX11HCSD4HD | 5E0AJ1443CG367006 | Bowling Green | $0.00 | | Undetermined |
| Owned | 2012 | CTTRL | CX11HCSD4HD | 5E0AJ1443CG379401 | Bowling Green | $0.00 | | Undetermined |
| Owned | 2012 | CTTRL | CX11HCSD4HD | 5E0AJ1446CG367002 | Bowling Green | $0.00 | | Undetermined |
| Owned | 2012 | CTTRL | CX11HCSD4HD | 5E0AJ1441CG367005 | Bowling Green | $0.00 | | Undetermined |
| Owned | 2012 | CTTRL | CX11HCSD4HD | 5E0AJ1447CG367008 | Bowling Green | $0.00 | | Undetermined |
| Owned | 2012 | CTTRL | CX11HCSD4HD | 5E0AJ1447CG379403 | Bowling Green | $0.00 | | Undetermined |
| Owned | 2012 | VOLVO | VAH64 | 4V5RC9EG5CN553341 | Bowling Green | $22,492.82 | | Undetermined |
| Owned | 2012 | Chrysler | Caravan | 2C4RC1BG7CR252840 | Columbia | $1,187.50 | | Undetermined |
| Owned | 2012 | CTTRL | CX11HCS SUV4 | 5E0AJ1446CG376301 | Columbia | $0.00 | | Undetermined |
| Owned | 2012 | CTTRL | CX11HCS SUV4 | 5E0AJ1444XCG374311 | Columbia | $0.00 | | Undetermined |
| Owned | 2012 | CTTRL | CX-9LS2/4HD | 5E0AA1445CG356301 | Cottage Grove | $0.00 | | Undetermined |
| Owned | 2012 | CTTRL | CX-9LS2/4HD | 5E0AA1444CG353602 | Cottage Grove | $0.00 | | Undetermined |
| Owned | 2012 | DELVN | 6000GS | 1D9AC4829CW372010 | Cottage Grove | $0.00 | | Undetermined |
| Owned | 2012 | CTTRL | CX-9LS2/4HD | 5E0AA144XCG352101 | Fairfax | $0.00 | | Undetermined |
| Owned | 2012 | CTTRL | CX-9LS2/4HD | 5E0AA1447CG352105 | Fairfax | $0.00 | | Undetermined |
| Owned | 2012 | CTTRL | CX-9LS2/4HD | 5E0AA1441CG352102 | Fairfax | $55,807.77 | | Undetermined |
| Owned | 2012 | CTTRL | CX-9LS2/4HD | 5E0AA1447CG364903 | Fairfax | $0.00 | | Undetermined |
| Owned | 2012 | CTTRL | CX-9LS2/4HD | 5E0AA1445CG364902 | Fairfax | $0.00 | | Undetermined |
| Owned | 2012 | CTTRL | CX-9LS2/4HD | 5E0AA1440CG370705 | Fairfax | $0.00 | | Undetermined |
| Owned | 2012 | VOLVO | VAH64 | 4V5RC9EG7CN553342 | Fairfax | $13,391.84 | | Undetermined |
| Owned | 2012 | VOLVO | VAH64 | 4V5RC9EG9CN553343 | Fairfax | $27,651.55 | | Undetermined |
| Owned | 2012 | VOLVO | VAH64 | 4V5RC9EG0CN553344 | Fairfax | $0.00 | | Undetermined |
| Owned | 2012 | VOLVO | VAH64 | 4V5RC9EG4CN553346 | Fairfax | $33,865.86 | | Undetermined |
| Owned | 2012 | VOLVO | VAH64 | 4V5RC9EG2CN553345 | Fairfax | $1,725.73 | | Undetermined |
| Owned | 2012 | CTTRL | C-09LST | 5E0AA1440CG376004 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2012 | CTTRL | C-09LST | 5E0AA1442CG376005 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2012 | CTTRL | C-09LST | 5E0AA1449CG376003 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2012 | CTTRL | C-09LST | 5E0AA1446CG372801 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2012 | CTTRL | C-09LST | 5E0AA1447CG376002 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2012 | CTTRL | C-09LST | 5E0AA1444CG376006 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2012 | CTTRL | C-09LST | 5E0AA1448CG372802 | Georgetown | $0.00 | | Undetermined |
| Owned | 2012 | CTTRL | CX11HCS SUV4 | 5E0AJ1448CG374310 | Georgetown | $0.00 | | Undetermined |
| Owned | 2012 | CTTRL | CX11HCS SUV4 | 5E0AJ1443CG374313 | Georgetown | $0.00 | | Undetermined |
| Owned | 2012 | CTTRL | CX11HCS SUV4 | 5E0AJ1444CG374305 | Georgetown | $0.00 | | Undetermined |
| Owned | 2012 | CTTRL | CX11HCS SUV4 | 5E0AJ1448CG374307 | Georgetown | $0.00 | | Undetermined |
| Owned | 2012 | CTTRL | CX11HCS SUV4 | 5E0AJ1440CG374303 | Georgetown | $0.00 | | Undetermined |
| Owned | 2012 | CTTRL | CX11HCS SUV4 | 5E0AJ144XCG374308 | Georgetown | $0.00 | | Undetermined |
| Owned | 2012 | CTTRL | CX11HCS SUV4 | 5E0AJ1442CG374304 | Georgetown | $0.00 | | Undetermined |
| Owned | 2012 | CTTRL | CX11HCS SUV4 | 5E0AJ1446CG374306 | Georgetown | $0.00 | | Undetermined |
| Owned | 2012 | CTTRL | CX11HCS SUV4 | 5E0AJ1448CG376302 | Georgetown | $0.00 | | Undetermined |
| Owned | 2012 | CTTRL | CX11HCS SUV4 | 5E0AJ1445CG374314 | Georgetown | $0.00 | | Undetermined |

| Ownership type | Year | Make | Model | Identification Number (i.e. VIN, HIN or N-number) | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|---|---|---|
| Owned | 2012 | CTTRL | CX11HCSD4HD | 5E0AJ1445CG367007 | Georgetown | $0.00 | | Undetermined |
| Owned | 2012 | CTTRL | CX11HCSD4HD | 5E0AJ1445CG379402 | Georgetown | $0.00 | | Undetermined |
| Owned | 2012 | CTTRL | CS6SD | 5E0AC1443CG365301 | KTP | $0.00 | | Undetermined |
| Owned | 2012 | CTTRL | CX-9LS2/4HD | 5E0AA1443CG352103 | Lansing | $0.00 | | Undetermined |
| Owned | 2012 | CTTRL | CX-9LS2/4HD | 5E0AA1448CG364103 | LAP | $0.00 | | Undetermined |
| Owned | 2012 | CTTRL | C-09LST | 5E0AA1445CG376001 | Upper Valley | $0.00 | | Undetermined |
| Owned | 2012 | CTTRL | CX11HCSD4HD | 5E0AJ144XCG367004 | Upper Valley | $0.00 | | Undetermined |
| Owned | 2013 | CTTRL | CX-9LS3 | 5E0AA1444DG439106 | Arlington | $0.00 | | Undetermined |
| Owned | 2013 | PTRBL | 365 | 1NPSLP9X0DD205916 | Arlington | $4,109.18 | | Undetermined |
| Owned | 2013 | PTRBL | 365 | 1NPSLP9X9DD205915 | Arlington | $4,109.18 | | Undetermined |
| Owned | 2013 | PTRBL | 365 | 1NPSLP9X0DD205902 | Arlington | $4,109.18 | | Undetermined |
| Owned | 2013 | PTRBL | 365 | 1NPSLP9X4DD205921 | Arlington | $4,109.18 | | Undetermined |
| Owned | 2013 | PTRBL | 365 | 1NPSLP9X2DD205903 | Arlington | $6,914.93 | | Undetermined |
| Owned | 2013 | PTRBL | 365 | 1NPSLP9X4DD205904 | Arlington | $10,450.91 | | Undetermined |
| Owned | 2013 | PTRBL | 365 | 1NPSLP9X1DD205908 | Arlington | $4,776.65 | | Undetermined |
| Owned | 2013 | PTRBL | 365 | 1NPSL79XXDD198215 | Arlington | $18,516.78 | | Undetermined |
| Owned | 2013 | PTRBL | 365 | 1NPSLP9XXDD205907 | Arlington | $16,959.44 | | Undetermined |
| Owned | 2013 | PTRBL | 365 | 1NPSLP9X3DD205912 | Arlington | $4,109.18 | | Undetermined |
| Owned | 2013 | PTRBL | 365 | 1NPSLP9X4DD205918 | Arlington | $14,778.53 | | Undetermined |
| Owned | 2013 | PTRBL | 365 | 1NPSLP9X6DD205919 | Arlington | $4,109.18 | | Undetermined |
| Owned | 2013 | PTRBL | 365 | 1NPSLP9X2DD205920 | Arlington | $6,239.08 | | Undetermined |
| Owned | 2013 | PTRBL | 365 | 1NPSLP9X6DD205922 | Arlington | $4,109.18 | | Undetermined |
| Owned | 2013 | PTRBL | 365 | 1NPSLP9XXDD205924 | Arlington | $8,036.77 | | Undetermined |
| Owned | 2013 | PTRBL | 365 | 1NPSLP9X1DD205925 | Arlington | $4,109.18 | | Undetermined |
| Owned | 2013 | PTRBL | 365 | 1NPSLP9X8DD205906 | Arlington | $9,301.58 | | Undetermined |
| Owned | 2013 | PTRBL | 365 | 1NPSLP9X5DD205913 | Arlington | $4,109.18 | | Undetermined |
| Owned | 2013 | PTRBL | 365 | 1NPSLP9X9DD205901 | Arlington | $4,109.17 | | Undetermined |
| Owned | 2013 | PTRBL | 365 | 1NPSLP9X6DD205905 | Arlington | $4,109.18 | | Undetermined |
| Owned | 2013 | PTRBL | 365 | 1NPSLP9XXDD205910 | Arlington | $16,385.53 | | Undetermined |
| Owned | 2013 | PTRBL | 365 | 1NPSLP9X2DD205917 | Arlington | $4,109.18 | | Undetermined |
| Owned | 2013 | PTRBL | 365 | 1NPSLP9X8DD205923 | Arlington | $4,109.18 | | Undetermined |
| Owned | 2013 | PTRBL | 365 | 1NPSL79XXDD174304 | Arlington | $41,289.49 | | Undetermined |
| Owned | 2013 | PTRBL | 365 | 1NPSLP9X3DD205909 | Arlington | $4,109.18 | | Undetermined |
| Owned | 2013 | CTTRL | CX11HCSD4HD | 5E0AJ1449DG397502 | Avon Lake | $0.00 | | Undetermined |
| Owned | 2013 | CTTRL | CX9LS2STRCH | 5E0AA1440DG444805 | Avon Lake | $44,796.58 | | Undetermined |
| Owned | 2013 | CTTRL | CX9LS2STRCH | 5E0AA1442DG444806 | Avon Lake | $41,088.06 | | Undetermined |
| Owned | 2013 | CTTRL | CX9LS2STRCH | 5E0AA1445DG442905 | Avon Lake | $40,937.96 | | Undetermined |
| Owned | 2013 | FRGHT | 114SD | 1FVHG3DV2DDFB3144 | Avon Lake | $14,247.40 | | Undetermined |
| Owned | 2013 | PTRBL | 365 | 1NPSL79XXDD205891 | Avon Lake | $40,768.64 | | Undetermined |
| Owned | 2013 | PTRBL | 365 | 1NPSL79X1DD205892 | Avon Lake | $77,076.75 | | Undetermined |
| Owned | 2013 | PTRBL | 365 | 1NPSL79X7DD205881 | Avon Lake | $35,522.74 | | Undetermined |

