**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>Jack Cooper Transport Company, LLC *et al.*[1]<br><br>Debtors. | Chapter 7<br><br>Case No.  25-10416 (BLS)<br><br>(Jointly Administered)<br><br>Re D.I. __105__, 107 |

**ORDER GRANTING TRUSTEE'S MOTION TO SHORTEN NOTICE PERIOD AND SCHEDULE EXPEDITED HEARING REGARDING TRUSTEE'S MOTION FOR AUTHORITY TO SELL ASSETS PURSUANT TO ASSET DISPOSITION PLAN**

Upon the *Trustee's Motion to Shorten Notice Period and Schedule Expedited Hearing Regarding Trustee's Motion for Authority to Sell Assets Pursuant to Asset Disposition Plan* (the "Motion to Shorten"):[2] due and proper notice of the Motion to Shorten having been given under the circumstances; and it appearing that no other or further notice is required; and due and sufficient cause appearing therefore,

IT IS HEREBY ORDERED that:

1.	The Motion to Shorten is **GRANTED**.

2.	A hearing to consider the Motion shall be held on **May 28, 2025 at 9:00 a.m. (EST)** before the Honorable Brendan L. Shannon at the United States Bankruptcy Court for the

---

[1] The Debtors in these chapter 7 cases and their case numbers are:  JC TopCo., Inc.; 25-10402 (BLS); Auto & Boat Relocation Services Company, LLC; 25-10403 (BLS); Auto Handling, LLC; 25-10404 (BLS); Jack Cooper CT Services, LLC; 25-10405 (BLS); Jack Cooper Diversified II, LLC; 25-10406 (BLS); Jack Cooper Equipment Leasing, LLC; 25-10407 (BLS); Jack Cooper Holdings, LLC; 25-10408 (BLS); Jack Cooper Investments, Inc.; 25-10409 (BLS); Jack Cooper Logistics II, LLC; 25-10410 (BLS); Jack Cooper Rail & Intermodal, LLC; 25-10411 (BLS); Jack Cooper Rail and Shuttle, LLC; 25-10412 (BLS); JC Intermediate Holdings, Inc.; 25-10413 (BLS); JC Parent Corporation; 25-10414 (BLS); North American Auto Transportation, LLC; 25-10415 (BLS); Jack Cooper Transport Company, LLC; 25-10416 (BLS).

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion to Shorten.

District of Delaware, 824 North Market Street, 6th Floor, Courtroom No. 1, Wilmington, Delaware.

3.     Objections, if any, to the Motion must be filed and served on or before **May 23, 2025 at 4:00 p.m. (EST).**

4.     The Trustee shall serve a copy of this Order as well as a copy of the Motion and the Notice upon the Notice Parties immediately upon entry of this Order, and such service shall constitute adequate notice of the date and time for the hearing on the Motion.

**Dated: May 12th, 2025**
**Wilmington, Delaware**

BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE

LEGAL\77434926\2 6009698/00635653