**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>Jack Cooper Transport Company, LLC *et al.*[1]<br><br>Debtors. | Chapter 7<br><br>Case No.  25-10416 (BLS)<br>(Jointly Administered)<br><br>**Related Doc. Nos. 115, 116** |

**CERTIFICATE OF SERVICE REGARDING (1) ORDER APPROVING MOTION TO SHORTEN NOTICE PERIOD AND SCHEDULE EXPEDITED HEARING REGARDING TRUSTEE'S MOTION FOR AUTHORITY TO SELL ASSETS PURSUANT TO ASSET DISPOSITION PLAN; AND (2) NOTICE OF TRUSTEE'S MOTION FOR AUTHORITY TO SELL ASSETS PURSUANT TO ASSET DISPOSITION PLAN**

I, John T. Carroll, III, counsel to Alfred T. Giuliano, in his capacity as chapter 7 trustee (the "Trustee") in the above-captioned matter, hereby certify that on May 12, 2025 the (1) *Order Approving Motion to Shorten Notice Period and Schedule Expedited Hearing Regarding Trustee's Motion for Authority to Sell Assets Pursuant to Asset Disposition Plan* [Doc. No. 115] (the "Order"); and (2) *Notice of Trustee's Motion for Authority to Sell Assets Pursuant to Asset Disposition Plan* [Doc. No. 116] (the "Notice") were electronically docketed and/or filed with the Court using the Court's Case Management/Electronic Case Files System (CM/ECF).

---

[1] The Debtors in these chapter 7 cases and their case numbers are:  JC TopCo., Inc.; 25-10402 (BLS); Auto & Boat Relocation Services Company, LLC; 25-10403 (BLS); Auto Handling, LLC; 25-10404 (BLS); Jack Cooper CT Services, LLC; 25-10405 (BLS); Jack Cooper Diversified II, LLC; 25-10406 (BLS); Jack Cooper Equipment Leasing, LLC; 25-10407 (BLS); Jack Cooper Holdings, LLC; 25-10408 (BLS); Jack Cooper Investments, Inc.; 25-10409 (BLS); Jack Cooper Logistics II, LLC; 25-10410 (BLS); Jack Cooper Rail & Intermodal, LLC; 25-10411 (BLS); Jack Cooper Rail and Shuttle, LLC; 25-10412 (BLS); JC Intermediate Holdings, Inc.; 25-10413 (BLS); JC Parent Corporation; 25-10414 (BLS); North American Auto Transportation, LLC; 25-10415 (BLS); Jack Cooper Transport Company, LLC; 25-10416 (BLS).

2

Notification of filing the Order and Notice were received by way of electronic service via a Notice of Electronic Filing (NEF) through the Court's CM/ECF system on the registered participants in the above-captioned matter.

I further certify that on May 12, 2025 I caused a copy of the Order and Notice to be served via email transmission on the parties identified on the service list attached hereto as Exhibit "A".

I further certify that on May 12, 2025 I caused a copy of the Order and Notice to be served via U.S. Mail on the parties identified on the service list attached hereto as Exhibit "B".

Dated:  May 14, 2025

COZEN O'CONNOR

By:   */s/ John T. Carroll, III*
John T. Carroll, III (DE No. 4060)
1201 N. Market Street
Suite 1001
Wilmington, DE  19801
(302) 295-2000 Phone
(302) 295-2013 Fax No.
jcarroll@cozen.com

*Counsel to Alfred T. Giuliano,*
*Chapter 7 Trustee*

LEGAL\77517619\1