| Ownership type | Year | Make | Model | Identification Number (i.e. VIN, HIN or N-number) | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|---|---|---|
| Owned | 2013 | Jeep | Compass | 1C4NJDCB2DD140573 | Baltimore | $1,662.50 | | Undetermined |
| Owned | 2013 | CTTRL | CX11HCS SUV4 | 5E0AJ144XDG440101 | Bowling Green | $0.00 | | Undetermined |
| Owned | 2013 | DELVN | 6000 | 1M9AC4821DT486814 | Bowling Green | $0.00 | | Undetermined |
| Owned | 2013 | CTTRL | CX-6MST | 5E0AC1447DG406501 | Buffalo | $0.00 | | Undetermined |
| Owned | 2013 | CTTRL | LT9500 | 5E0AC1440DG406503 | Buffalo | $0.00 | | Undetermined |
| Owned | 2013 | CTTRL | LT9500 | 5E0AC1449DG406502 | Buffalo | $0.00 | | Undetermined |
| Owned | 2013 | DELVN | 6000 | 1M9AC4824DT486824 | Buffalo | $0.00 | | Undetermined |
| Owned | 2013 | VOLVO | D13 | 4V5NC9EJ9DN134985 | Buffalo | $0.00 | | Undetermined |
| Owned | 2013 | VOLVO | D13 | 4V5NC9EJ5DN134983 | Buffalo | $8,405.01 | | Undetermined |
| Owned | 2013 | DELVN | 6000GS/3HD | 1D9AC4823DW371016 | Claycomo | $0.00 | | Undetermined |
| Owned | 2013 | DELVN | 6000 | 1M9AC4822DT486823 | Cottage Grove | $0.00 | | Undetermined |
| Owned | 2013 | DELVN | 6000 | 1M9AC482XDT486813 | Cottage Grove | $0.00 | | Undetermined |
| Owned | 2013 | CTTRL | CX-09HCS | 5E0AJ1449DG438906 | Dearborn | $4,109.18 | | Undetermined |
| Owned | 2013 | PTRBL | 388 6X4 | 1NPWD49X7DD201617 | Dearborn | $5,221.19 | | Undetermined |
| Owned | 2013 | CTTRL | CX-09HCS | 5E0AJ1443DG438903 | Flint | $8,745.46 | | Undetermined |
| Owned | 2013 | CTTRL | CX-09HCS | 5E0AJ1441DG438902 | Flint | $8,745.46 | | Undetermined |
| Owned | 2013 | CTTRL | CX-09HCS | 5E0AJ1447DG438905 | Flint | $8,745.46 | | Undetermined |
| Owned | 2013 | CTTRL | CX-09HCS | 5E0AJ1440DG438910 | Flint | $4,562.23 | | Undetermined |
| Owned | 2013 | PTRBL | 388 6X4 | 1NPWD49X1DD201614 | Flint | $32,579.69 | | Undetermined |
| Owned | 2013 | PTRBL | 388 6X4 | 1NPWD49XXDD201613 | Flint | $14,923.14 | | Undetermined |
| Owned | 2013 | PTRBL | 388 6X4 | 1NPWD49X5DD201616 | Flint | $9,237.38 | | Undetermined |
| Owned | 2013 | PTRBL | 388 6X4 | 1NPWD49X7DD201620 | Flint | $4,109.18 | | Undetermined |
| Owned | 2013 | VOLVO | D13 | 4V4RC9EJ0DN143371 | Flint | $9,171.18 | | Undetermined |
| Owned | 2013 | CHEV | 3500 EXPRESS VAN | 1GB6G5BLXD1114554 | Ft Wayne | $44,757.27 | | Undetermined |
| Owned | 2013 | CTTRL | CX-6MST | 5E0AC1446DG400902 | Ft Wayne | $9,171.18 | | Undetermined |
| Owned | 2013 | CTTRL | CX-6MST | 5E0AC1440DG416903 | Ft Wayne | $9,171.18 | | Undetermined |
| Owned | 2013 | CTTRL | CX-6MST | 5E0AC1444DG400901 | Ft Wayne | $9,171.18 | | Undetermined |
| Owned | 2013 | CTTRL | CX-6MST | 5E0AC1448DG400903 | Ft Wayne | $9,171.18 | | Undetermined |
| Owned | 2013 | CTTRL | CX-6MST | 5E0AC144XDG400904 | Ft Wayne | $9,171.18 | | Undetermined |
| Owned | 2013 | CTTRL | CX-6MST | 5E0AC1443DG406804 | Ft Wayne | $9,171.18 | | Undetermined |
| Owned | 2013 | CTTRL | CX-6MST | 5E0AC1448DG416910 | Ft Wayne | $9,171.18 | | Undetermined |
| Owned | 2013 | CTTRL | LT9500 | 5E0AC1441DG406803 | Ft Wayne | $9,171.18 | | Undetermined |
| Owned | 2013 | Ford | 16ft Box | 1FDWE3FL0DDB20941 | Ft Wayne | $7,178.31 | | Undetermined |
| Owned | 2013 | VOLVO | D13 | 4V5RC9EH3DN130929 | Ft Wayne | $42,875.19 | | Undetermined |
| Owned | 2013 | VOLVO | D13 | 4V5RC9EH1DN130928 | Ft Wayne | $11,270.89 | | Undetermined |
| Owned | 2013 | VOLVO | D13 | 4V5RC9EHXDN130930 | Ft Wayne | $26,147.56 | | Undetermined |
| Owned | 2013 | VOLVO | D13 | 4V5RC9EH1DN130931 | Ft Wayne | $36,782.40 | | Undetermined |
| Owned | 2013 | VOLVO | D13 | 4V5RC9EH7DN130934 | Ft Wayne | $9,171.18 | | Undetermined |
| Owned | 2013 | VOLVO | D13 | 4V5RC9EH9DN130935 | Ft Wayne | $9,171.18 | | Undetermined |
| Owned | 2013 | VOLVO | D13 | 4V5RC9EH3DN136763 | Ft Wayne | $12,835.76 | | Undetermined |
| Owned | 2013 | CTTRL | CX11HCSD4HD | 5E0AJ1447DG397501 | Georgetown | $0.00 | | Undetermined |
| Owned | 2013 | DELVN | 6000 | 1M9AC4828DT486812 | Georgetown | $0.00 | | Undetermined |

| Ownership type | Year | Make | Model | Identification Number (i.e. VIN, HIN or N-number) | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|---|---|---|
| Owned | 2013 | VOLVO | D13 | 4V5RC9EH6DN136756 | TEC SEATTLE | $9,171.18 | | Undetermined |
| Owned | 2013 | CTTRL | CX11HCSD4HD | 5E0AJ1440DG397503 | Unknown | $0.00 | | Undetermined |
| Owned | 2013 | PTRBL | 365 | 1NPSLP9X7DD205914 | Unknown | $4,109.18 | | Undetermined |
| Owned | 2013 | VOLVO | D13 | 4V5NC9EJ7DN134984 | Unknown | $0.00 | | Undetermined |
| Owned | 2013 | DELVN | 6000 | 1M9AC4827DT486803 | Upper Valley | $0.00 | | Undetermined |
| Owned | 2013 | DELVN | 4000GS | 1M9AD4520DT486790 | Upper Valley | $0.00 | | Undetermined |
| Owned | 2013 | CTTRL | CX-6MST | 5E0AC1442DG406504 | Wales | $9,171.18 | | Undetermined |
| Owned | 2013 | VOLVO | D13 | 4V5NC9EJ0DN134986 | Wales | $55,474.10 | | Undetermined |
| Owned | 2013 | CTTRL | CX-9LS3 | 5E0AA1448DG442901 | Wentzville | $0.00 | | Undetermined |
| Owned | 2013 | CTTRL | CX-9LS3 | 5E0AA1446DG439107 | Wentzville | $51,307.14 | | Undetermined |
| Owned | 2013 | CTTRL | CX-9LS3 | 5E0AA1443DG440604 | Wentzville | $0.00 | | Undetermined |
| Owned | 2013 | CTTRL | CX-9LS3 | 5E0AA1445DG440605 | Wentzville | $0.00 | | Undetermined |
| Owned | 2013 | CTTRL | CX-9LS3 | 5E0AA1443DG444801 | Wentzville | $56,787.82 | | Undetermined |
| Owned | 2013 | CTTRL | CX-9LS3 | 5E0AA1441DG440603 | Wentzville | $47,830.04 | | Undetermined |
| Owned | 2013 | PTRBL | 365 | 1NPSL79X3DD205876 | Wentzville | $17,689.67 | | Undetermined |
| Owned | 2013 | PTRBL | 365 | 1NPSL79X6DD205886 | Wentzville | $56,709.24 | | Undetermined |
| Owned | 2013 | PTRBL | 365 | 1NPSL79X2DD198192 | Wentzville | $55,683.00 | | Undetermined |
| Owned | 2013 | PTRBL | 365 | 1NPSL79X8DD205873 | Wentzville | $56,793.38 | | Undetermined |
| Owned | 2013 | PTRBL | 365 | 1NPSL79X6DD198213 | Wentzville | $53,476.02 | | Undetermined |
| Owned | 2013 | PTRBL | 365 | 1NPSL79XXDD205874 | Wentzville | $71,711.81 | | Undetermined |
| Owned | 2013 | PTRBL | 365 | 1NPSL79X1DD205875 | Wentzville | $17,689.66 | | Undetermined |
| Owned | 2013 | CTTRL | CX-09HCS | 5E0AJ144XDG438901 | Winnipeg | $8,745.46 | | Undetermined |
| Owned | 2013 | CTTRL | CX-09HCS | 5E0AJ1444DG438909 | Winnipeg | $4,109.18 | | Undetermined |
| Owned | 2013 | PTRBL | 388 6X4 | 1NPWD49X8DD201612 | Winnipeg | $13,138.13 | | Undetermined |
| Owned | 2013 | PTRBL | 388 6X4 | 1NPWD49X9DD201621 | Winnipeg | $4,109.18 | | Undetermined |
| Owned | 2013 | VOLVO | D13 | 4V4RC9EJXDN143331 | Winnipeg | $22,422.70 | | Undetermined |
| Owned | 2013 | VOLVO | D13 | 4V4RC9EJ1DN143332 | Winnipeg | $9,829.71 | | Undetermined |
| Owned | 2014 | CTTRL | CX-09LS | 5E0AA1442EG557902 | Arlington | $0.00 | | Undetermined |
| Owned | 2014 | CTTRL | CX-09LS | 5E0AA1448EG557905 | Arlington | $0.00 | | Undetermined |
| Owned | 2014 | CTTRL | CX-09LS | 5E0AA1443EG559402 | Arlington | $0.00 | | Undetermined |
| Owned | 2014 | CTTRL | CX-09LS | 5E0AA1449EG559405 | Arlington | $0.00 | | Undetermined |
| Owned | 2014 | CTTRL | CX-09LS | 5E0AA1446EG557904 | Arlington | $0.00 | | Undetermined |
| Owned | 2014 | CTTRL | CX-09LS2 | 5E0AA1444EG521502 | Arlington | $0.00 | | Undetermined |
| Owned | 2014 | CTTRL | CX-09LS2 | 5E0AA1441EG560502 | Arlington | $0.00 | | Undetermined |
| Owned | 2014 | CTTRL | CX-09LS2 | 5E0AA1445EG563404 | Arlington | $0.00 | | Undetermined |
| Owned | 2014 | CTTRL | CX-09LS2 | 5E0AA1447EG563405 | Arlington | $50,442.83 | | Undetermined |
| Owned | 2014 | CTTRL | CX-09LS2 | 5E0AA144XEG563401 | Arlington | $0.00 | | Undetermined |
| Owned | 2014 | CTTRL | CX-09LS2 | 5E0AA1441EG560404 | Arlington | $0.00 | | Undetermined |
| Owned | 2014 | CTTRL | CX-09LS2 | 5E0AA144XEG560501 | Arlington | $0.00 | | Undetermined |
| Owned | 2014 | CTTRL | CX-09LS2 | 5E0AA1441EG563402 | Arlington | $0.00 | | Undetermined |
| Owned | 2014 | CTTRL | CX-09LS2 | 5E0AA1443EG563403 | Arlington | $0.00 | | Undetermined |

| Ownership type | Year | Make | Model | Identification Number (i.e. VIN, HIN or N-number) | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|---|---|---|
| Owned | 2014 | CTTRL | CX-09LS2 | 5E0AA144XEG560403 | Arlington | $0.00 | | Undetermined |
| Owned | 2014 | CTTRL | CX11HCS SUV4 | 5E0AJ1448EG499004 | Arlington | $10,294.76 | | Undetermined |
| Owned | 2014 | CTTRL | CX-9LS | 5E0AA1445EG477803 | Arlington | $10,161.12 | | Undetermined |
| Owned | 2014 | CTTRL | CX9LS2STRCH | 5E0AA1446EG496103 | Arlington | $25,169.66 | | Undetermined |
| Owned | 2014 | CTTRL | CX-9LS3 | 5E0AA1449EG455805 | Arlington | $4,109.18 | | Undetermined |
| Owned | 2014 | CTTRL | CX-9LS3 | 5E0AA1443EG450602 | Arlington | $4,109.18 | | Undetermined |
| Owned | 2014 | CTTRL | CX-9LS3 | 5E0AA1444EG463701 | Arlington | $4,109.18 | | Undetermined |
| Owned | 2014 | CTTRL | CX-9LS3 | 5E0AA1445EG450603 | Arlington | $4,109.18 | | Undetermined |
| Owned | 2014 | CTTRL | CX-9LS3 | 5E0AA1447EG450604 | Arlington | $4,109.18 | | Undetermined |
| Owned | 2014 | CTTRL | CX-9LS3 | 5E0AA1441EG453403 | Arlington | $4,109.18 | | Undetermined |
| Owned | 2014 | CTTRL | CX-9LS3 | 5E0AA144XEG453402 | Arlington | $4,109.18 | | Undetermined |
| Owned | 2014 | CTTRL | CX-9LS3 | 5E0AA1449EG455802 | Arlington | $4,109.18 | | Undetermined |
| Owned | 2014 | CTTRL | CX-9LS3 | 5E0AA1443EG458103 | Arlington | $4,109.18 | | Undetermined |
| Owned | 2014 | CTTRL | CX-9LS3 | 5E0AA1441EG463705 | Arlington | $4,109.18 | | Undetermined |
| Owned | 2014 | CTTRL | CX-9LS3 | 5E0AA1441EG450601 | Arlington | $4,109.18 | | Undetermined |
| Owned | 2014 | CTTRL | CX-9LS3 | 5E0AA1446EG463702 | Arlington | $4,109.18 | | Undetermined |
| Owned | 2014 | CTTRL | CX-9LS3 | 5E0AA1443EG453404 | Arlington | $4,109.18 | | Undetermined |
| Owned | 2014 | CTTRL | CX-9LS3 | 5E0AA1445EG458104 | Arlington | $4,109.18 | | Undetermined |
| Owned | 2014 | CTTRL | CX-9LS3 | 5E0AA1441EG453401 | Arlington | $4,109.18 | | Undetermined |
| Owned | 2014 | CTTRL | CX-9LS3 | 5E0AA1445EG455803 | Arlington | $4,604.25 | | Undetermined |
| Owned | 2014 | CTTRL | CX-9LS3 | 5E0AA1449EG450605 | Arlington | $4,109.18 | | Undetermined |
| Owned | 2014 | CTTRL | CX-9LS3 | 5E0AA1445EG453405 | Arlington | $4,109.18 | | Undetermined |
| Owned | 2014 | CTTRL | CX-9LS3 | 5E0AA1441EG458102 | Arlington | $4,109.18 | | Undetermined |
| Owned | 2014 | CTTRL | CX-9LS3 | 5E0AA1448EG463703 | Arlington | $4,109.18 | | Undetermined |
| Owned | 2014 | CTTRL | CX-9LS3 | 5E0AA144XEG458101 | Arlington | $4,109.18 | | Undetermined |
| Owned | 2014 | CTTRL | CX-9LS3 | 5E0AA1447EG458105 | Arlington | $4,109.18 | | Undetermined |
| Owned | 2014 | CTTRL | CX-9LS3 | 5E0AA144XEG463704 | Arlington | $4,109.18 | | Undetermined |
| Owned | 2014 | FRGHT | 114SD | 1FVHG3DV0EHFL9756 | Arlington | $8,753.71 | | Undetermined |
| Owned | 2014 | PTRBL | 365 | 1NPSL79X5ED174308 | Arlington | $9,286.92 | | Undetermined |
| Owned | 2014 | PTRBL | 365 | 1NPSL79X9ED174313 | Arlington | $10,092.85 | | Undetermined |
| Owned | 2014 | PTRBL | 365 | 1NPSL79X0ED174314 | Arlington | $2,859.24 | | Undetermined |
| Owned | 2014 | PTRBL | 365 | 1NPSH79X6ED174321 | Arlington | $20,721.77 | | Undetermined |
| Owned | 2014 | PTRBL | 365 | 1NPSL79XXED174305 | Arlington | $1,194.90 | | Undetermined |
| Owned | 2014 | VOLVO | LT9500 | 4V5R99DGXEN159580 | Arlington | $31,558.88 | | Undetermined |
| Owned | 2014 | VOLVO | VAH62 | 4V5R99DGXEN159594 | Arlington | $20,750.44 | | Undetermined |
| Owned | 2014 | VOLVO | VAH62 | 4V5R99DG5EN159602 | Arlington | $8,864.88 | | Undetermined |
| Owned | 2014 | VOLVO | VAH62 | 4V5R99DG4EN174236 | Arlington | $0.00 | | Undetermined |
| Owned | 2014 | VOLVO | VAH62 | 4V5R99DGXEN174239 | Arlington | $6,516.97 | | Undetermined |
| Owned | 2014 | VOLVO | VAH62 | 4V5R99DG8EN174241 | Arlington | $0.00 | | Undetermined |
| Owned | 2014 | VOLVO | VAH62 | 4V5R99DG0EN174251 | Arlington | $7,945.34 | | Undetermined |
| Owned | 2014 | VOLVO | VAH62 | 4V5R99DG3EN174258 | Arlington | $0.00 | | Undetermined |
| Owned | 2014 | VOLVO | VAH62 | 4V5R99DG8EN174238 | Arlington | $0.00 | | Undetermined |

| Ownership type | Year | Make | Model | Identification Number (i.e. VIN, HIN or N-number) | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|---|---|---|
| Owned | 2014 | VOLVO | VAH62 | 4V5R99DG3EN174244 | Arlington | $276.82 | | Undetermined |
| Owned | 2014 | VOLVO | VAH62 | 4V5R99DG5EN174259 | Arlington | $33,801.15 | | Undetermined |
| Owned | 2014 | VOLVO | VAH62 | 4V5R99DG9EN174247 | Arlington | $6,599.69 | | Undetermined |
| Owned | 2014 | VOLVO | VAH62 | 4V5R99DG0EN174248 | Arlington | $5,937.45 | | Undetermined |
| Owned | 2014 | VOLVO | VAH62 | 4V5R99DG9EN174250 | Arlington | $55,519.90 | | Undetermined |
| Owned | 2014 | VOLVO | VAH62 | 4V5R99DGXEN174256 | Arlington | $269.72 | | Undetermined |
| Owned | 2014 | VOLVO | VAH62 | 4V5R99DG1EN174257 | Arlington | $8,354.85 | | Undetermined |
| Owned | 2014 | VOLVO | VAH64 | 4V5R99DG4EN159591 | Arlington | $16,333.85 | | Undetermined |
| Owned | 2014 | VOLVO | WAH-64 | 4V5R99DG9EN159585 | Arlington | $71,302.34 | | Undetermined |
| Owned | 2014 | CTTRL | CX9LS2STRCH | 5E0AA1443EG477802 | Avon Lake | $10,161.12 | | Undetermined |
| Owned | 2014 | CTTRL | CX9LS2STRCH | 5E0AA1441EG477801 | Avon Lake | $10,161.13 | | Undetermined |
| Owned | 2014 | CTTRL | CX9LS2STRCH | 5E0AA1448EG496104 | Avon Lake | $34,499.14 | | Undetermined |
| Owned | 2014 | FRGHT | 114SD | 1FVHG3DV9EHFL9755 | Avon Lake | $13,481.53 | | Undetermined |
| Owned | 2014 | FRGHT | 114SD | 1FVHG3DV7EHFL9754 | Avon Lake | $37,244.49 | | Undetermined |
| Owned | 2014 | PTRBL | LT9500 | 1NPSH79X8ED174322 | Avon Lake | $24,982.71 | | Undetermined |
| Owned | 2014 | CTTRL | CX-09LS | 5E0AA1445EG559403 | Bowling Green | $0.00 | | Undetermined |
| Owned | 2014 | CTTRL | CX-11HCS | 5E0AJ1446EG468205 | Bowling Green | $0.00 | | Undetermined |
| Owned | 2014 | CTTRL | CX-11HCS | 5E0AJ1441EG470203 | Bowling Green | $0.00 | | Undetermined |
| Owned | 2014 | CTTRL | CX11HCS SUV4 | 5E0AJ1444EG499002 | Bowling Green | $10,294.76 | | Undetermined |
| Owned | 2014 | CTTRL | CX11HCS SUV4 | 5E0AJ144XEG499005 | Bowling Green | $10,294.76 | | Undetermined |
| Owned | 2014 | CTTRL | CX11HCS SUV4 | 5E0AJ1449EG496001 | Bowling Green | $10,335.29 | | Undetermined |
| Owned | 2014 | CTTRL | CX11HCS SUV4 | 5E0AJ144XEG486304 | Bowling Green | $10,394.16 | | Undetermined |
| Owned | 2014 | CTTRL | CX11HCS SUV4 | 5E0AJ1442EG499001 | Bowling Green | $10,294.76 | | Undetermined |
| Owned | 2014 | CTTRL | CX11HCS SUV4 | 5E0AJ1442EG496003 | Bowling Green | $10,335.29 | | Undetermined |
| Owned | 2014 | CTTRL | CX11HCS SUV4 | 5E0AJ1444EG496004 | Bowling Green | $10,335.29 | | Undetermined |
| Owned | 2014 | CTTRL | CX11HCS SUV4 | 5E0AJ1447EG502605 | Bowling Green | $10,294.76 | | Undetermined |
| Owned | 2014 | CTTRL | CX11HCS SUV4 | 5E0AJ1444EG486301 | Bowling Green | $10,394.16 | | Undetermined |
| Owned | 2014 | CTTRL | CX11HCS SUV4 | 5E0AJ1440EG496002 | Bowling Green | $10,335.29 | | Undetermined |
| Owned | 2014 | CTTRL | CX11HCS SUV4 | 5E0AJ1445EG502604 | Bowling Green | $10,294.76 | | Undetermined |
| Owned | 2014 | CTTRL | CX-11HCS/4HD | 5E0AJ1445EG486601 | Bowling Green | $10,333.75 | | Undetermined |
| Owned | 2014 | CTTRL | CX11HCSD4HD | 5E0AJ144XEG470202 | Bowling Green | $0.00 | | Undetermined |
| Owned | 2014 | PTRBL | 365 | 1NPSL79X3ED174310 | Bowling Green | $9,600.48 | | Undetermined |
| Owned | 2014 | PTRBL | 365 | 1NPSL79X7ED174309 | Bowling Green | $729.88 | | Undetermined |
| Owned | 2014 | PTRBL | 365 | 1NPSL79X6ED174317 | Bowling Green | $59,500.44 | | Undetermined |
| Owned | 2014 | PTRBL | 365 | 1NPSL79X7ED174312 | Bowling Green | $9,477.26 | | Undetermined |
| Owned | 2014 | PTRBL | 365 | 1NPSL79X1ED174306 | Bowling Green | $0.00 | | Undetermined |
| Owned | 2014 | PTRBL | 365 | 1NPSL79X5ED174311 | Bowling Green | $9,916.71 | | Undetermined |
| Owned | 2014 | VOLVO | LT9500 | 4V5R99DG5EN159583 | Bowling Green | $29,220.90 | | Undetermined |
| Owned | 2014 | VOLVO | LT9500 | 4V5R99DG3EN159579 | Bowling Green | $23,574.70 | | Undetermined |
| Owned | 2014 | VOLVO | LT9500 | 4V5R99DG0EN159586 | Bowling Green | $19,637.67 | | Undetermined |
| Owned | 2014 | VOLVO | LT9500 | 4V5R99DG3EN159601 | Bowling Green | $59,947.85 | | Undetermined |
| Owned | 2014 | VOLVO | LT9500 | 4V5R99DG7EN159584 | Bowling Green | $15,811.71 | | Undetermined |

| Ownership type | Year | Make | Model | Identification Number (i.e. VIN, HIN or N-number) | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|---|---|---|
| Owned | 2014 | VOLVO | LT9500 | 4V5R99DG2EN159590 | Bowling Green | $19,011.73 | | Undetermined |
| Owned | 2014 | VOLVO | LT9500 | 4V5R99DG1EN159581 | Bowling Green | $19,208.60 | | Undetermined |
| Owned | 2014 | VOLVO | LT9500 | 4V5R99DG3EN159596 | Bowling Green | $13,549.91 | | Undetermined |
| Owned | 2014 | VOLVO | VAH62 | 4V5RC9DG7EN157142 | Bowling Green | $42,374.56 | | Undetermined |
| Owned | 2014 | VOLVO | VAH62 | 4V5R99DG5EN159597 | Bowling Green | $39,375.95 | | Undetermined |
| Owned | 2014 | VOLVO | VAH62 | 4V5R99DG8EN159593 | Bowling Green | $12,000.96 | | Undetermined |
| Owned | 2014 | VOLVO | WAH64 | 4V5R99DG4EN159588 | Bowling Green | $8,425.01 | | Undetermined |
| Owned | 2014 | CTTRL | CX11HCS SUV4 | 5E0AJ1441EG502602 | Columbia | $10,294.76 | | Undetermined |
| Owned | 2014 | CTTRL | CX11HCS SUV4 | 5E0AJ1441EG499006 | Columbia | $10,294.77 | | Undetermined |
| Owned | 2014 | CTTRL | CX11HCS SUV4 | 5E0AJ1446EG496005 | Columbia | $10,335.30 | | Undetermined |
| Owned | 2014 | CTTRL | CX-09LS2 | 5E0AA1447EG560505 | Cottage Grove | $0.00 | | Undetermined |
| Owned | 2014 | CTTRL | CX-09LS2 | 5E0AA1445EG560504 | Cottage Grove | $0.00 | | Undetermined |
| Owned | 2014 | CTTRL | CX-09LS2 | 5E0AA1443EG560503 | Cottage Grove | $0.00 | | Undetermined |
| Owned | 2014 | VOLVO | LT9500 | 4V5R99DG1EN159595 | Cottage Grove | $14,899.77 | | Undetermined |
| Owned | 2014 | VOLVO | LT9500 | 4V5R99DG9EN159599 | Cottage Grove | $13,165.69 | | Undetermined |
| Owned | 2014 | VOLVO | VAH62 | 4V5R99DG6EN174254 | Cottage Grove | $0.00 | | Undetermined |
| Owned | 2014 | VOLVO | VAH62 | 4V5R99DG4EN174253 | Cottage Grove | $0.00 | | Undetermined |
| Owned | 2014 | VOLVO | VAH62 | 4V5R99DG2EN174252 | Cottage Grove | $20,333.05 | | Undetermined |
| Owned | 2014 | CTTRL | CX-6WC | 5E0AC1447EG468501 | Davisville | $10,317.58 | | Undetermined |
| Owned | 2014 | CTTRL | CX-6WC | 5E0AC144XEG541702 | Davisville | $10,317.58 | | Undetermined |
| Owned | 2014 | CTTRL | LT9500 | 5E0AC1449EG468502 | Davisville | $10,317.58 | | Undetermined |
| Owned | 2014 | VOLVO | D13 | 4V5RC9EHXEN154677 | Davisville | $10,317.58 | | Undetermined |
| Owned | 2014 | VOLVO | D13 | 4V5RC9EH1EN154678 | Davisville | $16,639.89 | | Undetermined |
| Owned | 2014 | VOLVO | D13 | 4V5RC9EH0EN154686 | Davisville | $44,650.89 | | Undetermined |
| Owned | 2014 | CTTRL | CX-09LS | 5E0AA1444EG557903 | Fairfax | $0.00 | | Undetermined |
| Owned | 2014 | CTTRL | CX-09LS | 5E0AA1441EG559401 | Fairfax | $0.00 | | Undetermined |
| Owned | 2014 | CTTRL | CX-09LS | 5E0AA1447EG559404 | Fairfax | $0.00 | | Undetermined |
| Owned | 2014 | CTTRL | CX-09LS | 5E0AA1440EG557901 | Fairfax | $0.00 | | Undetermined |
| Owned | 2014 | CTTRL | CX-09LS2 | 5E0AA1446EG560401 | Fairfax | $0.00 | | Undetermined |
| Owned | 2014 | CTTRL | CX-09LS2 | 5E0AA1441EG535101 | Fairfax | $0.00 | | Undetermined |
| Owned | 2014 | CTTRL | CX-09LS2 | 5E0AA1443EG560405 | Fairfax | $50,123.47 | | Undetermined |
| Owned | 2014 | CTTRL | CX-09LS2 | 5E0AA1446EG521503 | Fairfax | $0.00 | | Undetermined |
| Owned | 2014 | CTTRL | CX-11HCS | 5E0AJ1448EG474801 | Fairfax | $10,390.83 | | Undetermined |
| Owned | 2014 | CTTRL | CX9LS2STRCH | 5E0AA1448EG560402 | Fairfax | $0.00 | | Undetermined |
| Owned | 2014 | PTRBL | 365 | 1NPSL79X3ED174307 | Fairfax | $33,255.57 | | Undetermined |
| Owned | 2014 | VOLVO | LT9500 | 4V5R99DG5EN159592 | Fairfax | $8,773.69 | | Undetermined |
| Owned | 2014 | VOLVO | LT9500 | 4V5R99DG2EN159587 | Fairfax | $37,980.91 | | Undetermined |
| Owned | 2014 | VOLVO | LT9500 | 4V5R99DG1EN159600 | Fairfax | $20,068.98 | | Undetermined |
| Owned | 2014 | VOLVO | LT9500 | 4V5R99DG3EN159582 | Fairfax | $22,793.77 | | Undetermined |
| Owned | 2014 | VOLVO | VAH62 | 4V5R99DG6EN174237 | Fairfax | $0.00 | | Undetermined |
| Owned | 2014 | VOLVO | VAH62 | 4V5R99DG6EN174240 | Fairfax | $0.00 | | Undetermined |
| Owned | 2014 | VOLVO | VAH62 | 4V5R99DG1EN174243 | Fairfax | $8,879.44 | | Undetermined |

| Ownership type | Year | Make | Model | Identification Number (i.e. VIN, HIN or N-number) | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|---|---|---|
| Owned | 2014 | VOLVO | VAH62 | 4V5R99DG5EN174245 | Fairfax | $20,246.19 | | Undetermined |
| Owned | 2014 | VOLVO | VAH62 | 4V5R99DG7EN174246 | Fairfax | $17,473.73 | | Undetermined |
| Owned | 2014 | VOLVO | VAH62 | 4V5R99DG2EN174235 | Fairfax | $890.14 | | Undetermined |
| Owned | 2014 | VOLVO | VAH62 | 4V5R99DG2EN174249 | Fairfax | $81,462.06 | | Undetermined |
| Owned | 2014 | VOLVO | VAH64 | 4V5R99DG6EN159589 | Fairfax | $8,413.14 | | Undetermined |
| Owned | 2014 | VOLVO | VAH64 | 4V5R99DG7EN159598 | Fairfax | $51,553.48 | | Undetermined |
| Owned | 2014 | VOLVO | VAH64 | 4V5RC9EH2EN181307 | Fairfax | $10,317.58 | | Undetermined |
| Owned | 2014 | CTTRL | CX-7WC | 5E0AC1446EG460003 | Flint | $9,171.18 | | Undetermined |
| Owned | 2014 | CTTRL | CX-7WC | 5E0AC1441EG525601 | Flint | $10,317.58 | | Undetermined |
| Owned | 2014 | CTTRL | CX-7WC | 5E0AC1443EG525602 | Flint | $10,317.58 | | Undetermined |
| Owned | 2014 | CTTRL | CX-7WC | 5E0AC1445EG525603 | Flint | $14,459.09 | | Undetermined |
| Owned | 2014 | VOLVO | D13 | 4V5RC9EJ8EN161517 | Flint | $10,317.58 | | Undetermined |
| Owned | 2014 | VOLVO | D13 | 4V5RC9EJ1EN161519 | Flint | $10,356.32 | | Undetermined |
| Owned | 2014 | VOLVO | D13-SLEEPER | 4V5RC9EJXEN161518 | Flint | $38,061.26 | | Undetermined |
| Owned | 2014 | CHVRL | COLLINS PASS VAN-BUS | 1GB3G2BG6E1140879 | Ft Wayne | $7,749.51 | | Undetermined |
| Owned | 2014 | CTTRL | CX-09LST | 5E0AA1440EG522601 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2014 | CTTRL | CX-09LST | 5E0AA1448EG522605 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2014 | CTTRL | CX-09LST | 5E0AA1444EG522603 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2014 | CTTRL | CX-09LST | 5E0AA1442EG522602 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2014 | CTTRL | CX-09LST | 5E0AA1441EG522607 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2014 | CTTRL | CX-09LST | 5E0AA1440EG522503 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2014 | CTTRL | CX-09LST | 5E0AA1447EG522501 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2014 | CTTRL | CX-09LST | 5E0AA144XEG522606 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2014 | CTTRL | CX-09LST | 5E0AA1442EG522504 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2014 | CTTRL | CX-6MST | 5E0AC1449EG485901 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2014 | CTTRL | CX-6MST | 5E0AC1444EG537001 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2014 | CTTRL | CX-6MST | 5E0AC1440EG486001 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2014 | CTTRL | CX-6MST | 5E0AC1442EG535201 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2014 | CTTRL | CX-6WC | 5E0AC1443EG502501 | Ft Wayne | $10,317.58 | | Undetermined |
| Owned | 2014 | CTTRL | CX-6WC | 5E0AC1441EG541703 | Ft Wayne | $10,317.58 | | Undetermined |
| Owned | 2014 | CTTRL | CX-6WC | 5E0AC1443EG541704 | Ft Wayne | $10,317.58 | | Undetermined |
| Owned | 2014 | CTTRL | CX-6WC | 5E0AC1442EG468504 | Ft Wayne | $10,317.58 | | Undetermined |
| Owned | 2014 | CTTRL | CX-6WC | 5E0AC144XEG513401 | Ft Wayne | $10,317.58 | | Undetermined |
| Owned | 2014 | CTTRL | CX-6WC | 5E0AC1448EG541701 | Ft Wayne | $10,317.58 | | Undetermined |
| Owned | 2014 | CTTRL | CX-6WC | 5E0AC1441EG513402 | Ft Wayne | $10,317.58 | | Undetermined |
| Owned | 2014 | CTTRL | LT9500 | 5E0AC1444EG468505 | Ft Wayne | $10,317.58 | | Undetermined |
| Owned | 2014 | CTTRL | LT9500 | 5E0AC1445EG541705 | Ft Wayne | $10,317.58 | | Undetermined |
| Owned | 2014 | CTTRL | LT9500 | 5E0AC1440EG468503 | Ft Wayne | $10,317.58 | | Undetermined |
| Owned | 2014 | FORD | E350 SD CUTAWAY VAN | 1FDEE3FS8DDB36761 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2014 | VOLVO | D13 | 4V5RC9EH3EN154682 | Ft Wayne | $14,419.44 | | Undetermined |
| Owned | 2014 | VOLVO | D13 | 4V5RC9EH2EN154687 | Ft Wayne | $10,903.42 | | Undetermined |
| Owned | 2014 | VOLVO | D13 | 4V5RC9EH4EN154688 | Ft Wayne | $10,317.58 | | Undetermined |

| Ownership type | Year | Make | Model | Identification Number (i.e. VIN, HIN or N-number) | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|---|---|---|
| Owned | 2014 | VOLVO | D13 | 4V5RC9EH2EN154690 | Ft Wayne | $17,635.81 | | Undetermined |
| Owned | 2014 | VOLVO | D13 | 4V5RC9EH9EN181305 | Ft Wayne | $55,087.55 | | Undetermined |
| Owned | 2014 | VOLVO | D13 | 4V5RC9EH0EN181306 | Ft Wayne | $15,845.32 | | Undetermined |
| Owned | 2014 | VOLVO | D13 | 4V5RC9EH2EN181310 | Ft Wayne | $14,133.85 | | Undetermined |
| Owned | 2014 | VOLVO | D13 | 4V5RC9EH1EN181315 | Ft Wayne | $10,862.59 | | Undetermined |
| Owned | 2014 | VOLVO | D13 | 4V5RC9EH1EN154681 | Ft Wayne | $10,771.30 | | Undetermined |
| Owned | 2014 | VOLVO | D13 | 4V5RC9EH6EN181309 | Ft Wayne | $11,204.34 | | Undetermined |
| Owned | 2014 | VOLVO | D13 | 4V5RC9EH4EN181311 | Ft Wayne | $10,317.58 | | Undetermined |
| Owned | 2014 | VOLVO | D13 | 4V5RC9EHXEN154680 | Ft Wayne | $46,716.44 | | Undetermined |
| Owned | 2014 | VOLVO | D13 | 4V5RC9EH5EN154683 | Ft Wayne | $10,842.59 | | Undetermined |
| Owned | 2014 | VOLVO | D13 | 4V5RC9EH9EN154685 | Ft Wayne | $69,807.71 | | Undetermined |
| Owned | 2014 | VOLVO | D13 | 4V5RC9EH6EN154689 | Ft Wayne | $18,937.59 | | Undetermined |
| Owned | 2014 | VOLVO | D13 | 4V5RC9EH4EN181308 | Ft Wayne | $14,334.08 | | Undetermined |
| Owned | 2014 | VOLVO | D13 | 4V5RC9EH7EN154684 | Ft Wayne | $10,317.58 | | Undetermined |
| Owned | 2014 | VOLVO | D13 | 4V5RC9EH3EN154679 | Ft Wayne | $11,055.32 | | Undetermined |
| Owned | 2014 | VOLVO | D13 | 4V5RC9EH6EN181312 | Ft Wayne | $14,718.34 | | Undetermined |
| Owned | 2014 | VOLVO | D13 | 4V5RC9EH8EN181313 | Ft Wayne | $22,053.25 | | Undetermined |
| Owned | 2014 | VOLVO | D13 | 4V5RC9EHXEN181314 | Ft Wayne | $10,317.58 | | Undetermined |
| Owned | 2014 | VOLVO | D13 | 4V5RC9EH3EN181316 | Ft Wayne | $10,317.58 | | Undetermined |
| Owned | 2014 | CTTRL | CS-6SD | 5E0AC1440EG468002 | Georgetown | $0.00 | | Undetermined |
| Owned | 2014 | CTTRL | CS-6SD | 5E0AC1441EG482202 | Georgetown | $0.00 | | Undetermined |
| Owned | 2014 | CTTRL | CS-6SD | 5E0AC1445EG491002 | Georgetown | $0.00 | | Undetermined |
| Owned | 2014 | CTTRL | CS-6SD | 5E0AC1449EG468001 | Georgetown | $0.00 | | Undetermined |
| Owned | 2014 | CTTRL | CX-09LST | 5E0AA1449EG522502 | Georgetown | $0.00 | | Undetermined |
| Owned | 2014 | CTTRL | CX-11HCS | 5E0AJ1444EG468204 | Georgetown | $0.00 | | Undetermined |
| Owned | 2014 | CTTRL | CX-11HCS | 5E0AJ1448EG470201 | Georgetown | $0.00 | | Undetermined |
| Owned | 2014 | CTTRL | CX-11HCS | 5E0AJ1440EG468202 | Georgetown | $0.00 | | Undetermined |
| Owned | 2014 | CTTRL | CX-11HCS | 5E0AJ144XEG474802 | Georgetown | $10,390.83 | | Undetermined |
| Owned | 2014 | CTTRL | CX-11HCS | 5E0AJ1449EG468201 | Georgetown | $0.00 | | Undetermined |
| Owned | 2014 | CTTRL | CX-11HCS | 5E0AJ1442EG468203 | Georgetown | $0.00 | | Undetermined |
| Owned | 2014 | CTTRL | CX-11HCS | 5E0AJ1443EG470204 | Georgetown | $0.00 | | Undetermined |
| Owned | 2014 | CTTRL | CX-11HCS | 5E0AJ1441EG474803 | Georgetown | $10,390.83 | | Undetermined |
| Owned | 2014 | CTTRL | CX11HCS SUV4 | 5E0AJ1448EG486303 | Georgetown | $10,394.16 | | Undetermined |
| Owned | 2014 | CTTRL | CX11HCS SUV4 | 5E0AJ1440EG502607 | Georgetown | $10,294.76 | | Undetermined |
| Owned | 2014 | CTTRL | CX11HCS SUV4 | 5E0AJ1446EG499003 | Georgetown | $10,294.76 | | Undetermined |
| Owned | 2014 | CTTRL | CX11HCS SUV4 | 5E0AJ1440EG502603 | Georgetown | $10,294.76 | | Undetermined |
| Owned | 2014 | CTTRL | CX-11HCS/4HD | 5E0AJ1447EG486602 | Georgetown | $10,333.75 | | Undetermined |
| Owned | 2014 | VOLVO | LT9500 | 4V5R99DGXEN157585 | Georgetown | $35,671.87 | | Undetermined |
| Owned | 2014 | VOLVO | LT9500 | 4V5R99DG8EN157584 | In Transit to Mexico - still in USA | $11,285.18 | | Undetermined |
| Owned | 2014 | CTTRL | CX11HCS SUV4 | 5E0AJ1449EG502606 | Storage | $10,294.74 | | Undetermined |

| Ownership type | Year | Make | Model | Identification Number (i.e. VIN, HIN or N-number) | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|---|---|---|
| Owned | 2014 | CTTRL | CX-9LS3 | 5E0AA1447EG455804 | Unknown | $4,109.18 | | Undetermined |
| Owned | 2014 | CTTRL | CX11HCS SUV4 | 5E0AJ144XEG502601 | Upper Valley | $23,875.25 | | Undetermined |
| Owned | 2014 | CTTRL | CX-11HCS/4HD | 5E0AJ1448EG484101 | Upper Valley | $10,333.75 | | Undetermined |
| Owned | 2014 | CTTRL | CS-6SD | 5E0AC1446EG472801 | Wales | $0.00 | | Undetermined |
| Owned | 2014 | CTTRL | CX-09HCS | 5E0AJ1449EG453603 | Wales | $4,109.18 | | Undetermined |
| Owned | 2014 | CTTRL | CX11HCS SUV4 | 5E0AJ1441EG486305 | Wales | $10,394.16 | | Undetermined |
| Owned | 2014 | CTTRL | CX11HCS SUV4 | 5E0AJ1443EG486306 | Wales | $10,394.16 | | Undetermined |
| Owned | 2014 | CTTRL | CX11HCS SUV4 | 5E0AJ1446EG486302 | Wales | $10,394.17 | | Undetermined |
| Owned | 2014 | PTRBL | 388 6X4 | 1NPWD49X6ED216272 | Wales | $4,109.18 | | Undetermined |
| Owned | 2014 | CTTRL | CX-9LS | 5E0AA1445EG475002 | Wentzville | $10,187.17 | | Undetermined |
| Owned | 2014 | CTTRL | CX-9LS | 5E0AA1443EG475001 | Wentzville | $10,187.17 | | Undetermined |
| Owned | 2014 | CTTRL | CX-9LS | 5E0AA1444EG496102 | Wentzville | $10,161.12 | | Undetermined |
| Owned | 2014 | CTTRL | CX-9LS | 5E0AA1442EG496101 | Wentzville | $10,161.12 | | Undetermined |
| Owned | 2014 | CTTRL | CX-9LS3 | 5E0AA1447EG464003 | Wentzville | $0.00 | | Undetermined |
| Owned | 2014 | PTRBL | 365 | 1NPSL79X8ED174318 | Wentzville | $6,983.20 | | Undetermined |
| Owned | 2014 | PTRBL | 365 | 1NPSL79X2ED174315 | Wentzville | $10,160.93 | | Undetermined |
| Owned | 2014 | PTRBL | 365 | 1NPSL79X4ED174316 | Wentzville | $9,781.13 | | Undetermined |
| Owned | 2014 | PTRBL | 365 | 1NPSH79X4ED174320 | Wentzville | $7,911.03 | | Undetermined |
| Owned | 2014 | PTRBL | LT9500 | 1NPSH79X8ED174319 | Wentzville | $13,166.28 | | Undetermined |
| Owned | 2014 | CTTRL | CX-7WC | 5E0AC1442EG460001 | Winnipeg | $9,171.18 | | Undetermined |
| Owned | 2014 | CTTRL | CX-7WC | 5E0AC1444EG460002 | Winnipeg | $9,171.18 | | Undetermined |
| Owned | 2015 | Dodge | Caravan | 2C4RDGBG3FR705436 | Baltimore | $2,200.84 | | Undetermined |
| Owned | 2015 | FORD | VAN | 1FDZK1CM5FKA67580 | Bowling Green | $9,864.45 | | Undetermined |
| Owned | 2015 | CTTRL | CX-6WC | 5E0AC1446FG587402 | Ft Wayne | $10,317.58 | | Undetermined |
| Owned | 2015 | CTTRL | CX-6WC | 5E0AC1447FG618303 | Ft Wayne | $17,120.36 | | Undetermined |
| Owned | 2015 | CTTRL | CX-6WC | 5E0AC1444FG587401 | Ft Wayne | $10,317.58 | | Undetermined |
| Owned | 2015 | CTTRL | CX-6WC | 5E0AC1448FG587403 | Ft Wayne | $10,317.58 | | Undetermined |
| Owned | 2015 | CTTRL | CX-6WC | 5E0AC144XFG587404 | Ft Wayne | $10,317.58 | | Undetermined |
| Owned | 2015 | CTTRL | CX-6WC | 5E0AC1445FG618302 | Ft Wayne | $10,317.58 | | Undetermined |
| Owned | 2015 | CTTRL | CX-6WC | 5E0AC1449FG618304 | Ft Wayne | $10,317.58 | | Undetermined |
| Owned | 2015 | CTTRL | LT9500 | 5E0AC1440FG568201 | Ft Wayne | $10,317.58 | | Undetermined |
| Owned | 2015 | CTTRL | LT9500 | 5E0AC1442FG568202 | Ft Wayne | $10,317.58 | | Undetermined |
| Owned | 2015 | CTTRL | LT9500 | 5E0AC1446FG568204 | Ft Wayne | $10,317.58 | | Undetermined |
| Owned | 2015 | CTTRL | LT9500 | 5E0AC1443FG618301 | Ft Wayne | $10,317.58 | | Undetermined |
| Owned | 2015 | CTTRL | LT9500 | 5E0AC1444FG568203 | Ft Wayne | $10,317.58 | | Undetermined |
| Owned | 2015 | CTTRL | CX-9LS3 | 5E0AA1440FG678901 | Lansing | $0.00 | | Undetermined |
| Owned | 2016 | CTTRL | CX-9LS2 | 5E0AA1449GG812001 | Arlington | $0.00 | | Undetermined |
| Owned | 2016 | CTTRL | CX-9LS2 | 5E0AA1449GG838601 | Arlington | $0.00 | | Undetermined |
| Owned | 2016 | CTTRL | CX-9LS2 | 5E0AA1449GG803301 | Arlington | $0.00 | | Undetermined |
| Owned | 2016 | CTTRL | CX-9LS2 | 5E0AA1442GG803401 | Arlington | $0.00 | | Undetermined |
| Owned | 2016 | CTTRL | CX-9LS3 | 5E0AA1445GG747101 | Arlington | $8,338.35 | | Undetermined |
| Owned | 2016 | VOLVO | D13 | 4V5RC9EH7GN937250 | Arlington | $17,663.57 | | Undetermined |

| Ownership type | Year | Make | Model | Identification Number (i.e. VIN, HIN or N-number) | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|---|---|---|
| Owned | 2016 | CTTRL | CX-9LS3 | 5E0AA1446GG796002 | Baltimore | $8,956.04 | | Undetermined |
| Owned | 2016 | VOLVO | D13 | 4V5RC9EHXGN959937 | Baltimore | $10,747.24 | | Undetermined |
| Owned | 2016 | CTTRL | CX-9LS2 | 5E0AA1446GG838801 | Bowling Green | $0.00 | | Undetermined |
| Owned | 2016 | CTTRL | CX-9LS3 | 5E0AA1446GG838501 | Bowling Green | $0.00 | | Undetermined |
| Owned | 2016 | CTTRL | CX-11HCSD | 5E0AJ1448GG717302 | Columbia | $0.00 | | Undetermined |
| Owned | 2016 | CTTRL | CX-11HCSD | 5E0AJ1446GG717301 | Columbia | $0.00 | | Undetermined |
| Owned | 2016 | CTTRL | CX-9LS3 | 5E0AA1440GG747104 | Fairfax | $8,955.99 | | Undetermined |
| Owned | 2016 | CTTRL | CX-9LS3 | 5E0AA1447GG747102 | Fairfax | $8,338.35 | | Undetermined |
| Owned | 2016 | CTTRL | CX-9LS3 | 5E0AA1449GG747103 | Fairfax | $8,338.35 | | Undetermined |
| Owned | 2016 | VOLVO | D13 | 4V5RC9EH0GN937252 | Fairfax | $10,006.02 | | Undetermined |
| Owned | 2016 | VOLVO | D13 | 4V5RC9EH2GN937253 | Fairfax | $10,747.19 | | Undetermined |
| Owned | 2016 | VOLVO | D13 | 4V5RC9EH9GN937251 | Fairfax | $10,006.02 | | Undetermined |
| Owned | 2016 | CTTRL | CS6SD | 5E0AC1441GG786603 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2016 | CTTRL | CX-9LS2 | 5E0AA1442GG838701 | Ft Wayne | $0.00 | | Undetermined |
| Owned | 2016 | CTTRL | CX-9LS3 | 5E0AA1441GG811201 | Ft Wayne | $8,956.03 | | Undetermined |
| Owned | 2016 | CTTRL | CS6SD | 5E0AC144XGG727601 | Georgetown | $0.00 | | Undetermined |
| Owned | 2016 | CTTRL | CS6SD | 5E0AC1440GG717501 | Georgetown | $0.00 | | Undetermined |
| Owned | 2016 | CTTRL | CS6SD | 5E0AC1443GG786604 | Georgetown | $0.00 | | Undetermined |
| Owned | 2016 | CTTRL | CS6SD | 5E0AC1447GG717401 | Georgetown | $0.00 | | Undetermined |
| Owned | 2016 | CTTRL | CX-9LS3 | 5E0AA1444GG796001 | In Transit to Mexico - still in USA | $8,955.99 | | Undetermined |
| Owned | 2016 | VOLVO | D13-SLEEPER | 4V5RC9EH8GN959936 | In Transit to Mexico - still in USA | $10,747.19 | | Undetermined |
| Owned | 2016 | CTTRL | CS6SD | 5E0AC1446GG727501 | KTP | $0.00 | | Undetermined |
| Owned | 2016 | CTTRL | CS6SD | 5E0AC1441GG762401 | KTP | $0.00 | | Undetermined |
| Owned | 2016 | CTTRL | CS6SD | 5E0AC144XGG750201 | KTP | $0.00 | | Undetermined |
| Owned | 2016 | CTTRL | CS6SD | 5E0AC1448GG786601 | KTP | $0.00 | | Undetermined |
| Owned | 2016 | CTTRL | CS6SD | 5E0AC144XGG786602 | KTP | $0.00 | | Undetermined |
| Owned | 2016 | CTTRL | CX-9LS3 | 5E0AA1441GG803101 | Lansing | $0.00 | | Undetermined |
| Owned | 2016 | CTTRL | CX-9LS3 | 5E0AA1445GG803201 | Lansing | $0.00 | | Undetermined |
| Owned | 2016 | CTTRL | CX-9LS3 | 5E0AA1447GG811901 | Lansing | $0.00 | | Undetermined |
| Owned | 2016 | CTTRL | CX-9LS3 | 5E0AA1444GG820801 | Lansing | $0.00 | | Undetermined |
| Owned | 2016 | CTTRL | CX-9LS3 | 5E0AA1448GG820901 | Lansing | $0.00 | | Undetermined |
| Owned | 2016 | CTTRL | CX-9LS3 | 5E0AA1447GG829301 | Lansing | $0.00 | | Undetermined |
| Owned | 2016 | CTTRL | CX-9LS3 | 5E0AA1443GG811801 | Lansing | $0.00 | | Undetermined |
| Owned | 2016 | CTTRL | C-9LS/3HD | 5E0AA1444GG817901 | LAP | $0.00 | | Undetermined |
| Owned | 2016 | CHVRL | LT2500 Express Van-12 Seats | 1GAWGFFG0G1265639 | Wentzville | $11,362.34 | | Undetermined |
| Owned | 2016 | CTTRL | CX-6MST | 5E0AA1449GG811205 | Wentzville 2 | $8,956.04 | | Undetermined |
| Owned | 2016 | CTTRL | CX-6MST | 5E0AA1441GG811204 | Wentzville 2 | $8,956.04 | | Undetermined |
| Owned | 2016 | CTTRL | CX-9LS3 | 5E0AA1448GG796003 | Wentzville 2 | $8,956.04 | | Undetermined |

| Ownership type | Year | Make | Model | Identification Number (i.e. VIN, HIN or N-number) | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|---|---|---|
| Owned | 2016 | CTTRL | CX-9LS3 | 5E0AA144XGG796004 | Wentzville 2 | $8,956.04 | | Undetermined |
| Owned | 2016 | CTTRL | CX-9LS3 | 5E0AA1445GG811203 | Wentzville 2 | $8,956.04 | | Undetermined |
| Owned | 2016 | CTTRL | CX-9LS3 | 5E0AA1443GG811202 | Wentzville 2 | $8,956.04 | | Undetermined |
| Owned | 2016 | VOLVO | D13 | 4V5RC9EH1GN959938 | Wentzville 2 | $10,747.24 | | Undetermined |
| Owned | 2016 | VOLVO | D13 | 4V5RC9EH3GN959942 | Wentzville 2 | $10,747.24 | | Undetermined |
| Owned | 2016 | VOLVO | D13 | 4V5RC9EH7GN959944 | Wentzville 2 | $10,747.24 | | Undetermined |
| Owned | 2016 | VOLVO | D13 | 4V5RC9EH1GN959941 | Wentzville 2 | $10,747.24 | | Undetermined |
| Owned | 2016 | VOLVO | D13 | 4V5RC9EH5GN959943 | Wentzville 2 | $10,747.24 | | Undetermined |
| Owned | 2016 | VOLVO | D13-SLEEPER | 4V5RC9EH3GN959939 | Wentzville 2 | $10,747.24 | | Undetermined |
| Owned | 2017 | FORD | EDGE | 2FMPK4J90HBB09805 | Arlington | $0.00 | | Undetermined |
| Owned | 2017 | CTTRL | CX11HCS SUV4 | 5E0AJ1441HG846001 | Bowling Green | $0.00 | | Undetermined |
| Owned | 2017 | FRGHT | 114SD | 3ALHG3DV0HDJG9847 | Claycomo | $726.75 | | Undetermined |
| Owned | 2017 | FRGHT | 114SD | 3ALHG3DV9HDJG9846 | Claycomo | $102,232.70 | | Undetermined |
| Owned | 2017 | CTTRL | CX-09LSFA 80 | 5E0AA1645HG961701 | Lansing | $1,484.38 | | Undetermined |
| Owned | 2017 | CTTRL | CX11HCS SUV4 | 5E0AJ1445HG846101 | Storage | $0.00 | | Undetermined |
| Owned | 2018 | CTTRL | LOHR EVO-80 | 1D9D6CV29HN753016 | Claycomo | $0.00 | | Undetermined |
| Owned | 2018 | DELVN | LOHR EVO-80 | 1D9D6CV2XHN753011 | Claycomo | $65,988.08 | | Undetermined |
| Owned | 2018 | FORD | 350 PASS VAN | 1FBAX2CM8JKA97890 | Claycomo | $13,467.37 | | Undetermined |
| Owned | 2018 | CTTRL | CX-09LSFA 80 | 5E0AA1640JG017701 | Lansing | $16,351.35 | | Undetermined |
| Owned | 2018 | FRGHT | CASCADIA | 3AKJGBDV1JDJX7515 | Upper Valley | $41,803.54 | | Undetermined |
| Owned | 2018 | FRGHT | CASCADIA | 3AKJGBDV6JDJX7509 | Upper Valley | $41,803.54 | | Undetermined |
| Owned | 2018 | FRGHT | CASCADIA | 3AKJGBDV2JDJX7510 | Upper Valley | $41,803.54 | | Undetermined |
| Owned | 2018 | FRGHT | CASCADIA | 3AKJGBDV9JDJX7505 | Upper Valley | $41,803.54 | | Undetermined |
| Owned | 2018 | FRGHT | CASCADIA | 3AKJGBDV8JDJX7513 | Upper Valley | $41,803.54 | | Undetermined |
| Owned | 2018 | FRGHT | CASCADIA | 3AKJGBDV4JDJX7511 | Upper Valley | $41,803.54 | | Undetermined |
| Owned | 2018 | FRGHT | CASCADIA | 3AKJGBDV6JDJX7512 | Upper Valley | $41,803.54 | | Undetermined |
| Owned | 2018 | FRGHT | CASCADIA | 3AKJGBDVXJDJX7514 | Upper Valley | $41,803.54 | | Undetermined |
| Owned | 2018 | FRGHT | CASCADIA | 3AKJGBDV7JDJX7504 | Upper Valley | $41,803.54 | | Undetermined |
| Owned | 2018 | FRGHT | CASCADIA | 3AKJGBDV2JDJX7507 | Upper Valley | $41,803.54 | | Undetermined |
| Owned | 2018 | FRGHT | CASCADIA | 3AKJGBDV4JDJX7508 | Upper Valley | $41,803.54 | | Undetermined |
| Owned | 2019 | FORD | 5LT TRANSIT PASS. VAN | 1FBZX2ZMXKKA05786 | Claycomo | $4,866.34 | | Undetermined |

| Ownership type | Year | Make | Model | Identification Number (i.e. VIN, HIN or N-number) | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|---|---|---|
| Owned | 2019 | SUNCNTRY | WEDGE | 5856C5329KP010342 | Flint | $7,410.61 | | Undetermined |
| Owned | 2019 | SUNCNTRY | WEDGE | 5856C5327KP010341 | Flint | $7,410.61 | | Undetermined |
| Owned | 2019 | CTTRL | CS6SD | 5E0AC1444KG288601 | KTP | $0.00 | | Undetermined |
| Owned | 2019 | AUTOMAX | AMX-JC-HD6 | 4A9SC4822KJ047009 | Wayne | $1,484.38 | | Undetermined |
| Owned | 2019 | AUTOMAX | AMX-JC-HD6 | 4A9SC4825KJ047022 | Wayne | $11,830.98 | | Undetermined |
| Owned | 2019 | AUTOMAX | AMX-JC-HD6 | 4A9SC4821KJ047020 | Wayne | $11,830.98 | | Undetermined |
| Owned | 2019 | AUTOMAX | AMX-JC-HD6 | 4A9SC4821KJ047017 | Wayne | $11,830.98 | | Undetermined |
| Owned | 2019 | AUTOMAX | AMX-JC-HD6 | 4A9SC4823KJ047018 | Wayne | $11,830.98 | | Undetermined |
| Owned | 2019 | AUTOMAX | AMX-JC-HD6 | 4A9SC4828KJ047015 | Wayne | $11,830.98 | | Undetermined |
| Owned | 2019 | AUTOMAX | AMX-JC-HD6 | 4A9SC482XKJ047016 | Wayne | $11,830.98 | | Undetermined |
| Owned | 2019 | AUTOMAX | AMX-JC-HD6 | 4A9SC4827KJ047023 | Wayne | $11,830.98 | | Undetermined |
| Owned | 2019 | AUTOMAX | AMX-JC-HD6 | 4A9SC4825KJ047019 | Wayne | $11,830.98 | | Undetermined |
| Owned | 2019 | AUTOMAX | AMX-JC-HD6 | 4A9SC4823KJ047021 | Wayne | $11,830.98 | | Undetermined |
| Owned | 2019 | CHVRL | TAHOE | 1GNSKBKC8KR347667 | | $0.00 | | Undetermined |
| Owned | 2020 | FORD | 350 PASS VAN | 1FBAX2Y88LKA23853 | Claycomo | $19,805.50 | | Undetermined |
| Owned | 2020 | CTTRL | CX-09LSFA 80 | 5E0AA1642LG376101 | Flint | $4,431.83 | | Undetermined |
| Owned | 2020 | CTTRL | CX-09LSFA 80 | 5E0AA1641LG341601 | LAP | $4,431.83 | | Undetermined |
| Owned | 2020 | FRGHT | 114SD | 3ALHG3DV0LDKX4918 | LAP | $76,946.50 | | Undetermined |
| Owned | 2020 | CHVRL | LT 3500 EXPRESS VAN | 1GAZGPFP8L1173188 | Wentzville | $11,305.38 | | Undetermined |
| Owned | 2020 | CHVRL | LT 3500 EXPRESS VAN | 1GAZGPFGXL1123215 | Wentzville | $8,692.37 | | Undetermined |
| Owned | 2021 | CTTRL | CX-9LSFA/2HD | 5E0AA1648MG584601 | Arlington | $46,956.44 | | Undetermined |
| Owned | 2021 | CTTRL | CX-9LSFA/2HD | 5E0AA1641MG590501 | Arlington | $46,063.36 | | Undetermined |
| Owned | 2021 | CTTRL | CX-9LSFA/2HD | 5E0AA1641MG584701 | Arlington | $48,130.35 | | Undetermined |
| Owned | 2021 | LOHRI | LOHR EVO-7PU | 1L9L6CV22ML593365 | Claycomo | $61,430.57 | | Undetermined |
| Owned | 2021 | CTTRL | CX-09LSTFA | 5E0AA1644MG543401 | Ft Wayne | $45,596.16 | | Undetermined |
| Owned | 2021 | CHVRL | EXPRESS 1500 VAN 4DR | 1GCWGAFP5M1190944 | Wentzville | $6,398.74 | | Undetermined |
| Owned | 2022 | CTTRL | CX-9LSFA/2HD | 5E0AA1647NG584901 | Flint | $46,956.43 | | Undetermined |
| Owned | 2023 | LOHRI | LOHR G20TLT | 1L9L6CV21NL593603 | Claycomo | $18,331.81 | | Undetermined |
| Owned | ? | TCM | FORKLIFT | A15K04212 | Arlington | $0.00 | | Undetermined |
| Owned | ? | HYUNDAI | FORKLIFT 25L-7A | 1HHF08EA0000035 | Ft Wayne | $0.00 | | Undetermined |
| Owned | ? | TENANT | TENANT SWEEPER | 7400-4671 | KTP | $0.00 | | Undetermined |
| Owned | | CLARK | FORKLIFT | C232L10289592KF | Fairfax | $0.00 | | Undetermined |
| Owned | | TCM | FORKLIFT | A40F00186 | GAVIN | $0.00 | | Undetermined |
| Owned | | CLARK | FORKLIFT | C232L03699592KF | Wayne | $0.00 | | Undetermined |
| Owned | | TCM | FORKLIFT | A47M00137 | Wentzville | $0.00 | | Undetermined |
| | | | | | | $8,154,375.24 | TOTAL: | Undetermined |

| Description of property | Location of property | Nature and extent of debtor's interest | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| SECURITY SYSTEM | 11900 Westport Road Louisville KY 40245 | Leasehold Improvement | $0.00 | | Undetermined |
| LOT IMPROVEMENTS | 11900 Westport Road Louisville KY 40245 | Leasehold Improvement | $0.00 | | Undetermined |
| PARKING LOT REPAVING | 11900 Westport Road Louisville KY 40245 | Leasehold Improvement | $0.00 | | Undetermined |
| BLACKTOP IMPROVEMENTS | 11900 Westport Road Louisville KY 40245 | Leasehold Improvement | $0.00 | | Undetermined |
| LOT IMPROVEMENTS | 11900 Westport Road Louisville KY 40245 | Leasehold Improvement | $0.00 | | Undetermined |
| Septic Pump | 11900 Westport Road Louisville KY 40245 | Leasehold Improvement | $1,163.14 | | Undetermined |
| REPLACE CONRETE W ASPHALT | 11900 Westport Road Louisville KY 40245 | Leasehold Improvement | $1,252.62 | | Undetermined |
| FALL CITY FENCE | 11900 Westport Road Louisville KY 40245 | Leasehold Improvement | $0.00 | | Undetermined |
| FENCE | 11900 Westport Road Louisville KY 40245 | Leasehold Improvement | $0.00 | | Undetermined |
| CARPET | 1200 Corvette Drive Bowling Green KY 42101 | Leasehold Improvement | $0.00 | | Undetermined |
| Claycomo Lot Gate Security | 1240 Claycomo Rd Kansas City MO 64068 | Leasehold Improvement | $311,189.37 | | Undetermined |
| Claycomo Pavement | 1240 Claycomo Rd Kansas City MO 64068 | Leasehold Improvement | $23,809.50 | | Undetermined |
| Claycomo Parking Lot Expanstion | 1240 Claycomo Rd Kansas City MO 64068 | Leasehold Improvement | $23,484.34 | | Undetermined |
| Claycomo Electrical | 1240 Claycomo Rd Kansas City MO 64068 | Leasehold Improvement | $3,644.24 | | Undetermined |
| Building | 1240 CLAYCOMO RD, Kansas City, MO, 64108 | Leasehold | $0.00 | | Undetermined |
| Building | 12502 FOGWELL RD, Roanoke, IN, 46783 | Leasehold | $0.00 | | Undetermined |
| Building | 1333 CANTON ST, Prescott, WI, 54021 | Leasehold | $0.00 | | Undetermined |
| Building | 1760 Tom J Hitch Parkway, Columbia, TN, 38401 | Leasehold | $0.00 | | Undetermined |
| Building | 1851 OUTER LOOP, Louisville, KY, 40219 | Leasehold | $0.00 | | Undetermined |
| ROOF IMPROVEMENTS | 200 E Marley Road Kansas City KS 66115 | Leasehold Improvement | $0.00 | | Undetermined |
| LEASEHOLD IMPROVEMENTS/LIGHTS | 200 E Marley Road Kansas City KS 66115 | Leasehold Improvement | $0.00 | | Undetermined |
| LEASEHOLD IMPROVEMENTS/LIGHTS | 200 E Marley Road Kansas City KS 66115 | Leasehold Improvement | $0.00 | | Undetermined |
| LEASEHOLD IMPROVEMENTS/LIGHTS | 200 E Marley Road Kansas City KS 66115 | Leasehold Improvement | $0.00 | | Undetermined |
| LEASEHOLD IMPROVEMENTS/LIGHTS | 200 E Marley Road Kansas City KS 66115 | Leasehold Improvement | $0.00 | | Undetermined |
| LEASEHOLD IMPROVEMENTS/LIGHTS | 200 E Marley Road Kansas City KS 66115 | Leasehold Improvement | $0.00 | | Undetermined |
| LEASEHOLD IMPROVEMENTS/LIGHTS | 200 E Marley Road Kansas City KS 66115 | Leasehold Improvement | $0.00 | | Undetermined |
| LEASEHOLD IMPROVEMENTS | 200 E Marley Road Kansas City KS 66115 | Leasehold Improvement | $0.00 | | Undetermined |
| LEASEHOLD IMPROVEMENT | 200 E Marley Road Kansas City KS 66115 | Leasehold Improvement | $0.00 | | Undetermined |
| TRAINING ROOM | 200 E Marley Road Kansas City KS 66115 | Leasehold Improvement | $0.00 | | Undetermined |
| LEASEHOLD IMPROVEMENTS-LIGHTS | 200 E Marley Road Kansas City KS 66115 | Leasehold Improvement | $0.00 | | Undetermined |
| CARPET & TILE INSTALLATION | 200 E Marley Road Kansas City KS 66115 | Leasehold Improvement | $0.00 | | Undetermined |
| PAVING IMPROVEMENTS | 200 E Marley Road Kansas City KS 66115 | Leasehold Improvement | $0.00 | | Undetermined |
| LEASEHOLD IMPROVEMENTS | 200 E Marley Road Kansas City KS 66115 | Leasehold Improvement | $0.00 | | Undetermined |
| DOOR | 200 E Marley Road Kansas City KS 66115 | Leasehold Improvement | $0.00 | | Undetermined |
| FENCE | 200 E Marley Road Kansas City KS 66115 | Leasehold Improvement | $0.00 | | Undetermined |
| LEASEHOLD IMPROVEMENTS/LIGHTS | 200 E Marley Road Kansas City KS 66115 | Leasehold Improvement | $0.00 | | Undetermined |
| CARPET | 200 E Marley Road Kansas City KS 66115 | Leasehold Improvement | $0.00 | | Undetermined |
| IMPROVEMENT | 200 E Marley Road Kansas City KS 66115 | Leasehold Improvement | $0.00 | | Undetermined |
| LIGHTING IMPROVEMENTS | 200 E Marley Road Kansas City KS 66115 | Leasehold Improvement | $0.00 | | Undetermined |
| LEASEHOLD IMPROVEMENTS-WASH PUMP | 200 E Marley Road Kansas City KS 66115 | Leasehold Improvement | $0.00 | | Undetermined |
| Fairfax Security System | 200 E Marley Road Kansas City KS 66115 | Leasehold Improvement | $167,812.43 | | Undetermined |
| Fairfax Camera Poles | 200 E Marley Road Kansas City KS 66115 | Leasehold Improvement | $2,874.34 | | Undetermined |
| Fairfax Lot Lights | 200 E Marley Road Kansas City KS 66115 | Leasehold Improvement | $8,620.70 | | Undetermined |
| 239 Triport Road Building | 239 Triport Road, Georgetown, KY, 40324 | Owned | $72,500.00 | | Undetermined |
| 239 Triport Road Site Improvements | 239 Triport Road, Georgetown, KY, 40324 | Owned | $0.00 | | Undetermined |
| 239 Triport Road Land | 239 Triport Road, Georgetown, KY, 40324 | Owned | $400,000.00 | | Undetermined |
| Building | 252 NEW PORTER PIKE, Bowling Green, KY, 42103 | Leasehold | $0.00 | | Undetermined |

| Description of property | Location of property | Nature and extent of debtor's interest | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Arlington HVAC Air Conditioner | 2909 E Abram St. Arlington TX 76010 | Leasehold Improvement | $1,230.53 | | Undetermined |
| Arlington Pavement | 2909 E Abram St. Arlington TX 76010 | Leasehold Improvement | $134,091.43 | | Undetermined |
| Arlington Air Conditioner | 2909 E Abram St. Arlington TX 76010 | Leasehold Improvement | $8,841.77 | | Undetermined |
| Building | 2909 E ABRAM, Arlington, TX, 76010 | Leasehold | $0.00 | | Undetermined |
| Building | 37000 MICHIGAN AVE, Wayne, MI, 48184 | Leasehold | $0.00 | | Undetermined |
| Building | 38000 MICHIGAN AVE, Wayne, MI, 48184 | Leasehold | $0.00 | | Undetermined |
| LEASEHOLD IMPROVEMENTS | 38000 Michigan Ave. Wayne MI 48184 | Leasehold Improvement | $0.00 | | Undetermined |
| LEASEHOLD IMPROVEMENTS - DOORS | 38000 Michigan Ave. Wayne MI 48184 | Leasehold Improvement | $0.00 | | Undetermined |
| INSTALL FUME VENT EQUIP | 38000 Michigan Ave. Wayne MI 48184 | Leasehold Improvement | $0.00 | | Undetermined |
| LEASEHOLD IMPROVEMENTS | 38000 Michigan Ave. Wayne MI 48184 | Leasehold Improvement | $0.00 | | Undetermined |
| LEASEHOLD IMPROVEMENTS | 38000 Michigan Ave. Wayne MI 48184 | Leasehold Improvement | $1,342.11 | | Undetermined |
| Lot Paving-Westland | 38000 Michigan Ave. Wayne MI 48184 | Leasehold Improvement | $0.00 | | Undetermined |
| LOT IMPROVEMENTS-STRIPING | 38000 Michigan Ave. Wayne MI 48184 | Leasehold Improvement | $0.00 | | Undetermined |
| Swing Gate | 38000 Michigan Ave. Wayne MI 48184 | Leasehold Improvement | $0.00 | | Undetermined |
| LEASEHOLD IMPROVEMENTS | 38000 Michigan Ave. Wayne MI 48184 | Leasehold Improvement | $0.00 | | Undetermined |
| ELECTRICAL IMPROVEMENTS | 38000 Michigan Ave. Wayne MI 48184 | Leasehold Improvement | $0.00 | | Undetermined |
| LEASEHOLD IMPROVEMENTS | 38000 Michigan Ave. Wayne MI 48184 | Leasehold Improvement | $0.00 | | Undetermined |
| Lot Paving-Wayne | 38000 Michigan Ave. Wayne MI 48184 | Leasehold Improvement | $0.00 | | Undetermined |
| LEASEHOLD IMPROVEMENT-ELEC | 4101 HOLIDAY DR, Flint, MI, 48507 | Leasehold Improvement | $0.00 | | Undetermined |
| WIRING FOR NEW OFFICE | 4101 HOLIDAY DR, Flint, MI, 48507 | Leasehold Improvement | $0.00 | | Undetermined |
| ELECTRICAL UPDATES | 4101 HOLIDAY DR, Flint, MI, 48507 | Leasehold Improvement | $0.00 | | Undetermined |
| Shop Furnace | 4101 HOLIDAY DR, Flint, MI, 48507 | Leasehold Improvement | $0.00 | | Undetermined |
| Building | 4101 HOLIDAY DR, Flint, MI, 48507 | Leasehold | $0.00 | | Undetermined |
| LH IMPROV- FRONT OFC & LUNCHROOM | 4103 Holiday Dr Flint MI 48507 | Leasehold Improvement | $0.00 | | Undetermined |
| LEASEHOLD IMPROVEMENTS | 4103 Holiday Dr Flint MI 48507 | Leasehold Improvement | $0.00 | | Undetermined |
| Flint Asphalt Pavement | 4103 Holiday Dr Flint MI 48507 | Leasehold Improvement | $17,501.17 | | Undetermined |
| Flint Gravel Installation | 4103 Holiday Dr Flint MI 48507 | Leasehold Improvement | $3,883.10 | | Undetermined |
| Building | 426 S NEWBURGH RD, Westland, MI, 48186 | Leasehold | $0.00 | | Undetermined |
| Heating & AC | 5211 OSTER RD, Sheffield Village, OH, 44054 | Leasehold Improvements | $3,355.29 | | Undetermined |
| Building | 5211 OSTER RD, Sheffield Village, OH, 44054 | Leasehold | $0.00 | | Undetermined |
| (2) MODINE HEATERS INSTALLED | 5211 Oster Road Sheffield Village OH 44054 | Leasehold Improvements | $1,163.14 | | Undetermined |
| SPRINKLER SYSTEM | 5211 Oster Road Sheffield Village OH 44054 | Leasehold Improvements | $1,342.11 | | Undetermined |
| Shop Pit reconstruction | 5211 Oster Road Sheffield Village OH 44054 | Leasehold Improvements | $19,236.82 | | Undetermined |
| Pit walls | 5211 Oster Road Sheffield Village OH 44054 | Leasehold Improvements | $19,684.21 | | Undetermined |
| 6301 Grove Street Pleasant Valley (Claycomo Adjacent) Land | 6301 Grove Street, Liberty, MO 64068 | Owned | $500,830.70 | | Undetermined |
| Building | 655 PARR RD, Wentzville, MO, 63385 | Leasehold | $0.00 | | Undetermined |
| Wentzville Concrete Pavement | 655 Parr Road Wentzville MO 63385 | Leasehold Improvements | $13,728.06 | | Undetermined |
| Wentzville Asphalt (Including Legal Settlement) | 655 Parr Road Wentzville MO 63385 | Leasehold Improvements | $67,053.34 | | Undetermined |
| Building | 6551 Wales Road, Northwood, OH, 43619 | Leasehold | $0.00 | | Undetermined |
| CARPORT | 6709 Grade Lane Louisville KY 40213 | Leasehold Improvements | $0.00 | | Undetermined |
| LEASEHOLD IMPROVEMENTS/LIGHT & POLE | 6709 Grade Lane Louisville KY 40213 | Leasehold Improvements | $0.00 | | Undetermined |
| LOT IMPROVEMENTS | 6709 Grade Lane Louisville KY 40213 | Leasehold Improvements | $0.00 | | Undetermined |
| Fence for Melton Ave Lot | 6709 Grade Lane Louisville KY 40213 | Leasehold Improvements | $0.00 | | Undetermined |
| Lot Paving | 6709 Grade Lane Louisville KY 40213 | Leasehold Improvements | $0.00 | | Undetermined |
| Rock for LAP lot | 6709 Grade Lane Louisville KY 40213 | Leasehold Improvements | $0.00 | | Undetermined |
| CARRIER ROOFTOP UNIT | 6709 GRADE LN, Louisville, KY, 40219 | Leasehold Improvements | $0.00 | | Undetermined |
| HVAC Replacement | 6709 GRADE LN, Louisville, KY, 40219 | Leasehold Improvements | $0.00 | | Undetermined |

| Description of property | Location of property | Nature and extent of debtor's interest | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Building | 6709 GRADE LN, Louisville, KY, 40219 | Leasehold | $0.00 | | Undetermined |
| HEATING & AC | 7212 LANSING RD, Dimondale, MI, 48821 | Leasehold Improvements | $0.00 | | Undetermined |
| FLOORING IN CONFERENCE ROOM | 7212 LANSING RD, Dimondale, MI, 48821 | Leasehold Improvements | $0.00 | | Undetermined |
| NEW CIRCUIT PANEL | 7212 LANSING RD, Dimondale, MI, 48821 | Leasehold Improvements | $0.00 | | Undetermined |
| Building | 7212 LANSING RD, Dimondale, MI, 48821 | Leasehold | $0.00 | | Undetermined |
| Buffalo Asphalt | 75 Ransier Drive West Seneca NY 14224 | Owned | $20,316.67 | | Undetermined |
| 85 Ransier Drive Building | 75 Ransier Drive, West Seneca, NY 14224 | Owned | $531,249.98 | | Undetermined |
| 85 Ransier Drive Site Improvements | 75 Ransier Drive, West Seneca, NY 14224 | Owned | $0.00 | | Undetermined |
| Furnace Replacement | 75 Ransier Drive, West Seneca, NY 14224 | Owned | $0.00 | | Undetermined |
| Video & Monitoring System | 75 Ransier Drive, West Seneca, NY 14224 | Owned | $0.00 | | Undetermined |
| 85 Ransier Drive Land | 75 Ransier Drive, West Seneca, NY 14224 | Owned | $680,000.00 | | Undetermined |
| CEILING IN LUNCHROOM | 9151 Billwood Hwy Dimondale MI 48821 | Leasehold Improvement | $0.00 | | Undetermined |
| CONCRETE WORK | 9151 Billwood Hwy Dimondale MI 48821 | Leasehold Improvement | $0.00 | | Undetermined |
| LOT IMPROVEMENTS | 9151 Billwood Hwy Dimondale MI 48821 | Leasehold Improvement | $0.00 | | Undetermined |
| CONCRETE REPAIR | 9151 Billwood Hwy Dimondale MI 48821 | Leasehold Improvement | $0.00 | | Undetermined |
| FENCE W/ OPERATORS | 9151 Billwood Hwy Dimondale MI 48821 | Leasehold Improvement | $0.00 | | Undetermined |
| Driver Wall | 9151 Billwood Hwy Dimondale MI 48821 | Leasehold Improvement | $0.00 | | Undetermined |
| Wood Fence | 9151 Billwood Hwy Dimondale MI 48821 | Leasehold Improvement | $0.00 | | Undetermined |
| CHAIN LINK FENCE | 9151 Billwood Hwy Dimondale MI 48821 | Leasehold Improvement | $0.00 | | Undetermined |
| LOT IMPROVEMENTS | 9151 Billwood Hwy Dimondale MI 48821 | Leasehold Improvement | $0.00 | | Undetermined |
| Shop pit renovation from collapse | 9151 Billwood Hwy Dimondale MI 48821 | Leasehold Improvement | $0.00 | | Undetermined |
| LEASEHOLD IMPROVEMENTS | 9151 Billwood Hwy Dimondale MI 48821 | Leasehold Improvement | $0.00 | | Undetermined |
| SHOP BUILDING | 9151 Billwood Hwy Dimondale MI 48821 | Leasehold | $0.00 | | Undetermined |
| Lot Paving-Lansing | 9151 Billwood Hwy Dimondale MI 48821 | Leasehold Improvement | $0.00 | | Undetermined |
| Lansing Pavement | 9151 Billwood Hwy Dimondale MI 48821 | Leasehold Improvement | $25,277.78 | | Undetermined |
| | | **TOTAL:** | **$3,066,478.89** | **TOTAL:** | **Undetermined** |

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| ACTIVECARHAUL.COM | $0.00 | | Undetermined |
| autoandboatrelocationservices.com | $0.00 | | Undetermined |
| AUTOMOVERMART.COM | $0.00 | | Undetermined |
| autorelocation.info | $0.00 | | Undetermined |
| CARMOVERMART.COM | $0.00 | | Undetermined |
| CTSERVICES1.COM | $0.00 | | Undetermined |
| DEMOPALSAPP.COM | $0.00 | | Undetermined |
| dentdetection.com | $0.00 | | Undetermined |
| DEVPALSAPP.COM | $0.00 | | Undetermined |
| DOBETTERJACKCOOPER.COM | $0.00 | | Undetermined |
| DOBETTERJACKCOOPER.INFO | $0.00 | | Undetermined |
| DOBETTERJACKCOOPER.NET | $0.00 | | Undetermined |
| DOBETTERJACKCOOPER.ORG | $0.00 | | Undetermined |
| DRIVERSAGAINSTJACKCOOPER.COM | $0.00 | | Undetermined |
| DRIVERSAGAINSTJACKCOOPER.INFO | $0.00 | | Undetermined |
| DRIVERSAGAINSTJACKCOOPER.NET | $0.00 | | Undetermined |
| DRIVERSAGAINSTJACKCOOPER.ORG | $0.00 | | Undetermined |
| EMPLOYEESAGAINSTJACKCOOPER.COM | $0.00 | | Undetermined |
| EMPLOYEESAGAINSTJACKCOOPER.INFO | $0.00 | | Undetermined |
| EMPLOYEESAGAINSTJACKCOOPER.NET | $0.00 | | Undetermined |
| EMPLOYEESAGAINSTJACKCOOPER.ORG | $0.00 | | Undetermined |
| gocarpilot.com | $0.00 | | Undetermined |
| gocarpilot.info | $0.00 | | Undetermined |
| gocarpilot.net | $0.00 | | Undetermined |
| gocarpilot.org | $0.00 | | Undetermined |
| goottopilot.com | $0.00 | | Undetermined |
| INTPALSAPP.COM | $0.00 | | Undetermined |
| jackcooper.mobi | $0.00 | | Undetermined |
| JACKCOOPER.MX | $0.00 | | Undetermined |
| jackcooper.org | $0.00 | | Undetermined |
| JACKCOOPERDISCRIMINATES.COM | $0.00 | | Undetermined |
| JACKCOOPERDISCRIMINATES.INFO | $0.00 | | Undetermined |
| JACKCOOPERDISCRIMINATES.NET | $0.00 | | Undetermined |

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| JACKCOOPERDISCRIMINATES.ORG | $0.00 | | Undetermined |
| jackcooperdiversified.com | $0.00 | | Undetermined |
| jackcooperdiversified.info | $0.00 | | Undetermined |
| jackcooperdiversified.net | $0.00 | | Undetermined |
| jackcooperdiversified.org | $0.00 | | Undetermined |
| jackcooperinvestments.com | $0.00 | | Undetermined |
| jackcooperinvestments.info | $0.00 | | Undetermined |
| jackcooperinvestments.net | $0.00 | | Undetermined |
| jackcooperinvestments.org | $0.00 | | Undetermined |
| JACKCOOPERLABOR.COM | $0.00 | | Undetermined |
| JACKCOOPERLABOR.INFO | $0.00 | | Undetermined |
| JACKCOOPERLABOR.NET | $0.00 | | Undetermined |
| JACKCOOPERLABOR.ORG | $0.00 | | Undetermined |
| JACKCOOPERLAWSUIT.COM | $0.00 | | Undetermined |
| JACKCOOPERLAWSUIT.INFO | $0.00 | | Undetermined |
| JACKCOOPERLAWSUIT.NET | $0.00 | | Undetermined |
| JACKCOOPERLAWSUIT.ORG | $0.00 | | Undetermined |
| JACKCOOPERLIES.COM | $0.00 | | Undetermined |
| JACKCOOPERLIES.INFO | $0.00 | | Undetermined |
| JACKCOOPERLIES.NET | $0.00 | | Undetermined |
| JACKCOOPERLIES.ORG | $0.00 | | Undetermined |
| JACKCOOPERLOGISTICS.COM | $0.00 | | Undetermined |
| JACKCOOPERPAY.COM | $0.00 | | Undetermined |
| JACKCOOPERPAY.INFO | $0.00 | | Undetermined |
| JACKCOOPERPAY.NET | $0.00 | | Undetermined |
| JACKCOOPERPAY.ORG | $0.00 | | Undetermined |
| jackcooperrelocation.info | $0.00 | | Undetermined |
| jackcooperrelocation.net | $0.00 | | Undetermined |
| jackcooperrelocation.org | $0.00 | | Undetermined |
| JACKCOOPERSPECIALIZED.COM | $0.00 | | Undetermined |
| JACKCOOPERSTRIKE.COM | $0.00 | | Undetermined |
| JACKCOOPERSTRIKE.INFO | $0.00 | | Undetermined |
| JACKCOOPERSTRIKE.NET | $0.00 | | Undetermined |

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| JACKCOOPERSTRIKE.ORG | $0.00 | | Undetermined |
| JACKCOOPERSUCKS.COM | $0.00 | | Undetermined |
| JACKCOOPERSUCKS.INFO | $0.00 | | Undetermined |
| JACKCOOPERSUCKS.NET | $0.00 | | Undetermined |
| JACKCOOPERSUCKS.ORG | $0.00 | | Undetermined |
| jackcooperventures.com | $0.00 | | Undetermined |
| jackcooperventures.info | $0.00 | | Undetermined |
| jackcooperventures.net | $0.00 | | Undetermined |
| jackcooperventures.org | $0.00 | | Undetermined |
| JACKCOOPERWORKERSUNITED.COM | $0.00 | | Undetermined |
| JACKCOOPERWORKERSUNITED.INFO | $0.00 | | Undetermined |
| JACKCOOPERWORKERSUNITED.NET | $0.00 | | Undetermined |
| JACKCOOPERWORKERSUNITED.ORG | $0.00 | | Undetermined |
| JCHREPORTS.COM | $0.00 | | Undetermined |
| JCTPMT.COM | $0.00 | | Undetermined |
| KCDISTRIBUTION.COM | $0.00 | | Undetermined |
| lottab.biz | $0.00 | | Undetermined |
| lot-tab.biz | $0.00 | | Undetermined |
| lottab.com | $0.00 | | Undetermined |
| lot-tab.com | $0.00 | | Undetermined |
| lottab.net | $0.00 | | Undetermined |
| lot-tab.net | $0.00 | | Undetermined |
| lottab.org | $0.00 | | Undetermined |
| lot-tab.org | $0.00 | | Undetermined |
| lottablet.biz | $0.00 | | Undetermined |
| lottablet.com | $0.00 | | Undetermined |
| lottablet.net | $0.00 | | Undetermined |
| lottablet.org | $0.00 | | Undetermined |
| MIKERIGGS.COM | $0.00 | | Undetermined |
| MIKERIGGS.INFO | $0.00 | | Undetermined |
| MIKERIGGS.ORG | $0.00 | | Undetermined |
| MOVEMYCARTODAY.COM | $0.00 | | Undetermined |
| MOVEMYRIDES.COM | $0.00 | | Undetermined |

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| naatc.com | $0.00 | | Undetermined |
| NEWCARMOVER.COM | $0.00 | | Undetermined |
| ottopilotapp.com | $0.00 | | Undetermined |
| PACIFICMOTOR.COM | $0.00 | | Undetermined |
| PALSAPP.COM | $0.00 | | Undetermined |
| RIGGSFAMILYSTORY.COM | $0.00 | | Undetermined |
| scratchdetection.com | $0.00 | | Undetermined |
| SHAMEONJACKCOOPER.COM | $0.00 | | Undetermined |
| SHAMEONJACKCOOPER.INFO | $0.00 | | Undetermined |
| SHAMEONJACKCOOPER.NET | $0.00 | | Undetermined |
| SHAMEONJACKCOOPER.ORG | $0.00 | | Undetermined |
| STGPALSAPP.COM | $0.00 | | Undetermined |
| STRIKEJACKCOOPER.COM | $0.00 | | Undetermined |
| STRIKEJACKCOOPER.INFO | $0.00 | | Undetermined |
| STRIKEJACKCOOPER.NET | $0.00 | | Undetermined |
| STRIKEJACKCOOPER.ORG | $0.00 | | Undetermined |
| TRUTHABOUTJACKCOOPER.COM | $0.00 | | Undetermined |
| TRUTHABOUTJACKCOOPER.INFO | $0.00 | | Undetermined |
| TRUTHABOUTJACKCOOPER.NET | $0.00 | | Undetermined |
| TRUTHABOUTJACKCOOPER.ORG | $0.00 | | Undetermined |
| TRUTHABOUTMIKERIGGS.COM | $0.00 | | Undetermined |
| TRUTHABOUTMIKERIGGS.INFO | $0.00 | | Undetermined |
| TRUTHABOUTMIKERIGGS.NET | $0.00 | | Undetermined |
| TRUTHABOUTMIKERIGGS.ORG | $0.00 | | Undetermined |
| TRUTHABOUTRIGGSFAMILY.COM | $0.00 | | Undetermined |
| TRUTHABOUTRIGGSFAMILY.INFO | $0.00 | | Undetermined |
| TRUTHABOUTRIGGSFAMILY.NET | $0.00 | | Undetermined |
| TRUTHABOUTRIGGSFAMILY.ORG | $0.00 | | Undetermined |
| TRUTHABOUTSARAHAMICO.COM | $0.00 | | Undetermined |
| TRUTHABOUTSARAHAMICO.INFO | $0.00 | | Undetermined |
| TRUTHABOUTSARAHAMICO.NET | $0.00 | | Undetermined |
| TRUTHABOUTSARAHAMICO.ORG | $0.00 | | Undetermined |
| vinstantly.biz | $0.00 | | Undetermined |

**In re: Jack Cooper Transport Company, LLC**
**Case No. 25-10416**
Schedule A/B 61
Internet domain names and websites

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| vinstantly.com | $0.00 | | Undetermined |
| vinstantly.net | $0.00 | | Undetermined |
| vinstantly.org | $0.00 | | Undetermined |
| vinvidivici.com | $0.00 | | Undetermined |
| vinvidivici.info | $0.00 | | Undetermined |
| vinvidivici.net | $0.00 | | Undetermined |
| vinvidivici.org | $0.00 | | Undetermined |
| WHOISMIKERIGGS.COM | $0.00 | | Undetermined |
| WHOISMIKERIGGS.INFO | $0.00 | | Undetermined |
| WHOISMIKERIGGS.NET | $0.00 | | Undetermined |
| WHOISMIKERIGGS.ORG | $0.00 | | Undetermined |
| WHOISSARAHAMICO.COM | $0.00 | | Undetermined |
| WHOISSARAHAMICO.INFO | $0.00 | | Undetermined |
| WHOISSARAHAMICO.NET | $0.00 | | Undetermined |
| WHOISSARAHAMICO.ORG | $0.00 | | Undetermined |
| WORKINGATJACKCOOPER.COM | $0.00 | | Undetermined |
| WORKINGATJACKCOOPER.INFO | $0.00 | | Undetermined |
| WORKINGATJACKCOOPER.NET | $0.00 | | Undetermined |
| WORKINGATJACKCOOPER.ORG | $0.00 | | Undetermined |
| TOTAL: | $0.00 | TOTAL: | **Undetermined** |

**In re: Jack Cooper Transport Company, LLC**
**Case No. 25-10416**
Schedule A/B 72
Tax refunds and unused net operating losses (NOLs)

| Description | Tax Year | Current value of debtor's interest |
|---|---|---|
| AL CPT | 2023 NOL CF | Undetermined |
| CA | 2023 NOL CF | Undetermined |
| OK | 2023 NOL CF | Undetermined |
| Employee Retention Credit refund - 941X | Q2 2020 | $1,482,966.62 |
| Employee Retention Credit refund - 941X | Q3 2020 | $1,010,845.82 |
| | TOTAL: | $2,493,812.44 |

# In re: Jack Cooper Transport Company, LLC
## Case No. 25-1416
Schedule A/B 73
Interests in insurance policies or annuities

| Company | Type | Account number / Policy number | Current value of debtor's interest |
|---|---|---|---|
| National Interstate Insurance Co. | Autlo Liability | JCT819995011; JCH819995011 | Undetermined |
| National Interstate Insurance Co. | General Liability | JCT819995011; JCH819995011 | Undetermined |
| National Interstate Insurance Co. | Workers Comp | JCW819990013 | Undetermined |
| Nautilus Insurance Company | Polution Liability | SSP2037630-10 | Undetermined |
| Scottsdale Ins Co | Excess General Liability | XLS2006318 | Undetermined |
| Through Transport Mutual Services | ThirdParty Liabilities/Cargo | A116/2024/001 | Undetermined |
| Through Transport Mutual Services | ThirdParty Liabilities/Cargo | 59005/2024/001 | Undetermined |
| Travelers Property Casualty Co of America | Property/Cargo Liability | QT6303L673604TIL24 | Undetermined |
| Underwriters at Lloyds | Excess Flood | 6358001415 | Undetermined |
| | | TOTAL: | Undetermined |

| Other property of any kind not already listed | Due From | Current value of debtor's interest |
|---|---|---|
| Intercompay Receivable | Auto & Boat Relocation Services Company, LLC | $4,570,752.71 |
| Intercompay Receivable | Jack Cooper Canada 1 | $6,546,422.05 |
| Intercompay Receivable | Jack Cooper Canada 2 | $752,463.53 |
| Intercompay Receivable | Jack Cooper Diversified II, LLC | $1,652,022.60 |
| Intercompay Receivable | Jack Cooper Holdings, LLC | $5,752,233.57 |
| Intercompay Receivable | Jack Cooper Investments, Inc. | $476,993,852.38 |
| Intercompay Receivable | Jack Cooper Logistics II, LLC | $1,833,722.53 |
| Intercompay Receivable | Jack Cooper Mexico, S.R.L. de C.V./Jack Cooper Mexico Auto Logistics, S.R.L. de C.V. | $25,137.44 |
| | **TOTAL:** | **$498,126,606.81** |